USDC SCAN INDEX SHEET

















GEP   1/31/05    9:52

3:05-CV-00171   GONZALES V. ARROW FINANCIAL

*1*

*CMP.*

1  LAW OFFICE OF ELIZABETH J. ARLEO
   ELIZABETH J. ARLEO (CASB No. 201730)
2  10085 Carroll Canyon Road, Suite 210-A
   San Diego, CA 92131
3  Telephone: 858/547-9800
   858/547-9880 (fax)
4
   ROBERT L. ARLEO, ESQ. (NYSB No. 7506)
5  225 East 79th Street, 2B
   New York, NY 10021
6  Telephone: 212/517-9967
   212/517-2919 (fax)
7
   Attorneys for Plaintiff
8

FILED

05 JAN 28 PM 3: 39

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____  DEPUTY

9

10                    UNITED STATES DISTRICT COURT

11                  SOUTHERN DISTRICT OF CALIFORNIA

'05 CV 0171      JAH (RBB)

12  JOHNNY GONZALES, on Behalf of Himself  )   CLASS ACTION
    and All Others Similarly Situated,       )
13                                            )   COMPLAINT FOR VIOLATION OF THE
                            Plaintiff,        )   FAIR DEBT COLLECTION PRACTICES
14                                            )   ACT
            vs.                               )
15                                            )   DEMAND FOR JURY TRIAL
    ARROW FINANCIAL SERVICES LLC,             )
16                                            )
                            Defendant.        )
17  _____    )

18

19

20

21

22

23

24

25

26

27

28

1

## INTRODUCTION

2       1.      Plaintiff Johnny Gonzales ("Plaintiff"), on behalf of himself and all others he seeks to

3   represent, brings this action seeking redress for the illegal practices of defendant Arrow Financial

4   Services LLC ("Arrow" or "Defendant"), in connection with the collection of debts in violation of the

5   Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA").

6

## PARTIES, JURISDICTION AND VENUE

7       2.      Plaintiff, Johnny Gonzales, is an individual who resides in Poway, California.

8       3.      Plaintiff is and was at all times relevant, a "consumer" within the meaning of 15 U.S.C.

9

10  §1692a(3), in that Defendant sought to collect from Plaintiff an alleged debt incurred for non-

11  business purposes.

12      4.      Defendant Arrow is a Delaware limited liability company headquartered in Illinois and

13  doing business in the State of California through a "San Diego Call Center" in San Diego County.

14      5.      Defendant Arrow is engaged in the business of (i) acting as a collection agency and (ii)

15  purchasing allegedly delinquent debts and attempting to collect them. Defendant, therefore, is and

16  was at all times relevant a "debt collector" within the meaning of 15 U.S.C. §1692a(6).

17

18      6.      This Court has jurisdiction over this action pursuant to 15 U.S.C. §1692k (d), and 28

19  U.S.C. §1331. Venue is proper in this district under 28 U.S.C. §1391(b) because Arrow resides in

20  this district within the meaning of subsection (c) and because a substantial part of the events giving

21  rise to Plaintiff's claims occurred in this district.

22

## FACTS RELATING TO NAMED PLAINTIFF

23      7.      On or about April 30, 2004, Defendant sent or caused to be sent to Plaintiff via the

24  United States Mail, the collection letter attached hereto as <u>Exhibit A</u>. Plaintiff received it shortly

25  thereafter.

26

27

28

COMPLAINT FOR VIOLATIONS OF FDCPA

8.      On or about July 8, 2004, Defendant sent or caused to be sent to Plaintiff via the United States Mail, the collection letter attached hereto as <u>Exhibit B</u>.  Plaintiff received it shortly thereafter.

9.      <u>Exhibits A and B</u> are standard form letters mass mailed by Defendant as shown by the numbers at the lower right hand corners of <u>Exhibits A and B</u>.

10.      <u>Exhibits A and B</u> sought to collect an alleged debt incurred by Plaintiff for personal, family and/or household purposes.

11.      The original creditor for the alleged debt was Ballys Holiday Spa and had, upon information and belief, been charged off on or about December 1992.

## PRACTICES COMPLAINED OF

12.      <u>Exhibits A and B</u> offer to settle the debt and state that "[u]pon receipt of the settlement amount and clearance of funds, and if we are reporting the account, the appropriate credit bureaus will be notified that this account has been settled."  This is followed by another reference to credit bureau reporting.

13.      The reference to credit bureaus is misleading because under the Fair Credit Reporting Act, a credit bureau cannot report a debt charged off more than 7 years previously.  The "promise" to notify credit bureaus cannot legally be carried out.  Furthermore, the references to credit bureau reporting are misleading because they tell the unsophisticated consumer that payment or nonpayment of the claimed debt may impact the consumer's credit rating, when that is not true.

14.      The statement contained in <u>Exhibits A and B</u> violateS §1692e(5) and §1692e(10) of the FDCPA, which prohibit

> ***False or misleading representations***
>
> ***A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section ...***

*(5)  The threat to take any action that cannot legally be taken or that is not intended to be taken.*

*(10)  The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.*

## CLASS ALLEGATIONS

15.     Plaintiff brings this action on behalf of a class.  The class consists of all natural persons with California addresses who meet the following criteria:

    a.  Defendant sent them a letter in the form represented by Exhibits A and B;

    b.  On or after a date one year prior to the filing of this action;

    c.  Seeking to collect a debt charged off more than 7 years previous to the date of the letter;

    d.  Which was not returned by the Postal Service.

16.     The identities of all class and subclass members are readily ascertainable from the records of Arrow.

17.     Excluded from the class are all managers and directors of Arrow and members of their immediate families, and legal counsel for either side and all members of their immediate families.

18.     This action has been brought and may properly be maintained as a class action pursuant to the provisions of Rule 23 of the Federal Rules of Civil Procedure because there is a well-defined community of interest in the litigation:

    a.  *Numerosity:*  The class is so numerous that joinder of all members is impractical. On information and belief there are more than 50 members of the class.

b. ***Common Questions Predominate:*** There are questions of law and fact common to the class, which questions predominate over any questions affecting only individual class members. The principal issue is whether <u>Exhibits A and B</u> violate the FDCPA.

c. ***Typicality:*** Plaintiff's claims are typical of the claims of the members of the plaintiff class. Plaintiff and all members of the plaintiff class have claims arising out of Defendant's common course of conduct complained of herein.

d. ***Adequacy:*** Plaintiff will fairly and adequately protect the interests of the members of the class. Plaintiff is committed to vigorously litigating this matter. Plaintiff has retained counsel experienced in handling class claims and claims involving unlawful business practices. Neither Plaintiff nor Plaintiff's counsel have any interests which might cause them not to vigorously pursue this claim.

e. ***Superiority:*** A class action is superior to other available means for the fair and efficient adjudication of this controversy since individual joinder of all members would be impracticable. Class action treatment will permit a large number of similarly-situated persons to prosecute their common claims in a single forum simultaneously, efficiently, and without the unnecessary duplication of effort and expense that numerous individual actions would engender. Furthermore, since individual class member's claims for damages are relatively modest, the expenses and burdens of litigating individual actions would make it difficult or impossible for individual members of the class to redress the wrongs done to them. An important public interest will be served by addressing the matter as a class action, substantial economies to the litigants and to the judicial system will be realized, and the potential for inconsistent or contradictory adjudications will be avoided.

### FIRST CAUSE OF ACTION

**(By Plaintiff And A Class Of Consumers Similarly Situated
Against Defendant Arrow For Statutory Damages
Under The Fair Debt Collection Practices Act
15 U.S.C. §1692 *et seq.*)**

19. Plaintiff incorporates ¶¶1 - 18 by reference.

-4-

1  20.  Plaintiff is and was at all times relevant, a "consumer" within the meaning of 15

2  U.S.C. §1692a(3).

3  21.  Arrow is and was at all times relevant a "debt collector" within the meaning of 15

4  U.S.C. §1692a(6).

5  22.  Plaintiff brings suit under 15 U.S.C. §1692k for violation of the FDCPA.

6  **PRAYER FOR RELEIF**

7  WHEREFORE, Plaintiff requests that the Court enter judgment in Plaintiff's favor and in

8  favor of the class and against Defendant for:

9  A.  Statutory damages pursuant to 15 U.S.C. §1692k;

10  B.  Attorney's fees, litigation expenses and costs; and

11  C.  Such other or further relief as the Court deems appropriate.

12  **DEMAND FOR JURY TRIAL**

13  23.  Plaintiff demands a trial by jury.

14  Respectfully submitted,

15  DATED: January 28, 2005  LAW OFFICE OF ELIZABETH J. ARLEO
16  ELIZABETH J. ARLEO

17  

18  ELIZABETH J. ARLEO

19  10085 Carroll Canyon Road, Suite 210-A
20  San Diego, CA 92131
   Telephone: 858/547-9800
21  858/547-9880 (fax)

22  ROBERT L. ARLEO
   225 East 79th Street, 2B
23  New York, NY 10021
   Telephone: 212/517-9967
24  212/517-2919 (fax)

25  Attorneys for Plaintiff Johnny Gonzales, on
   Behalf of Himself and All Others Similarly
26  Situated

27

28

-5-
COMPLAINT FOR VIOLATIONS OF FDCPA

**EXHIBIT A**

# ARROW
FINANCIAL SERVICES

OFFICE HOURS : PT
Monday thru Thursday : 6:00am - 9:00pm
day : 6:00am - 9:00pm
Saturday : 7:00am - Noon
Sunday : 2:00pm - 8:00pm
Phone Number : 800-989-4093 Ext 4400

5996 W Touhy Ave, Niles, IL 60714.
Pay online at www.arrow-financial.com

14414302 - 2107
JONNY GONZALES
ST 124
13217 DANA VISTA ST
POWAY CA 92064-5740

| ID Number :<br>14414302 | Re : HOLIDAY SPA OF CALIF | |
|---|---|---|
| **Account # :**<br>033212019 | | **Total Current Balance :**<br>$ 552.96 |

April 30, 2004

## PAST DUE BALANCE

Dear JONNY GONZALES,

At this time we are willing to settle your past due account for 50% of the full balance and accept this amount as settlement of the referenced account. The settlement amount must be made in one payment and received by our office on or before May 28 2004.

### *** Settlement Amount $ 276.48 You Save $ 276.48 ***

Upon receipt of the settlement amount and clearance of funds, and if we are reporting the account, the appropriate credit bureaus will be notified that this account has been settled. Please mark the appropriate box below.

1. [   ]   Enclosed find payment for the above-stated settlement amount. By depositing this payment in the sum of $ 276.48, you have accepted this as settlement. When my funds clear, and if you are reporting the account, you will notify the appropriate credit bureaus of this settlement.

2. [   ]   I have enclosed a payment of $ _____ which will be sent (check one box)
   [   ]   Weekly      [   ]   Every two weeks      [   ]   Monthly until the full balance is paid in full.

Should you have any questions please feel free to contact me at 800-989-4093 ext. 4400.

**Important notice required by law:** This agency is engaged in the collection of debts. This communication is an attempt to collect a debt and any information obtained will be used for that purpose.

Sincerely,

*Mike Ortega*
MIKE ORTEGA
Account Representative

### Please see reverse side for important information

29L5674604/30/04ARRR2107-E

✂   PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. THANK YOU!   ✂

**Please see reverse side if you would like to pay by credit card**

P.O. BOX 469005
CHICAGO, IL 60646-9005
ADDRESS SERVICE REQUESTED

| ID Number :<br>14414302 | Re : HOLIDAY SPA OF CALIF | |
|---|---|---|
| **Account # :**<br>033212019 | | **Total Current Balance :**<br>$ 552.96 |

April 30, 2004

[   ] Please check here if there is a new phone # or address change and enter information on reverse side

14414302 - 2107   257248
JONNY GONZALES
ST 124
13217 DANA VISTA ST
POWAY CA 92064-5740

ARROW FINANCIAL SERVICES LLC
21031 NETWORK PLACE
CHICAGO, IL 60678-1031

0014414302 0000000033212019 2107 0000055296 0

**NOTICE TO CALIFORNIA RESIDENTS:**
As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

---

To authorize a payment through a third-party payment service using your credit card, please fill out the following and return in the enclosed envelope. Pay online at www.arrow-financial.com

Check One: ☐ **Visa**   ☐ **MasterCard**   ☐ **Discover**   ☐ **American Express**

For security purposes, please provide the 3-digit or 4-digit CVV (Customer Verification Value); if you are using an American Express card the 4-digit CVV can be found on the front-right section of your card above the account number. If you are using a Discover, Visa or MasterCard the 3-digit CVV can be found after the account number on the back side of your card.

Card Number

CVV#

Payment Amount                          Expiration Date

Card Holder Name          Signature of Card Holder          Date

Address                          City, State, Zip

Daytime Phone :                 Evening Phone:

---

Make changes to your address and phone number below.

Name

Address

City          State          Zip Code

Daytime Phone          Evening Phone

**EXHIBIT B**

PO Box 1206
Oaks, PA 19456-1206
29191441430221070708004



**ARROW**
FINANCIAL SERVICES

5996 W Touhy Ave, Niles, IL 60714
Pay online at www.arrow-financial.com

**OFFICE HOURS: Pacific Time**

| | |
|---|---|
| Monday thru Thursday: | 6:00 am - 9:00 pm |
| Friday: | 6:00 am - 9:00 pm |
| Saturday: | 7:00 am - Noon |
| Sunday: | 2:00 pm - 8:00 pm |

Phone Number : 800-989-4093 Ext 4400

July 8, 2004

14414302 - 2107
JONNY GONZALES
13217 DANA VISTA ST # 124
POWAY CA 92064-5740

ID Number : 14414302
Re:      HOLIDAY SPA OF CALIF
Account # : 033212019
Total Current Balance: $560.42

## PAST DUE BALANCE

Dear JONNY GONZALES,

At this time we are willing to settle your past due account for 50% of the total current balance and accept this amount as settlement of the referenced account. The settlement amount must be made in one payment and received by our office on or before August 5 2004.

### *** Settlement Amount $280.21 You Save $280.21 ***

Upon receipt of the settlement amount and clearance of funds, and if we are reporting the account, the appropriate credit bureaus will be notified that this account has been settled. If you accept this settlement offer, please mark the appropriate box below.

[ ]    Enclosed find payment for the above-stated settlement amount. By depositing this payment in the sum of $280.21, you have accepted this as settlement. After my funds clear, you will notify the appropriate credit bureaus of this settlement if you are reporting the account.

If you do not accept the above settlement offer, you may elect to make payments weekly, every two weeks, or monthly until the account is paid in full. If you choose to remit payment in this manner, please mark and complete the appropriate boxes below.

[ ]    I have enclosed a payment of $_____ which will be sent (check one box)

[ ]    Weekly    [ ]    Every two weeks      [ ]    Monthly until the full balance is paid in full.

After the account has been paid in full and my funds have cleared, you will notify the appropriate credit bureaus of this payment in full if you are reporting the account.

Should you have any questions please feel free to contact me at 800-989-4093 ext. 4400.

**Important notice required by law:** This agency is engaged in the collection of debts. This communication is an attempt to collect a debt and any information obtained will be used for that purpose.

Sincerely,

*MIKE ORTEGA*

MIKE ORTEGA
Account Representative

### Please see reverse side for important information

2919 - 28273

✂   PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. THANK YOU!   ✂

July 8, 2004

Please see reverse side if you would like to pay by credit card

ID Number : 14414302
Re:      HOLIDAY SPA OF CALIF
Account # : 033212019
Total Current Balance: $560.42

☐ Please check here if there is a new phone # or address change and enter information on reverse side

14414302 - 2107
JONNY GONZALES
13217 DANA VISTA ST # 124
POWAY CA 92064-5740

660 CA
ARROW FINANCIAL SERVICES
21031 Network Place
Chicago,IL 60678-1031

0014414302 0000000033212019 2107 0000056042 6

To authorize a payment through a third-party payment service using your credit card, please fill out the following and return in the enclosed envelope. Pay online at www.arrow-financial.com

Check One: ☐ Visa   ☐ MasterCard   ☐ Discover   ☐ American Express

For security purposes, please provide the 3-digit or 4-digit CVV (Customer Verification Value); if you are using an American Express card the 4-digit CVV can be found on the front-right section of your card above the account number. If you are using a Discover, Visa or MasterCard the 3-digit CVV can be found after the account number on the back side of your card.

Card Number | | | | | | | | | | | | | | | | |

CVV# | | | |

| Payment Amount | Expiration Date |
| Card Holder Name | Signature of Card Holder | Date |
| Address | City, State, Zip |
| Daytime Phone : | Evening Phone: |

Make changes to your address and phone number below.

Name

Address

City            State        Zip Code

Daytime Phone          Evening Phone

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET    '05 CV 0171    JAH (RBB)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JOHNNY GONZALES, on behalf of himself and all others similarly situated

## DEFENDANTS
05 JAN 28 PM 3:37    ARROW FINANCIAL SERVICES, LLC

CLERK

(b) County of Residence of First Listed Plaintiff    San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

SOUTHERN DISTRICT OF CALIFORNIA

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

BY:    DEPUTY

(c) Attorney's (Firm Name, Address, and Telephone Number)
Elizabeth J. Arleo, LAW OFFICE OF ELIZABETH J. ARLEO
10085 Carroll Canyon Rd, Ste 210A, San Diego, CA 92131 858/547-9800

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | PERSONAL PROPERTY | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. sec. 1692 et seq.
Brief description of cause:
Defendant has violated the Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE
01/28/2005

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # 110670    AMOUNT $150.00    APPLYING IFP    JUDGE    MAG. JUDGE

1/28/05 rb