Case 3:05-cv-00171-JAH-RBB   Document 15   Filed 08/11/05   Page 1 of 5

USDC SCAN INDEX SHEET










CGL    8/12/05    8:28

3:05-CV-00171    GONZALES V. ARROW FINANCIAL

*15*

*M.*

1 | LAW OFFICE OF ELIZABETH J. ARLEO, PLC
    ELIZABETH J. ARLEO (CASB NO. 201730)
2 | 10085 Carroll Canyon Road, Suite 210A
    San Diego, CA 92131
3 | Telephone: 858/547-9800
    858/547-9880 (fax)
4 |
    ROBERT L. ARLEO, ESQ (NYSB NO. 7506)
5 | 225 East 79th Street, 2B
    New York, NY 10021
6 | Telephone: 212-517-9967
    212/517-2919 (fax)
7 |
    Attorneys for Plaintiff

FILED
05 AUG 11 PH 3:55
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY
ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY GONZALES, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ARROW FINANCIAL SERVICES LLC,<br><br>　　　　　　　Defendant. | Case No. 05-CV-0171 JAH (RBB)<br><br>NOTICE OF PLAINTIFF'S MOTION TO RECUSE CONSEL OF RECORD<br><br>DATE: September 22, 2005<br>TIME: 3:00 p.m.<br>COURTROOM: F<br><br>Hon. John A. Houston |

1 | TO ALL PARTIES:

2 | Please take notice that on September 22, 2005 at 3:00 p.m. or as soon thereafter as the matter
3 | may be heard, in Courtroom F, at the United States District Court, Southern District of California
4 | located at 880 Front Street, Room 4290, San Diego, CA 92101-8900, Judge John A. Houston
5 | presiding, Plaintiff Johnny Gonzales will move the Court for an order permitting him to recuse his
6 | counsel of record.

7 | The motion will be based on this notice of motion, on the attached declaration of Elizabeth J.
8 | Arleo; the attached memorandum of points and authorities, on the pleadings, papers and records on
9 | file in this action, and on such oral or documentary evidence as may be presented at the hearing of
10 | this motion.

11 | Dated: August 9, 2005                                         Respectfully Submitted,

LAW OFFICE OF ELIZABETH J. ARLEO, PLC
ELIZABETH J. ARLEO

_____
ELIZABETH J. ARLEO

10085 Carroll Canyon Road, Suite 210-A
San Diego, CA 92131
Telephone: 858/547-9800
858/547-9880 (fax)

Attorney for Plaintiff

22 | M:\05-1009 Gonzales v Arrow\Pleadings\05-1009 Notice of Withdrawal.doc

-1-
NOTICE OF MOTION TO RECUSE                           05-CV-0171 JAH
                                                     (RBB)

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States employed in the City and County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 10085 Carroll Canyon Rd, Suite 210-A, San Diego, California 92131.

2. That on August 11, 2005, declarant served the **NOTICE OF PLAINTIFF'S MOTION TO RECUSE COUNSEL OF RECORD** by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

4. I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of August, 2005, at San Diego, California.

_____
ELLEN DEWAN

SERVICE LIST
*Gonzales v. Arrow Financial Services, Inc.*
U. S. District Court for the Southern District of California
Case No. 05-CV-0171 JAH (RBB)

Attorneys for Plaintiff

LAW OFFICE OF ELIZABETH J. ARLEO, PLC
ELIZABETH J. ARLEO
10085 Carroll Canyon Road, Suite 210-A
San Diego, CA 92131
Telephone: 858/547-9800
858/547-9880 (fax)

ROBERT L. ARLEO, ESQ.
225 East 79th Street, 2B
New York, NY 10021
Telephone: 212/517-9967
212/517-2919 (fax)

Attorneys for Defendant

Russell Allyn **
Abraham J. Colman
BUCHALTER NEMER FIELDS & YOUNGER
601 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-5709
Telephone: 213/891-0700
213/630-5712 (fax)

** VIA OVERNIGHT MAIL