USDC SCAN INDEX SHEET










```
CGL    8/12/05    8:30
3:05-CV-00171   GONZALES V. ARROW FINANCIAL
*16*
*P/A.*
```

LAW OFFICE OF ELIZABETH J. ARLEO, PLC
ELIZABETH J. ARLEO (CSB No. 201730)
10085 Carroll Canyon Road, Suite 210-A
San Diego, CA 92131
Telephone: 858/547-9800
858/547-9880 (fax)

ROBERT L. ARLEO, ESQ.
225 East 79th Street, 2B
New York, New York 10021
Telephone: 212/517-9967
212/517-2919 (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY GONZALES, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARROW FINANCIAL SERVICES, LLC<br><br>Defendant. | Case No. 05-CV-0171 JAH (RBB)<br><br>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO RECUSE COUNSEL OF RECORD<br><br>DATE: September 22, 2005<br>TIME: 3:00 p.m.<br>COURTROOM: F<br><br>Hon. John A. Houston |

Memo of Ps and As re Motion to Recuse

- 1 -

05-CV-0171 JAH (RBB)

Plaintiff, Johnny Gonzales, by and through one of his counsel of record, Elizabeth J. Arleo, ("Plaintiff's Moving Counsel") regrets that the Court is burdened with deciding the issue of whether Plaintiff may recuse his other counsel of record, Robert Arleo. Without boring the Court with vituperative attacks and the long list of vitriolic exchanges, suffice it to say that Plaintiff's co-counsels have had and continue to have significant, irreconcilable differences of opinion in matters outside and within this litigation. In mid-June, Mr. Arleo requested in writing that he be withdrawn from this matter. Plaintiff's Moving Counsel has attempted to assist Mr. Arleo, a New York attorney, by drafting the withdrawal papers. No motion to withdraw has been filed, however, and a disagreement has arisen concerning the contents of the withdrawal papers.

Plaintiff has elected to resolve the impasse by terminating Mr. Arleo and filing this motion to recuse him as counsel of record. Notwithstanding that Plaintiff has the authority to discharge Robert Arleo with or without cause, Plaintiff has cause to seek Mr. Arleo's recusal based upon the irreconcilable differences between co-counsel and Mr. Arleo's written statements concerning his desire to be withdrawn from the matter. Plaintiff, and members of the class which he seeks to represent, will continue to be represented by Ms. Arleo, a solo practitioner in San Diego who is experienced in class action matters and whom Plaintiff engaged to litigate this matter.

## I. RELEVANT PROCEDURAL AND FACTUAL BACKGROUND

On January 28, 2005, Plaintiff commenced his class action against defendant, Arrow Financial Services, LLC ("Arrow" or "Defendant") alleging that Arrow violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* (the "FDCPA"). On or about the same day, Robert Arleo's *pro hac vice* application to represent plaintiff in this matter was submitted and approved. Since the commencement of this action, Plaintiff has also been represented by The Law Office of Elizabeth J. Arleo, PLC.

On or about March 1, 2005, Arrow filed its motion to dismiss the Complaint. On April 7, 2005, the matter was fully briefed and submitted. On July 25, 2005, this Court denied Defendant's motion. Defendant had not yet responded to the Complaint. On August 8, 2005, Plaintiff submitted his First Amended Complaint alleging violations of the California Fair Debt Collection Practices Act in

1  addition to the original FDCPA claims. Plaintiff filed his motion seeking leave to file his First
2  Amended Complaint on August 9, 2005.

3  With respect to Robert Arleo's request for withdrawal in this matter, on June 15, 2005, he sent a
4  letter to Ms. Arleo stating that he wished to be withdrawn, directing Ms. Arleo to inform Plaintiff
5  and draft the necessary papers for Mr. Arleo's signature. *See* Declaration of Elizabeth J. Arleo in
6  Support of Plaintiff's Motion to Recuse Counsel of Record ("E. Arleo Decl."), ¶3.[1] After Plaintiff
7  consented to Mr. Arleo's withdrawal, the papers were drafted and forwarded to Mr. Arleo for review
8  and comment. *Id.*, ¶¶4-5__. Thereafter, a number of events occurred and disagreements ensued
9  between the two co-counsel regarding the manner in which Mr. Arleo should be withdrawn and the
10 contents of Mr. Arleo's declaration written to support his withdrawal. *Id.*, ¶¶6-9. Ultimately, Mr.
11 Arleo's motion to withdraw has never been filed. *Id.*, ¶5. After reviewing Mr. Arleo's
12 correspondence and declaration, Plaintiff expressly terminated Mr. Arleo as counsel in this matter on
13 August 11, 2005. *Id.*, ¶10.

## II. ARGUMENT

### A. Plaintiff Has Authority to Discharge Counsel With or Without Cause

The California Supreme Court has stated that clients have the "[absolute] power to discharge an attorney, with or without cause.'" *Santa Clara County Counsel Attys. Ass'n v. Woodside*, 7 Cal. 4th 525, 555 (1994) (quoting *Fracasse v. Brent*, 6 Cal. 3d 784, 790 (1972)). "[T]he client has the ***absolute right*** to change his attorney ***at any stage in the action***." *Gage v. Atwater*, 136 Cal. 170, 172 (1902) (emphasis added); *Hensley v. Caietti*, 13 Cal. App. 4th 1165, 1172-73 (1993); Bernard E. Witkin, *California Procedure: Attorneys §103* (4th ed. 2000). As long as the client has requested a substitution or withdrawal, the Court is justified in ordering it. *Id.; see also Hock v. Superior Court*, 221 Cal. App. 3d 670, 672 (1990). Thus, Plaintiff's motion for an order recusing Mr. Arleo as

---

[1] Plaintiff requests an *in camera* review of the documents referenced in Ms. Arleo's Declaration as they are protected by the attorney-client privilege and work product doctrine. Plaintiff also requests that, if an *in camera* review is desired by the Court, defendant's counsel be excluded.

Memo of Ps and As re Motion to Recuse — 3 — 05-CV-0171 JAH (RBB)

counsel of record should be effectuated by this Court for this reason alone even without Mr. Arleo's consent.

### B. Plaintiff Has Cause to Recuse Mr. Arleo as Counsel of Record

Notwithstanding that Plaintiff has the authority to discharge Robert Arleo with or without cause, Plaintiff has cause to seek his recusal based upon the irreconcilable differences between co-counsel and Mr. Arleo's written requests that he be withdrawn from this matter. E. Arleo Decl., ¶¶2-9. After reviewing correspondence and Mr. Arleo's declaration which he drafted and executed in support of his motion to withdraw, Plaintiff expressly terminated Mr. Arleo as counsel in this matter on August 11, 2005. *Id.,* ¶10.

### C. Plaintiff's Moving Counsel Is Qualified to Represent Plaintiff and the Class

"Adequacy of representation depends on whether the plaintiff's attorney is qualified to conduct the proposed litigation and the plaintiff's interests are not antagonistic to the interests of the class." *McGhee v. Bank of Am.*, 60 Cal. App. 3d 442, 450 (1976). Elizabeth Arleo is experienced in class actions and through her work thus far on this matter has demonstrated that she is qualified to represent Plaintiff and members of the class. E. Arleo Decl., ¶¶12-19. Furthermore, Plaintiff anticipates retaining additional class counsel after Mr. Arleo is recused and prior to moving for class certification. *Id.,* ¶11.

### IV. CONCLUSION

Based on the foregoing, the declaration filed in support hereof, the pleadings and other files herein, and such other written or oral argument as may be permitted by the Court, Plaintiff respectfully requests that the Court recuse Mr. Arleo as counsel of record in this matter.

Dated: August 11, 2005                      Respectfully Submitted,

LAW OFFICE OF ELIZABETH J. ARLEO, PLC
ELIZABETH J. ARLEO

_____
ELIZABETH J. ARLEO

1
2      10085 Carroll Canyon Road, Suite 210A
       San Diego, CA 92131
3      Telephone: 858/547-9800
       858/547-9880 (fax)
4                              Attorney for Plaintiff
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States employed in the City and County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 10085 Carroll Canyon Rd, Suite 210-A, San Diego, California 92131.

2. That on August 11, 2005, declarant served the **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO RECUSE COUNSEL OF RECORD** by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

4. I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of August, 2005, at San Diego, California.

_____
ELLEN DEWAN

## SERVICE LIST
*Gonzales v. Arrow Financial Services, Inc.*
U. S. District Court for the Southern District of California
Case No. 05-CV-0171 JAH (RBB)

Attorneys for Plaintiff

LAW OFFICE OF ELIZABETH J. ARLEO, PLC
ELIZABETH J. ARLEO
10085 Carroll Canyon Road, Suite 210-A
San Diego, CA 92131
Telephone: 858/547-9800
858/547-9880 (fax)


ROBERT L. ARLEO, ESQ.
225 East 79th Street, 2B
New York, NY 10021
Telephone: 212/517-9967
212/517-2919 (fax)


Attorneys for Defendant


Russell Allyn **
Abraham J. Colman
BUCHALTER NEMER FIELDS & YOUNGER
601 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-5709
Telephone: 213/891-0700
213/630-5712 (fax)



** VIA OVERNIGHT MAIL