USDC SCAN INDEX SHEET

















JPP    9/23/05    11:12

3:05-CV-00171   GONZALES V. ARROW FINANCIAL

*23*

*APPL.*

1  ELIZABETH J. ARLEO
   LAW OFFICE OF ELIZABETH J. ARLEO, PLC
2  10085 Carroll Canyon Road, Suite 210-A
   San Diego, CA 92131
3  (858) 547-9800
   (858) 547-9880 (FAX)
4
   ROBERT L. ARLEO, ESQ.
5  225 East 79th Street, 2B
   New York, New York   10021
6  (212) 517-9967
   (212) 517-2919 (FAX)
7

FILED

05 SEP 23 AM 10: 35

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

8
                    UNITED STATES DISTRICT COURT
9
                  SOUTHERN DISTRICT OF CALIFORNIA
10

11

12  -------------------------------------)        CASE NO.
                                         )        05 CV 0171
13  JOHNNY GONZALES, on behalf of        )        JAH (RBB)
    himself and all others similarly     )
14  situated,                            )
                                         )
15                                       )
                            Plaintiff    )        APPLICATION
16                                       )   TO WITHDRAW AS ATTORNEY
                                         )   OF RECORD FOR PLAINTIFF
17              -against-                )   AND FOR THE PUTATIVE CLASS
                                         )
18                                       )
    ARROW FINANCIAL SERVICES, LLC,       )
19                                       )
                                         )
20                                       )
                            Defendant    )
21                                       )
    -------------------------------------)
22

23       I, Robert L. Arleo, sets forth as follows:

24

25       1. I am a duly admitted attorney at law within the State of

26  New York wherein I maintain my law office at 225 East 79th Street,

27                                  1

28                                                          05cv0171

23

1    2B, New York, New York, 10021.

2

3        2. I was retained by the plaintiff herein, Johnny Gonzales,

4    to serve as co-counsel in the prosecution of the above-entitled

5    action.

6

7        3. Due to disagreements with my co-counsel, Elizabeth Arleo,

8    I seek to withdraw as counsel for Mr. Gonzales and for the putative

9    class as defined in the complaint. Furthermore, Mr. Gonzales has

10   advised me that he no longer wishes to be represented by me in

11   regard to the herein action and that he wishes for Ms. Arleo to

12   continue as his counsel herein.

13

14       4. Pending before the Court is a motion by the plaintiff to

15   recuse me as counsel herein. Said motion is scheduled to be heard

16   before the Court on September 22, 2005. However, I have not opposed

17   said motion based upon the fact that I advised Ms. Arleo that I

18   would agree to voluntarily withdraw, thereby rendering the motion

19   to recuse me as moot and otherwise unnecessary. I attach hereto as

20   Exhibit "A" a copy of correspondence dated September 9, 2005 which

21   I forwarded via fax to Ms. Arleo together with a copy of the Notice

22   Of Withdrawal of Attorney of Record which I faxed to her on

23   September 7, 2005. Ms. Arleo has not responded thereto.

24

25       5. Despite all of the foregoing facts Ms. Arleo has failed

26   to  withdraw the motion to recuse me as attorney and has otherwise

27                                    2

28                                                          05cv0171

1    failed to file the herein notice of voluntary withdrawal.

2

3       6. I spoke via telephone today, September 15, 2005, with

4    attorney Abraham Colman of the law firm of Buchalter, Nemer, Field

5    & Younger, counsel for the defendant herein. I advised Mr. Colman

6    in regard to the foregoing facts set forth herein and inquired if

7    the defendant has any objection to my withdrawal as requested

8    herein. He advised that the defendant does not object to my

9    withdrawal from the herein action.

10

11      7. Based upon the foregoing facts I respectfully request that

12   the court grant my herein application to withdraw as attorney for

13   the plaintiff and for the putative class and to otherwise strike,

14   as moot, the pending motion to recuse me as attorney.

15

16      8. I execute the herein application under the penalties of

17   perjury under the laws of the United States and the States of

18   California and New York.

19

20

21   DATED: New York, New York
            September 15, 2005

22                                         ROBERT L. ARLEO
                                           (RA 7506)
23

24

25

26

27                              3

28                                                      05cv0171

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*EXHIBIT A*

**ROBERT L. ARLEO, ESQ.**
225 East 79th Street, #2B
New York, New York 10021

Telephone: (212) 517-9967                                        Email R.Arleo@verizon.net
Facsimile:  (212) 517-2919


September 9, 2005


Elizabeth Arleo, Esq.
10085 Carroll Canyon Road
Suite 210-A
San Diego, CA    92131
via fax to: (858) 547-9880

Re: Gonzales v. Arrow Financial Services, LLC
Case No. 05-CV-0171

Dear Elizabeth:

Please confirm your receipt of my correspondence dated September 7, 2005 containing my Notice of Withdrawal of Attorney of Record with my execution thereon. Also, please confirm that the motion to recuse me as class counsel has been withdrawn.

Sincerely,

Robert L. Arleo

RLA:gra

cc: Johnny Gonzales

ELIZABETH J. ARLEO, ESQ. (SBN 201730)
**LAW OFFICES OF ELIZABETH J. ARLEO, PLC**
10085 Carroll Canyon Road, Suite 210-A
San Diego, CA 92131
Telephone: (858) 685-4800
Facsimile:  (858) 685-4810

ROBERT L. ARLEO, ESQ. (NYSB NO. 7506)
**LAW OFFICES OF ROBERT L. ARLEO**
225 East 79th Street, #2B
New York, New York 10021
Telephone: (212) 517-9967
Facsimile:  (212) 517-2919

Attorneys for Plaintiff, JOHNNY GONZALES

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY GONZALES, On Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>ARROW FINANCIAL SERVICES, LLC,<br><br>        Defendant. | CASE NO.  05cv0171 JAH (RBB)<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD** |

TO:   THIS   HONORABLE   COURT,   ALL   PARTIES,   AND   THEIR   RESPECTIVE
ATTORNEYS OF RECORD IN THIS MATTER:

**PLEASE TAKE NOTICE THAT** I, Robert L. Arleo, hereby withdraw as counsel of
Record for Plaintiff, JOHNNY GONZALES, in the above-entitled matter.  This withdrawal is
made pursuant to Civil Local Rule 83.3.g.3, *et. seq.*, and at the Plaintiff's request.  Plaintiff,
JOHNNY GONZALES, will continue to be represented in this matter by  Elizabeth J. Arleo,
Esq. and the Law Offices of Elizabeth J. Arleo, PLC.

- 1 -

1  **BY THIS NOTICE** Plaintiff, JOHNNY GONZALES, hereby relieves Robert L. Arleo,

2  Esq., and the Law Offices of Robert L. Arleo of their duties of representation to Plaintiff

3  GONZALES. Mr. Arleo's contact information is as follows:

4                  ROBERT L. ARLEO, ESQ. (NYSB NO 7506)
                **LAW OFFICES OF ROBERT L. ARLEO**

5                  225 East 79th Street, #2B
                New York, New York 10021

6                  Telephone: (212) 517-9967

7                  Facsimile: (212) 517-2919

8      I, Robert L. Arleo, Esq., consent to and accept this withdrawal:

9

10  DATED: September ___, 2005         **LAW OFFICES OF ROBERT L. ARLEO**

11

12

13  By:_____
           ROBERT L ARLEO, ESQ.

14             225 East 79th Street, #2B
           New York, New York 10021

15             Telephone: (212) 517-9967
           Facsimile: (212) 517-2919

16

17

18      I, JOHNNY GONZALES, consent to and accept this withdrawal:

19

20  DATED: September ___, 2005       _____
                       JOHNNY GONZALES

21

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

- 2 -

1     I, Elizabeth J. Arleo, Esq., consent to and accept this withdrawal:

2     DATED: September ___, 2005       **LAW OFFICES OF ELIZABETH J. ARLEO, PLC**

3

4

5                       By:_____
                          ELIZABETH J. ARLEO, ESQ.

6                           10085 Carroll Canyon Road, Suite 210-A
                          San Diego, CA 92108

7                           Telephone: (858) 547-9800
                          Facsimile: (858) 547-9880

8

9     **IT IS SO ORDERED.**

10

11     DATED: September ___, 2005       _____
                              Judge of the District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

1

## <u>CERTIFICATE OF SERVICE</u>

2

3        The undersigned, being duly admitted to practice law in the
State of New York and being duly admitted to appear pro hac vice
for the plaintiff herein, Johnny Gonzales, hereby affirms under the
4  penalties of perjury that on the 15th day of September, 2005 a copy
of the herein Application To Withdraw As Attorney For the Plaintiff
5  and For the Putative Class, the Exhibit "A" attached thereto, and
the proposed Order Granting Application To Withdraw As Attorney Of
6  Record For Plaintiff And For the Putative Class, was served upon
the plaintiff and the defendant via facsimile transmission
7  addressed to:

8                  Elizabeth J. Arleo,  fax # 858-547-9880
                 Abraham Colman,      fax # 213-891-0400
9

10 DATED: New York, New York
          September 15, 2005
11

12

13        _____
          Robert L. Arleo

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28