USDC SCAN INDEX SHEET










```
JPP     9/23/05    14:14
3:05-CV-00171    GONZALES V. ARROW FINANCIAL
*24*
*O.*
```

FILED

05 SEP 23 AM 10:32

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY GONZALES, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br>ARROW FINANCIAL SERVICES LLC,<br><br>    Defendant. | Civil No. 05CV0171 JAH(RBB)<br><br>ORDER GRANTING APPLICATION TO WITHDRAW AS ATTORNEY AND DENYING PLAINTIFF'S MOTION TO RECUSE COUNSEL AS MOOT |

Pending before the Court is Robert Arleo's application to withdraw as attorney and Plaintiff's motion to recuse counsel. Both seek a court order relieving Robert Arleo as counsel for Plaintiff, Johnny Gonzales. Upon review of the papers submitted[1], the Court finds Plaintiff no longer wishes to be represented by Robert Arleo and Elizabeth Arleo shall continue as counsel for Plaintiff.

Accordingly, IT IS HEREBY ORDERED:

1. The application to withdraw as attorney is **GRANTED**.

//
//
//

---

[1] No opposition to the application or motion was filed. The application indicates counsel for Defendant, Abraham Colman was contacted and has no objection to the application. Application at 3. To date, Plaintiff has filed no response to the application. Additionally, Robert Arleo contends he failed to file an opposition to the motion, because he advised co-counsel, Elizabeth Arleo of his agreement to voluntarily withdraw. *Id.* at 2.

24

05cv0171

2. Plaintiff's motion to recuse counsel is **DENIED as moot**.

Dated: September 22, 2005

*[signature]*
JOHN A. HOUSTON
United States District Judge

cc: Magistrate Judge Brooks
All Counsel of Record