USDC SCAN INDEX SHEET










```
JPP    11/15/05    13:05
3:05-CV-00171   GONZALES V. ARROW FINANCIAL
*35*
*DECL.*
```

ORIGINAL

ARLEO LAW FIRM, PLC
ELIZABETH J. ARLEO (CASB NO. 201730)
850 Main Street, Suite 201
Ramona, CA 92065
Telephone: 760/ 789-8000
760/ 789-8081 (fax)

HORWITZ, HORWITZ & ASSOCIATES
O. RANDOLPH BRAGG (*Pro Hac Vice*)
25 East Washington Street, Suite 900
Chicago, IL 60602
Telephone: 312/ 372-8822
312/ 372-1673 (fax)

Attorneys for Plaintiffs

FILED
05 NOV 14 PM 2:55
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY GONZALES, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARROW FINANCIAL SERVICES, INC.,<br><br>Defendant. | Case No. 05-CV-0171 JAH (RBB)<br><br>DECLARATION OF ELIZABETH J. ARLEO IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br><br>Date:     January 5, 2006<br>Time:     3:00 p.m.<br>Location: Courtroom 11<br><br>Honorable John A. Houston |

DECLARATION OF E. J. ARLEO IN
SUPPORT OF PLAINTIFF'S MOTION FOR
CLASS CERTIFICATION

35

05-CV-0171 JAH (RBB)

I, Elizabeth J. Arleo, declare as follows:

1. I am an attorney at law duly licensed to practice in this Court and am one of the attorneys of record for the representative plaintiff, Johnny Gonzales. This declaration is submitted in support of Plaintiff's Motion for Class Certification. The facts stated in this declaration are known to me personally, and I could competently testify thereto if called as a witness.

2. My purpose here is to give the Court some reasons to feel assured that the absent class members will be capably represented if this matter is certified as a class action. My class action experience and qualifications are set forth below.

3. I received my law degree from the University of San Diego, School of Law in 1998 and my Master of Business Administration from Southern Methodist University in 1993.

4. Since 1999, I have been a member in good standing of the State Bar of California. I am admitted as a member to the Southern, Central and Northern District Courts for California. I am a member of the American Bar Association, the San Diego County Bar Association, the Ramona Bar Association and the National Association of Consumer Advocates.

5. On January 3, 2005, I opened my law office as a solo practice limited to the representation of persons in consumer rights litigation, both individual and class actions. From 1999 to 2004, I practiced law with Milberg Weiss Bershad Hynes & Lerach, LLP in San Diego, California where I was involved in the prosecution of consumer and securities fraud class actions. During law school, I clerked at the United States Securities & Exchange Commission and Milberg Weiss where I co-authored *The Aftermath of BMW v. Gore - Who is Now the Trier of Fact?*, Fin. Services Litig., PLI (1997). *See also* William S. Lerach, et al., *Experience and Practice in Securities Class Action Litigation Under the Private Securities Litig. Reform Act of 1995*, Sec. Reform Act Litig. Rep., July 1997 (acknowledgment).

6. I have been involved in the prosecution of numerous securities fraud class actions, including: *Alaska Electrical Pension Fund v. Pharmacia Corp.*, Case No. 03-1519 (D.N.J); *Anderton v. ClearOne Communications, Inc.*, Master File No. 2:03-CV-0062-PGC (D. Utah); *In re Catalina Mktg. Corp. Secs. Litig.*, Case No. 8:03-CV-1582-27 TBM (M.D. Fl.); *In re Gemstar-TV*

1  *Guide, Int'l Inc. Sec. Litig.*, Case No. CV 02-02775 MRP (PLAx) (C.D. Cal.); *In re HealthSouth Corp. Sec. Litig.*, Master File No. CV-98-BE-2634-S (N.D. Ala.); *In re HealthSouth Corp. Sec. Litig*, Consolidated Case No. CV-03-BE-1500-S (N.D. Ala.); *In re Immune Response Secs. Litig.*, Master File No. 01-CV-1237-J (JAH) (S.D. Cal.); and *In re Lockheed Martin Corp. Secs. Litig.*, Case No. CV 99-00372 MRP (C.D. Cal.).

7.  I have also represented pension funds and individual shareholders in complex securities fraud actions in state courts located in California and elsewhere, including: *AOL Time Warner Cases I & II*, JCCP Nos. 4322 and 4325 (Cal. Sup. Ct., Los Angeles County), *Los Angeles County Employees Retirement Association v. Parsons*, Case No. BC303050 (Cal. Sup. Ct., Los Angeles County); *West Virginia Investment Mgmt. Bd. v. Richard D. Parsons*, Case No. 03-1752 (W.V. Circuit Ct., Kanawha County); *Ohio Public Employees Retirement System. v. Parsons*, Case No. 03-07-7932 (Ohio Common Pleas Ct., Franklin County); and *William Gonser, Derivatively on Behalf of DHB Industries, Inc. v. David H. Brooks and DHB Indus., Inc.*, Index No. 017380/02 (N.Y. Supreme Court, Nassau County) (shareholder derivative action).

8.  I am particularly proud to have served as one of plaintiffs' counsel in three groundbreaking related cases litigated on behalf of more than 30,000 Chinese garment workers against factories located in the U.S. territory, the Commonwealth of the Northern Mariana Islands and U.S. clothing retailers such as The Gap, Limited, Target and J.C. Penney entitled: *Does I v. Advance Textile Corp.*, Case No. 99-0002 (D. Northern Mariana Islands); *Does I v. The Gap, Inc.*, Case No. 01-0031 (D. Northern Mariana Islands); and *UNITE v. The Gap, Inc.*, Case No. 300474 (Cal. Sup. Ct., San Francisco County). The lawsuits, one of which was a class action, challenged sweatshop conditions in Saipan garment factories by alleging, among other things, violations of the Alien Tort Claims Act, the Fair Labor Standards Act, the California Unfair Business Practices Act, and RICO. Under the terms of the settlement agreement, 27 clothing retailers and 28 Saipan-based factories paid $20 million in back wages and damages, created a repatriation fund so workers can return to their home countries, implemented for the factories a code of conduct that fully comports with

1  independent American employment standards, and used workplace monitors to oversee operations
2  and investigate worker complaints.

3  9. I also represented plaintiffs on other consumer class actions and private attorney
4  general actions brought under the California Unfair Business Practices Act, including: *Schwartz v.*
5  *The Upper Deck Co.*, 96 CV 3408-B (AJB) (S.D. Cal.); *Chaset v. The Upper Deck Co.*, Case No.
6  830257-9 (Cal. Sup. Ct., Alameda County); and *Benson v. Kwikset*, Case No.01275 (Cal. Sup. Ct.,
7  Orange County).

8  10. Presently, I am involved in other cases pending in this district court representing
9  alleged debtors under the Fair Debt Collection Practices Act, including *Nutter v. NCO Financial*
10 *Servs., Inc.*, Case No. 04-2266 DMS (RBB) and *Ellis v. West Coast Electronic Billing, Inc.*, Case
11 No. 05-1387 LAB (JMA).

12 Executed under penalty of perjury under the laws of the United States and the State of
13 California this 14th day of November, 2005 at Ramona, California.

_____
ELIZABETH J. ARLEO

N:\Cases\05-1009 Gonzales v Arrow\Pleadings\05-1009 Arleo Decl for Class Cert.doc

DECLARATION OF E. J. ARLEO IN                     - 3 -                    05-CV-0171 JAH (RBB)
SUPPORT OF PLAINTIFF'S MOTION FOR
CLASS CERTIFICATION

*Gonzales v. Arrow Financial Services, Inc.*
U.S. District Court for the Southern District of California
Case No. 05–CV- JAH (RBB)

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States employed in the City of Ramona and County of San Diego, over the age of 18 years, and not a party to the within action; that declarant's business address is 850 Main Street, Suite 201, Ramona, CA 92065.

2. That on November 14, 2005, declarant served the **DECLARATION OF ELIZABETH J. ARLEO IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** by depositing a true copy thereof in a United States mailbox at Ramona, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

4. I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of November, 2005, at Ramona, California

*[signature]*
KELLY RICKARD

## SERVICE LIST
*Gonzales v. Arrow Financial Services, Inc.*
U. S. District Court for the Southern District of California
Case No. 05-CV-0171 JAH (RBB)

Attorneys for Plaintiff

Elizabeth J. Arleo
ARLEO LAW FIRM, PLC
850 Main Street, Suite 201
Ramona, CA 92065
Telephone: 760/ 789-8000
760/ 789-8081 (fax)

O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES
24 East Washington Street, Suite 900
Chicago, IL 60602
Telephone: 312/ 372-8822
315/372-1673 (fax)

Attorneys for Defendant

Abraham J. Colman
Russell L. Allyn
BUCHALTER NEMER
1000 Wilshire Blvd., 15th Floor
Los Angeles, CA 90017
Telephone: 213/ 891-0700
213/ 896-0400 (fax)