USDC SCAN INDEX SHEET










```
JPP    3/10/06    13:19
3:05-CV-00171    GONZALES V. ARROW FINANCIAL
*51*
*M.*
```

**ORIGINAL**

1  ARLEO LAW FIRM, PLC
   ELIZABETH J. ARLEO (CASB NO. 201730)
2  850 Main Street, Suite 201
   Ramona, CA 92065
3  Telephone: 760/ 789-8000
   760/ 789-8081 (fax)
4
   HORWITZ, HORWITZ & ASSOCIATES
5  O. RANDOLPH BRAGG
   CRAIG M. SHAPIRO
6  25 East Washington Street, Suite 900
   Chicago, IL 60602
7  Telephone: 312/ 372-8822
   312/ 372-1693 (fax)
8
   Attorneys for Plaintiff
9

FILED
2006 MAR 10 AM 9: 41
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

10              UNITED STATES DISTRICT COURT

11              SOUTHERN DISTRICT OF CALIFORNIA

12
   JOHNNY GONZALES, on Behalf of Himself      Case No. 05-CV-0171 JAH (RBB)
13 and All Others Similarly Situated,
                                              NOTICE OF MOTION AND MOTION TO
14                      Plaintiff,            COMPEL WRITTEN RESPONSES AND
                                              PRODUCTION OF DOCUMENTS
15       vs.
                                              Date:       April 10, 2006
16 ARROW FINANCIAL SERVICES, LLC.,            Time:       10:00 a.m.
                                              Courtroom:  B, 1st Floor
17                      Defendant.
                                              Magistrate Judge Ruben B. Brooks
18



51 x

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 10, 2006, at 10:00 a.m., in the courtroom of the Honorable Ruben B. Brooks, Magistrate Judge of the United States District Court, Southern District of California, located at 940 Front Street, Courtroom "B" in San Diego, California, Plaintiff Johnny Gonzales will respectfully move this Court for an order compelling written responses and production of documents by Defendant Arrow Financial Services LLC.

Plaintiff requests the Court issue an order compelling Arrow to provide unqualified written responses to <u>Request for Admissions Nos. 8, 9, 10, 11, 12, 13, 14, 20 and 21</u>; and Interrogatory No. 13 (maintenance of procedures to avoid FDCPA violations); and produce documents responsive to <u>Document Request Nos. 2 and 3</u> (reflecting the identity of class members); <u>Document Request Nos. 7 and 17</u> (concerning the maintenance of procedures to avoid FDCPA violations); <u>Document Request Nos. 8 and 9</u> (regarding the creation and signing of Exhibits A and B); <u>Document Request Nos. 20 and 21</u> (reflecting Arrow's decision to report debts to credit bureaus); and completely unredacted documents responsive to <u>Document Request Nos. 4, 6, 10, 11 and 12</u> (relating to Plaintiff's account).

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support of this Motion, the Declaration of Elizabeth J. Arleo dated filed in support hereof dated March 9, 2006, Plaintiff's Certificate of Compliance dated March 9, 2006, the pleadings and papers on file herein, and any other documentary or testimonial evidence which may be presented at the hearing on this matter.

Pursuant to Local Rule 26.1, this Motion is made following various telephonic meet-and-confer conferences between counsel and the exchange of correspondence between counsel beginning mid-January 2006 through the date of filing this motion.

DATED: March 9, 2005

ARLEO LAW FIRM, PLC
ELIZABETH J. ARLEO

*/s/ Elizabeth J. Arleo*

_____
ELIZABETH J. ARLEO

1
2  850 Main Street, Suite 201
   Ramona, CA 92065
   Telephone: 760/ 789-8000
3  760/ 789-8081 (fax)

4  HORWITZ, HORWITZ & ASSOCIATES
   O. RANDOLPH BRAGG
5  CRAIG M. SHAPIRO
   25 East Washington Street, Suite 900
6  Chicago, IL 60602
   Telephone: 312/ 372-8822
7  312/ 372-1673 (fax)

8  Attorneys for Plaintiff

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States employed in the City of Ramona and County of San Diego, over the age of 18 years, and not a party to the within action; that declarant's business address is 850 Main Street, Suite 201, Ramona, CA 92065.

2. That on March 10, 2006, declarant served the **NOTICE OF MOTION AND MOTION TO COMPEL WRITTEN RESPONSES AND PRODUCTION OF DOCUMENTS** by depositing a true copy thereof in a United States mailbox at Ramona, California in a sealed envelope with postage thereon fully prepaid and addressed to all parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

4. I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of March, 2006, at Ramona, California.

_____
KELLY M. RICKARD

N:\Cases\05-1009 Gonzales v Arrow\Pleadings\05-1009 MTC Notice of Motion.doc

05-cv-0171 JAH (RBB)

# SERVICE LIST
*Gonzales v. Arrow Financial Services LLC*
U. S. District Court for the Southern District of California
Case No. 05-CV-0171 JAH (RBB)

Attorneys for Plaintiff

ELIZABETH J. ARLEO
ARLEO LAW FIRM, PLC
850 Main Street, Suite 201
Ramona, CA 92065
Telephone: 760/ 789-8000
760/ 789-8081 (fax)

O. RANDOLPH BRAGG
CRAIG M. SHAPIRO
HORWITZ, HORWITZ & ASSOCIATES
24 East Washington Street, Suite 900
Chicago, IL 60602
Telephone: 312/ 372-8822
312/ 372-1673 (fax)

Attorneys for Defendant

SCOTT H. JACOBS
ABRAHAM J. COLMAN
DAVID S. REIDY
REED SMITH, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213/ 457-8000
213/ 457-8080 (fax)