















JPP   3/27/06    9:31

3:05-CV-00171   GONZALES V. ARROW FINANCIAL

*57*

*DECL.*



ORIGINAL

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1 | Scott H. Jacobs (SBN 81980)
2 | David S. Reidy (SBN 225904)
REED SMITH LLP
3 | 355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
4 | Telephone:   213.457.8000
Facsimile:   213.457.8080

5 | Attorneys for Defendant
ARROW FINANCIAL SERVICES LLC
6

7

FILED

06 MAR 24 PM 3: 24

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10

EV LX

11 | JOHNNY GONZALES, on Behalf of Himself
and All Others Similarly Situated,     |  No.: 05-CV-0171 JAH (RBB)
12
|  **DECLARATION OF DAVID S. REIDY IN**
Plaintiff,     |  **SUPPORT OF OPPOSITIONS TO**
13 |  **PLAINTIFF'S MOTION TO COMPEL**
|  **AND MOTION FOR LEAVE TO FILE**
14 | vs.     |  **ADDITIONAL DISCOVERY**
15 | ARROW FINANCIAL SERVICES LLC,     |  Date:        April 10, 2006
|  Time:        10:00 a.m.
16 | Defendant.     |  Place:       Dept. B
17 |                                          |  Magistrate Judge Ruben B. Brooks
18

19 | **DECLARATION OF DAVID S. REIDY**

20 | I, David S. Reidy,

21 | 1.     I am an associate of the law firm of Reed Smith, counsel of record for Arrow

22 | Financial Services LLC ("Arrow"), in the above-captioned matter. Except where based on

23 | information and belief, I have personal knowledge of the following facts and, if called upon or about

24 | as a witness, I could and would testify truthfully thereto.

25 | 2.     On February 22, 2006, during meet and confer discussions with Plaintiff's counsel,

26 | Elizabeth Arleo, I informed Ms. Arleo that Plaintiff's account records were being reviewed to the

27 | determine whether some line items which had been redacted earlier could be removed. I sent a letter

28 | to Ms. Arleo later that day confirming that the account notes were being reviewed "to determine the

578

1    meaning and import of the redacted line items." [Declaration of Elizabeth Arleo in Support of

2    Motion to Compel ("Arleo Decl."), Ex. G.]

3         3.    The February 22, 2006 letter promised an update on this issue and stated that no other

4    documents were being withheld by Arrow. The statement applied to Document Requests

5    specifically related to Plaintiff's account – the only document-related issue addressed in the

6    February 22 letter. Plaintiff's Motion to Compel makes repeated reference to this statement.

7    [Motion, pp. 5:14-16, 6:22-24, 8:1-3, 9:11-13, 10:11-13.]

8         4.    Realizing later that the February 22, 2006 letter might be construed as ambiguous on

9    this point, I withdrew the statement on March 2, 2006 – before any of the motions at issue were

10   filed.

11        5.    On March 6, 2006, Arrow served its Supplemental Responses, in which it confirmed

12   that it was not withholding any documents related to Plaintiff's file and in which it supplemented its

13   responses to other Document Requests. Arrow produced copies of Plaintiff's account notes that

14   were only redacted to protect attorney-client privilege and concurrently served its Privilege Log to

15   lay the foundation for that privilege. True and correct copies of Arrow's Supplemental Responses

16   and Privilege Log, and Plaintiff's account notes redacted for attorney-client privilege only, are

17   collectively attached hereto as Exhibit A and incorporated herein by reference.

18        I declare under penalty of perjury under the laws of the United States that the foregoing is

19   true and correct and that this declaration was executed on the date below at Los Angeles, California.

20

21       DATED: March 24, 2006.

22                              By_____

23                                  David S. Reidy

24

25

26

27

28

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

– 2 –

DOCSLA-15527324.1-DSREIDY

DECLARATION OF DAVID S. REIDY

# EXHIBIT A

1   Scott H. Jacobs (SBN 81980)
    David S. Reidy (SBN 225904)
2   REED SMITH LLP
    355 South Grand Avenue, Suite 2900
3   Los Angeles, CA 90071-1514

4   Telephone:    213.457.8000
    Facsimile:    213.457.8080
5
    Attorneys for Defendant
6   ARROW FINANCIAL SERVICES LLC

7

8               UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11  JOHNNY GONZALES, on Behalf of Himself     Case No. 05-CV-0171 JAH (RBB)
    and All Others Similarly Situated,
12                                             **ARROW FINANCIAL SERVICES LLC'S**
                    Plaintiff,                 **SUPPLEMENTAL RESPONSES TO**
13                                             **PLAINTIFF'S FIRST SET OF**
         v.                                    **DISCOVERY REQUESTS**
14
    ARROW FINANCIAL SERVICES LLC,              The Honorable John A. Houston
15
                    Defendant.
16

17

18          Defendant Arrow Financial Services LLC ("Arrow") supplements its responses to the

19  discovery propounded by Plaintiff Johnny Gonzales ("Plaintiff") as follows:

20

21          **SUPPLEMENTAL RESPONSES TO REQUESTS FOR ADMISSIONS**

22  <u>REQUEST FOR ADMISSION NO. 4:</u>

23          Arrow is or was engaged in the collection of debts from consumers using the mail and/or

24  telephone.

25  <u>SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 4:</u>

26          Admit.

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## SUPPLEMENTAL RESPONSES TO DOCUMENT REQUESTS

**REQUEST NO. 4:**

All records relating to Plaintiff with plain-English statement of all notes and entries.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 4:**

Arrow will produce a partially redacted copy of Plaintiff's account notes. Those line items that are redacted contain matters protected by attorney-client privilege and are also protected attorney work product. The privileged information is set forth in Arrow's Privilege Log, , which is served concurrently.

**REQUEST NO. 6:**

All communications to or from Plaintiff.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 6:**

Arrow will produce a partially redacted copy of Plaintiff's account notes. Those line items that are redacted contain matters protected by attorney-client privilege and are also protected attorney work product. The privileged information is set forth in Arrow's Privilege Log, , which is served concurrently. Besides the account notes, Arrow is not in possession, custody or control of any other documents responsive to this Request.

**REQUEST NO. 7:**

All manuals, instructions, guidelines, and other documents setting forth policies and procedures to be used by employees of Arrow with respect to collect debts.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 7:**

Arrow objects to this Request on the grounds that the request is not limited to the class period or collection letters at issue here. As such, the Request is overbroad and not calculated to lead to the discovery of admissible evidence. *See Mack v. The Great Atlantic and Pacific Tea Co., Inc.*, 871 F. 2d 179, 187 (1st Cir. 1989) ( "a party ought not to be permitted to use broadswords where scalpels will suffice").

Limiting the Request to Arrow's policies and procedures related to the collection of debt from class members in this action, Arrow is not in possession, custody or control of any documents responsive to this Request.

SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS

1  **REQUEST NO. 8:**

2      All documents relating to the creation, approval, and the use of the documents in the form of

3  Exhibits A and B.

4  **SUPPLEMENTAL RESPONSE TO REQUEST NO. 8:**

5      Arrow is in possession of one responsive document prepared by its general counsel, that

6  contains information related to the creation and approval of mass mailings.  Arrow is not in

7  possession of any other responsive documents.  As such, the only responsive document is protected

8  attorney work product and is subject to the attorney-client privilege.  This responsive document is

9  described in Arrow's Privilege Log, , which is served concurrently.

10  **REQUEST NO. 10:**

11      All documents, including without limitation computer records, which refer or relate to

12  Plaintiff, or are retrievable under any number assigned to Plaintiff by Arrow.

13  **SUPPLEMENTAL RESPONSE TO REQUEST NO. 10:**

14      Arrow will produce a partially redacted copy of Plaintiff's account notes.  Those line items

15  that are redacted contain matters protected by attorney-client privilege and are also protected

16  attorney work product.  The privileged information is set forth in Arrow's Privilege Log, , which is

17  served concurrently. Besides the account notes, Arrow is not in possession, custody or control of any

18  other documents responsive to this Request.

19  **REQUEST NO. 11:**

20      All documents regarding review of Plaintiff's file on or before April 30, 2004.

21  **SUPPLEMENTAL RESPONSE TO REQUEST NO. 11:**

22      Arrow will produce a partially redacted copy of Plaintiff's account notes.  Those line items

23  that are redacted contain matters protected by attorney-client privilege and are also protected

24  attorney work product.  The privileged information is set forth in Arrow's Privilege Log, , which is

25  served concurrently. Besides the account notes, Arrow is not in possession, custody or control of any

26  other documents responsive to this Request.

27  ///

28  ///

- 4 -

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    **REQUEST NO. 12:**

2        All documents regarding review of Plaintiff's file between April 30, 2004, and July 8, 2004.

3    **RESPONSE TO REQUEST NO. 12:**

4        Arrow will produce a partially redacted copy of Plaintiff's account notes. Those line items

5    that are redacted contain matters protected by attorney-client privilege and are also protected

6    attorney work product. The privileged information is set forth in Arrow's Privilege Log, , which is

7    served concurrently. Besides the account notes, Arrow is not in possession, custody or control of any

8    other documents responsive to this Request.

9    **REQUEST NO. 20:**

10       All documents relating to the decision to report or not report Plaintiff's alleged debt to credit

11    bureaus.

12    **SUPPLEMENTAL RESPONSE TO REQUEST NO. 20:**

13       Arrow will produce a partially redacted copy of Plaintiff's account notes. Those line items

14    that are redacted contain matters protected by attorney-client privilege and are also protected

15    attorney work product. The privileged information is set forth in Arrow's Privilege Log, , which is

16    served concurrently. Besides the account notes, Arrow is not in possession, custody or control of any

17    other documents responsive to this Request.

18    **REQUEST NO. 21:**

19       All documents containing procedures and/or guidelines regarding reporting to credit bureaus

20    of debts charged off at least seven years prior.

21    **SUPPLEMENTAL RESPONSE TO REQUEST NO. 21:**

22       Arrow objects to this Request on the grounds that the request is not limited to the class period

23    or collection letters at issue here. As such, the Request is overbroad and not calculated to lead to the

24    discovery of admissible evidence. *See Mack v. The Great Atlantic and Pacific Tea Co., Inc.*, 871 F.

25    2d 179, 187 (1st Cir. 1989) ( "a party ought not to be permitted to use broadswords where scalpels

26    will suffice").

27    ///

28    ///

SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**REQUEST FOR ADMISSION NO. 17:**

Arrow does not notify credit bureaus of paid debts if the debt was charged off more than seven years prior to consumer paying the debt.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

Admit that Arrow does not follow a practice of reporting the payment of debt that is more than seven years old to credit bureaus.

**REQUEST FOR ADMISSION NO. 18:**

Arrow does not report to credit bureaus debts that were charged off more than seven years prior to when Arrow has the opportunity to report them to credit bureaus.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

Admit that Arrow does not follow a practice of reporting debt that is more than seven years old to credit bureaus.

**REQUEST FOR ADMISSION NO. 25:**

"Mike Ortega" is a fictitious name.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 25:**

Admit.

**SUPPLEMENTAL RESPONSES TO INTERROGATORIES**

**INTERROGATORY NO. 4:**

Identify by name, position, and location of the person who signed Exhibits A and B.

**RESPONSE TO INTERROGATORY NO. 4:**

Object that the Interrogatory assumes facts not in evidence, namely that "Mike Ortega" actually signed the letters. Without waiving the objection, "Mike Ortega" was an assumed name used by Ismael Robles: employed by Arrow in San Diego from July 27, 1998 to May 13, 2005. Last held position: Group Manager of Operations.

**INTERROGATORY NO. 18:**

State the real name and location of "Mike Ortega."

**RESPONSE TO INTERROGATORY NO. 18:**

Ismael Robles. See Supplemental Response to Interrogatory No. 4.

SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS

1        Limiting the Request to Arrow's policies and procedures related to the collection of debt

2   from class members in this action, Arrow is not in possession, custody or control of any documents

3   responsive to this Request.

4        DATED:  March 6, 2006

5

6

7                     REED SMITH LLP

8                     By

9                        David S. Reidy
                         Attorneys for Defendant

10                       ARROW FINANCIAL SERVICES LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 6 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## VERIFICATION

I, Brian Cutler, am employed as Executive Vice President of ARROW FINANCIAL SERVICES LLC ("Arrow"). I am authorized to make this Verification on behalf of Arrow, and I have obtained and reviewed all documents, records and information possessed by or known to Arrow in connection with the matters stated herein. Based on such review, I am informed and believe that the responses set forth above in **ARROW FINANCIAL SERVICES LLC'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS**, are true and correct.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct. Executed on March 6, 2006, at Niles, Illinois.

_Brian Cutler_

Brian Cutler

SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS

```
11/14/05                              ARROW FINANCIAL SERVICES LLC
PAGE 1
1:16 PM  LCA                                    SELECTED

-----------------------------------------------------------------------------------------------------------

STATUS        Acct:14414302        Disposition:9999 INACTIVE                        Wait: 02/08/06   Due
Date: 121304

DEBTOR        Name:GONZALES JONNY
              Adr1:13217 DANA VISTA             POB:RALPHS GROCERY        Lgl:1   POB Ph:
              Adr2:ST 124                       Adr:                      Freq:   Pay:      0.00
              City:POWAY                        Cty:                      Canc:LGL Born:08/01/1967
              St: CA  Zip:92064                 St:       Zip:            COF:    Sal:

              Clnt:53626 A.F.S. ASSIGNEE OF DAIWA, NILES IL, 03212019              Org:

166.25        List:06/11/02 Srv:11/04/90 Ltrs:6        Time:100  Calls:7   Con:2    Bal:     0.00

NOTES         KJB 06/12/02 11:35  2NEW NEW PURCHASE ACCT et 2NEW index 170403824
              KJB 06/13/02 5:41P  Interest assessed thru 06/13/2002 - $332.78 added.
              KJB 06/14/02 7:21P  lr #2175 et LTR2175 index 174174489 1
              KJB 06/14/02 7:21P  2000 DLC LETTER SERIES et LTR2175 index 174174490
              KJB 06/14/02 7:21P  Transferred to collector 0 et LTR2175 index 174174491
              KJB 06/14/02 7:21P  (R-14414302)
              KJB 06/14/02 7:21P  Updated udw 904,4 with 061402 et LTR2175 index 174174492
              KJB 06/14/02 7:21P  (A-14414302)
              KJB 06/19/02 3:21P  Transferred from 699 to 0
              KJB 06/25/02 9:19   ls #2175
              KJB 06/25/02 4:25P  Credit report flag changed from Y to N
              KJB 06/26/02 4:25P  Marked account for credit bureau removal, et CREDRPT index
              KJB 06/26/02 4:25P  182885951 (A-14414302)
              LET 06/30/02 12:39P Interest assessed thru 07/01/2002 - $1.48 added.
              MRX 07/16/02 9:17   2005 MAIL RETURN NO PHONE enDI BADDP
              MRX 07/16/02 9:55   MAIL RETURN (BAR CODE)
              LET 07/31/02 5:51P  Interest assessed thru 08/01/2002 - $2.54 added.
              LET 08/31/02 9:54   Interest assessed thru 09/01/2002 - $2.54 added.
              SDO 09/08/02 9:15   JAEX ALL EFFORT EXHAUSTED et 602NDEI index 227820559
              KJC 09/11/02 11:38  Transferred from EW3 to KJC
              KJC 09/11/02 2:45P  Transferred from KJC to EW3
              TIM 10/04/02 7:06P  Interest assessed thru 10/01/2002 - $2.46 added.
```

```
SKH 10/04/02 9:12P enDI 3AEX changed DU66002 from to KENNY JACKSON
SKH 10/04/02 9:12P enDI 3AEX changed DU66001 from to 100402
SKH 10/04/02 9:12P enDI 3AEX changed DU66003 from to EK3
SKH 10/04/02 9:12P enDI 3AEX changed DU66004 from to 4560
SKH 10/04/02 9:12P enDI 3AEX changed DU66005 from to 3AEX
SKH 10/04/02 9:12P enDI 3AEX changed DU66006 from to 602
SKH 10/08/02 9:27P Transfered to collector CA at CA660 index 251125358
SKH 10/08/02 9:27P (R-14414302)
LET 10/31/02 7:04P Interest assessed thru 11/01/2002 - $2.54 added.
LET 11/30/02 1:17P Interest assessed thru 12/01/2002 - $2.46 added.
LET 12/31/02 8:54P Interest assessed thru 01/01/2003 - $2.54 added.
SKH 01/29/03 8:16P enDI 660NLE changed DU66002 from KENNY JACKSON to MIKE
SKH 01/29/03 8:16P ROBLES
SKH 01/29/03 8:16P enDI 660NLE changed DU66003 from EK3 to IR3
SKH 01/29/03 8:16P enDI 660NLE changed DU66004 from 4560 to 4400
```

11/14/05
PAGE 2
1:16 PM    LCA

ARROW FINANCIAL SERVICES LLC

SELECTED

```
SKH 01/29/03  8:16P  enDI 660NLE changed DU66011 from  to 012903
LET 01/31/03  1:26P  Interest assessed thru 02/01/2003 - $2.54 added.
TIM 02/27/03  8:01P  Interest assessed thru 02/28/2003 - $2.21 added.
TIM 03/31/03  6:56P  Interest assessed thru 04/01/2003 - $2.62 added.
LET 04/30/03 11:36   Interest assessed thru 05/01/2003 - $2.46 added.
TIM 05/30/03  3:32P  Interest assessed thru 05/31/2003 - $2.46 added.
KJB 06/12/03 11:55P  Updated udw 904,1 with 061203 et GLREX index 46823054
KJB 06/12/03         (A-14414302)
KJB 06/12/03 11:55P  ls #2992
KJB 06/16/03  9:03P  lr #2992 et GLREX index 46823055 1
TIM 06/30/03  2:19P  Interest assessed thru 07/01/2003 - $2.54 added.
TIM 07/31/03  4:36   Interest assessed thru 07/30/2003 - $2.38 added.
LET 08/30/03 10:25   Interest assessed thru 08/31/2003 - $2.62 added.
TIM 09/30/03  8:20   Interest assessed thru 10/01/2003 - $2.54 added.
LET 10/30/03 10:11P  Interest assessed thru 10/31/2003 - $2.46 added.
LET 11/30/03 12:24P  Interest assessed thru 12/01/2003 - $2.54 added.
LET 12/30/03 10:11P  Interest assessed thru 12/31/2003 - $2.46 added.
LET 01/30/04  5:47P  Interest assessed thru 01/31/2004 - $2.54 added.
TIM 02/29/04 11:35P  Interest assessed thru 03/01/2004 - $2.46 added.
BSM 03/14/04  2:03P  ENTERED NEW ADDRESS FROM ABBREVIATED BUREAU
BSM 03/14/04  2:03P  ENTERED NEW ADDRESS FROM ABBREVIATED BUREAU
TIM 03/14/04  2:03P  ENTERED NEW DATE OF BIRTH FROM ABBREVIATED BUREAU
BSM 03/14/04  2:03P  ENTERED NEW PHONE NUMBER FROM ABBREVIATED BUREAU
BSM 03/14/04  2:03P  ENTERED NEW COMAKER POE FROM ABBREVIATED BUREAU
BSM 03/14/04  2:03P  ABBREVIATED BUREAU INFO RETURNED, BUT DISPO NOT IN
BSM 03/14/04  2:03P  2CBA/3CBA, SO DISPO NOT CHANGED TO 2CBR/3CBR
TIM 03/31/04  4:54P  Interest assessed thru 04/01/2004 - $2.54 added.
BSM 04/17/04  1:50   lr #2107 et 21A index 823881010 1
BSM 04/17/04  1:50   Updated udw 310,29 with 041704 et 21A index 823881012
BSM 04/17/04  1:50   (A-14414302)
BSM 04/17/04  1:50   Updated udw 310,30 with 1b SIF50 et 21A index 823881015
BSM 04/17/04  1:50   (A-14414302)
BSM 04/17/04  1:50   Updated udw 310,31 with 1b RTEBAL et 21A index 823881017
BSM 04/17/04  1:50   (A-14414302)
BSM 04/17/04  1:50   Updated udw 790,15 with 041704 et 21A index 823881019
BSM 04/17/04  1:50   (A-14414302)
BSM 04/17/04  1:50   Updated udw 790,16 with 1b SIF50 et 21A index 823881020
```

BSM 04/17/04  1:50  Updated udw 790.17 with 1b RTEBAL et 21A index 823881021
BSM 04/17/04  1:50  (A-14414302)
BSM 04/17/04  1:50  Updated udw 310.28 with 1b 21AB et 21A index 823881025
BSM 04/17/04  1:50  (A-14414302)
TIM 04/30/04  5:38  Interest assessed thru 04/30/2004 - $2.38 added.
KJB 04/30/04  4:33P  Ls #2107
KJB 05/01/04  9:37P  Updated udw 904,1 with 050104 et GLB2992 index 848867594
KJB 05/01/04  9:37P  (A-14414302)
KJB 05/01/04  9:37P  Lr #2992 et GLB2992 index 848867595 1
S23 05/06/04  9:37P  Udw 131-1 phone# changed from   to 858-813-0058
MU3 05/06/04  7:34P  Udw 131-12 phone# changed from   to 858-513-0058
MU3 05/06/04  7:39P  DBTR C/I REF TO PAY WNTD TO KNOW IF THERE WAS ANYTHING
MU3 05/06/04  7:41P

ARROW FINANCIAL SERVICES LLC

SELECTED

```
MU3 05/06/04 7:41P THAT AFS CLD DO TO HIM LEGALLY...ALSO WNTD TO KNOW IF
MU3 05/06/04 7:42P ACCT CLD BE PLACED ON HIS CBR. REF TO PAY...TERM CALL
MU3 05/06/04 7:42P WLDN'T ANS WETHER OR NOT HE WLD PAY.
MU3 05/06/04 7:43P DEBTOR CONTACT (conts)
MU3 05/06/04 7:43P 3AEX ALL EFFORT EXHAUSTED
MU3 05/06/04 7:43P Updated udw 830,1 with 1b DYETIM et CONTACT index 855767624
MU3 05/06/04 7:43P (A-14414302)
MU3 05/06/04 7:43P Updated udw 840,1 with 050604 et CONTACT index 855767625
MU3 05/06/04 7:43P (A-14414302)
GR3 05/06/04 7:51P DID A 2ND T/O . TT DTR.  HE NOT GOING TO PAY. HE WILL MAIL
GR3 05/06/04 7:51P A CEASE AND DESIST LTR .  TOLD HIM TO ADDRES TO CCD. HE
GR3 05/06/04 7:52P KEPT ASKING WHAT HE CAN LEGALLY DO. I HAD TO REPEATLY TELL
GR3 05/06/04 7:52P HIM THAT I'M NOT AN ATTY AND THIS IS A CALL CENTER NOT A
GR3 05/06/04 7:52P LAW FIRM.
GR3 05/06/04 7:52P DEBTOR CONTACT (conts)
GR3 05/06/04 7:52P 3AEX ALL EFFORT EXHAUSTED
GR3 05/06/04 7:52P Updated udw 830,2 with 1b DYETIM et CONTACT index 855769305
GR3 05/06/04 7:52P (A-14414302)
GR3 05/06/04 7:52P Updated udw 840,2 with 050604 et CONTACT index 855769306
GR3 05/06/04 7:52P (A-14414302)
JAG 05/12/04 9:17  enDI JAGFIX changed DU29501 from    to 0005672778200
JAG 05/15/04 4:43  enDI JAGFIX changed DU26904 from    to 051404
TIM 05/23/04 10:57 le #2992
TIM 05/23/04 11:07 le #2992
TIM 05/23/04 11:07 letop after #2992
LET 05/31/04 1:30P Interest assessed thru 06/01/2004  - $2.62 added.
LET 06/14/04 3:34P enDI JAGFIX changed DU26902 from    to 061404
JAG 06/30/04 5:33P Interest assessed thru 07/01/2004  - $2.46 added.
LET 07/05/04 5:33P lr #2107 et 34A index 918134260 1
BSM 07/05/04 7:53P Updated udw 790,15 with 070504 et 34A index 918134262
BSM 07/05/04 7:53P (A-14414302)
BSM 07/05/04 7:53P Updated udw 790,16 with 1b SIF50 et 34A index 918134264
BSM 07/05/04 7:53P (A-14414302)
BSM 07/05/04 7:53P Updated udw 790,17 with 1b RTEBAL et 34A index 918134265
BSM 07/05/04 7:53P (A-14414302)
BSM 07/05/04 7:53P Updated udw 410,1 with 1b 34AS et 34A index 918134266
BSM 07/05/04 7:53P (A-14414302)
BSM 07/05/04 7:53P Updated udw 410,2 with 070504 et 34A index 918134268
```

BSM 07/05/04  7:53P  (A-14414302)
BSM 07/05/04  7:53P  Updated udw 410,3 with 1b SIF50 et 34A index 918134269
BSM 07/05/04  7:53P  (A-14414302)
BSM 07/05/04  7:53P  Updated udw 410,4 with 1b RTEBAL et 34A index 918134270
BSM 07/05/04  7:53P  (A-14414302)
BSM 07/07/04  11:10  1s #2107
LET 07/31/04  6:19P  Interest assessed thru 08/01/2004 - $2.54 added.
ROS 08/16/04  3:46P  Debtor phone flag changed from    to
ROS 08/16/04  3:46P  enDI ACCLEAN changed DBPHONE from         513-0058 to
ROS 08/16/04  3:46P  858-513-0058
ROS 08/16/04  3:46P  enDI ACCLEAN changed DBPF from    to
LET 08/31/04  2:08P  Interest assessed thru 09/01/2004 - $2.54 added.

11/14/05
PAGE 4
1:16 PM   LCA

ARROW FINANCIAL SERVICES LLC
SELECTED

| | | | |
|---|---|---|---|
| LET | 10/01/04 | 8:31P | Interest assessed thru 10/02/2004 - $2.54 added. |
| LET | 10/31/04 | 12:07P | Interest assessed thru 11/01/2004 - $2.46 added. |
| LET | 11/30/04 | 3:39P | Interest assessed thru 12/01/2004 - $2.46 added. |
| RX3 | 12/13/04 | 4:37P | Udw 131-12 phone# changed from 858-513-0058 to 619-338-8107 |
| RX3 | 12/13/04 | 4:38P | 3000 BEGIN REG COLLECT |
| RX3 | 12/13/04 | 4:43P | Stopped 0 letters et sm3100 index 123834B194 |
| RX3 | 12/13/04 | 4:43P | Updated udw 767,1 with 121304 et sm3100 index 123834B332 |
| RX3 | 12/13/04 | 4:43P | (A-14414302) |
| RX3 | 12/13/04 | 4:43P | 3100 PAYMENT PROMISED 121304 121304 SET 286.48 |
| RX3 | 12/13/04 | 4:47P | DBTR CLLD IN OFF LETTER WNTD TO TAKE CARE ACCT VERIFIED |
| RX3 | 12/13/04 | 4:48P | INFO OFFER SET 50% $286.48 |
| TP3 | 12/14/04 | 9:37 | **NEED DUE DATE IN WINDOW 8** |
| TP3 | 12/14/04 | 9:37 | Transferred from CA to RX3 |
| RX3 | 12/15/04 | 2:11P | Updated udw 845,2 with 1b DBNOTI et GCCALL index 1243424581 |
| RX3 | 12/15/04 | 2:11P | (A-14414302) |
| RX3 | 12/15/04 | 2:11P | Updated udw 845,3 with 1b DBCLNT et GCCALL index 1243424790 |
| RX3 | 12/15/04 | 2:11P | (A-14414302) |
| RX3 | 12/15/04 | 2:11P | Updated udw 845,1 with 121504 et GCCALL index 1243424585 |
| RX3 | 12/15/04 | 2:11P | (A-14414302) |
| RX3 | 12/15/04 | 2:11P | Updated udw 845,4 with 1b CRGLDP et GCCALL index 1243424807 |
| RX3 | 12/15/04 | 2:11P | (A-14414302) |
| RX3 | 12/15/04 | 2:11P | CLLD RES DEAD AIR |
| RX3 | 12/15/04 | 2:12P | 3100 PAYMENT PROMISED 121604 121304 SET 286.48 |
| RX3 | 12/15/04 | 2:12P | Telephone contact attempted today. |
| RX3 | 12/15/04 | 2:12P | Updated udw 831,1 with 1b DTETIM et CALL index 1243427469 |
| RX3 | 12/15/04 | 2:12P | (A-14414302) |
| RX3 | 12/15/04 | 2:12P | Updated udw 841,1 with 121504 et CALL index 1243427485 |
| RX3 | 12/15/04 | 2:12P | (A-14414302) |
| RX3 | 12/15/04 | 2:12P | The ANI Agent field (DGANIAG) was changed to 'RX3'. et CALL |
| RX3 | 12/15/04 | 2:12P | index 1243427489 (R-14414302) |
| RX3 | 12/15/04 | 2:12P | Updated udw 355,2 with 121504 et CALL index 1243427598 |
| RX3 | 12/15/04 | 2:12P | (A-14414302) |
| RX3 | 12/17/04 | 11:15 | CLLD RES DEAD AIR |
| RX3 | 12/17/04 | 11:15 | 3100 PAYMENT PROMISED 121804 121304 SET 286.48 |
| RX3 | 12/20/04 | 1:50P | Updated udw 845,1 with 122004 et GCCALL index 1252849367 |
| RX3 | 12/20/04 | 1:50P | (A-14414302) |
| RX3 | 12/20/04 | 1:50P | Updated udw 845,2 with 1b DBNOTI et GCCALL index 1252849370 |

RY3 12/20/04 1:50P Updated udw 845,3 with 1b DBCLNT et GCCALL index 1252849379
RY3 12/20/04 1:50P (A-14414302)
RY3 12/20/04 1:50P Updated udw 845,4 with 1b CBGLDP et GCCALL index 1252849393
RY3 12/20/04 1:50P (A-14414302)
RY3 12/20/04 1:51P CLLD RES NA LM
RY3 12/20/04 1:51P 3100 PAYMENT PROMISED 122104 121304 SET 286.48
RY3 12/20/04 1:51P Telephone contact attempted today.
RY3 12/20/04 1:51P Updated udw 831,2 with 1b DTETIM et CALL index 1252852561
RY3 12/20/04 1:51P (A-14414302)
RY3 12/20/04 1:51P Updated udw 841,2 with 122004 et CALL index 1252852582
RY3 12/20/04 1:51P (A-14414302)
RY3 12/20/04 1:51P The ANI Agent field (DGANIAG) was changed to 'RY3'. et CALL

11/14/05
PAGE 5
1:16 PM   LCA

# ARROW FINANCIAL SERVICES LLC

SELECTED

```
RY3  12/20/04  1:51P  Index 125285252587 (R-14414302)
RY3  12/20/04  1:51P  Updated udw 355,2 with 122004 et CALL index 125285252594
RY3  12/20/04  1:51P  (A-14414302)
RY3  12/23/04  12:37P Updated udw 845,1 with 122304 et GCCALL index 1261278979
RY3  12/23/04  12:37P (A-14414302)
RY3  12/23/04  12:37P Updated udw 845,2 with 1b DBNOTI et GCCALL index 1261278996
RY3  12/23/04  12:37P (A-14414302)
RY3  12/23/04  12:37P Updated udw 845,3 with 1b DBCLNT et GCCALL index 1261278998
RY3  12/23/04  12:37P (A-14414302)
RY3  12/23/04  12:37P Updated udw 845,4 with 1b CBGLDP et GCCALL index 1261279016
RY3  12/23/04  12:37P (A-14414302)
RY3  12/23/04  12:38P CLLD RES NA LM
RY3  12/23/04  12:39P Telephone contact attempted today.
RY3  12/23/04  12:39P Updated udw 831,3 with 1b DTETIM et CALL index 1261283939
RY3  12/23/04  12:39P (A-14414302)
RY3  12/23/04  12:39P Updated udw 355,2 with 122304 et CALL index 1261283943
RY3  12/23/04  12:39P (A-14414302)
RY3  12/23/04  12:39P Updated udw 841,3 with 122304 et CALL index 1261283943
RY3  12/23/04  12:39P (A-14414302)
RY3  12/23/04  12:39P The ANI Agent field (DGANIAG) was changed to 'RY3', et CALL
RY3  12/23/04  12:39P index 1261283944 (R-14414302)
RY3  12/23/04  12:39P Updated udw 355,2 with 122304 et CALL index 1261283954
RY3  12/23/04  12:39P (A-14414302)
RY3  12/23/04  1:49P  Updated udw 845,1 with 122704 et GCCALL index 1269254645
RY3  12/27/04  1:49P  (A-14414302)
RY3  12/27/04  1:49P  Updated udw 845,2 with 1b DBNOTI et GCCALL index 1269254681
RY3  12/27/04  1:49P  (A-14414302)
RY3  12/27/04  1:49P  Updated udw 845,3 with 1b DBCLNT et GCCALL index 1269254723
RY3  12/27/04  1:49P  (A-14414302)
RY3  12/27/04  1:49P  Updated udw 845,4 with 1b CBGLDP et GCCALL index 1269254754
RY3  12/27/04  1:50P  (A-14414302)
RY3  12/27/04  1:50P  CLLD RES NA LM
RY3  12/27/04  1:51P  3100 PAYMENT PROMISED 122804 121304 SET 286.48
RY3  12/27/04  1:51P  Telephone contact attempted today.
RY3  12/27/04  1:51P  Updated udw 831,4 with 1b DTETIM et CALL index 1269257500
RY3  12/27/04  1:51P  (A-14414302)
RY3  12/27/04  1:51P  Updated udw 841,4 with 122704 et CALL index 1269257512
RY3  12/27/04  1:51P  (A-14414302)
RY3  12/27/04  1:51P  The ANI Agent field (DGANIAG) was changed to 'RY3', et CALL
RY3  12/27/04  1:51P  Index 1269257513 (R-14414302)
```

```
RY3 12/27/04  1:51P Updated udw 355.2 with 122704 et CALL index 126925?735
RY3 12/27/04  1:51P (A-14414302)
RY3 12/27/04  1:52P 3100 PAYMENT PROMISED 122704 121304 SET 286.48
RY3 12/28/04  1:48P Updated udw 845.1 with 122804 et GCCALL index 1271103542
RY3 12/28/04  1:48P (A-14414302)
RY3 12/28/04  1:48P Updated udw 845.2 with 1b DBNOTI et GCCALL index 1271103628
RY3 12/28/04  1:48P (A-14414302)
RY3 12/28/04  1:48P Updated udw 845.3 with 1b DBCLNT et GCCALL index 1271103659
RY3 12/28/04  1:48P (A-14414302)
RY3 12/28/04  1:48P Updated udw 845.4 with 1b CBGLDP et GCCALL index 1271103701
RY3 12/28/04  1:48P (A-14414302)
RY3 12/28/04  1:49P CLLD RES NA LM
```

11/14/05
PAGE 6
1:16 PM   LCA

ARROW FINANCIAL SERVICES LLC

SELECTED

| | | | |
|---|---|---|---|
| RX3 | 12/28/04 | 1:50P | 3100 PAYMENT PROMISED 122904 121304 SET 286.48 |
| RX3 | 12/28/04 | 1:50P | Telephone contact attempted today. |
| RX3 | 12/28/04 | 1:50P | Updated udw 831,5 with 1b DTETIM et CALL index 1271107377 |
| RX3 | 12/28/04 | 1:50P | (A-14414302) |
| RX3 | 12/28/04 | 1:50P | Updated udw 841,5 with 1b DENOTI et CALL index 1271107543 |
| RX3 | 12/28/04 | 1:50P | (A-14414302) |
| RX3 | 12/28/04 | 1:50P | The ANI Agent field (DGANIAG) was changed to 'RX3', et CALL |
| RX3 | 12/28/04 | 1:50P | index 1271107544 (R-14414302) |
| RX3 | 12/28/04 | 1:50P | Updated udw 355,2 with 1b DBCLNT et CALL index 1271107568 |
| RX3 | 12/28/04 | 1:50P | (A-14414302) |
| RX3 | 12/28/04 | 1:48P | Updated udw 845,1 with 1b CBGLDP et GCCALL index 1279306571 |
| RX3 | 01/03/05 | 1:48P | (A-14414302) |
| RX3 | 01/03/05 | 1:48P | Updated udw 845,2 with 1b DENOTI et GCCALL index 1279306572 |
| RX3 | 01/03/05 | 1:48P | (A-14414302) |
| RX3 | 01/03/05 | 1:48P | Updated udw 845,3 with 1b DBCLNT et GCCALL index 1279306587 |
| RX3 | 01/03/05 | 1:48P | (A-14414302) |
| RX3 | 01/03/05 | 1:48P | Updated udw 845,4 with 1b CBGLDP et GCCALL index 1279306589 |
| RX3 | 01/03/05 | 1:48P | (A-14414302) |
| RX3 | 01/03/05 | 1:49P | 3100 PAYMENT PROMISED 010405 121304 SET 286.48 |
| RX3 | 01/03/05 | 1:49P | Telephone contact attempted today. |
| RX3 | 01/03/05 | 1:49P | Updated udw 831,6 with 1b DTETIM et CALL index 1279309303 |
| RX3 | 01/03/05 | 1:49P | (A-14414302) |
| RX3 | 01/03/05 | 1:49P | Updated udw 841,6 with 1b CALL index 1279309362 |
| RX3 | 01/03/05 | 1:49P | (A-14414302) |
| RX3 | 01/03/05 | 1:49P | The ANI Agent field (DGANIAG) was changed to 'RX3', et CALL |
| RX3 | 01/03/05 | 1:49P | index 1279309438 (R-14414302) |
| RX3 | 01/03/05 | 1:49P | Updated udw 355,2 with 1b CALL index 1279309549 |
| RX3 | 01/03/05 | 1:49P | (A-14414302) |
| RX3 | 01/03/05 | 1:49P | CLLD RES NA LM |
| RX3 | 01/05/05 | 12:42P | CLLD RES NA LM |
| RX3 | 01/05/05 | 12:42P | Updated udw 845,1 with 1b DENOTI et GCCALL index 1283616180 |
| RX3 | 01/05/05 | 12:42P | (A-14414302) |
| RX3 | 01/05/05 | 12:42P | Updated udw 845,2 with 1b DENOTI et GCCALL index 1283616182 |
| RX3 | 01/05/05 | 12:42P | (A-14414302) |
| RX3 | 01/05/05 | 12:42P | Updated udw 845,3 with 1b DBCLNT et GCCALL index 1283616185 |
| RX3 | 01/05/05 | 12:42P | (A-14414302) |
| RX3 | 01/05/05 | 12:42P | Updated udw 845,4 with 1b CBGLDP et GCCALL index 1283616186 |
| RX3 | 01/05/05 | 12:42P | (A-14414302) |
| RX3 | 01/05/05 | 12:43P | CLLD RES NA LM |

```
RY3 01/05/05 12:43P 3201 G.C. CALL BACK
RY3 01/05/05 12:43P Telephone contact attempted today.
RY3 01/05/05 12:43P Updated udw 831,7 with lb DTETIM et CALL index 1283618563
RY3 01/05/05 12:43P (A-14414302)
RY3 01/05/05 12:43P Updated udw 841,7 with 010505 et CALL index 1283618576
RY3 01/05/05 12:43P (A-14414302)
RY3 01/05/05 12:43P The ANI Agent field (DGANIAG) was changed to 'RY3'. et CALL
RY3 01/05/05 12:43P index 1283618582 (R-14414302)
RY3 01/05/05 12:43P Updated udw 355,2 with 010505 et CALL index 1283618593
RY3 01/05/05 12:43P (A-14414302)
TIM 01/31/05  6:30P Interest assessed thru 01/31/2005 - $5.00 added.
```

[redacted]

11/14/05
PAGE 7
1:16 PM LCA

ARROW FINANCIAL SERVICES LLC

SELECTED

[redacted]

** END OF REPORT **

**PROOF OF SERVICE**

I am a resident of the United States of America, State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071. On March 6, 2006, I served the following document(s) by the method indicated below:

**ARROW FINANCIAL SERVICES LLC'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS**

[X] by transmitting via facsimile on this date from fax number (213) 457-8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report was properly issued by the transmitting fax machine. The transmitting fax machine complies with Cal.R.Ct 2003(3).

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

Elizabeth J. Arleo
Arleo Law Firm PLC
850 Main Street
Ramona, CA 92065
(760) 789-8081 – fax
(760) 789-8000 – phone

O. Randolph Bragg
Craig Shapiro
25 E Washington Street, Suite 900
Chicago, IL 60602
(312) 372-8822 - phone
(312) 372-1673 - fax

*Attorney for Plaintiff*
*Johnny Gonzales*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on March 6, 2006, at Los Angeles, California.

Nana Ofori-Atta

DOCSLA-15622765.1-DSREIDY

AMENDED NOTICE OF DEPOSITION OF PLAINTIFF JOHNNY GONZALES

\*\*\*\*\*\*\*\*\*\*\*\*\*\* -COMM. JOURNAL- \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* DATE MAR-06-2006 \*\*\*\*\* TIME 16:41 \*\*\*\*\*\*\*\*

```
    MODE = MEMORY TRANSMISSION              START=MAR-06 16:38    END=MAR-06 16:41

      FILE NO.=185

    STN NO.   COMM.   ABBR NO.   STATION NAME/TEL NO.   PAGES   DURATION

     001      OK      #          917607890081           029/029  00:03:11


                                                    -REED SMITH          -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* -          -  \*\*\*\*\* -           - \*\*\*\*\*\*\*\*
```

# ReedSmith

## FAX TRANSMITTAL

Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
213.457.8000
Fax 213.457.8080

**From: David S. Reidy**
Direct Phone: 213.457.8329
Email: dreidy@reedsmith.com
Date:    March 8, 2006

Total Number Of Pages Including Cover Page ___

**FAX TO**

| Name | Company | Fax Number | Phone Number |
|------|---------|-----------|--------------|
| Elizabeth J. Arleo | Arleo Law Firm PLC | (760) 789-8081 | (760) 789-8000 |
| O. Randolph Bragg/Craig Shapiro | | (312) 372-1673 | |

**Original will follow via:**  ☒ Regular Mail  ☐ Overnight Delivery  ☐ Messenger  ☐ None

**NOTES:**

If you do not receive all of the pages, please call Nana S. Ofori-Atta at 213.457.6470.

Please Transmit Before  ☐9  ☐10  ☐11 a.m.  ☐12  ☐1  ☐2  ☐3  ☐4  ☐5  ☐6  ☐7  ☐8 p.m.

Client Number ___ 380431 ___ Matter Number ___ 60001 ___ Attorney Number ___ 6383 ___
Transmission Time ___ a.m/p.m. ___ Finish Time ___ a.m/p.m. ___
Operator ___

PLEASE NOTE: The information contained in this facsimile message may be privileged and confidential, and is intended only for the use of the individual(s) or entity named above who has been specifically authorized to receive it. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return all pages to the address shown above. Thank you.

NEW YORK ● LONDON ● LOS ANGELES ● PARIS ● SAN FRANCISCO ● WASHINGTON, D.C. ● PHILADELPHIA ● PITTSBURGH ● OAKLAND

MUNICH ● PRINCETON ● FALLS CHURCH ● WILMINGTON ● NEWARK ● MIDLANDS, U.K. ● CENTURY CITY ● RICHMOND ● LEESBURG

r e e d s m i t h . c o m

DOCSLA-15328981.1-DSREIDY

\*\*\*\*\*\*\*\*\*\*\*\* -COMM. JOURNAL- \*\*\*\*\*\*\*\*\*\*\*\*\*\*\* DATE MAR-06-2006 \*\*\*\* TIME 16:47 \*\*\*\*\*\*\*\*

```
MODE = MEMORY TRANSMISSION          START=MAR-06 16:43   END=MAR-06 16:47

    FILE NO.=186

STN NO.   COMM.   ABBR NO.   STATION NAME/TEL. NO.   PAGES   DURATION

001       OK      #          913123721673            029/029 00:03:07


                                              -REED SMITH             -
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* -        - \*\*\*\* -        - \*\*\*\*\*\*\*\*

# ReedSmith

## FAX TRANSMITTAL

Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
213.457.8000
Fax 213.457.8080

From: David S. Reidy
Direct Phone: 213.457.8329
Email: dreidy@reedsmith.com
Date:    March 8, 2006

### Total Number Of Pages Including Cover Page ____

**FAX TO**

| Name | Company | Fax Number | Phone Number |
|---|---|---|---|
| Elizabeth J. Arleo | Arleo Law Firm PLC | (760) 789-8081 | (760) 789-8000 |
| O. Randolph Bragg/Craig Shapiro | | (312) 372-1673 | |

**Original will follow via:** ☒ Regular Mail  ☐ Overnight Delivery  ☐ Messenger  ☐ None

**NOTES:**

If you do not receive all of the pages, please call Nana S. Oferi-Atta at 213.457.6470.

Please Transmit Before  ☐9 ☐10 ☐11 a.m. ☐12 ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 p.m.

Client Number: 360413    Matter Number: 6090    Attorney Number: 6883
Transmitted Time:                a.m./p.m.   Finish Time:              a.m./p.m.
Operator:

PLEASE NOTE: The information contained in this facsimile message may be privileged and confidential, and is intended only for the use of the individual(s) or entity named above who has been specifically authorized to receive it. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return all pages to the address shown above. Thank you.

NEW YORK ♦ LONDON ♦ LOS ANGELES ♦ PARIS ♦ SAN FRANCISCO ♦ WASHINGTON, D.C. ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND
MUNICH ♦ PRINCETON ♦ FALLS CHURCH ♦ WILMINGTON ♦ NEWARK ♦ MIDLANDS, U.K. ♦ CENTURY CITY ♦ RICHMOND ♦ LEESBURG

r e e d s m i t h . c o m

Scott H. Jacobs (SBN 81980)
David S. Reidy (SBN 225904)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:     213.457.8000
Facsimile:     213.457.8080

Attorneys for Defendant
Arrow Financial Services LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY GONZALES, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARROW FINANCIAL SERVICES LLC,<br><br>Defendant. | No.: 05-CV-0171 JAH (RBB)<br><br>**PRIVILEGE LOG OF ARROW FINANCIAL SERVICES LLC**<br><br>*Honorable John A. Houston* |

## PRIVILEGE LOG

__Document No. 1:__

Description: Arrow Financial Services LLC's Account Notes for Jonny Gonzales, dated November 14, 2005.

Author: Arrow Financial Services LLC.

Recipients: Business records maintained in connection with Plaintiff's account, received by Jonathan S. Joshua, Esq., corporate counsel.

Privilege Claimed: Attorney-client privilege; attorney work product.

Redacted Line Items: Redacted line items dated February 1, 2005, through November 14, 2005, contain notes directly related to this action made on Plaintiff's account by in-house counsel, or at in-house counsel's direction, following the filing of this lawsuit by Plaintiff.

DOCSLA-15524773.1-DSREIDY

1    <u>Present Location</u>: Reed Smith LLC, Los Angeles.  Redacted copy produced and served

2    herewith.

3    **<u>Document No. 2</u>:**

4    <u>Description</u>: Memo "General Matters," dated January 26, 1999.

5    <u>Author</u>: Lance S. Martin, former general counsel to Arrow.

6    <u>Recipients</u>: Jack Lavin, Ron Lavin and Brian Cutler.

7    <u>Privilege Claimed</u>: Attorney-client privilege; attorney work product.

8    <u>Present Location</u>: Reed Smith LLC, Los Angeles.  Redacted copy produced and served

9    herewith.

10

11    DATED:  March 6, 2006.

12                                                        REED SMITH LLP

13

14                                               By

15                                                        David S. Reidy
                                                          Attorneys for Defendant
16                                                        Arrow Financial Services LLC

17

18

19

20

21

22

23.

24

25

26

27

28

PRIVILEGE LOG

DOCSLA-15524773.1-DSREIDY

# PROOF OF SERVICE

I am a resident of the United States of America, State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071. On March 6, 2006, I served the following document(s) by the method indicated below:

## PRIVILEGE LOG

☒ by transmitting via facsimile on this date from fax number (213) 457-8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report was properly issued by the transmitting fax machine. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

Elizabeth J. Arleo
Arleo Law Firm PLC
850 Main Street
Ramona, CA 92065
(760) 789-8081 – fax
(760) 789-8000 – phone

*Attorney for Plaintiff
Johnny Gonzales*

O. Randolph Bragg
Craig Shapiro
25 E Washington Street, Suite 900
Chicago, IL 60602
(312) 372-8822 - phone
(312) 372-1673 - fax

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on March 6, 2006, at Los Angeles, California.

Nana Ofori-Atta

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DOCSLA-15522765.1-DSREIDY

AMENDED NOTICE OF DEPOSITION OF PLAINTIFF JOHNNY GONZALES

```
*********** -COMM. JOURNAL- *********** DATE MAR-06-2006 ***** TIME 16:41 *********
```

```
    MODE = MEMORY TRANSMISSION          START=MAR-06 16:38   END=MAR-06 16:41

    FILE NO.=185

 STN NO.   COMM.   ABBR NO.    STATION NAME/TEL NO.   PAGES   DURATION

  001      OK      ≋           917607898081           029/029 00:03:11


                                               -REED SMITH-
```

```
*******************************  -        - *****  -              - *********
```

# ReedSmith                                FAX TRANSMITTAL

Reed Smith LLP
355 South Grand Avenue
Suite 2800
Los Angeles, CA 90071-1514
213.457.8000
Fax 213.457.8080

**From: David S. Reidy**
Direct Phone: 213.457.8329
Email: dreidy@reedsmith.com
Date:     March 6, 2006

*Total Number Of Pages Including Cover Page* ___

**FAX TO**

| Name | Company | Fax Number | Phone Number |
|------|---------|-----------|--------------|
| Elizabeth J. Arleo | Arleo Law Firm PLC | (760) 789-8081 | (760) 789-8000 |
| O. Randolph Bragg/Craig Shapiro | | (312) 372-1673 | |

Original will follow via:  ☒ Regular Mail   ☐ Overnight Delivery   ☐ Messenger   ☐ None

**NOTES:**

**If you do not receive all of the pages, please call Nana S. Ofori-Atta at 213.457.6470.**

Please Transmit Before  ☐9 ☐10 ☐11 a.m. ☐12 ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 p.m.

Client Number: _____ 38043 _____ Matter Number: _____ 60001 _____ Attorney Number: _____ 683 _____
Transmission Time: _____ a.m./p.m.   Finish Time: _____ a.m./p.m.
Operator: _____

PLEASE NOTE: The information contained in this facsimile message may be privileged and confidential, and is intended only for the use of the individual(s) or entity named above who has been specifically authorized to receive it. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return all pages to the address shown above. Thank you.

NEW YORK ♦ LONDON ♦ LOS ANGELES ♦ ? ♦ SAN FRANCISCO ♦ WASHINGTON, D.C. ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND

MUNICH ♦ PRINCETON ♦ FALLS CHURCH ♦ WILMINGTON ♦ NEWARK ♦ MIDLANDS, U.K. ♦ CENTURY CITY ♦ RICHMOND ♦ LEESBURG

r e e d s m i t h . c o m

DOCSLA-15320981.1-DSREIDY

\*\*\*\*\*\*\*\*\*\*\*\*\* -COMM. JOURNAL- \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* DATE MAR-06-2006 \*\*\*\*\*\* TIME 16:47 \*\*\*\*\*\*\*\*

MODE = MEMORY TRANSMISSION          START=MAR-06 16:43      END=MAR-06 16:47

FILE NO.=186

| STN NO. | COMM. | ABBR NO. | STATION NAME/TEL. NO. | PAGES | DURATION |
|---------|-------|----------|----------------------|-------|----------|
| 001 | OK | # | 913123721673 | 029/029 | 00:03:07 |

-REED SMITH

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* -          - \*\*\*\*\* -          - \*\*\*\*\*\*\*\*\*\*

# ReedSmith

# FAX TRANSMITTAL

Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
213.457.8000
Fax 213.457.8080

**From: David S. Reidy**
Direct Phone: 213.457.8329
Email: dreidy@reedsmith.com
Date:      March 6, 2006

### Total Number Of Pages Including Cover Page ___

## FAX TO

| Name | Company | Fax Number | Phone Number |
|------|---------|------------|--------------|
| Elizabeth J. Arleo | Arleo Law Firm PLC | (760) 789-8081 | (760) 789-8000 |
| O. Randolph Bragg/Craig Shapiro | | (312) 372-1673 | |

**Original will follow via:** ☒ Regular Mail  ☐ Overnight Delivery  ☐ Messenger  ☐ None

**NOTES:**

*If you do not receive all of the pages, please call Nana S. Ofori-Atta at 213.457.6470.*

Please Transmit Before ☐9 ☐10 ☐11 a.m. ☐12 ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 p.m.

| Client Number: | 360413 | Matter Number: | 6000 | Attorney Number | 6883 |
| Transmission Time: | | a.m./p.m. | Faxed Time: | | a.m./p.m. |
| Operator: | | | | | |

PLEASE NOTE: The information contained in this facsimile message may be privileged and confidential, and is intended only for the use of the individual(s) or entity named above who has been specifically authorized to receive it. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return all pages to the address shown above. Thank you.

NEW YORK ♦ LONDON ♦ LOS ANGELES ♦ PARIS ♦ SAN FRANCISCO ♦ WASHINGTON, D.C. ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND

MUNICH ♦ PRINCETON ♦ FALLS CHURCH ♦ WILMINGTON ♦ NEWARK ♦ MIDLANDS, U.K. ♦ CENTURY CITY ♦ RICHMOND ♦ LEESBURG

r e e d s m i t h . c o m

DOCSLA-15320941.1-DSREIDY