USDC SCAN INDEX SHEET










JPP    5/1/06    9:50

3:05-CV-00171    GONZALES V. ARROW FINANCIAL

*64*

*NTCF.*

Scott H. Jacobs (SBN 81980)
David S. Reidy (SBN 225904)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:  213.457.8000
Facsimile:  213.457.8080

Attorneys for Defendant
ARROW FINANCIAL SERVICES LLC

FILED

2006 MAY -1 AM 8:32

NUNC PRO TUNC
CLERK
SOUTHERN DISTRICT OF CALIFORNIA

APR 25 2006

BY

BY FAX

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY GONZALES, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ARROW FINANCIAL SERVICES LLC, <br><br> Defendant. | No.: 05-CV-0171 JAH (RBB) <br><br> AMENDED PRIVILEGE LOG OF ARROW FINANCIAL SERVICES LLC <br><br> Honorable John A. Houston |

### AMENDED PRIVILEGE LOG

**Document No. 1:**

Description: Arrow Financial Services LLC's Account Notes for Johnny Gonzales, dated November 14, 2005.

Author: Arrow Financial Services LLC.

Recipients: Business records maintained in connection with Plaintiff's account, received by Jonathan S. Joshua, Esq., corporate counsel.

Privilege Claimed: Attorney-client privilege; attorney work product.

Redacted Line Items: Redacted line items dated February 1, 2005, through November 14, 2005, contain notes directly related to this action made on Plaintiff's account by in-house counsel, or at in-house counsel's direction, following the filing of this lawsuit by Plaintiff:

-1-
AMENDED PRIVILEGE LOG

DOCSLA-15531381.1-DSREIDY

Line Item Description:

- Page 6 (last line) to page 7, lines 1-3: Line item entry by in-house counsel related to action taken following the filing of the action;

- Page 7, lines 4-19: Line item entry reflecting instructions by in-house counsel in previous line item;

- Page 7, lines 20-23: Line item entry reflecting instructions by in-house counsel following the filing of the action;

- Page 7, lines 24-29: Line item entry reflecting action taken at in-house counsel's request following the filing of the action;

- Page 7, lines 30-33: Line item entry by in-house counsel related to action taken following the filing of the action;

- Page 7, line 34: Line item entry related to action taken at in-house counsel's request following the filing of this lawsuit;

- Page 7, line 35: Line item entry related to action taken at in-house counsel's request following the filing of this lawsuit;

- Page 7, line 36: Line item entry related to action taken at in-house counsel's request following the filing of this lawsuit;

- Page 7, line 37: Line item entry related to action taken at in-house counsel's request following the filing of this lawsuit;

- Page 7, line 38: Line item entry related to action taken at in-house counsel's request following the filing of this lawsuit.

Present Location: Reed Smith LLC, Los Angeles. Redacted copy previously produced.

**Document No. 2:**

Description: Memo "General Matters," dated January 26, 1999.

Author: Lance S. Martin, former general counsel to Arrow.

Recipients: Jack Lavin, Ron Lavin and Brian Cutler.

///

1  Privilege Claimed: Attorney-client privilege; attorney work product.

2  Present Location: Reed Smith LLC, Los Angeles. Redacted copy previously produced.

3

4  DATED: April 18, 2006.

5                                              REED SMITH LLP

6

7  By _____
                David S. Reidy
8               Attorneys for Defendant
                ARROW FINANCIAL SERVICES LLC

## PROOF OF SERVICE

I am a resident of the United States of America, State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071. On April 18, 2006, I served the following document(s) by the method indicated below:

### AMENDED PRIVILEGE LOG OF ARROW FINANCIAL SERVICES LLC

[X] by transmitting via facsimile on this date from fax number (213) 457-8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report was properly issued by the transmitting fax machine. The transmitting fax machine complies with Cal.R.Ct 2003(3).

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

[ ] by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

[ ] by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

Elizabeth J. Arleo, Esq.
Arleo Law Firm, PLC
850 Main Street, Suite 201
Ramona, CA 92065
elizabeth@arleolaw.com
(760) 789-8000 Main
(760) 789-8081 Fax
*Attorneys for Plaintiff*

O. Randolph Bragg, Esq.
The Law Offices of Horowitz,
Horowitz & Associates
25 E. Washington Street, Suite 900
Chicago, IL 60602
(312) 372-8822- Main
(312) 372-1673 – Fax
*Appearing Pro Hac Vice*

Robert L. Arleo
Law Office of Robert L. Arleo
1375 Broadway, Suite 300
New York, New York 10018
(646) 278-5648 Main
*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on April 18, 2006, at Los Angeles, California.

Nana Ofori-Atta

```
********************  -COMM. JOURNAL- ********************  DATE APR-18-2006 *****  TIME 11:33 ********

    MODE = MEMORY TRANSMISSION          START=APR-18 11:32    END=APR-18 11:33

      FILE NO.=278
  STN NO.   COM.   ABBR NO.   STATION NAME/TEL NO.    PAGES    DURATION
    001      OK       S        917607896081            005/005  00:00:47
```

-REED SMITH-

# ReedSmith

# FAX TRANSMITTAL

Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
213.457.8000
Fax 213.457.8080

From: David S. Reidy
Direct Phone: 213.457.8329
Email: dreidy@reedsmith.com
Date: April 18, 2006

Total Number Of Pages Including Cover Page ___

**FAX TO**

| Name | Company | Fax Number | Phone Number |
|---|---|---|---|
| Elizabeth J. Arleo | Arleo Law Firm PLC | (760) 789-8081 | (760) 789-8080 |
| O. Randolph Bragg/Craig Shapiro | Horowitz & Horowitz | (312) 372-1673 | |

Original will follow via: ☒ Regular Mail  ☐ Overnight Delivery  ☐ Messenger  ☐ None

NOTES:

If you do not receive all of the pages, please call Nana S. Ofori-Atta at 213.457.6470.

Please Transmit Before ☐9 ☐10 ☐11 a.m. ☐12 ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 p.m.

PLEASE NOTE: The information contained in this facsimile message may be privileged and confidential, and is intended only for the use of the individual or entity named above who has been specifically authorized to receive it. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return of original to the address shown above. Thank you.

NEW YORK ● LONDON ● LOS ANGELES ● PARIS ● SAN FRANCISCO ● WASHINGTON, D.C. ● PHILADELPHIA ● PITTSBURGH ● OAKLAND
MUNICH ● PRINCETON ● FALLS CHURCH ● WILMINGTON ● NEWARK ● MIDLANDS, U.K. ● CENTURY CITY ● RICHMOND ● LEESBURG

reedsmith.com

```
*************** -COMM. JOURNAL- *************** DATE APR-18-2006 ***** TIME 11:35 ***********

        MODE = MEMORY TRANSMISSION            START=APR-18 11:33    END=APR-18 11:35

        FILE NO.=279
   STN NO.   COMM.   ABBR NO.    STATION NAME/TEL NO.    PAGES    DURATION
    001      OK        ◾         913123721673            005/005  00:00:43
```

                                                    -REED SMITH

# ReedSmith

# FAX TRANSMITTAL

Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
213.457.8000
Fax 213.457.8080

From: David S. Reidy
Direct Phone: 213.457.8329
Email: dreidy@reedsmith.com
Date: April 18, 2006

Total Number Of Pages Including Cover Page ___

## FAX TO

| Name | Company | Fax Number | Phone Number |
|---|---|---|---|
| Elizabeth J. Arleo | Arleo Law Firm PLC | (760) 789-8081 | (760) 789-8000 |
| O. Randolph Bragg/Craig Shapiro | Horowitz & Horowitz | (312) 372-1673 | |

Original will follow via: ☒ Regular Mail  ☐ Overnight Delivery  ☐ Messenger  ☐ None

NOTES:

If you do not receive all of the pages, please call Nana S. Ofori-Atta at 213.457.6470.

Please Transmit Before ☐ 9 ☐ 10 ☐ 11 a.m. ☐ 12 ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 p.m.

PLEASE NOTE: The information contained in this facsimile message may be privileged and confidential, and is intended only for the use of the individual(s) or entity named above who has been specifically authorized to receive it. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the pages to the address shown above. Thank you.

NEW YORK ♦ LONDON ♦ LOS ANGELES ♦ PARIS ♦ SAN FRANCISCO ♦ WASHINGTON, D.C. ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND
MUNICH ♦ PRINCETON ♦ FALLS CHURCH ♦ WILMINGTON ♦ NEWARK ♦ MIDLANDS, U.K. ♦ CENTURY CITY ♦ RICHMOND ♦ LEESBURG
reedsmith.com