USDC SCAN INDEX SHEET

















R1R    8/14/06    9:03

3:05-CV-00171   GONZALES V. ARROW FINANCIAL

*99*

*DECL.*

ORIGINAL

1  ARLEO LAW FIRM, PLC
   ELIZABETH J. ARLEO (CASB NO. 201730)
2  850 Main Street, Suite 201
   Ramona, CA 92065
3  Telephone:  760/ 789-8000
   760/ 789-8081 (fax)
4
   HORWITZ, HORWITZ & ASSOCIATES
5  O. RANDOLPH BRAGG
   CRAIG M. SHAPIRO
6  25 East Washington Street, Suite 900
   Chicago, IL 60602
7  Telephone:  312/ 372-8822
   312/ 372-1673 (fax)
8
   Attorneys for Plaintiff
9

FILED

06 AUG 11  PM 2:38

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PDV

BY                      DEPUTY

10                 UNITED STATES DISTRICT COURT

11              SOUTHERN DISTRICT OF CALIFORNIA

12

13  JOHNNY GONZALES, on Behalf of Himself        Case No. 05-CV-0171 JAH (RBB)
    and All Others Similarly Situated,
14                                               DECLARATION OF ELIZABETH J. ARLEO
                                                 IN SUPPORT OF PLAINTIFF'S MOTION
                         Plaintiff,              FOR PARTIAL SUMMARY JUDGMENT
15
16          vs.                                  Date:        September 14, 2006
                                                 Time:        3:00 p.m.
17                                               Courtroom:   11, Second Floor

18  ARROW FINANCIAL SERVICES, LLC.,              Hon. John A. Houston

19                       Defendant.

20

21

22

23

24

25

26

27

28

CR

I, Elizabeth J. Arleo, declare as follows:

1.　　I am an attorney at law duly licensed to practice in the State of California and this Court. I am one of the attorneys of record for the representative plaintiff, Johnny Gonzales and the class he represents.　This declaration is submitted in support of Plaintiff's Motion for Partial Summary Judgment.

2.　　Attached hereto as Exhibit 1, is the July 27, 2006 electronic mail to Plaintiff's counsel Randolph Bragg from Trent Pyland at First Class, Inc., the company which will print and send notice to class members upon approval by the Court. Mr. Bragg forwarded the e-mail to me on the same day.

3.　　I have reviewed the list attached to Mr. Pyland's e-mail. It contains 39,728 names of individuals with California addresses, including Mr. Gonzales.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto. Executed this 11th day of August, 2006 at Ramona, California.

ELIZABETH J. ARLEO

## Elizabeth - Arleo Law

**From:**   Rand Bragg [rand@horwitzlaw.com]
**Sent:**   Thursday, July 27, 2006 8:34 AM
**To:**    Arleo, Elizabeth
**Subject:** FW: Gonzales v Arrow Notice - Data List

See the attached class list.

Rand

---

**From:** Trent Pyland [mailto:trent.pyland@firstclassinc.com]
**Sent:** Thursday, July 27, 2006 9:46 AM
**To:** Rand Bragg
**Cc:** Jennifer W. Weller; Kathy Beno; Lonna B. Schulz; Mayra Muniz; Michael J. Caines
**Subject:** Gonzales v Arrow Notice - Data List

Good Morning Rand,

Here is the class list we received on Wednesday, 07//26/06.

If you have any questions please give me a call.

Thanks,
Trent Pyland
Customer Service Representative
First Class, Inc.
*We make mailing easy! (sm)*
626 South Clark Street, 7th Floor
Chicago, Illinois 60605-1711
Ph: (312) 322-1002 x 202
Fax: (312) 322-2102
trent.pyland@firstclassinccom
www.firstclassinc.com

8/8/2006

# DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1.  That declarant is and was, at all times herein mentioned, a citizen of the United States employed in the City of Ramona and County of San Diego, over the age of 18 years, and not a party to the within action; that declarant's business address is 850 Main Street, Suite 201, Ramona, CA 92065.

2.  That on August 11, 2006, declarant served the **DECLARATION OF ELIZABETH J. ARLEO IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** by depositing a true copy thereof in a United States mailbox at Ramona, California in a sealed envelope with postage thereon fully prepaid and addressed to all parties listed on the attached Service List.

3.  That there is a regular communication by mail between the place of mailing and the places so addressed.

4.  I declare under penalty of perjury that the foregoing is true and correct.  Executed this 11th day of August, 2006, at Ramona, California.

KELLY M. RICKARD

05-1009 MSJ Arleo Decl.doc

DECL. OF E. ARLEO ISO MOT
FOR SUMMARY JUDGMENT

- 1 -

05-CV-0171 JAH (RBB)

## SERVICE LIST

*Gonzales v. Arrow Financial Services LLC*
U. S. District Court for the Southern District of California
Case No. 05-CV-0171 JAH (RBB)

Attorneys for Plaintiff

ELIZABETH J. ARLEO
(elizabeth@arleolaw.com)
ARLEO LAW FIRM, PLC
850 Main Street, Suite 201
Ramona, CA 92065
Telephone: 760/ 789-8000
760/ 789-8081 (fax)

O. RANDOLPH BRAGG
(rand@horwitzlaw.com)
CRAIG M. SHAPIRO
(craig@horwitzlaw.com)
HORWITZ, HORWITZ & ASSOCIATES
24 East Washington Street, Suite 900
Chicago, IL 60602
Telephone: 312/ 372-8822
312/ 372-1673 (fax)

Attorneys for Defendant

DAVID M. SCHULTZ
(dschultz@hinshawlaw.com)
HINSHAW & CULBERTSON
222 North LaSalle, Suite 300
Chicago, IL 60601
Telephone: 312/ 704-3000
312/ 704-3001 (fax)

DESMOND J. HINDS, JR.
(dhinds@hinshawlaw.com)
LINDA STREETER
(lstreeter@hinshawlaw.com)
HINSHAW & CULBERTSON
11601 Wilshire Boulevard, Suite 800
Los Angeles, CA 90025
Telephone: 310/ 909-8000
310/ 909-8001 (fax)