1  Desmond J. Hinds (SBN: 105831)
   Linda L. Streeter (SBN: 105950)
2  HINSHAW & CULBERTSON LLP
   11601 Wilshire Boulevard
3  Suite 800
   Los Angeles, CA 90025
4  Telephone:   310-909-8000
   Facsimile:   310-909-8001
5
   David M. Schultz (Illinois SBN 6197596)
6  HINSHAW & CULBERTSON LLP
   222 N. LaSalle, Suite 300
7  Chicago, IL 60601
   Telephone:   312-704-3000
8  Facsimile:   312-704-3001
9  Attorneys for Defendant,
   ARROW FINANCIAL SERVICES LLC
10
11                 **UNITED STATES DISTRICT COURT**
12                **SOUTHERN DISTRICT OF CALIFORNIA**
13
14  JOHNNY GONZALES, on Behalf of        )   **Case No. 05-CV-0171 JAH (RBB)**
15  Himself and All Others Similarly Situated,  )   [Hon. John A. Houston; Courtroom "11"]
                                         )
16           Plaintiff(s),              )
                                         )   **DEFENDANT'S PROPOSED JURY**
17      v.                              )   **INSTRUCTIONS**
                                         )
18  ARROW FINANCIAL SERVICES LLC,       )
                                         )
19           Defendant(s).             )
                                         )
20                                       )
21
22
23
24
25
26
27
28

                                    1

1

## **<u>TABLE OF CONTENTS</u>**

2

Page

1:  DUTY OF JURY ............................................................................... 4

2:  DUTY OF JURY (Withdrawn if Court gives Defendant's Proposed Instruction No. 1) ......................................................................................... 5

3:  WHAT IS EVIDENCE ...................................................................... 6

4:  WHAT IS NOT EVIDENCE ............................................................. 7

5:  DIRECT AND CIRCUMSTANTIAL EVIDENCE ............................ 8

6:  RULING ON OBJECTIONS .............................................................. 9

7:  CREDIBILITY OF WITNESSES ...................................................... 10

8:  NO TRANSCRIPT AVAILABLE TO JURY ..................................... 11

9:  TAKING NOTES ............................................................................... 12

10: BENCH CONFERENCES AND RECESSES ...................................... 13

11: CONDUCT OF THE JURY ................................................................ 14

12: OUTLINE OF TRIAL ........................................................................ 15

13: CORPORATIONS – FAIR TREATMENT .......................................... 16

14: STIPULATIONS OF FACT ............................................................... 17

15: CLAIMS AND DEFENSES ................................................................ 18

16: BURDEN OF PROOF – PREPONDERANCE OF THE EVIDENCE ...... 19

17: PLAINTIFF'S BURDEN TO ESTABLISH DAMAGES UNDER FDCPA ............. 20

18: DAMAGES UNDER FDCPA - INDIVIDUAL ................................... 21

19: DAMAGES UNDER FDCPA - CLASS .............................................. 22

20: NO DUPLICATIVE DAMAGES ........................................................ 23

21: PLAINTIFF'S BURDEN TO ESTABLISH DAMAGES UNDER ROSENTHAL ACT (Bracketed paragraph withdrawn if Court gives  Defendant's Proposed Instruction No. 20) ......................................................................... 24

22: DAMAGES UNDER ROSENTHAL ACT – INDIVIDUAL ................... 25

23: DAMAGES UNDER ROSENTHAL ACT – CLASS  (Withdrawn if Court gives Defendant's Proposed Instruction No. 20) ....................................... 26

24: DAMAGES - PROOF ........................................................................ 27

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED JURY INSTRUCTIONS                                    **05-CV-0171 JAH (RBB)**

25: JURY NOT TO TAKE CUE FROM JUDGE ............................................................... 28

26: DUTY OF JURY ................................................................................................. 29

27: DUTY TO DELIBERATE ..................................................................................... 30

28: COMMUNICATION WITH COURT ........................................................................ 31

29: RETURN OF VERDICT ...................................................................................... 32

VERDICT FORM 1 ................................................................................................. 33

VERDICT FORM 2 ................................................................................................. 34

PROPOSED JURY INSTRUCTIONS                    **05-CV-0171 JAH (RBB)**
                                                              31097534v1 867705

## DEFENDANT'S PROPOSED INSTRUCTION NO. 1:

### DUTY OF JURY

Ladies and gentlemen: You are now the jury in this case. It is my duty to instruct you on the law.

These instructions are preliminary instructions to help you understand the principles that apply to civil trials and to help you understand the evidence as you listen to it. You will be allowed to keep this set throughout the trial to which to refer. This set of instructions is not to be taken home and must remain in the jury room when you leave in the evenings. At the end of the trial, I will give you a final set of instructions. It is the final set of instructions which will govern your deliberations.

You must not infer from these instructions or from anything I may say or do as indicating that I have an opinion regarding the evidence or what your verdict should be.

It is your duty to find the facts from all the evidence in the case. To those facts you will apply the law as I give it to you. You must follow the law as I give it to you whether you agree with it or not. And you must not be influenced by any personal likes or dislikes, opinions, prejudices, or sympathy. That means that you must decide the case solely on the evidence before you. You will recall that you took an oath to do so.

In following my instructions, you must follow all of them and not single out some and ignore others; they are all important.

**Authority:**  Ninth Circuit Model Civil Jury Instructions (April 2007), Instruction No. 1.1A

_____        Given

_____        Given as Modified

_____        Refused

_____        Withdrawn

_____
Honorable John A. Houston
District Court Judge

## DEFENDANT'S PROPOSED INSTRUCTION NO. 2:

**DUTY OF JURY (Withdrawn if Court gives Defendant's Proposed Instruction No. 1)**

Ladies and gentlemen: You are now the jury in this case. It is my duty to instruct you on the law.

You must not infer from these instructions or from anything I may say or do as indicating that I have an opinion regarding the evidence or what your verdict should be.

It is your duty to find the facts from all the evidence in the case. To those facts you will apply the law as I give it to you. You must follow the law as I give it to you whether you agree with it or not. And you must not be influenced by any personal likes or dislikes, opinions, prejudices, or sympathy. That means that you must decide the case solely on the evidence before you. You will recall that you took an oath to do so.

In following my instructions, you must follow all of them and not single out some and ignore others; they are all important.

**Authority:**  Ninth Circuit Model Civil Jury Instructions (April 2007), Instruction No. 1.1B

_____    Given

_____    Given as Modified

_____    Refused

_____    Withdrawn                    _____
                                        Honorable John A. Houston
                                        District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DEFENDANT'S PROPOSED INSTRUCTION NO. 3:

### WHAT IS EVIDENCE

The evidence you are to consider in deciding what the facts are consists of:

1. the sworn testimony of any witness;

2. the exhibits which are received into evidence; and

3. any facts to which the lawyers have agreed.

**Authority:**  Ninth Circuit Model Civil Jury Instructions (April 2007), Instruction No. 1.6

_____    Given

_____    Given as Modified

_____    Refused

_____    Withdrawn

Honorable John A. Houston
District Court Judge

## DEFENDANT'S PROPOSED INSTRUCTION NO. 4:

### WHAT IS NOT EVIDENCE

In reaching your verdict, you may consider only the testimony and exhibits received into evidence. Certain things are not evidence, and you may not consider them in deciding what the facts are. I will list them for you:

(1) Arguments and statements by lawyers are not evidence. The lawyers are not witnesses. What they have said in their opening statements, [will say in their] closing arguments, and at other times is intended to help you interpret the evidence, but it is not evidence. If the facts as you remember them differ from the way the lawyers have stated them, your memory of them controls.

(2) Questions and objections by lawyers are not evidence. Attorneys have a duty to their clients to object when they believe a question is improper under the rules of evidence. You should not be influenced by the objection or by the court's ruling on it.

(3) Testimony that has been excluded or stricken, or that you have been instructed to disregard, is not evidence and must not be considered. In addition sometimes testimony and exhibits are received only for a limited purpose; when I [give] [have given] a limiting instruction, you must follow it.

(4) Anything you may have seen or heard when the court was not in session is not evidence. You are to decide the case solely on the evidence received at the trial.

**Authority:** Ninth Circuit Model Civil Jury Instructions (April 2007), Instruction No. 1.7

\_\_\_\_\_ Given

\_\_\_\_\_ Given as Modified

\_\_\_\_\_ Refused

\_\_\_\_\_ Withdrawn

_____
Honorable John A. Houston
District Court Judge

PROPOSED JURY INSTRUCTIONS                    **05-CV-0171 JAH (RBB)**

## DEFENDANT'S PROPOSED INSTRUCTION NO. 5:

### DIRECT AND CIRCUMSTANTIAL EVIDENCE

Evidence may be direct or circumstantial. Direct evidence is direct proof of a fact, such as testimony by a witness about what that witness personally saw or heard or did. Circumstantial evidence is proof of one or more facts from which you could find another fact. You should consider both kinds of evidence. The law makes no distinction between the weight to be given to either direct or circumstantial evidence. It is for you to decide how much weight to give to any evidence.

**Authority:** Ninth Circuit Model Civil Jury Instructions (April 2007), Instruction No. 1.9

_____         Given

_____         Given as Modified

_____         Refused

_____         Withdrawn

_____
Honorable John A. Houston
District Court Judge

PROPOSED JURY INSTRUCTIONS                    **05-CV-0171 JAH (RBB)**
31097534v1 867705

1
2

## DEFENDANT'S PROPOSED INSTRUCTION NO. 6:

## RULING ON OBJECTIONS

3      There are rules of evidence that control what can be received into evidence. When a
4  lawyer asks a question or offers an exhibit into evidence and a lawyer on the other side
5  thinks that it is not permitted by the rules of evidence, that lawyer may object. If I overrule
6  the objection, the question may be answered or the exhibit received. If I sustain the
7  objection, the question cannot be answered, and the exhibit cannot be received. Whenever I
8  sustain an objection to a question, you must ignore the question and must not guess what the
9  answer might have been.

10      Sometimes I may order that evidence be stricken from the record and that you
11  disregard or ignore the evidence. That means that when you are deciding the case, you must
12  not consider the evidence that I told you to disregard.

13  **Authority:**  Ninth Circuit Model Civil Jury Instructions (April 2007), Instruction No. 1.10

14

15  _____      Given
16  _____      Given as Modified
17  _____      Refused
18  _____      Withdrawn
                                          _____
19                                        Honorable John A. Houston
                                          District Court Judge
20
21
22
23
24
25
26
27
28

9

PROPOSED JURY INSTRUCTIONS                                   **05-CV-0171 JAH (RBB)**

## DEFENDANT'S PROPOSED INSTRUCTION NO. 7:

## CREDIBILITY OF WITNESSES

In deciding the facts in this case, you may have to decide which testimony to believe and which testimony not to believe. You may believe everything a witness says, or part of it, or none of it. Proof of a fact does not necessarily depend on the number of witnesses who testify about it.

In considering the testimony of any witness, you may take into account:

(1) the opportunity and ability of the witness to see or hear or know the things testified to;

(2) the witness's memory;

(3) the witness's manner while testifying;

(4) the witness's interest in the outcome of the case and any bias or prejudice;

(5) whether other evidence contradicted the witness's testimony;

(6) the reasonableness of the witness's testimony in light of all the evidence; and

(7) any other factors that bear on believability.

The weight of the evidence as to a fact does not necessarily depend on the number of witnesses who testify about it.

**Authority:**  Ninth Circuit Model Civil Jury Instructions (April 2007), Instruction No. 1.11

_____    Given

_____    Given as Modified

_____    Refused

_____    Withdrawn                    _____
                                      Honorable John A. Houston
                                      District Court Judge

PROPOSED JURY INSTRUCTIONS                    **05-CV-0171 JAH (RBB)**
                                              31097534v1 867705

## DEFENDANT'S PROPOSED INSTRUCTION NO. 8:

## NO TRANSCRIPT AVAILABLE TO JURY

During deliberations, you will have to make your decision based on what you recall of the evidence. You will not have a transcript of the trial. I urge you to pay close attention to the testimony as it is given.

If at any time you cannot hear or see the testimony, evidence, questions or arguments, let me know so that I can correct the problem.

**Authority:**  Ninth Circuit Model Civil Jury Instructions (April 2007), Instruction No. 1.13

_____   Given

_____   Given as Modified

_____   Refused

_____   Withdrawn

Honorable John A. Houston
District Court Judge

PROPOSED JURY INSTRUCTIONS                                     **05-CV-0171 JAH (RBB)**
31097534v1 867705

## DEFENDANT'S PROPOSED INSTRUCTION NO. 9:

## TAKING NOTES

If you wish, you may take notes to help you remember the evidence. If you do take notes, please keep them to yourself until you and your fellow jurors go to the jury room to decide the case. Do not let note-taking distract you. When you leave, your notes should be left in the [courtroom] [jury room] [envelope in the jury room]. No one will read your notes. They will be destroyed at the conclusion of the case.

Whether or not you take notes, you should rely on your own memory of the evidence. Notes are only to assist your memory. You should not be overly influenced by your notes or those of your fellow jurors.

**Authority:**  Ninth Circuit Model Civil Jury Instructions (April 2007), Instruction No. 1.14

_____          Given

_____          Given as Modified

_____          Refused

_____          Withdrawn

Honorable John A. Houston
District Court Judge

PROPOSED JURY INSTRUCTIONS                    **05-CV-0171 JAH (RBB)**
31097534v1 867705

1

2

## DEFENDANT'S PROPOSED INSTRUCTION NO. 10:

### BENCH CONFERENCES AND RECESSES

3

4

5

6

7

8

From time to time during the trial, it [may become] [became] necessary for me to talk with the attorneys out of the hearing of the jury, either by having a conference at the bench when the jury [is] [was] present in the courtroom, or by calling a recess. Please understand that while you [are] [were] waiting, we [are] [were] working. The purpose of these conferences is not to keep relevant information from you, but to decide how certain evidence is to be treated under the rules of evidence and to avoid confusion and error.

9

10

11

12

Of course, we [will do] [have done] what we [can] [could] to keep the number and length of these conferences to a minimum. I [may] [did] not always grant an attorney's request for a conference. Do not consider my granting or denying a request for a conference as any indication of my opinion of the case or of what your verdict should be.

13

**Authority:**  Ninth Circuit Model Civil Jury Instructions (April 2007), Instruction No. 1.18

14

15        _____        Given

16        _____        Given as Modified

17        _____        Refused

18        _____        Withdrawn

19

_____
Honorable John A. Houston
District Court Judge

20

21

22

23

24

25

26

27

28

13

## DEFENDANT'S PROPOSED INSTRUCTION NO. 11:

### CONDUCT OF THE JURY

I will now say a few words about your conduct as jurors.

First, you are not to discuss this case with anyone, including members of your family, people involved in the trial, or anyone else; this includes discussing the case in internet chat rooms or through internet "blogs," internet bulletin boards or e-mails. Nor are you allowed to permit others to discuss the case with you. If anyone approaches you and tries to talk to you about the case, please let me know about it immediately;

Second, do not read or listen to any news stories, articles, radio, television, or online reports about the case or about anyone who has anything to do with it;

Third, do not do any research, such as consulting dictionaries, searching the Internet or using other reference materials, and do not make any investigation about the case on your own;

Fourth, if you need to communicate with me simply give a signed note to the [bailiff] [clerk] [law clerk] to give to me; and

Fifth, do not make up your mind about what the verdict should be until after you have gone to the jury room to decide the case and you and your fellow jurors have discussed the evidence. Keep an open mind until then.

Finally, until this case is given to you for your deliberation and verdict, you are not to discuss the case with your fellow jurors.

**Authority:** Ninth Circuit Model Civil Jury Instructions (April 2007), Instruction No. 1.12

_____ Given

_____ Given as Modified

_____ Refused

_____ Withdrawn

_____
Honorable John A. Houston
District Court Judge

14

1

2

## **DEFENDANT'S PROPOSED INSTRUCTION NO. 12:**

### **OUTLINE OF TRIAL**

3

4

5

6

Trials proceed in the following way: First, each side may make an opening statement. An opening statement is not evidence. It is simply an outline to help you understand what that party expects the evidence will show. A party is not required to make an opening statement.

7

8

9

The plaintiff will then present evidence, and counsel for the defendant may cross-examine. Then the defendant may present evidence, and counsel for the plaintiff may cross-examine.

10

11

After the evidence has been presented, I will instruct you on the law that applies to the case and the attorneys will make closing arguments.

12

After that, you will go to the jury room to deliberate on your verdict.

13

**Authority:** Ninth Circuit Model Civil Jury Instructions (April 2007), Instruction No. 1.19

14

15

_____          Given

16

_____          Given as Modified

17

_____          Refused

18

_____          Withdrawn

_____

19

Honorable John A. Houston
District Court Judge

20

21

22

23

24

25

26

27

28

15

PROPOSED JURY INSTRUCTIONS

**05-CV-0171 JAH (RBB)**

31097534v1 867705

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DEFENDANT'S PROPOSED INSTRUCTION NO. 13:

## CORPORATIONS – FAIR TREATMENT

All parties are equal before the law and a corporation such as Defendant Arrow is entitled to the same fair and conscientious consideration by you as any party.

**Authority:**  Ninth Circuit Model Civil Jury Instructions (April 2007), Instruction No. 4.1 (modified to apply to corporation rather than partnership, and to identify corporation by name)

_____          Given

_____          Given as Modified

_____          Refused

_____          Withdrawn                              Honorable John A. Houston
                                                          District Court Judge

16

## DEFENDANT'S PROPOSED INSTRUCTION NO. 14:

### STIPULATIONS OF FACT

The parties have agreed to certain facts [to be placed in evidence as Exhibit __] [that will be read to you]. You should therefore treat these facts as having been proved.

**Authority:**  Ninth Circuit Model Civil Jury Instructions (April 2007), Instruction No. 2.2

_____    Given

_____    Given as Modified

_____    Refused

_____    Withdrawn

_____
Honorable John A. Houston
District Court Judge

17

31097534v1 867705

1

## DEFENDANT'S PROPOSED INSTRUCTION NO. 15:

2

## CLAIMS AND DEFENSES

3

To help you follow the evidence, I will give you a brief summary of the positions of

4

the parties:

5

The Court has determined that there has been a violation of fair debt collection

6

practices laws and you are here to determine what, if any, damages should be awarded under

7

the applicable laws on which you will be instructed.

8

9

**Authority:**  Ninth Circuit Model Civil Jury Instructions (April 2007), Instruction No. 1.2 (as

10

modified).

11

12       \_\_\_\_\_          Given

13       \_\_\_\_\_          Given as Modified

14       \_\_\_\_\_          Refused

15       \_\_\_\_\_          Withdrawn

Honorable John A. Houston
District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

18

PROPOSED JURY INSTRUCTIONS                                    **05-CV-0171 JAH (RBB)**

1

## DEFENDANT'S PROPOSED INSTRUCTION NO. 16:

2

## BURDEN OF PROOF – PREPONDERANCE OF THE EVIDENCE

3

    When a party has the burden of proof on any claim by a preponderance of the

4

evidence, it means you must be persuaded by the evidence that the claim is more probably

5

true than not true.

6

    You should base your decision on all of the evidence, regardless of which party

7

presented it.

8

**Authority:**  Ninth Circuit Model Civil Jury Instructions (April 2007), Instruction No. 1.3

9

10

\_\_\_\_\_        Given

11

\_\_\_\_\_        Given as Modified

12

\_\_\_\_\_        Refused

13

\_\_\_\_\_        Withdrawn
                                    _____
14                                  Honorable John A. Houston
                                    District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

19

PROPOSED JURY INSTRUCTIONS                            **05-CV-0171 JAH (RBB)**

1

2

3

## DEFENDANT'S PROPOSED INSTRUCTION NO. 17:

## PLAINTIFF'S BURDEN TO ESTABLISH DAMAGES UNDER FDCPA

4

5
It is plaintiff's burden to establish what, if any, damages to award pursuant to the Fair Debt Collection Practices Act ("FDCPA").

6

7

8
The FDCPA does not require that an award be entered. If a damage award is given, you must determine what amount to give to the plaintiff and what amount to give to the class members.

9

10
The FDCPA provides that the plaintiff may receive an amount that does not exceed $1,000. You may determine to give plaintiff any amount between zero and $1,000.

11

12

13
The Act provides that the class members may share in an award that does not exceed $500,000. You may determine that the class members will share an award in any amount between zero and $500,000.

14
**Authority:** 15 U.S.C. §1692k(a)(2)

15

16    _____        Given

17    _____        Given as Modified

18    _____        Refused

19    _____        Withdrawn

20                                        _____

                                          Honorable John A. Houston
                                          District Court Judge

21

22

23

24

25

26

27

28

PROPOSED JURY INSTRUCTIONS                    **05-CV-0171 JAH (RBB)**
                                              31097534v1 867705

## DEFENDANT'S PROPOSED INSTRUCTION NO. 18:

## DAMAGES UNDER FDCPA - INDIVIDUAL

In determining the amount of damages to award to the plaintiff under the FDCPA, you should consider:

- The frequency and persistence of non-compliance by Arrow;

- The nature of such non-compliance;

- The extent to which such non-compliance was intentional.

**Authority:** 15 U.S.C. §1692k(b)(1)

_____      Given

_____      Given as Modified

_____      Refused

_____      Withdrawn

Honorable John A. Houston
District Court Judge

PROPOSED JURY INSTRUCTIONS                    **05-CV-0171 JAH (RBB)**
31097534v1 867705

## DEFENDANT'S PROPOSED INSTRUCTION NO. 19:

## DAMAGES UNDER FDCPA - CLASS

In determining the amount of damages to award the class members under the FDCPA, you should consider:

- The frequency and persistence of non-compliance by Arrow;
- The nature of such non-compliance;
- The resources of Arrow;
- The number of persons adversely affected;
- The extent to which Arrow's non-compliance was intentional.

**Authority:** 15 U.S.C. §1692k(b)(2).


_____    Given

_____    Given as Modified

_____    Refused

_____    Withdrawn

                              _____
                              Honorable John A. Houston
                              District Court Judge

PROPOSED JURY INSTRUCTIONS                    **05-CV-0171 JAH (RBB)**
                                              31097534v1 867705

## DEFENDANT'S PROPOSED INSTRUCTION NO. 20:

## NO DUPLICATIVE DAMAGES

On behalf of the class Plaintiff has made claims against Defendant Arrow under the Federal FDCPA and under the California FDCPA.  If you decide to award damages to the class, the same damages can be awarded only once.

**Authority:**  Those authorities cited in Defendant's Memorandum in support of its motion in Limine precluding recovery under both the Rosenthal Act and the Fair Debt Collection Practices Act.

_____        Given

_____        Given as Modified

_____        Refused

_____        Withdrawn

_____
Honorable John A. Houston
District Court Judge

## DEFENDANT'S PROPOSED INSTRUCTION NO. 21:

## PLAINTIFF'S BURDEN TO ESTABLISH DAMAGES UNDER ROSENTHAL ACT

### (Bracketed paragraph withdrawn if Court gives

### Defendant's Proposed Instruction No. 20)

It is plaintiff's burden to establish what, if any, damages to award pursuant to the California Fair Debt Collection Practices Act ("CA FDCPA").

The CA FDCPA does not require that an award be entered.  If a damage award is given, you must determine what amount to give to the plaintiff and what amount to give to the class members.

The CA FDCPA provides that the plaintiff may receive an amount that does not exceed $1,000.  You may determine to give plaintiff any amount between zero and $1,000.

[The CA FDCPA provides that the class members may share in an award that does not exceed $500,000.  You may determine that the class members may share an award in any amount between zero and $500,000.]

**Authority:** Ca.Civ.Code 1788.17, 15 U.S.C. §1692k(a)(2).


_____  Given

_____  Given as Modified

_____  Refused

_____  Withdrawn

_____
Honorable John A. Houston
District Court Judge

PROPOSED JURY INSTRUCTIONS                    **05-CV-0171 JAH (RBB)**
31097534v1 867705

1

## **DEFENDANT'S PROPOSED INSTRUCTION NO. 22:**

2

## **DAMAGES UNDER ROSENTHAL ACT – INDIVIDUAL**

3

4        In determining the amount of damages to award to the plaintiff under the CA FDCPA,

5   you should consider:

6        -        The frequency and persistence of non-compliance by Arrow;

7        -        The nature of such non-compliance;

8        -        The extent to which such non-compliance was intentional.

9   **Authority:** Ca.Civ.Code 1788.17, 15 U.S.C. §1692k(b)(1)

10

11   _____        Given

12   _____        Given as Modified

13   _____        Refused

14   _____        Withdrawn                _____
                                            Honorable John A. Houston
15                                          District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED JURY INSTRUCTIONS                **05-CV-0171 JAH (RBB)**
31097534v1 867705

## DEFENDANT'S PROPOSED INSTRUCTION NO. 23:

## DAMAGES UNDER ROSENTHAL ACT – CLASS

### (Withdrawn if Court gives Defendant's Proposed Instruction No. 20)

In determining the amount of damages to award the class members pursuant to the CA FDCPA, you should consider:

-   The frequency and persistence of non-compliance by Arrow;

-   The nature of such non-compliance;

-   The resources of Arrow;

-   The number of persons adversely affected;

-   The extent to which Arrow's non-compliance was intentional.

**Authority:** 15 U.S.C. §1692k(b)(2).


\_\_\_\_\_    Given

\_\_\_\_\_    Given as Modified

\_\_\_\_\_    Refused

\_\_\_\_\_    Withdrawn

_____
Honorable John A. Houston
District Court Judge

PROPOSED JURY INSTRUCTIONS                     **05-CV-0171 JAH (RBB)**
31097534v1 867705

1

2

## DEFENDANT'S PROPOSED INSTRUCTION NO. 24:

### DAMAGES - PROOF

It is the duty of the Court to instruct you about the measure of damages. <u>The fact that I have instructed you as to the proper measure of damages should not be considered as suggesting any view of mine as to which party is entitled to your verdict in this case. Instructions as to the measure of damages are given for your guidance.</u> It is for you to determine what damages, if any, have been proved. Your award must be based upon evidence and not upon speculation, guesswork or conjecture.

**Authority:** Ninth Circuit Model Civil Jury Instructions (April 2007), Instruction No. 5.1 (modified).

_____     Given

_____     Given as Modified

_____     Refused

_____     Withdrawn

_____

Honorable John A. Houston
District Court Judge

PROPOSED JURY INSTRUCTIONS                    **05-CV-0171 JAH (RBB)**

31097534v1 867705

1

## DEFENDANT'S PROPOSED INSTRUCTION NO. 25:

2

## JURY NOT TO TAKE CUE FROM JUDGE

3    I have not intended by anything I have said or done, by any questions that I have

4    asked, or by any rulings that I have made, to suggest how you should decide any questions of

5    fact, or that I believe or disbelieve any witness.

6    If anything I have done or said has seemed so to indicate, you must disregard it and

7    form your own opinion.

8    It is proper to add the caution that nothing said in these instructions and nothing in

9    any form of verdict prepared for your convenience is meant to suggest or convey in any way

10   or intimation as to what verdict I think you should find.  What the verdict shall be is your

11   sole and exclusive duty and responsibility.

12

13   **Authority:**   BAJI California Jury Instructions Civil (Fall 2007-2008 Edition) 15.20 (as

14   expanded)

15   _____   Given

16   _____   Given as Modified

17   _____   Refused

18   _____   Withdrawn                    _____

19                                          Honorable John A. Houston
                                            District Court Judge

20

21

22

23

24

25

26

27

28

28

## DEFENDANT'S PROPOSED INSTRUCTION NO. 26:

### DUTY OF JURY

Members of the Jury: Now that you have heard all of the evidence [and the arguments of the attorneys], it is my duty to instruct you as to the law of the case.

[Each of you has received a copy of these instructions that you may take with you to the jury room to consult during your deliberations.]


or


[A copy of these instructions will be sent with you to the jury room when you deliberate.]

You must not infer from these instructions or from anything I may say or do as indicating that I have an opinion regarding the evidence or what your verdict should be.

It is your duty to find the facts from all the evidence in the case. To those facts you will apply the law as I give it to you. You must follow the law as I give it to you whether you agree with it or not. And you must not be influenced by any personal likes or dislikes, opinions, prejudices, or sympathy. That means that you must decide the case solely on the evidence before you. You will recall that you took an oath to do so.

In following my instructions, you must follow all of them and not single out some and ignore others; they are all important.

**Authority:** Ninth Circuit Model Civil Jury Instructions (April 2007), Instruction No. 1.1C


_____    Given

_____    Given as Modified

_____    Refused

_____    Withdrawn               _____
                                  Honorable John A. Houston
                                  District Court Judge

PROPOSED JURY INSTRUCTIONS                    **05-CV-0171 JAH (RBB)**
                                              31097534v1 867705

## DEFENDANT'S PROPOSED INSTRUCTION NO. 27:

## DUTY TO DELIBERATE

When you begin your deliberations, you should elect one member of the jury as your presiding juror. That person will preside over the deliberations and speak for you here in court.

You will then discuss the case with your fellow jurors to reach agreement if you can do so. Your verdict must be unanimous.

Each of you must decide the case for yourself, but you should do so only after you have considered all of the evidence, discussed it fully with the other jurors, and listened to the views of your fellow jurors.

Do not hesitate to change your opinion if the discussion persuades you that you should. Do not come to a decision simply because other jurors think it is right.

It is important that you attempt to reach a unanimous verdict but, of course, only if each of you can do so after having made your own conscientious decision. Do not change an honest belief about the weight and effect of the evidence simply to reach a verdict.

**Authority:**  Ninth Circuit Model Civil Jury Instructions (April 2007), Instruction No. 3.1

\_\_\_\_\_          Given

\_\_\_\_\_          Given as Modified

\_\_\_\_\_          Refused

\_\_\_\_\_          Withdrawn                      _____
                                                     Honorable John A. Houston
                                                     District Court Judge

PROPOSED JURY INSTRUCTIONS                          **05-CV-0171 JAH (RBB)**
                                                     31097534v1 867705

## DEFENDANT'S PROPOSED INSTRUCTION NO. 28:

### COMMUNICATION WITH COURT

If it becomes necessary during your deliberations to communicate with me, you may send a note through the [marshal] [bailiff], signed by your presiding juror or by one or more members of the jury. No member of the jury should ever attempt to communicate with me except by a signed writing; I will communicate with any member of the jury on anything concerning the case only in writing, or here in open court. If you send out a question, I will consult with the parties before answering it, which may take some time. You may continue your deliberations while waiting for the answer to any question. Remember that you are not to tell anyone—including me—how the jury stands, numerically or otherwise, until after you have reached a unanimous verdict or have been discharged. Do not disclose any vote count in any note to the court.

**Authority:**  Ninth Circuit Model Civil Jury Instructions (April 2007), Instruction No. 3.2

_____     Given

_____     Given as Modified

_____     Refused

_____     Withdrawn

　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　Honorable John A. Houston
　　　　　　　　　　　　　　District Court Judge

PROPOSED JURY INSTRUCTIONS                                    **05-CV-0171 JAH (RBB)**

31097534v1 867705

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT'S PROPOSED INSTRUCTION NO. 29:**

**RETURN OF VERDICT**

A verdict form has been prepared for you. [*Any explanation of the verdict form may be given at this time*.] After you have reached unanimous agreement on a verdict, your presiding juror will fill in the form that has been given to you, sign and date it, and advise the court that you are ready to return to the courtroom.

**Authority:**  Ninth Circuit Model Civil Jury Instructions (April 2007), Instruction No. 3.3

\_\_\_\_\_      Given

\_\_\_\_\_      Given as Modified

\_\_\_\_\_      Refused

\_\_\_\_\_      Withdrawn

_____

Honorable John A. Houston
District Court Judge

32

PROPOSED JURY INSTRUCTIONS                                    **05-CV-0171 JAH (RBB)**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

JOHNNY GONZALES,
on behalf of himself and all
others similarly situated,

       Plaintiff,

       v.

ARROW FINANCIAL SERVICES LLC

       Defendant.

No.  05-CV-0171 JAH (RBB)

## **VERDICT FORM 1**

We, the jury in the above-entitled action, assess as damages the following:

For plaintiff:

       Under the FDCPA:               $_____

       Under the CA FDCPA:        $_____

For the class:                  $_____

_____
Foreperson for the Jury

PROPOSED JURY INSTRUCTIONS        **05-CV-0171 JAH (RBB)**
31097534v1 867705

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

JOHNNY GONZALES,
on behalf of himself and all
others similarly situated,

        Plaintiff,

        v.

ARROW FINANCIAL SERVICES LLC

        Defendant.

No.  05-CV-0171 JAH (RBB)

## VERDICT FORM 2

### (to be used if Defendant's Motion in Limine No. 1 is denied)

We, the jury in the above-entitled action, unanimously assess as damages the following:

    For plaintiff:

        Under the FDCPA:    $_____

        Under the CA FDCPA:    $_____

    For the class:

        Under the FDCPA    $_____

        Under the CA FDCPA    $_____

        _____
        Foreperson for the Jury

34

1

## CERTIFICATE OF SERVICE

2

3 ### _Johnny Gonzales v. Arrow Financial Services LLC_
Case No. 05-CV-0171 JAH (RBB)

4

5    I hereby certify that on December 7, 2007, I electronically filed the foregoing
with the Clerk of the Court using the CM/ECF system which will send notification of
6 such filing to the following e-email addresses:

7

8 | Linda L. Streeter | lstreeter@hinshawlaw.com |
| Desmond J. Hinds | dhinds@hinshawlaw.com |
9 | S. Cox | scox@hinshawlaw.com |
| David M. Schultz | dschultz@ hinshawlaw.com |
10 | Jennifer W. Weller | jweller@ hinshawlaw.com |
| T. Fournier | tfournier@ hinshawlaw.com |
11 | O. Randolph Bragg | rand@horwitzlaw.com |
| Shannon | Shannon@ horwitzlaw.com |
12 | Craig M. Shapiro | craig@ horwitzlaw.com |
| Robert L. Arleo | r.arleo@verizon.net, r.arleo@sbcglobal.net |

13

14

15    I certify under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.  Executed on December 7, 2007.
16

17

18

19                          s/ Linda L. Streeter
                         LINDA L. STREETER
20

21                         HINSHAW & CULBERTSON LLP
                         11601 Wilshire Boulevard, Suite 800
22                         Los Angeles, CA 90025
                         Telephone:      310-909-8000
23                         Facsimile:      310-909-8001
                         E-mail: lstreeter@hinshawlaw.com
24

25

26

27

28

1

CERTIFICATION OF SERVICE                      **05-CV-0171 JAH (RBB)**
31057863v1 867705