IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
OCT 2 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JOHNNY GONZALES, on Behalf of Himself and All Others Similarly Situated,

    Plaintiff,

vs.

ARROW FINANCIAL SERVICES LLC,

    Defendant.

Case No.: 05-CV-0171 JAH (RBB)

**VERDICT FORM**

We, the Jury in the above-entitled action, unanimously assess as statutory damages the following:

For plaintiff Johnny Gonzales:

    Under the FDCPA:    $ 250.00

    Under the CA FDCPA:    $ 250.00

For the Class Members:

    Under the FDCPA:    $ 112,500.00

    Under the CA FDCPA:    $ 112,500.00

    Total for All Damages:    $ 225,500.00

DATED: 10/23/08

_____
Foreperson of the Jury