1    ARLEO LAW FIRM, PLC
     ELIZABETH J. ARLEO (CASB NO. 201730)
2    1672 Main Street, Suite E, PMB 133
     Ramona, CA  92065
3    Telephone:  760/789-8000
     760/789-8081 (fax)
4
     HORWITZ, HORWITZ & ASSOCIATES
5    O. RANDOLPH BRAGG (IL BAR NO. 6221983)
     CRAIG M. SHAPIRO (IL BAR NO. 6284475)
6    25 E. Washington Street, Suite 900
     Chicago, IL  60602
7    Telephone:  312/372-8822
     312/372-1673 (fax)
8
     Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                  SOUTHERN DISTRICT OF CALIFORNIA

12   JOHNNY GONZALES, on Behalf of Himself       Case No. 05-CV-0171 JAH (RBB)
     and All Others Similarly Situated,
13                                               DECLARATION OF ELIZABETH J. ARLEO
                          Plaintiff,             IN SUPPORT OF PLAINTIFF'S MOTION
14                                               FOR ATTORNEYS' FEES AND EXPENSES
              vs.
15                                               DATE:    May 18, 2009
     ARROW FINANCIAL SERVICES LLC,               TIME:    2:30 p.m.
16                                               PLACE:   Courtroom 11
                          Defendant.
17                                               The Honorable John A. Houston

18

19

20

21

22

23

24

25

26

27

28

1      I, ELIZABETH J. ARLEO, declare as follows:

2      1.      I am an attorney at law duly licensed to practice in the State of California and this

3  Court.  I am one of the four attorneys of record for representative plaintiff Johnny Gonzales

4  ("Plaintiff").  This declaration is submitted in support of Plaintiff's Motion for Attorneys' Fees and

5  Expenses.

6      2.      Having been admitted to the California bar in June 1999, I have nearly ten years of

7  litigation experience, mostly in class actions.  A copy of my biography is attached hereto as

8  Exhibit 1.

9      3.      I seek an hourly rate of $385 for my work expended in this class action.  My hourly

10  rate is supported by the Declaration of William M. Hensley in Support of Plaintiff's Motion for

11  Attorneys' Fees and Expenses and the Declaration of Leonard B. Simon in Support of Plaintiff's

12  Motion for Attorneys' Fees and Expenses, both filed concurrently herewith.

13      4.      Since late December 2004 through March 17, 2009, I have expended at least 1020.4

14  hours on this matter.  A true and correct copy of my time records is attached hereto as Exhibit 2.

15      5.      Paralegal Ellen Dewan worked on this matter during the time period August 9, 2005

16  through October 24, 2006.  Ms. Dewan expended at least 109 hours on this matter.  The detail of her

17  time is attached hereto as Exhibit 3.  I seek reasonable fees for Ms. Dewan's paralegal time at $125

18  per hour totaling $13,625.00.

19      6.      On December 16, 2008, paralegal Ashley Piggott expended 8 hours reviewing the

20  Memorandum of Points and Authorities In Support of Plaintiff's Motion for Attorneys' Fees and

21  Expenses.  Ms. Piggott reviewed and commented on the memorandum of points and authorities in

22  support of Plaintiff's motion for attorneys' fees and expenses.  She did so by reviewing all case

23  citations contained in the memo to ensure accuracy of the language and case citation.  She also use

24  Lexis' shepards function to ensure the cases cited in the memo were correctly cited and still good

25  law.  Ms. Piggott also reviewed the entire memo to ensure that the grammar, spelling, footnotes and

26  formatting was otherwise correct.  I seek reasonable fees for Ms. Piggott's paralegal time at $125 per

27  hour totaling $1,000.00.

28

7.      Based on the 1020.4 hours I expended on this matter through March 17, 2009, multiplied by $385 per hour, my current lodestar is $392,854.00 plus an additional $14,625.00 for paralegal work, for a total lodestar of $407,479.00.

8.      I am not seeking compensation for every hour worked, as I exercised billing judgment.  Throughout the billing period stated, I reduced the amount recorded if I thought the actual time expended did not reflect what I would bill an hourly-fee-paying client.  Thus, the time records in this action and the summary of those hours provided in this declaration show that I reasonably expended 1020.4 hours on this litigation through March 17, 2009.  The time claimed is adequately documented and the documented time was necessary and not duplicative or excessive.

9.      In October 2005, FDCPA expert O. Randolph Bragg agreed to appear in the case on behalf of Plaintiff and members of the class.  Mr. Bragg and I, and subsequently local trial counsel, Shaun Khojayan, each took the case on a contingency basis in that we would forego payment of attorneys' fees unless and until we obtained sufficient relief in Plaintiff's favor.  We would then seek compensation through the mechanism set forth via 15 U.S.C. §1692k(a)(3) and/or California law.  There was no arrangement for a percentage of the recovery, so this fee application is, and was, the sole means of reimbursing counsel for our work on this case.  Thus, all Plaintiff's counsel endured substantial risk in taking on this case, particularly with the anticipated and actual aggressive defense.  As a solo practitioner, my case load is limited and my practice cannot spread risk over a large portfolio of cases.

10.      Since the inception of this lawsuit in January 2005, I was the principal liaison and local counsel for the Plaintiff.  During every stage of this litigation, Plaintiff was a very active participant, communicating primarily with me but also at times with my co-counsel on a regular basis throughout this litigation.  Plaintiff is a dedicated, representative plaintiff who expended dozens of hours during the four years of litigation.  Many of the hours expended by me were spent communicating with the Plaintiff to obtain the relevant facts, communicate legal issues, understand Plaintiff's position on the issues and determine an agreeable strategy.  Plaintiff's tireless efforts to this cause are reflected in the success obtained through trial.

//

11.     After the complaint was filed in late January 2005, Defendant retained the Los Angeles law firm of Buchalter, Nemer, Fields & Younger and seasoned defense attorneys Abraham J. Colman and Russell L. Allyn.  In January 2006, Mr. Coleman changed firms and Reed Smith LLP was substituted as Defendant's counsel.  Scott H. Jacobs and David S. Reidy of Reed Smith subsequently appeared on Defendant's behalf.  By July 2006, Defendant had substituted its counsel to Chicago-based Hinshaw & Culbertson LLP, David M. Schultz and Jennifer W. Weller, and Hinshaw's Los Angeles office Linda L. Streeter and Desmond J. Hinds, Jr. all appearing on behalf of Defendant.  Hinshaw is a national law firm with 475 lawyers in 25 offices in 12 different states.  *See* <<www.Hinshawlaw.com>>  With the exception of Ms. Streeter who is Sr. Counsel, all of the Hinshaw attorneys are partners with the firm.  Thus, throughout the litigation Defendant was represented by numerous, experienced and very capable attorneys which aggressively represented Defendant at every stage of the litigation.

12.     Defendant's vigorous opposition at each stage of the litigation necessitated significant amounts of time expended by me, as well as my co-counsel on the matter.

13.     During certain time periods during this four-year legal battle, the intensity of litigation precluded me from taking on other litigation.  For example, drafting Plaintiff's opposition to Defendant's motion to dismiss during March 2005 [Docket #s7-8]; class certification reply briefing in early 2006 [Docket #s42-43]; discovery motions during March and April 2006 [Docket #s 47-54, 59-60] and again in June and July 2006 [Docket #s 74-77, 78]; and in particular during July, August, September and early October 2006, my time was nearly consumed with briefing on Plaintiff's Motion for Partial Summary Judgment [Docket #s 95-99, 110], Plaintiff's opposition to Defendant's Motion for Summary Judgment [Docket #107], and Plaintiff's opposition to Defendant's Motion to Decertify the Class [Docket #113].  Also, in the months leading up to and during the trial in late October 2008, much of my time was spent on pretrial motions and trial briefs alongside my co-counsel Shaun Khojayan.

14.     The majority of the time I expended on this case could be categorized as follows: (1) case initiation and complaint; (2) opposition to Defendant's motion to dismiss; (3) amending the complaint; (4) class certification; (5) discovery and discovery motions; (6) conferences with the

1   Magistrate Court; (7) Plaintiff's motion for partial summary judgment; (9) opposition to Defendant's

2   motion for summary judgment; (10) opposition to Defendant's motion to decertify the class; (11)

3   Plaintiff's Motion for Summary Judgment on Damages; (12) pre-trial motions; (13) trial; and (14)

4   this fee and expense application.

5        15.    Based on my time detail, attached hereto as Exhibit 2, I summarize my work as

6   follows:

7        16.    ***Case Initiation and Complaint.***  I drafted the Complaint in January 2005.  Because

8   this was a class action, I spent time researching whether other class actions had been filed against

9   Defendant for the same letter and violations.  I also spent time discussing and reaching an agreement

10   with Mr. Gonzales regarding my representation and his duty has a class representative.  I expended

11   approximately 27 hours on this process.  Although I met with Plaintiff in late 2004, prior to the time

12   my office opened, I did not bill for the time expending meeting with him which I estimate to be three

13   to four hours.

14        17.    ***Opposition to Defendant's Motion to Dismiss.***  During late February 2005 and

15   through March and early April, 2005, I reviewed Defendant's motion to dismiss, research and

16   drafting the opposition brief, reviewing Defendant's reply brief and preparing for the hearing (later

17   taken off calendar).  *See* Ex. 2 at 2-4.  Plaintiff's opposition to Defendant's motion to dismiss

18   countered Defendant's multiple arguments.  Among other things, Defendant argued (a) the letters

19   were not actionable under the FDCPA because they do not contain an actual threat; (b) were not

20   misleading or deceptive; and (c) complied with state and federal collection laws.  Defendant also

21   argued that the phrase contained in the letters "and if we are reporting the account" cured the false,

22   deceptive and misleading nature of the communication.  This Court, however, was "unconvinced

23   that the least sophisticated debtor would know or understand the impact of defendant's qualifying

24   phrase 'if we are reporting the account' on debts that are older than seven years or otherwise not

25   reported to the credit bureaus." *Gonzalez v. Arrow Fin. Servs. LLC*, 2005 U.S. Dist. LEXIS 19712,

26   at *10 (S.D. Cal. July 25, 2005).

27        18.    I researched and drafted Plaintiff's opposition to Defendant's motion to dismiss.  The

28   number of hours I expended on Plaintiff's opposition, was reasonable and necessary as the issues

1    presented here had not previously been addressed in published opinions.  On July 25, 2005, the

2    Court denied Defendant's motion to dismiss.  [Docket #11]

3         19.    ***Amending the Complaint.***  In August 2005, Plaintiff filed a motion for leave to file

4    his First Amended Complaint to add claims under the CA FDCPA.  [Docket #12-13]  I expended

5    time drafting the motion and supporting memo, as well as amending the complaint.  *See* Ex. 2 at 5.

6    On October 13, 2005, Plaintiff's motion was granted.  [Docket #28].  As to the added CA FDCPA

7    claims, Plaintiff ultimately prevailed on liability and recovered statutory damages on behalf of

8    himself ($250 for the FDCPA claims and $250 for the CA FDCPA claims) and the entire class

9    ($112,000 for the FDCPA claims and $112,000 for the CA FDCPA claims).

10        20.    ***Class Certification and Reply.***  Plaintiff's motion to certify the class was filed on

11   November 14, 2005.  [Docket #s 32-36]  My co-counsel Rand Bragg drafted the opening brief, I

12   finalized the notice, memo and prepared my declaration.  On December 22, 2005, Defendant

13   opposed the motion.  [Docket #40].  In mid-January 2006, I expended time drafting Plaintiff's

14   reply brief as well as Plaintiff's request for judicial notice in further support of the motion for class

15   certification.  *See e.g.,* Ex. 2 at 8-9.  Plaintiff's reply brief and request for judicial notice were filed

16   on January 19, 2006.  [Docket #s 42, 43].  On February 7, 2006, this Court granted Plaintiff's motion

17   and certified a class of nearly 40,000 members.  [Docket #46].

18        21.    ***Discovery and Discovery Motions.***  During 2006, I expended a substantial amount of

19   time on discovery.  Most of my time was spent ensuring that Defendant produced all responsive,

20   non-privileged documents and provided complete responses to Plaintiff's interrogatories and

21   requests for admission.  Beginning in late January 2006 and continuing through February 2006, I

22   was engaged in the time-consuming meet-and-confer process with Defendant's prior counsel.  *See*

23   *e.g.,* Ex. 2 at 9.  While the parties were able to resolve some of the issues informally, in March 2006,

24   it was necessary to file a motion to compel and a request for additional discovery.  [Docket #s 47-54]

25   *See e.g.,* Ex. 2 at 10-11.  Defendant opposed these motions on March 24, 2006.  [Docket #s 55-58]  I

26   drafted the reply briefs which were filed on April 3, 2006.  [Docket #s 59-60]  After a hearing,

27   Plaintiffs motions were granted in part and denied in part by Magistrate Judge Brooks.  [Docket #62]

28   I expended additional time meeting and conferring and moving to compel on the subsequent

1  discovery.  [Docket #s 74-77, 85-86].  After a hearing, Magistrate Judge Brooks granted Plaintiff's

2  motion to compel documents.  [Docket #87].

3       22.   There was also a time-consuming dispute regarding Defendant's privilege log, which

4  was ultimately resolved by the Magistrate Court.  [Docket #s 64, 68, 69, 70]  I also participated in

5  Defendant's deposition of Plaintiff on April 7, 2006.  I also conducted the deposition of Defendant's

6  witness (former Arrow employee whose fictitious name appeared on the letters at issue), Ismael

7  Robles on July 19, 2006 which was preceded by disputes with Defendant about timing.  *See e.g.*, Ex.

8  2 at 15.  The substantial amount of time which I expended on discovery matters undoubtedly led to

9  our success on Plaintiff's motion for partial summary judgment as well as at the trial where

10  Defendant was precluded from making arguments by using documents it refused to produce during

11  discovery.

12       23.   ***Settlement Conferences With the Magistrate Court.***  Multiple settlement conferences

13  were held with the Magistrate Court including the September 19, 2005 early neutral evaluation

14  conference [Docket #20]; the April 10, 2006 settlement conference [Docket #38]; and the October 5,

15  2006, November 26, 2007, and January 14, 2008 mandatory settlement conferences.  [Docket #s 72,

16  106, 123, 124, and 162].  I expended approximately 44 hours drafting settlement statements,

17  conferring with Plaintiff and co-counsel regarding settlement, and preparing for and attending these

18  conferences.  *See* Ex. 2 (approximately 15 hours during September 2005); page 6 (7.5 hours on

19  4/5/06 and 4/10/06); page 10 (6 hours during 9/28/06 through 10/6/06); page 12 (9.5 hours during

20  11/6/07 through 12/3/07 including post conference required settlement discussions); page 13 (5.5

21  hours expended on 1/14/08).  Plaintiff made good faith attempts to settle the merits of the case.

22       24.   ***Plaintiff's Motion for Partial Summary Judgment.***  Soon after discovery was

23  completed, in early August 2006, I began working on Plaintiff's motion for partial summary

24  judgment on the issue of Defendant's liability under the FDCPA and CA FDCPA.  My co-counsel

25  Rand Bragg provided the initial draft and I updated the briefing to include additional facts and

26  references thereto.  I also drafted certain of the supporting documents.  *See e.g.,* Ex. 2 at 17-18.  The

27  motion was filed on August 11, 2006 [Docket #s 95-99].  In September 2006, I drafted Plaintiff's

28  reply to Defendant's opposition to our motion.  *See e.g.,* Ex. 2 at 19.  The reply brief was

1   complicated because Defendant had cited multiple cases in support of its arguments and it was a

2   time-consuming process to review those cases and distinguish them where applicable. *Id.* Plaintiff's

3   reply brief was filed on September 13, 2006. [Docket #110]

4       25.   ***Defendant's Motion for Summary Judgment:*** On August 11, 2006, Defendant filed

5   its motion for summary judgment. [Docket #s 92-94]. My co-counsel Rand Bragg prepared the

6   initial draft opposition to Defendant's motion for summary judgment. I expended some hours in late

7   August 2006, reviewing the draft and making final comments. *See e.g.,* Ex. 2 at 19. Plaintiff's

8   opposition brief was filed on August 31, 2006. [Docket #107]

9       26.   ***Opposition to Defendant's Motion to Decertify the Class.*** On August 4, 2006,

10  Defendant filed its Motion to Decertify the Class. [Docket #s 88-90] Between September 23, 2006

11  and the date when Plaintiff's opposition was filed on September 28, 2006, I expended time

12  researching cases, reviewing cases cited by Defendant, reviewing Plaintiff's deposition transcript

13  and drafting the opposition. [Docket #s 113-114]

14      27.   ***Plaintiff's Motion for Summary Judgment on Damages.*** At the January 14, 2008

15  pre-trial hearing, the Court instructed Plaintiff to file a motion for summary judgment on the issue of

16  damages. During January and February 2008, I expended time drafting the opening motion and

17  supporting papers which were filed on February 14, 2008. [Docket #164]. Defendant's opposition

18  was filed on March 6, 2008. [Docket #165] During that week, I expended time drafting Plaintiff's

19  reply brief which was filed on March 13, 2008. [Docket #166]. My work on the reply brief was

20  made more time consuming by Defendant's reference to state cases outside the Ninth Circuit. *See*

21  *e.g,* Ex. 1 at 29. It was also necessary to review the CA FDCPA's legislative history, and decisions

22  by other court's awarding damages under both the FDCPA and CA FDCPA.

23      28.   ***Pre-trial Motions.*** During December 2007, I primarily worked on Plaintiff's five

24  motions in limine, and Plaintiff's oppositions to Defendant's motions in limine. I expended

25  additional time on these motions beginning in June 2008 and up through the October 2008 trial. The

26  amount of time expended on these motions (*see* my time records attached hereto as Ex. 2) was

27  reasonable and necessary. Rulings on these motions would ultimately affect the outcome of the case

28  and lead to Plaintiff's success at trial. For example, at the September 5, 2008 hearing, Plaintiff won

1    his motion [Docket #141] for recovery under both the FDCPA and CA FDCPA.  Plaintiff also won

2    his motions in limine re: the least sophisticated debtor standard [Docket #140] and to exclude

3    evidence of alleged lack of harm to the class [Docket #174].  Defendant's motion [Docket #145]

4    limiting recovery to either statute was denied.  Defendant's motion to bar Plaintiff from offering

5    evidence regarding its parent company was also denied.  This Court denied in part, Defendant's

6    motion to bar Plaintiff from offering any evidence regarding prior or current lawsuits.  [Docket

7    #145]

8          29.    ***Trial.***  We prepared for trial by presenting a mock trial to a focus group on October

9    12, 2008.  *See* Ex. 2 at 34.  I also participated in a voir dire focus group on October 16, 2008.  The

10    time expended was necessary and worthwhile as we ascertained feedback on the strengths and

11    weaknesses of our proposed presentation to the jury.  Between October 14, 2008 and the trial which

12    began on October 21, 2008, the time I expended was necessary and reasonable for Plaintiff's success

13    at the trial.  *See* Ex. 2 at 35.  Among other things, I worked on Plaintiff's proposed jury instructions

14    and Plaintiff's Statement of Motion in Limine Rulings made by this Court in multiple written orders

15    and at hearings.  [Docket #204]  During the trial, I assisted trial counsel Shaun Khojayan in

16    providing a history of the case, in particular, regarding the history of discovery provided and not

17    provided by Defendant.

18          30.    ***Fee and Expense Application.***  After Plaintiff's successful trial, I began working on

19    this fee application with my co-counsel Shaun Khojayan and Rand Bragg.  Mr. Bragg provided the

20    initial draft in November 2008.  I expended time researching a fee expert and coordinating with him

21    and Mr. Khojayan on the application.  *See e.g.,* Ex. 2 at 36- 37.  I enhanced Mr. Bragg's draft by

22    providing additional cases and citations to the accompanying declarations.  The completion of the

23    application was delayed pending entry of the Judgment which was filed on March 9, 2009. [Docket

24    #216].  During the week of March 16, 2009, I expended time updating the notice and memorandum,

25    with final numbers for each of Plaintiff's three counsel and adding reference to Judge Whelan's

26    January 5, 2009 opinion in the *Bellows* case awarding a 1.793 multiplier.  *See* Ex. 2 at 38.

27

28

1      31.    Attached hereto as Exhibit 4 is a schedule setting forth $41,527.26 in costs and

2  litigation expenses incurred in this action by my office through December 31, 2008.  These costs and

3  expenses were reasonable and necessary in the prosecution of this matter.

4      32.    As demonstrated in my timesheets, I did not bill for time expended not directly

5  related to the prosecution of this case.  For example, I eliminated any billing for my time expended

6  on Robert Arleo's withdrawal from the case in mid-2005.  And I did not bill for time expended

7  communicating with a trial consultant regarding exhibits because her services were ultimately not

8  used.

9      The facts stated in this declaration are known to me personally, and I could competently

10  testify thereto if called as a witness.  I declare under penalty of perjury under the laws of the State of

11  California and of the United States of America that the foregoing is true and correct.  Executed this

12  20th day of March, 2009, at Ramona, California.

13

14                           s/ Elizabeth J. Arleo
                              ELIZABETH J. ARLEO

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>CERTIFICATE OF SERVICE</u>

2          Attorney for Plaintiff certifies that the foregoing pleading is true and accurate and that a copy

3  of the foregoing document has been served this day upon:

4  **Electronic Mail Notice List**

5     • **Elizabeth J Arleo**
        elizabeth@arleolaw.com
6     • **O Randolph Bragg**
        rand@horwitzlaw.com,shannon@horwitzlaw.com
7     • **Shaun Khojayan**
        shaun@khojayan.com,hashen@khojayan.com
8     • **David M Schultz**
9       dschultz@hinshawlaw.com,courtfiling@hinshawlaw.com,izielinski@hinshawlaw.com
      • **Craig M Shapiro**
10      craig@horwitzlaw.com,shannon@horwitzlaw.com
      • **Linda L. Streeter**
11      lstreeter@hinshawlaw.com,scox@hinshawlaw.com,dhinds@hinshawlaw.com

12  **Manual Notice List**

13          The following is a list of attorneys who are not on the list to receive e-mail notices for this

14  case (who therefore require manual noticing).

15

16                       **Jennifer W. Weller**
                         Hinshaw and Culbertson
17                       222 North LaSalle Street
                         Suite 300
18                       Chicago, IL 60601

19  I declare under penalty of perjury that the foregoing is true and correct.

20

21  DATED:  March 20, 2009                    _____
                                                    s/ Elizabeth J. Arleo
                                                 ELIZABETH J. ARLEO

22

23

24

25

26

27

28

# EXHIBIT INDEX TO
# DECLARATION OF ELIZABETH J. ARLEO

EXHIBIT 1: BIOGRAPHY OF ELIZABETH J. ARLEO, ESQ.

EXHIBIT 2: TIME DETAIL FOR ELIZABETH J. ARLEO

EXHIBIT 3: TIME DETAIL FOR ELLEN DEWAN

EXHIBIT 4: ARLEO LAW FIRM COSTS AND EXPENSES

# EXHIBIT 1

**BIOGRAPHY OF ELIZABETH J. ARLEO, ESQ.**

Elizabeth J. Arleo received her law degree from the University of San Diego, School of Law, in 1998 and her Master of Business Administration from Southern Methodist University in 1993.

Since 1999, Ms. Arleo has been a member in good standing of the bar of the State of California. She is admitted as a member to the Southern, Central and Northern District Courts for California. Ms. Arleo is a member of the American Bar Association, the San Diego County Bar Association, the Ramona Bar Association and the National Association of Consumer Advocates.

On January 3, 2005, Ms. Arleo opened her law office as a solo practice to represent persons in consumer rights litigation, both individual and class actions. From 1999 to 2004, she practiced law with Milberg Weiss Bershad Hynes & Lerach in San Diego, California where she was involved in the prosecution of consumer and securities fraud class actions. During law school, Ms. Arleo clerked at the United States Securities & Exchange Commission and Milberg Weiss where she co-authored The Aftermath of BMW v. Gore - Who is Now the Trier of Fact?, *Financial Services Litigation, PLI* (1997).

Ms. Arleo has been involved in the prosecution of numerous securities fraud class actions, including: *Alaska Electrical Pension Fund v. Pharmacia Corp.*, Case No. 03-1519 (D.N.J); *Anderton v. Clearone Communs, Inc.*, Master File No. 2:03-CV-0062-PGC (D. Utah); *In re Catalina Mktg. Corp. Secs. Litig.*, Case No. 8:03-CV-1582-27 TBM (M.D. Fl.); *In re Gemstar-TV Guide, Int'l Inc. Sec. Litig.*, Case No. CV 02-02775 MRP (PLAx) (C.D. Cal.); *In re Healthsouth Corp. Sec. Litig.*, Master File No. CV-98-BE-2634-S (N.D. Ala.); *In re Healthsouth Corp. Sec. Litig*, Consolidated Case No. CV-03-BE-1500-S (N.D. Ala.); *In re Immune Response Secs. Litig.*, Master File No. 01-CV-1237-J (JAH) (S.D. Cal.); and *In re Lockheed Martin Corp. Secs. Litig.*, Case No. CV 99-00372 MRP (C.D. Cal.).

Ms. Arleo has also represented pension funds and individual shareholders in complex securities fraud actions in state courts located in California and elsewhere, including: *AOL Time Warner Cases I & II*, JCCP Nos. 4322 and 4325 (Cal. Sup. Ct., Los Angeles County), *Los Angeles County Employees Retirement Ass'n v. Parsons*, Case No.

BC303050 (Cal. Sup. Ct., Los Angeles County); *West Virginia Investment Mgmt. Bd. v. Richard D. Parsons*, Case No. 03-1752 (W.V. Circuit Ct., Kanawha County); *Ohio Public Employees Retirement System, v. Parsons*, Case No. 03-07-7932 (Ohio Common Pleas Ct., Franklin County); and *William Gonser, Derivatively on Behalf of DHB Industries, Inc. v. David H. Brooks and DHB Indus.*, *Inc.,* Index No. 017380/02 (N.Y. Supreme Court, Nassau County) (shareholder derivative action).

Ms. Arleo is particularly proud to have served as one of plaintiffs' counsel in three ground-breaking, related cases litigated on behalf of more than 30,000 Chinese garment workers against factories located in the U.S. territory, the Commonwealth of the Northern Mariana Islands and U.S. clothing retailers such as The Gap, Limited, Target and J.C. Penney entitled: *Does I v. Advance Textile Corp*, Case No. 99-0002 (D. Northern Mariana Islands); *Does I v. The Gap, Inc., et al.*, Case No. 01-0031 (D. Northern Mariana Islands); and *UNITE v. The Gap, Inc.*, Case No. 300474 (Cal. Superior Ct., San Francisco County). The lawsuits, one of which was a class action, challenged sweatshop conditions in Saipan garment factories by alleging, among other things, violations of the Alien Tort Claims Act, the Fair Labor Standards Act, the California Unfair Business Practices Act, and RICO. Under the terms of the settlement agreement, 27 clothing retailers and 28 Saipan-based factories paid $20 million in back wages and damages, created a repatriation fund so workers can return to their home countries, implemented for the factories a code of conduct that fully comports with independent American employment standards, and used workplace monitors to oversee operations and investigate worker complaints.

Ms. Arleo also represented plaintiffs on other consumer class actions and private attorney general actions brought under the California Unfair Business Practices Act, including: *Schwartz v. The Upper Deck Co*., 96 CV 3408-B (AJB) (S.D. Cal.); *Chaset v. The Upper Deck Co*., Case No. 830257-9 (Calif. Superior Ct., Alameda County); and *Benson v. Kwikset*, Case No.01275 (Calif. Superior Ct., Orange County).

As a sole practitioner since 2005, Ms. Arleo has been certified as class counsel in the following debt collection cases: *Ellis v. West Coast Electronic Billing Services.,* Case No. 05-cv-1387 LAB (JMA) (class action settlement finally approved on April 10, 2006); *Nutter v. NCO Fin. Systems, Inc.*, Case No. 04-cv-2266 DMS (RBB) (S.D. Cal.) (class

action settlement finally approved April 21, 2006); *Gonzales v. Arrow Fin. Servs., LLC*, 233 F.R.D. 577 (S.D. Cal. 2006) (granting Plaintiff's motion for class certification); and *Robinson v. NCO Fin. Systems, Inc.*, Case No. C 05-04006 CW (MEJ) (N.D. Cal.) (class action settlement preliminarily approved on August 28, 2006).

Recently, Ms. Arleo successfully litigated under Title IX of the Civil Rights Act for gender equality in scholastic sports in *Hess v. Ramona Unified School District et al.,* Case No. 07-cv-0049 (S.D. Cal.).  In July 2007, Plaintiffs won an injunction requiring the school district to build an on-campus, dedicated and equivalent softball field.  The field was completed in 2008 and for the first time in its 30-year history, the girls' softball team began practicing and playing games at the Ramona High School.

# EXHIBIT 2

Arleo Law Firm, PLC
Elizabeth J. Arleo
## Gonzales v. Arrow
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|---|---|---|
| 12/28/2004 | 0.5 | communicate with Plaintiff re: Arrow's communication with him via telephone and letters |
| 12/29/2004 | 1.0 | communicate with Plaintiff re: Arrow's telephonic communications with Plaintiff (0.5); conduct media search re: Ballys and Holiday Spa merger (0.5) |
| 12/30/2004 | 0.5 | exchange emails with Plaintiff re: amount of Bally's debt and timing of debt |
| 12/31/2004 | 4.0 | research and review federal district court cases on Lexis for FDCPA with Arrow as a party, reviewing opinions in *Wenger, Petrolito, Maxwell, Redd, Nixon, King, Bass and Mailloux* etc |
| 1/1/2005 | 4.5 | continue to review published opinions re: Arrow and FDCPA/class action letter cases (2.5); draft factual allegations of complaint (2.0) |
| 1/3/2005 | 5.0 | Review on PACER, dockets and certain filings in 36 Ninth Circuit federal courts cases where Arrow is a party for drafting class action complaint. (5.0) |
| 1/10/2005 | 5.0 | Research FDCPA statute and draft allegations of complaint. (2.0); Draft Plaintiff retention agreement and cover letter to Plaintiff (3.0) |
| 1/11/2005 | 2.0 | Telephone conference with Plaintiff (1.0); revise retention agreement per conversation and cover letter to Plaintiff (1.0) |
| 1/24/2005 | 0.5 | Draft allegations of complaint (0.5) |
| 1/26/2005 | 4.0 | draft civil cover sheet; Summons; Research agent of service; Research venue and jurisdiction (1.5); conduct media search re: Arrow and SallieMae merger (0.5); research venue and jurisdiction re: Arrow/Salliemae separate liability (2.0) |
| 1/28/2005 | 4.0 | Review local rules, finalize complaint; Civil cover; Summons and file with court (4.0) |
| 1/31/2005 | 1.5 | Travel to Court and file summons with clerk **(2.0) not billed**; communicate with process server telephonically and send letter to process server re: serving the complain (1.5) |
| 2/3/2005 | 0.5 | T/C with Defendant's counsel re: complaint, timing of answer, settlement |
| 2/4/2005 | 2.3 | Exchange emails with defendant's counsel re: settlement (0.3); T/C with Plaintiff re: settlement (0.5) letter to Plaintiff re: settlement, status of case (1.5); review R.Arleo pro hac vice application **(0.2) not billed** |
| 2/8/2005 | 0.4 | research Abe Coleman on Buchalter web site (0.2); Contact process servers for status of service of complaint (0.2) |

Arleo Law Firm, PLC
Elizabeth J. Arleo
## *Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|------|----------|-------------|
| 2/23/2005 | 0.5 | Prepare Declaration of Service for filing (0.5) |
| 2/28/2005 | 2.0 | Review motion to dismiss (1.5); review local rules and calendar opposition due date (0.5) |
| 3/2/2005 | 0.2 | review Court discrepancy order re: Def Motion to Dismiss and compare filing |
| 3/4/2005 | 1.0 | Research 12(b)(6) legal standard for pleading for Plaintiff's opposition to Defendant's motion to dismiss |
| 3/7/2005 | 2.0 | research least sophisticated debtor cases for standard within Ninth Circuit |
| 3/9/2005 | 2.0 | Review Defendant's Motion to Dismiss and draft outline for Plaintiff's Opposition to Def's Motion to Dismiss (2.0) |
| 3/10/2005 | 5.0 | work on Plaintiff's Opposition to Defendant's Motion to Dismiss: draft fact section (2.0); review arbitration case in Defendant fn 1, find counter case (1.0); review cases cited by Def. Mem re: motion to dismiss standards (2.0); |
| 3/10/2005 | 3.0 | research 9th Cir. legal standard for motion to dismiss and draft Legal Standard Section (2.0); find case saying if dismissal granted then Plaintiff should be allowed to amend (*Lopez*) (1.0) |
| 3/11/2005 | 4.5 | Work on Plaintiff's Draft Opposition to Defendant's Motion to Dismiss: research for and review 9th Cir. FDCPA cases for standards (*Baker, Swanson, Irwin, Masuda*) (2.5) |
| 3/11/2005 | 4.5 | read *Mace, Beattie and Clomon* cases for least sophisticated debtor standards (1.5); research and find FTC statements re: reporting requirements (1.0); draft opposition section re: FDCPA standards (2.0) |
| 3/12/2005 | 2.0 | Draft Plaintiff's Opposition to Motion to Dismiss: research whether reporting payment or settlement would improve credit score, FTC opinion letters; FTC web site (2.0) |
| 3/13/2005 | 2.0 | Draft Plaintiff's Opposition to Motion to Dismiss: review Fair Credit Reporting Act for reporting requirements and FTC opinions re: 7-year period (2.0); |
| 3/13/2005 | 6.0 | review Def Mem. ISO Defendant's motion to dismiss (pp.6-9) cases asserting letter not actionable (3.0); research FDCPA and cases and draft counter argument that letter violated 1692e (3.0) |
| 3/14/2005 | 6.0 | Draft Plaintiff's Opposition to Defendant's Motion to Dismiss: continue to draft counter argument that letter violated FDCPA, incorporating FCRA, FTC and 9th Circuit case research (6.0) |

Arleo Law Firm, PLC
Elizabeth J. Arleo
*Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|------|----------|-------------|
| 3/14/2005 | 2.0 | review *Redd/Maxwell* dockets and order denying Arrow's motion to dismiss and draft argument re: prior violative language used by Arrow (2.0) |
| 3/15/2005 | 7.0 | Draft Plaintiff's Opposition to Defendant's Motion to Dismiss: review Cal. Cons. Credit Reporting Act and FCRA cited by Def Mem ISO motion to dismss; *Morse* and *Jang* cases (3.0); draft counter argument (4.0) |
| 3/16/2005 | 7.5 | Draft Plaintiff's Opposition to Defendant's Motion to Dismiss: review defendant argument and find cases where implied threat is actionable (4.0); draft counter argument that an implied threat is actionable (3.5) |
| 3/17/2005 | 2.5 | Draft Plaintiff's Opposition to Motion to Dismiss: research case for and draft counter argument re: arbitration (1.0); revise draft section re legal standard cases and revise draft section (1.5); |
| 3/17/2005 | 4.5 | review FTC opinions for Arleo declaration ISO Plaintiff's opposition to def's motion to dismis (2.0); review *Aronson* case and distinguish (1.0); revise section on implied threat is actionable (1.5); |
| 3/18/2005 | 7.0 | Draft Plaintiff's Opposition to Defendant's Motion to Dismiss: find cases on and review *Irwin, Masuda, Kimber,* FDCPA (3.0); and draft section arguing no individual assessment (4.0) |
| 3/19/2005 | 4.0 | Draft Plaintiff's Opposition to Defendant's Motion to Dismiss: revise draft opposition argument re:least sophisticated debtor standard, incorporating FTC opinions, FCRA requirements, 9th Cir Cases (4.0); |
| 3/19/2005 | 4.5 | draft section re: language here vs. language in *Redd/Maxwell* cases (2.0); review I*rwin* and *Bentley* cases and brief for argument (2.5) |
| 3/20/2005 | 3.5 | Draft Plaintiff's Opposition to Defendant's Motion to Dismiss: draft introduction (3.5); |
| 3/20/2005 | 4.0 | edit draft portions of opposition brief, fact section; legal standards, implied threat, and LSD for consistency, accuracy (3.5); list additional research/writing required (0.5) |
| 3/21/2005 | 8.5 | Darft and finalize Plaintiff's Opposition to Defendant's Motion to Dismiss: review entire draft for accuracy, consistency of argument, any unsupported legal assertions and revise (6.0); draft Arleo declaration ISO Opposition brief (2.5) |
| 3/22/2005 | 2.5 | Letter to Plaintiff re: hearing on Defendant's motion to dismiss and credit reporting agencies (0.5); prepare for hearing by reviewing cases cited in Defendant's opening brief (2.0) |

Arleo Law Firm, PLC
Elizabeth J. Arleo
## *Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|---|---|---|
| 3/30/2005 | 3.0 | Review Defendant's Reply brief in support of its Motion to Dismiss for arguments abandoned by Defendant and review cases cited in reply in preparation for motion to dismiss hearing (3.0) |
| 4/1/2005 | 1.0 | draft statement in preparation for hearing on Defendant's Motion to Dismiss (1.0) |
| 4/3/2005 | 1.0 | draft statement and review cases in preparation for hearing on Defendant's Motion to Dismiss(1.0) |
| 4/4/2005 | 1.5 | draft statement and review cases in preparation for hearing on Defendant's Motion to Dismiss(1.5) |
| 4/5/2005 | 0.1 | review Minute Order taking hearing off calendar |
| 6/15/2005 | 0.0 | review letter from counsel requesting withdrawal and telephonic conference with Plaintiff re: same **(0.5) not billed** |
| 7/11/2005 | 0.0 | Research and T/C with Judge Brooks Clerk re: attorney withdrawal. **(1.5) not billed** |
| 7/12/2005 | 0.0 | email correspondence with Abe Coleman re: withdrawal of Plaintiff's counsel **(0.2) not billed** |
| 7/14/2005 | 0.0 | research and draft motion, memo in support of withdrawal of Plaintiff's counsel **(3.0) not billed** |
| 7/18/2005 | 0.0 | correspond with counsel re: motion to withdraw and send proposed briefing **(1.0) not billed** |
| 7/25/2005 | 0.0 | review letter and draft documents re: withdrawal **(1.0) not billed;** communicate with defense counsel Russell Allyn re:motion to withdraw **(0.2) not billed** |
| 7/26/2005 | 1.3 | reveiw Court Order denying Defendant's Motion to Dismiss (0.5); telephone conference with Plaintiff re: order and new counsel (0.5); letter to Plaintiff re: order (0.3) |
| 7/27/2005 | 1.5 | research requirements for class certification and preparing class certification discovery (1.2); T/C with Russell Allyn re: Defendant's Answer (0.3) |
| 7/29/2005 | 1.7 | draft letter to Plaintiff re: counsel withdrawal and prospective counsel (0.5); T/C with Randolph Bragg re: case and possible appearance (1.0); T/C with and letter from Def atty re: extension of time for Def to Answer Complaint (0.2) |
| 8/1/2005 | 0.2 | Review Defendant's July 29, 2005 Letter re: extension of time to Answer and calendar (0.2) |
| 8/2/2005 | 2.5 | Telephone call with Plaintiff re: counsel appearance and case status (0.5); exchange e-mails with Rand Bragg re: his retention (1.0); Review Bragg bio and retention agreement (1.0) |

Arleo Law Firm, PLC
Elizabeth J. Arleo
## *Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|---|---|---|
| 8/5/2005 | 3.5 | research CA FDCPA and draft Plaintiff's First Amended Complaint (1.0); meet with Plaintiff re: amending complaint (1.5); telephone conference with Rand Bragg re: FAC and amend FAC and motion to file it accordingly (1.0) |
| 8/7/2005 | 1.5 | Draft First Amended Complaint; e-mail corresponded to Rand Bragg & Paralegal re:same (1.5) - Draft Motion to Recuse (**1.0**) **not billed** |
| 8/8/2005 | 2.5 | Research Remedies; Finalize amended complaint; Call court; Plaintiff communication; Letter to defense, all re: amendment (2.5) |
| 8/9/2005 | 5.5 | Letter to and T/C with def counsel re: amended complaint (0.3); research standard for amending complaint (1.0) and draft memo ISO thereof (3.5); Plaintiff communication re: timing and manner of amending complaint (0.5); review discrepancy order |
| 8/10/2005 | 0.0 | telephone conference with Plaintiff re Motion to Recuse (**0.5**) **not billed** |
| 8/11/2005 | 0.0 | Plaintiff Communication re: recusal (**0.5**) **not billed;** Draft Motion to Recuse (**3.0**) **not billed** |
| 8/12/2005 | 0.5 | review defense letter re: answer and First Amended Complaint |
| 8/19/2005 | 0.1 | review order by J.Brooks setting ENE conference |
| 8/23/2005 | 0.5 | Plaintiff Communication re: case status (0.5) |
| 9/6/2005 | 0.5 | Send e-mail correspondence to Rand Bragg re:status of case and timing issues (0.5) |
| 9/9/2005 | 0.5 | Draft summary of case section of ENE letter brief to Magistrate Judge Brooks (0.5) |
| 9/10/2005 | 0.2 | receive e-mail correspondence from Rand Bragg re: status of case |
| 9/11/2005 | 2.2 | Draft procedural history and Arrow info sections for ENE Letter Brief(2.0); Plaintiff Communication re: ENE attendance (0.2) |
| 9/12/2005 | 2.7 | Research & Draft ENE Letter Brief (1.0); draft new retention agreement researching 9th cir standard for class plaintiff responsibilities (1.7) |
| 9/13/2005 | 2.7 | Research, Draft and Finalize ENE Conference Statement(2.0); Plaintiff Communication re: settlement demand contained in ENE statement (0.5); T/C to defense re:ENE (0.2) |
| 9/14/2005 | 2.1 | T/C w/ Rusel Allyn re: ENE & corp. disclosure (0.2); Revise retention agreement (0.7); research pro hac vice requirements and e-mail to Rand re: status and pro hac vice app. (1.2) |
| 9/15/2005 | 0.2 | letter to Plaintiff re: ENE |

Arleo Law Firm, PLC
Elizabeth J. Arleo
### *Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|------|----------|-------------|
| 9/16/2005 | 1.0 | telephone conference with Plaintiff re: strategy and attendance at ENE (0.5); telephone conference with Rand Bragg re:ENE settlement demand (0.5) |
| 9/19/2005 | 5.0 | review Plaintiff's First Amended Complaint, FDCPA and CA FDCPA statutes in preparation for ENE (0.5); and travel to/from ENE (2.0); attend ENE (2.0); and meet with Plaintiff after ENE (0.5) |
| 9/20/2005 | 0.6 | reivew Minute Order re: Plaintiff's motion for leave to amend and counsel withdrawal (0.1); exchange e-mails with Rand Bragg re: ENE status of settlement offers (0.5) |
| 9/23/2005 | 0.0 | review Order re: attorney withdrawal and motion to recuse **(0.2) not billed** |
| 9/26/2005 | 1.0 | Prepare Letter to Rand re: recent order and filings (0.7); Plaintiff communications re: order concerning attorney withdrawal and motion to recuse (0.3) |
| 9/27/2005 | 0.5 | Plaintiff Communication re: next steps in litigation/strategy (0.5) |
| 9/29/2005 | 0.2 | receive e-mail correspondece from Rand Bragg re: recent orders, retention agreement and pro hac vice application |
| 10/4/2005 | 1.2 | review Rand's pro hac vice app (0.2)**;** exchange e-mails with Rand re: preliminary settlement (0.5); letter to Plaintiff re: retention agreement (0.5) |
| 10/5/2005 | 1.5 | T/C w/ Rand re: settlement & Plaintiff communications (1.5) |
| 10/6/2005 | 1.5 | review letter from Defense re: settlement (0.5) and exchange e-mails with Abe Coleman re: size of class (0.3); telephone conference with Plaintiff re: same (0.2); e-mail from and telephone conference with Rand Bragg re: same (0.5) |
| 10/7/2005 | 2.8 | lettter to defense re: settlement (1.0); T/C w/ Abe Coleman re: settlement (0.3); e-mails from and T/C w/ Rand & Plaintiff re:class cert motion and settlement (1.0); exchange e-mails with and telephone conference with Plaintiff re: settlement (0.5) |
| 10/10/2005 | 1.5 | review National Consumer Law Center article re: depositions in FDCPA cases (1.0);Plaintiff Communication re: settlement (0.2); T/C w/ Abe Coleman re: counter offer (0.3) |
| 10/11/2005 | 1.2 | T/C status conference w/J. Brooks (0.5); T/C w/ Plaintiff re: status conference (0.2); e-mail to Rand outlining settlement conference and dates set by Judge Brooks (0.5) |
| 10/13/2005 | 1.0 | review scheduling orders by Mag. Judge Brooks and calendar |
| 10/17/2005 | 0.1 | review order approving R.Bragg's pro hac vice application |

Arleo Law Firm, PLC
Elizabeth J. Arleo
### *Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | | Duration | Time Detail |
|------|--|----------|-------------|
| 10/18/2005 | | 0.5 | Draft my biography in support of Plaintiff's Motion for Class Certification (0.3); coordinate with office re-filing of Plaintiff's First Amended Complaint (0.2) |
| 10/19/2005 | | 0.5 | E-mail from Rand re: class certification (0.2); Review Plaintiff Draft Declaration (0.3) |
| 11/2/2005 | | 0.4 | T/C w/ Rand re:Rule 26 meeting with defendant (0.2); Rule 26(f) Conference with defense counsel (0.2) |
| 11/7/2005 | | 0.6 | T/C w/ J. Houston's clerk (0.2); Exchange e-mails w/ Rand (0.2); Review class cert motion (0.2) |
| 11/9/2005 | | 1.0 | review revised Plaintiff's Motion for Class Certification and Draft my declaration in support thereof (1.0) |
| 11/14/2005 | | 0.5 | give direction to Paralegal re: filing Plaintiff's motion for class certification (0.5) |
| 11/15/2005 | | 1.5 | Draft Initial Disclosures (1.0); Plaintiff Communications re: documents (0.5) |
| 11/16/2005 | | 1.5 | Exchange e-mails w/ Rand and draft Plaintiff's Initial Disclosures (0.5); review Arrow's answer to First Amended Complaint (1.0) |
| 11/17/2005 | | 0.7 | Finalize Initial Disclosure (0.5); Plaintiff Communication re: same (0.2) |
| 11/21/2005 | | 1.0 | Review Draft Plaintiff's discovery & Local Rules; Revise; Send E-Mail to Craig Shapiro. re: same discovery (1.0) |
| 11/22/2005 | | 1.3 | Review & Revise discovery & finalize (1.2); letter to Court/co-counsel and defense counsel re: telephonic status conference (0.1) |
| 11/22/2005 | | 0.5 | E-Mail & T/C w/ Rand re: Calendar & Hearings (0.5) |
| 11/23/2005 | | 0.3 | send e-mail to Rand Bragg and Craig Shapiro re: upcoming calendar dates |
| 11/29/2005 | | 1.0 | Telephone conference with Abe Coleman re:Plaintiff's motion for class certification and defendant's discovery responses (0.3); telephone message and e-mail to R. Allyn re: same (0.2): Draft status letter to MJ Brooks (0.5) |
| 12/2/2005 | | 0.7 | e-mail to and telephone conference with Russell Allyn re: discovery responses (0.2); Draft Status Conference Letter (0.5) |
| 12/5/2005 | | 0.3 | Plaintiff communication re: case status (0.3) |
| 12/6/2005 | | 1.8 | Prepare for and participate in Status Conference w/ Judge Brooks (0.8); and re: conference: T/C w/ Rand (0.2); T/C to Russel Allyn (0.1); T/C w/Court (0.2); and Plaintiff communication all regarding conference (0.5) |

Arleo Law Firm, PLC
Elizabeth J. Arleo
### *Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|------|----------|-------------|
| 12/21/2005 | 0.8 | Plaintiff Communication re: conference/strategy (0.5); Exchange e-mails with Rand (0.3)re: class certification briefing, timing and division of labor |
| 12/22/2005 | 0.2 | review order resetting hearing date on plaintiff's motion for class certification and contact Rand Bragg re: same (0.2) |
| 12/23/2005 | 0.5 | E-mails to/from Rand Bragg, T/C with Rand regarding defendant's opposition to Plaintiff's motion for certification (0.4); Review Defendant's Opposition to Class Cert (0.1) |
| 12/24/2005 | 0.3 | Review Order rescheduling hearing on Plaintiff's motion to certify class (0.1); e-mails to/from Rand re: same (0.1); leave telephone message for Rand re: new date (0.1) |
| 12/25/2005 | 1.8 | Research federal cases in support of argument that FDCPA/CA FDCPA damages issue raised by defendant is premature (1.8) |
| 12/26/2005 | 3.1 | E-mail to Defendant's Counsel re: Reply & Discovery (0.1); Research damages issue Plaintiff's reply brief in support of motion for class certification (3.0) |
| 12/27/2005 | 2.5 | T/C with Rand Bragg re: Schedule & Briefing (0.2); Research CA FDCPA history & double damages (2.3) |
| 1/10/2006 | 1.0 | outline Plaintiff's reply brief in support of motion for class certification (0.8); and exchange e-mails with defense counsel re: service of reply brief (0.2) |
| 1/11/2006 | 1.0 | research amendment to CA FDCPA for Plaintiff's reply brief in support of motion for class certifcation (1.0) |
| 1/15/2006 | 6.5 | Draft reply brief ISO motion for class cert: research damages issue is premature (2.5); review cases *Ashby, Terayon, GMC* and draft section that damages issue is premature (2.0); review and distinguish Defendant's cases: *Mason, Crooks, US Industrial* (2.0) |
| 1/16/2006 | 5.0 | continue drafting Plaintiff's reply brief ISO class certification: research CA FDCPA remedies in statute, similar Cal. federal cases (2.0) and draft section of reply re: same (3.0); |
| 1/16/2006 | 1.5 | research issue of state/federal laws in conflict and draft for reply brief ISO motion for class certification (1.5) |
| 1/17/2006 | 0.3 | communicate with Plaintiff re: status of discovery and class certification briefing (0.3) |
| 1/18/2006 | 2.5 | review e-mail from Rand re: defendant's discovery responses (0.2); telephone conference with Rand re: drafting Plaintiff's reply ISO motion for class certification (0.5); Draft Plaintiff's Reply in support of Class Certification (1.8) |

Arleo Law Firm, PLC
Elizabeth J. Arleo
### *Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|---|---|---|
| 1/19/2006 | 3.0 | Research legal standards for and draft Plaintiff's Request for Judicial Notice (1.5); review latest draft of Plaintiff's Reply in support of motion for class certification for structure and consistency in arguments (1.5) |
| 1/23/2006 | 0.2 | Review E-mail from Rand re: strategy (0.1); T/C w/ Russell re: MAC on defendant's discovery responses (0.1) |
| 1/24/2006 | 0.7 | T/C with Clerk re: hearing on motion for class certification and exhange e-mails w/Rand Bragg re: same(0.2); exchange e-mails with Rand re: strategy of case, e.g. depositions, motion for summary judgment and motion to compel discovery (0.5) |
| 1/27/2006 | 1.8 | Review defendant's written discovery Responses (0.5); research FRCP and cases and draft meet and confer letter re: issues with defendant's discovery responses (1.3) |
| 1/31/2006 | 0.5 | exchange e-mails with defense re: substitution of counsel and discovery meet and confer conference (0.5) |
| 2/1/2006 | 2.5 | Research FRCP and federal cases on discovery requirements (1.0) draft meet and confer letter and motion to compel re: defendant's discovery responses (1.5) |
| 2/7/2006 | 4.0 | review defendant's written discovery responses (2.0); draft meet and confer letter listing all issues (2.0) |
| 2/8/2006 | 6.0 | continue reviewing defendant's discovery responses (1.0) continue drafting meet and confer letter to defendant with focus on section re: request for admissions (4.0) including research on standards for RFAs (1.0); |
| 2/8/2006 | 1.0 | draft memo to file re: defendant's admissions from written discovery responses and Answer (1.0) |
| 2/9/2006 | 3.2 | review Order granting class certification (0.5); exchange e-mails w/ Rand Bragg re: same (0.5); T/C with Plaintiff re: order (0.2); meet and confer with D.Reidy re: def's written discovery responses (1.3); draft follow up notes for my file (0.7) |
| 2/10/2006 | 2.8 | Review and respond to letter from Reidy re: Discovery (1.5); draft additional discovery (0.5); T/C w/ Rand re: discovery issues(0.3);  draft letter to defense counsel re: discovery stipulations (0.5) |
| 2/13/2006 | 0.2 | Draft Letter to defense counsel re: defendant's written discovery responses (0.2) |
| 2/15/2006 | 2.7 | Draft letter to defense counsel re: Discovery and Rule 30(b)(6) deposition topics (2.7) |

Arleo Law Firm, PLC
Elizabeth J. Arleo
## *Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|------|----------|-------------|
| 2/16/2006 | 1.7 | e-mail and prepare for M-A-C with def counsel re: def's written discovery responses (0.5); review and respond to Reidy letter re: discovery (0.5); T/C messages to defense counsel re: discovery (0.2); draft and send follow-up letter to Reidy (0.5) |
| 2/20/2006 | 0.2 | Exchange e-mails w/ David Reidy re: def's discovery responses (0.2) |
| 2/21/2006 | 0.6 | E-Mail to Reidy re: discovery (0.1); review defendant's new discovery responses (0.5) |
| 2/22/2006 | 1.9 | Review defendant's discovery responses (0.5); E-Mails to Rand/Craig re: same (0.3); Plaintiff Communication (0.7); Draft letter to defense counsel re: discovery (0.4) |
| 2/23/2006 | 0.3 | Review letter from defense counsel David Reidy re: discovery (0.3) |
| 2/24/2006 | 2.7 | draft Discovery Plan (2.0); T/C w/ J. Brooks' Chambers (0.2); Draft letter to defendant re: discovery (0.5) |
| 2/27/2006 | 0.4 | Letter to Defense Counsel re: Discovery (0.4) |
| 2/28/2006 | 2.3 | review defendant letter (0.1); send demand letter to defendant (0.7); Draft 4/5 letter brief Mag. Judge Brooks (0.5); Plf comm re: settlement (1.0); |
| 2/28/2006 | 1.3 | e-mails w/ Rand re: discovery (0.4); Depo & settlement e-mail to def counsel (0.1);  followup T/C with Rand (0.8); T/C w/J.Brooks' chambers re: discovery motions (0.1) |
| 3/1/2006 | 8.8 | Draft notice of motion compel def discovery responses (0.3), research FRCP/FRE cases and legal standards for discovery (1.2) draft memo ISO motion to compel (4.0); Arleo Decl ISO motion (1.5), cert. of compliance (1.5); e-mail to D.Reidy re: same (0.3) |
| 3/2/2006 | 3.3 | Letter to Reidy re: discovery (0.8); T/C with Reidy re: discovery(1.0); Draft memo ISO motion to Compel (0.7); exchange e-mails w/ Reidy (0.4); T/C w/ Chambers re: motion to compel (0.2); receive letter from David Reidy re: Arrow's documents (0.2) |
| 3/6/2006 | 0.5 | Send letter to defense counsel Reidy re: Arrow's production of additional items (0.5) |
| 3/7/2006 | 7.0 | Review Reidy 3/6 letter and compare to prior correspondence re: discovery (2.0); Draft Motions to Compel (2.5); draft motion for leave to serve additional discovery (2.5) |
| 3/8/2006 | 0.3 | T/C with Judge Brook's clerk re: discovery motion (0.1); emails w/ Rand re:Plaintiff depo (0.1); T/C w/ Plaintiff re:his deposition (0.1); |

Arleo Law Firm, PLC
Elizabeth J. Arleo
### Gonzales v. Arrow
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|------|----------|-------------|
| 3/8/2006 | 2.8 | Review defense's amended responses & draft motions to compel & leave for additional discovery & order shortening time (2.8) |
| 3/9/2006 | 11.0 | research case law on motion to compel (2.0); draft memo ISO same (3.0); draft memo ISO motion for additional discovery (4.0); draft Arleo Decls ISO both motions (1.0) draft certificates of compliance for both motions (1.0); |
| 3/9/2006 | 0.6 | T/C with Plaintiff re: depo (0.5); e-mail to D.Reidy re:date for Plaintiff's Deposition (0.1) |
| 3/13/2006 | 1.0 | send e-mail to Rand Bragg re: depositions and hearing dates (0.5); Exchange e-mails with defense counsel re: deponents and dates (0.5) |
| 3/14/2006 | 2.1 | Review e-mail from Defense counsel re: deposition of Ismael Robles (0.1); Research proposed amendment to CA FDCPA (0.5); T/c w/ Rand re: discovery & hearings (1.0); Draft 30(b)(6) depo notice (0.5) |
| 3/18/2006 | 1.0 | review defendant's written discovery responses and documents (1.0) |
| 3/20/2006 | 2.0 | draft Plaintiff's written response to Arrow's First Set of Discovery (2.0) |
| 3/21/2006 | 2.6 | Draft Plaintiff's responses to Arrow's discovery requests (0.7); T/C with Plaintiff re: plaintiff's discovery responses (1.0); review file for plaintiff's documents (0.5); draft letter to Arrow re: Robles deposition (0.4) |
| 3/24/2006 | 0.2 | review letter from David Reidy re: Arrow's representation of Ismael Robles at Plaintiff's deposition of him (0.2) |
| 3/27/2006 | 0.6 | E-mail to Rand re: discovery cutoff date & 30(b)(6) deposition of Arrow (0.4); Summary Review of Def. Opposition briefs to Plaintf's motions re: discovery (0.2) |
| 3/28/2006 | 2.2 | Review Defendant's Opposition briefs to Plaintiff's discovery motions (2.0); telephone conference with Craig Shapiro re: timing and division of labor for Plaintiff's reply briefs (0.2) |
| 4/1/2006 | 0.6 | Draft Reply ISO Plaintiff's Motion to Compel (0.5); send e-mail to David Reidy re: electronic service (0.1) |
| 4/2/2006 | 2.4 | Draft Reply briefs ISO Plaintiff's Motion for additional discovery (2.0); draft reply brief ISO Plaintiff's Motion for Additional Discovery (0.4) |
| 4/3/2006 | 0.8 | Draft letter brief to Judge Brooks for 4/10/06 ENE (0.6); e-mail to Rand re: same (0.1); receive e-mail from David Reidy re: electronic service (0.1) |

Arleo Law Firm, PLC
Elizabeth J. Arleo
### *Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|------|----------|-------------|
| 4/4/2006 | 0.4 | T/c with Rand re: Status Conference (0.2); Revise letter brief (0.1); e-mail from Plaintiff re: draft letter brief (0.1) |
| 4/5/2006 | 1.5 | draft ENE Letter Brief for 4/10/06 conference (1.5) |
| 4/6/2006 | 4.0 | travel to/from Poway (1.5); meet with Rand Bragg and Plaintiff in preparation for defendant's deposition of Plaintiff (2.5) |
| 4/7/2006 | 4.0 | Meet with Plaintiff (0.5); prepare for & attend Plaintiff deposition and meet with Plaintiff and Rand after to discuss deposition (3.5) |
| 4/10/2006 | 6.5 | Travel to/from Downtown for discovery hearings (2.0); Meet with Rand/Plantiff prior to hearing to discuss arguments (1.5); attend hearings (2.5); receive and analyze e-mail from Plaintiff re: settlement and ENE (0.5) |
| 4/13/2006 | 1.4 | Review and calendar 4/10 Order (0.3); review 4/13 order (0.1); draft Plaintiff's revised written discovery on Defendant according to order (1.0) |
| 4/17/2006 | 1.0 | Draft Plaintiff's Second Set of Writen Discovery (1.0) |
| 4/18/2006 | 0.2 | exchange e-mails with David Reidy re: electronic service of Plaintiff's additional written discovery requests |
| 4/19/2006 | 0.1 | e-mail from Rand re: possible expert on credit reporting (0.1) |
| 4/20/2006 | 0.3 | send e-mail to defense counsel re: documents (0.1); calendar defendant's responses to Plaintiff's written discovery (0.2) |
| 4/21/2006 | 0.1 | letter to David Reidy re: conference room used for Plaintiff deposition |
| 4/22/2006 | 0.2 | research whether expert is necesssary to prove credit reporting claims (0.2) |
| 4/23/2006 | 0.3 | plaintiff communication re: case status (0.3) |
| 4/24/2006 | 2.5 | review Def's amended Privilege Log (0.1); Contact Def's Counsel re: same (0.2); research and draft letter to Mag. Court re: Attorney-Client Privilege and Work Product Doctrine (2.0); letter to Plaintiff re: transcript of his deposition (0.2) |
| 4/25/2006 | 0.8 | emails w/ D.Reidy re: def's responses to Pltf's discovery requests (0.3); e-mail Rand re: 30(b)(6) depo of Arrow, Robles Depo and def discovery responses (0.5); |
| 4/25/2006 | 0.9 | T/C with Clerk re: supp. discovery brief (0.1); research/draft supplemental discovery brief (0.8) |
| 4/26/2006 | 3.1 | research attorney-client privilege and work product doctrine (1.5); and draft supplemental brief to Mag. Court re: Arrow's document and privilege log (1.5); receive e-mail from Rand re: necessity of expert reporting issue (0.1) |

Arleo Law Firm, PLC
Elizabeth J. Arleo
*Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|---|---|---|
| 4/27/2006 | 0.2 | receive Defendant's Second Amended Privilege log and exchange e-mails with David Reidy re: same, e.g. question about difference between First and Second logs. |
| 4/28/2006 | 0.6 | T/C with Abe Coleman re: Settlement (0.4); send e-mail to Rand re: same (0.2) |
| 4/29/2006 | 0.2 | review e-mail from Rand re: settlement discussions |
| 5/1/2006 | 0.2 | Review discrepancy order from Magistrate Court re: Def's amended privilege log (0.1); review Def's letter to court re: amended privilege log (0.1) |
| 5/2/2006 | 0.3 | Review Defendant's Supplemental Brief re: Priv. Log (0.3) |
| 5/3/2006 | 0.1 | Review discrepancy order from Magistrate Court re: Def's amended privilege log (0.1) |
| 5/5/2006 | 1.5 | letter to court re: defendant's amended privilege log (1.0); review defendant's letter to court re: same (0.2); review order by Mag. Court re: Plaintiff's motion to compel production of documents (0.3) |
| 5/13/2006 | 0.2 | e-mail Rand re: possible expert for credit reporting claim |
| 5/16/2006 | 0.7 | T/C to Plaintiff re: depo transcript (0.1); further communication with Plaintiff Communication re: deposition transcript (0.3); review transcript of Plaintiff deposition (0.3) |
| 5/19/2006 | 1.1 | t/c with Plaintiff re: depo transcript (0.4); review transcript of Pltf deposition (0.5); exchange e-mails with David re: defendant's discovery responses (0.2) |
| 5/20/2006 | 0.5 | T/C with Plaintiff re: transcript of deposition of Plaintiff by defendant (0.5) |
| 5/22/2006 | 0.3 | send Rand detailed e-mail re: discovery extension provided to Arrow, Plaintiff's review of his depo transcript, Robles depo, and Plaintiff's position on defendant's settlement offer |
| 5/25/2006 | 0.1 | receive e-mail from Rand re: timing of 30(b)(6) depo of Arrow |
| 6/2/2006 | 1.5 | Review Defendant's written discovery responses and draft a meet and confer letter re: perceived deficiencies in defendant's responses(1.5) |
| 6/4/2006 | 2.0 | Review defendant's written discovery responses and research legal bases for filing a motion to compel (2.0) |
| 6/7/2006 | 2.8 | Reveiw defendant's written discovery responses and draft meet and confer letter to Defendant (2.5); send e-mail to Rand re: same (0.3) |
| 6/15/2006 | 1.0 | prepare for meet and confer by reviewing written responses and my letters and participate in meet and confer w/ David Reidy re: defendant's discovery responses (1.0) |

Arleo Law Firm, PLC
Elizabeth J. Arleo
*Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|------|----------|-------------|
| 6/16/2006 | 1.3 | final Plaintiff's deposition notice for Arrow's Rule 30(b)(6) person (0.2); Review Discovery and CMC Order for deadlines and guidelines on discovery (0.5); e-mails to Rand re: discovery & Deadlines (0.5); e-mail to David Reidy re: Robles depo (0.1) |
| 6/17/2006 | 0.2 | Reveiw Rand's e-mails re: timing and labor division of Plaintiff's motion for Summary Judgment (0.2) |
| 6/18/2006 | 0.3 | Draft Stipulation and Order to Continue CMC dates (0.3) |
| 6/21/2006 | 1.3 | Exchange e-mails with Def counsel re stipulation(0.2); draft Stip to continue dates (1.0); T/C with Chambers (0.1) |
| 6/22/2006 | 2.0 | e-mails w/ Reidy re: stipulation (0.3); exchange comments with Rand & Craig re: discovery (0.5); prep for call & meet with David re: depo/deadlines (0.5); Draft revised stips & e-mail to Rand (0.5); letter to Mag. Court re:stipulation (0.2) |
| 6/26/2006 | 0.5 | T/c with Rand (0.1); e-mail to defense counsel re: new dates/discovery (0.1); review Reidy letter re: discovery (0.3) |
| 6/27/2006 | 0.7 | T/c with Rand re: Discovery (0.2); Send e-mail to defense counsel David Reidy re: discovery/depositon timing (0.5) |
| 6/28/2006 | 2.5 | T/C with Rand re depositions (0.3); T/C with Defense counsel re: discovery (0.8); Send confirming e-mail (0.5); T/C with Rand (0.2); e-mail Plaintiff re: status(0.5); receive and calendar Mag. Court order re-setting MSC and pretrial conference dates (0.2) |
| 6/29/2006 | 3.6 | T/C with D. Reidy & exchange e-mails re: discovery (0.5); Draft Motion to Compel (2.0); Exchange e-mails with Rand re: discovery (0.5); receive order on stipulation to continue CMC dates (0.1); research defendant's new counsel at Hinshaw (0.5) |
| 6/30/2006 | 4.7 | Exchange e-mails with Rand re: Arrow's new counsel (0.5); T/c with Arrow's new counsel (0.2); research discovery standards and finalize motion to compel defendant's docs and responses (4.0) |
| 7/1/2006 | 2.3 | Review Orders/ Stip, Revise Calendar, Strategy e-mail to Rand (1.5); Plaintiff Communication re: new dates (0.5); Exchange subsequent e-mails w/ Rand re: same (0.3) |
| 7/3/2006 | 0.8 | Letter to all Counsel re: Arrow's 30(b)(6) deposition non-appearance by defendant(0.5); Telephone Call to Court re: depo (0.1); Telephone call with Craig Shapiro re depo. (0.2); |
| 7/3/2006 | 1.0 | Exchange e-mails w/ Rand re: Arrow depo (0.2); Draft Ex Parte to compel Arrow's deposition (0.5); letter to Plaintiff re: revised dates (0.3) |

Arleo Law Firm, PLC
Elizabeth J. Arleo
### *Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | | Time Detail |
|------|----------|---|-------------|
| 7/5/2006 | 0.5 | | Exchange e-mails with Reidy & Craig Shapiro re: Deposition of Arrow (0.5) |
| 7/6/2006 | 4.5 | | continue preparing ex parte application, Arleo Declaration ISO thereof and Deposition Notice to compel Arrow's deposition |
| 7/7/2006 | 1.4 | | send notice to defense counsel re: ex parte application (0.4); Telephone Call with Rand (0.5); Telephone Call with Mag Court re: plt's ex parte (0.2); Letter to defense counsel David Schultz re: same (0.3) |
| 7/10/2006 | 4.0 | | T/C with Rand re: status (0.5); Review & Comment on Motion for Class Notice & Research same re: Stip to Facts (3.5) |
| 7/11/2006 | 1.0 | | research legal standards, local rules and review other FDCPA motions for summary judgment to begin preparing Plaintiff's motion for Partial Summary Judgment (1.0) |
| 7/12/2006 | 1.0 | | based on prior research, draft outline of Plaintiff's Motion for Partial Summary Judgment (0.7); communicate with Rand re: outline (0.3) |
| 7/15/2006 | 4.0 | | draft Plaintiff's Motion for Partial Summary Judgment: review defendant's written discovery responses and draft notice of lodgment (2.5); revise Rand's draft statement of facts (1.5) |
| 7/16/2006 | 4.0 | | draft Plaintiff's motion for Partial Summary Judgment: continue revising statement of facts and add citation references to memo |
| 7/17/2006 | 1.3 | | communicate with defense re: discovery (0.3); T/Cs w/ defense counsel re: discovery (0.5); review defendant's opposition to Plaintiff's motion to compel discovery (0.5) |
| 7/17/2006 | 1.8 | | draft papers ISO Plaintiff's motion for summary judgment (notice, decl, lodgment) (1.5); communicate with Rand re: papers needed for summary judgment (0.3) |
| 7/18/2006 | 1.0 | | Exchange e-mails w/defense re: Robles Deposition (0.3); T/C with D.Schultz re:same (0.2); prepare ex parte letter application to Magistrate Court re: taking of Robles deposition (0.5); |
| 7/18/2006 | 3.7 | | Review def's response to Plaintiff's ex parte letter to Mag. Court re: taking of Robles Deposition (0.2); Prepare for depo (2.0); Review supplemental response & summarize (1.0) Review Rand's comments to Plaintiff's summary judgment papers (0.5) |
| 7/19/2006 | 8.2 | | Travel to/from downtown(2.0); Meet w/Pltf re status(1.0); T/C w/D.Schutz re:depo (0.2); Review Def's opp. to Pltf's motion to compel(1.0); Prepare for Robles depo (1.0); Conduct Robles deposition (3.0); |

Arleo Law Firm, PLC
Elizabeth J. Arleo
*Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|------|----------|-------------|
| 7/19/2006 | 1.0 | T/C with my office re: Magistrate Court ruling on Robles deposition (0.2); summary e-mail to Rand re: information from Robles deposition (0.5);review D.Schultz/Rand e-mails (0.3) |
| 7/20/2006 | 2.0 | telephone conference w/Rand re: information from Robles deposition (0.5); draft reply brief in support of Plaintiff's motion to compel written responses and production of documents (1.5) |
| 7/21/2006 | 5.0 | Review transcripts (Robles deposition/and 4/10/06 hearing) (2.0); draft Plaintiff's reply in support of motion to compel written responses and documents (3.0); |
| 7/22/2006 | 4.1 | e-mail Rand re: plaintiff's reply ISO motion to compel (0.1); research discovery rules and cases (1.0); finalize Plaintiff's reply brief in support of motion to compel (2.5); draft Arleo declaration in further support of motion to compel (0.5); |
| 7/22/2006 | 0.1 | review order granting D.Schultz pro hac vice application and substituting for Coleman as counsel (0.1) |
| 7/24/2006 | 0.5 | exchange e-mails with Rand re: Plaintiff's Motion for Partial Summary Judgment arguments (0.2); T/C with paralegal re:timing and work she should perform on Plaintiff's Motion for Partial Summary Judgment (0.3) |
| 7/25/2006 | 4.0 | continue working on Plaintiff's motion for Partial Summary Judgment: update/revise procedural and sections (2.0); research for and add additional cases to memo, e.g. *Forsberg, Gouskos* etc. (2.0) |
| 7/26/2006 | 0.7 | receive list of class members and review (0.5); exchange e-mail with Rand re:my work on Plaintiff's motion for summary judgment (0.2) |
| 7/27/2006 | 0.5 | exchange e-mails with Rand and defense counsel re: class notice; and Rand re: timing of notice |
| 7/31/2006 | 4.0 | Prepare for hearing on Pltf motion to compel discovery responses by reviewing all briefs filed (0.5); Travel to/from downtown SD (2.0); attend hearing before Mag. Court (1.0); T/C with Rand re: results (0.5); |
| 7/31/2006 | 0.4 | review e-mail exchange between Rand and David Schultz re: joint motion on class notice (0.4) |
| 8/1/2006 | 2.2 | review order by Mag. Court re: Plaintiff's motion to compel (0.2); review Cutler deposition transcript and update statement of facts and memo ISO Plaintiff's motion for Partial Summary Judgment (2.0) |

Arleo Law Firm, PLC
Elizabeth J. Arleo
### *Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|------|----------|-------------|
| 8/2/2006 | 2.5 | T/C with Rand re: class notice (0.5); revise stipulation re: Class Notice (0.5); Exchange e-mails w/ Def.re: Robles depo transcript and protective order (1.0); Exchange e-mails w/ Rand Bragg re: same (0.5) |
| 8/2/2006 | 2.0 | Draft Statement of Material Facts ISO Plaintiff's Motion for Partial Summary Judgment (0.5); meet w/paralegal re: work on Plaintiff's Motion for Partial Summary Judgment (0.5); review Summary Judgment cases in FDCPA context for legal standards (1.0); |
| 8/3/2006 | 1.7 | review revised proposed protective order and exchange e-mails w/Defense counsel and Rand Bragg re: same (0.5); Draft papers ISO Plaintiff's motion for summary judgment (1.0); T/C w/Judge Houston's Chambers (0.2) |
| 8/4/2006 | 2.0 | Review def's revisions to protective order and communicate w/ defense(1.0); review defendant's motion to de-certify class (0.5); exchange e-mails w/ Rand Bragg re: defendant's arguments and contra arguments in the motion to de certify (0.5) |
| 8/7/2006 | 2.1 | exchange e-mails w/ Defense re: class notice stipulation, protective order and service of the summary judgment cross motions (0.5);  T/C w/Clerk/Schultz re:filings (0.3); Exchange e-mails w/RB re: manuals etc. (0.5); Review 30(b)(6) depo notice (0.8); |
| 8/7/2006 | 4.5 | continue drafting Plaintiff's motion for Partial Sum Judgment: review entire draft memo, make list of outstanding issues and additional research needed, research for recent 9th cir authority(4.0); communicate with Rand re: arguments SJ Motion filing (0.5) |
| 8/8/2006 | 3.5 | continue drafting Plaintiff's motion for summary judgment and supporting papers: declaration (1.0); statement of material facts to reflect new discovery and final version of Arrow deposition transcript (2.0); notice of lodgment (0.5); |
| 8/8/2006 | 0.5 | comm w/ Rand and Craig Shapiro re: defendant's documents for statement of material facts(0.5) |
| 8/9/2006 | 2.2 | revise Plaintiff's statement of material facts ISO motion for partial summary judgment (1.5); E-mails w/defense counsel re:defendant's discovery documents (0.5); E-mails w/ Rand Bragg re: defendant's discovery (0.2) |

Arleo Law Firm, PLC
Elizabeth J. Arleo
### *Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|------|----------|-------------|
| 8/10/2006 | 4.0 | continue working on Plaintff's motion for Partial Summary Judgment: reviewing documents and discovery, update statement material facts and memo citations (3.7); Research & Draft SJ Motion; review Arrow's answer for who approved letter (0.3) |
| 8/11/2006 | 4.0 | continue working on Plaintiff's motion for Partial Summary Judgment: review entire memo for structure, supporting legal assertions and revise (2.0); draft introduction (2.0) |
| 8/13/2006 | 0.2 | exchange e-mails with Rand re: division of labor, drafting opposition to Arrow's motion for summary judgment |
| 8/14/2006 | 0.5 | calendar briefing schedule for cross motions and def's decertify motion and exchange e-mails w/Rand re: same (0.5) |
| 8/15/2006 | 0.5 | exchange e-mails w/ defense on defendant's documents in response to discovery (0.2); Review Order re: Setting hearing on defendant's moton to de-certify the class and calender (0.3) |
| 8/16/2006 | 1.5 | review 7/31 order by Judge Brooks re: Pltf's motion to compel discovery; Arrow documents, transcripts to prepare for meet and confer with defense; meet and confer w/ defense re: discovery/document production (1.5) |
| 8/16/2006 | 0.8 | followup e-mails w/ defense re: meet and confer, document production (0.3); Plaintiff communication re: motions, date for mandatory settlement conference and other status (0.5) |
| 8/17/2006 | 2.0 | draft Plaintiff's ex parte application to compel further document production from defendant (1.0); review defense response to Pltf's ex parte application (0.5); exchange e-mails w/ defense re: hearing and mandatory settlement conference dates (0.5); |
| 8/17/2006 | 0.7 | Plaintiff communication re possible dates for Mandatory Settlement Conference (0.4); T/C w/ court re: ex parte application (0.2); review Mag. Court order setting hearing on Pltf's Ex Parte Application (0.1) |
| 8/18/2006 | 0.5 | review defense letter re: appearances for ex parte hearing to Mag. Court (0.1); exchange e-mails with Rand Bragg re: Plaintiff's motion for summary judgment (0.4) |
| 8/21/2006 | 0.1 | review Mag. Court order re: defense appearance at 8/24/06 hearing |
| 8/23/2006 | 0.2 | preliminary review of Rand Bragg's draft opposition to Defendant's Motion for Summary Judgment (0.2) |
| 8/24/2006 | 4.0 | Travel to/from downtown (2.0); Prepare for hearing by reviewing briefing on (0.5) and attend hearing on Plaintiff's ex parte application re: Arrow production of docs (1.5) |

Arleo Law Firm, PLC
Elizabeth J. Arleo
*Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|------|----------|-------------|
| 8/25/2006 | 0.2 | receive and review e-mails regarding notice to class (0.2) |
| 8/28/2006 | 1.2 | receive Mag. Court order resetting MSC and T/C w/ defense re: pretrial memo & MSC date (0.2); review local rules, 10/13/05 and 6/28/06 orders (0.3); T/C w/ L. Streeter and Clerk (0.2); Send status e-mail to plaintiff and Rand Bragg (0.5) |
| 8/29/2008 | 0.2 | review e-mail exchange between Rand and David re: trial dates and waiving trial and discuss with Rand |
| 8/30/2006 | 1.0 | detailed review of Rand Bragg's draft opposition to Def.'s Motion for Summary Judgment and comment (1.0) |
| 8/31/2006 | 0.5 | confer with Rand on comments and finalize for filing Plaintiff's Opposition to Defendant's Motion for Summary Judgment (0.5) |
| 9/1/2006 | 2.1 | review defendant's opposition to Plaintiff's Motion for Partial Summary Judgment and communicate with Rand re: arguments, drafting reply and division of labor (2.0); review defense letter re: production of documents (0.1) |
| 9/4/2006 | 0.5 | calculate Rule 16.1 dates and e-mail to Rand Bragg and Craig Shapiro same (0.5) |
| 9/5/2006 | 6.0 | review cases cited by defendant in opposition to Plaintiff's Motion for Partial Summary Judgment (*Cox, Pipiles, Fasten, Mason, Indu Craft*), shepardize and distinguish (4.0); and draft sections of Plaintiff's reply brief (2.0) |
| 9/6/2006 | 6.0 | continue working on Plaintiff's reply ISO motion for Partial Summary Judgment: review and distinguish cases cited by Defendant (*Dunlap, Renick, Terran, Pressly, Wade, Hapin, Khosroabadi* (4.0) and draft section of reply distinguishing these cases (2.0) |
| 9/7/2006 | 1.5 | draft introduction for Plaintiff's reply brief in support of Plaintiff's Motion for Partial Summary Judgment (1.0); review defendant's opposition brief again for any missing counter |
| 9/7/2006 | 2.7 | review Plaintiff's draft reply for structure and list issues needing work (2.5); T/C w/ class member in response to inquiry about status of case (0.2) |
| 9/8/2006 | 0.5 | T/C w/ class member in response to inquiry about status of case (0.2); e-mail R. Bragg re: status (0.3) |
| 9/11/2006 | 1.0 | multiple telephone conferences w/class members regarding Class Notice and status of case (1.0) |
| 9/12/2006 | 0.6 | T/C w/ Court re: 9/14 hearing and 10/19 pretrial conference and send e-mail to all counsel re: hearing dates (0.2); T/C w/ L. Streeter & send e-mail (0.4); receive e-mails from defense counsel re: hearing dates (0.2) |

Arleo Law Firm, PLC
Elizabeth J. Arleo
### *Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|------|----------|-------------|
| 9/12/2006 | 1.4 | further communication w/ R. Bragg re: hearing dates (0.2); meet w/ paralegal re: class member communications (0.2); T/C w/ class members in response to inquiries about status of case (1.0) |
| 9/13/2006 | 0.5 | Review letters from and conduct telephone conferences with class members re: Class Notice and status of case (0.5) |
| 9/14/2006 | 1.4 | Meet w/ paralegal re: class member communications (0.3); exchange e-mails w/ Rand re: hearing dates, MSC and class member inquiries (0.5); send letters to class members in response to inquiries (0.5); review 9/14 order re: pre-trial conference (0.1) |
| 9/15/2006 | 0.2 | send letter to Rand with Class Member inquiries |
| 9/23/2006 | 5.5 | Draft MSC letter brief (2.5); review defendant's motion to decertify class and draft outline of Plaintiff's opposition arguments (1.0); research for and review federal cases re: inadequacy, unique defenses, lack of substance (2.0) |
| 9/24/2006 | 5.5 | Research one-way intervention in 9th Circuit (1.0); review cases cited in Def.'s motion to decertify class (*Oconner, Cook Rutledge, Knapp*) (2.5); review/distinguish *Turner* case cited by Defendant re:letter case (1.0) |
| 9/25/2006 | 4.5 | continue working on Plaintiff's opp to Def motion to decertify: review cases cited in Defendant's brief (*Smith, Sonus, Lusardi etc*) (2.0) ; research/review *Knapp* and cases citing to *Knapp* for 9th Cir cases refusing to decertify (2.5); |
| 9/25/2006 | 1.5 | review *Gonzales* opinion certifying class for findings to certify class (1.0); review Gonzales deposition transcript (0.5) |
| 9/26/2006 | 3.0 | continue working on Plaintiffs' oppositon to defendant's motion to decertify the class: review FRCP 23 and committee notes (0.5); draft argument that Plaintiff is adequate class representative (2.0); find case/statute cite to FDCPA's purpose (0.5); |
| 9/26/2006 | 3.5 | research for recent least sophisticated debtor cases (1.0); review Gonzales depo transcript and *Savino* case, draft contra argument re: testimony (1.5); research for adequacy cases (1.0) |
| 9/27/2006 | 3.5 | work on Plaintiff's Opp to Def Mtn to decertify class: draft declaration ISO opposition (1.0); review cases cited by def re: one-way intervention rule *(London, Am Pipe, Isaccs, Premier)* (2.5); |

Arleo Law Firm, PLC
Elizabeth J. Arleo
### Gonzales v. Arrow
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|---|---|---|
| 9/27/2006 | 5.0 | review *Schwarzchild* case (0.5); research cases for contra argument on one-way intervention rule (2.5); draft introduction (1.0); review cases cited by defendant Memo at 1-3 for any outstanding issues (1.0) |
| 9/28/2006 | 1.5 | continue working on Pf's opp to def motion to decertify: review entire draft brief for consistency and open research/writing needs (1.0); compare def memo for additional arguments (0.5); |
| 9/28/2006 | 6.4 | research and review typicality cases and begin drafting opposition (4.5); Final MSC letter brief after Rand and Plaintiff comments (1.0); T/C w/ plaintiff re: status and MSC (0.8); T/C to L. Streeter re: service (0.1) |
| 9/29/2006 | 2.0 | Review yesterdays filed brief (0.1); T/C w/ R. Bragg re: MSC letter brief (0.4); send letter to Mag. Judge Brooks correcting MSC letter brief (0.5); communicate with various class members in response to inquiries, status and class notice (1.0); |
| 10/5/2006 | 5.5 | Travel to/from downtown (2.0); Prepare for (0.5) and attend hearing (1.5); Meet with Client (0.5); Review Defendant's reply ISO Motion to Decetify Class (1.0) |
| 10/6/2006 | 0.2 | Review e-mail from Rand re: settlement conference (0.2); |
| 10/10/2006 | 0.7 | T/C w. R. Bragg (0.5); Review 10/6 Order re: status conference (0.1); review 10/6 Order taking off calendar hearing on Def's Motion to Decertify Class (0.1); |
| 10/11/2006 | 0.5 | T/C w. class member James Alking (sic?) re: status of case (0.5) |
| 10/16/2006 | 0.2 | Receive communications from class members (0.2) |
| 10/23/2006 | 0.4 | Exchange e-mails w. R. Bragg re: class member opt-outs and report to be filed(0.4) |
| 10/24/2006 | 1.0 | Review Draft/Final report re: opt outs & exchange e-mails w/ R. Bragg re: same (1.0) |
| 10/26/2006 | 0.5 | receive correspondence from and research status of class members Kim and O'Neil (0.3); exchange e-mails with paralegal re: same (0.2) |
| 10/27/2006 | 0.2 | Exchange e-mails w/ R. Bragg re: opt out list & service issues (0.2) |
| 11/10/2006 | 0.1 | Telephone call to Class member Bennett in response to inquiry (0.1) |
| 11/20/2006 | 0.3 | Telephone call with Class member Conforti in response to inquiry (0.3) |
| 2/5/2007 | 0.5 | Respond to class member Roberson letter (0.5) |
| 2/7/2007 | 0.3 | Letter to class member (0.3) |

Arleo Law Firm, PLC
Elizabeth J. Arleo
### Gonzales v. Arrow
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|------|----------|-------------|
| 3/21/2007 | 0.5 | Telephone call with class member J. Perez (0.5) |
| 4/3/2007 | 0.6 | Telephone call with class member Gabby (0.5): Review defense's admission form (0.1) |
| 5/21/2007 | 0.3 | T/C from class member Hammond in response to inquiry (0.3) |
| 6/5/2007 | 0.6 | T/C with class member Anderson in response to letter inquiry (0.3); T/C with class member Bennett re: case status (0.3) |
| 6/11/2007 | 2.0 | Review Judge Houston's 6/8 opinion on cross motions for summary judgment and Def motion to decertify class (1.0); Plaintiff communications re: order (0.5) T/C with Rand re: opinion and status (0.5) |
| 6/18/2007 | 0.8 | T/C with Plaintiff re: strategy (0.5); exchange e-mails with Rand re: status/strategy (0.3) |
| 6/20/2007 | 0.3 | Plaintiff communication re: strategy (0.1); exchange e-mails with Rand re: same (0.2) |
| 6/21/2007 | 1.0 | T/C with plaintiff re: strategy (0.8); T/C with Rand Bragg re: same (0.2) |
| 7/16/2007 | 0.2 | exchange e-mails w/ Rand re: status of settlement efforts with defendant (0.2) |
| 7/18/2007 | 0.5 | Plaintiff communication re: settlement and status (0.5) |
| 7/19/2007 | 0.2 | e-mail to Rand re: status of settlement negotiations and strategy (0.2) |
| 7/20/2007 | 0.7 | exchange e-mails w/ Rand (0.2) re: strategy; Plaintiff communication re: same (0.5) |
| 8/3/2007 | 0.3 | T/C w/ Rand re: status/strategy (0.3) |
| 8/6/2007 | 1.5 | Draft letter to magistrate court requesting settlement conference and communicate w/ Rand re: same (0.5); Plaintiff communications re: status/settlement (1.0) |
| 8/8/2007 | 0.5 | T/C w/ magistrate court to calendar settlement conference and exchange e-mails w/ Rand re: same (0.5) |
| 8/10/2007 | 1.0 | Draft settlement letter brief to MJ Brooks (0.8) and communicate w/ Rand re: same (0.2) |
| 8/13/2007 | 1.0 | Plaintff communication re: conference/settlement (0.5); Draft settlement conference letter brief (0.5) |
| 8/14/2007 | 0.2 | exchange e-mails w/ Rand re: settlement (0.2) |
| 8/15/2007 | 1.0 | Plaintiff communication re: settlement offer (0.5); final settlement conference letter to Magistrate Judge after Rand and Plaintiff comments (0.5) |
| 8/16/2007 | 0.3 | Exchange e-mails w/ Rand re: strategy (0.3) |
| 8/17/2007 | 0.6 | Telephone conference and e-mails w/ Rand re: strategy (0.5); e-mail defense re: 8/22 telephonic conf w/Mag. Court (0.1) |

Arleo Law Firm, PLC
Elizabeth J. Arleo
## *Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|------|----------|-------------|
| 8/21/2007 | 1.0 | T/C w/ Rand re: strategy/settlement conference (0.4) multiple T/Cs w/ plaintiff re: same (0.5); T/C w/ class member re: same (0.1) |
| 8/22/2007 | 1.0 | Telephone conference with Mag. Court and order re November MSC (0.3); T/C w/ Rand (0.2); T/C w/ plaintiff re: conference and case opinions (0.5) |
| 8/27/2007 | 1.5 | Review FRCP 16 and Local Rule 16, calendar per 8/22 order and e-mail es to Rand re: same (1.0); Plaintiff communication re: 11/28 Mandatory Settlement Conference (0.5) |
| 8/28/2007 | 0.7 | Exchange e-mails w/ Rand re: Rule 16 dates and division of labor (0.2); Plaintiff communication re: dates (0.3); review e-mail exchange between Bragg to Schultz re: trial (0.2) |
| 8/28/2007 | 0.5 | receive e-mails from defense requesting MSC date be moved, T/C Plaintiff re: date, respond to defense re: alternative date |
| 8/29/2007 | 0.1 | e-mail from David Schultz re: trial |
| 9/5/2007 | 0.3 | Review / calendar 9/4 order re-setting settlement conference (0.2); Plaintiff communication re: same (0.1) |
| 9/6/2007 | 0.2 | Communication w/ Rand re: briefing (0.2) |
| 9/25/2007 | 0.6 | T/C w/ Rand re: pretrial order and memo, contentions meeting (0.3); Contact w/ class member in response to inquiry(0.3) |
| 9/28/2007 | 0.5 | T/C w/ Rand re: memo, pretrial order strategy (0.5) |
| 10/2/2007 | 0.8 | Review/comment on Rand's draft contention memo and pre-trial order (0.5); T/C w/ Rand re: same (0.3) |
| 10/3/2007 | 1.3 | T/C w/ Rand (0.3); Class member communications in response to inquiries (0.5); Review & comment to Rand/Plaintiff on order re-assigning case (0.5) |
| 10/4/2007 | 1.0 | Review Rand's draft/revised contentions memo & pre-trial order & communicate w/ Rand re: same (1.0) |
| 10/5/2007 | 1.5 | review and finalize for filing Plaintiff's Memorandum of Contention of Facts and Law(1.0); review Defendant's Memo of Fact and Law and communicate w/ Rand re: same (0.5) |
| 10/8/2007 | 1.0 | T/C w/ Rand re: trial (0.3); Prepare corrected Plaintiff's Memo of Fact and Law (0.5); T/Cs w/ clerks re: filing same (0.2) |
| 10/11/2007 | 0.5 | Review Plaintiff's proposed pre-trial order (0.5) |
| 10/12/2007 | 1.0 | preliminary review draft motions in limine and communicate w/ Rand re: waiver of trial (1.0) |
| 10/19/2007 | 1.0 | Prepare for pretrial hearing by reviewing filings (1.0) |
| 10/21/2007 | 0.3 | Communicate w/ Rand re: pre-trial conference (0.3) |
| 10/22/2007 | 0.5 | T/Cs w/ Rand and defense counsel re: court closure (0.5) |
| 11/1/2007 | 0.0 | Communicate w/trial exhibit specialist re: trial prep **(0.3) not billed** |

Arleo Law Firm, PLC
Elizabeth J. Arleo
*Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|---|---|---|
| 11/2/2007 | 0.5 | Exchange e-mails & T/C w/ Court & defense counsel re: date of pre-trial conference (0.5) |
| 11/3/2007 | 0.2 | Review e-mails from Rand re: pre-trial conference (0.2) |
| 11/5/2007 | 1.0 | T/C w/ Rand re: status (0.5); Plaintiff communications re: pretrial conference dates (0.5) |
| 11/6/2007 | 0.4 | Communicate w/ Rand re: draft MSC letter brief (0.4) |
| 11/12/2007 | 0.8 | Communicate w/ Rand re: settlement discussions with defense (0.3); Plaintiff communications re: settlement offer/discussions (0.5) |
| 11/13/2007 | 1.9 | Review settlement exchanges w/ defense (0.4) Draft MSC letter (1.5) |
| 11/14/2007 | 0.3 | Exchange e-mails w/ Rand re: settlement (0.3) |
| 11/19/2007 | 0.8 | Final MSC letter brief to Judge Brooks (0.5); Exchange e-mails w/ Rand re: MSC and pre-trial conferences (0.3) |
| 11/22/2007 | 0.5 | T/Cs w/ Rand and defense counsel re: court closure (0.5) |
| 11/26/2007 | 7.0 | Travel to / from downtown (2.0); Attend pre-trial and MS conferences (3.5); Meet w/ plaintiff and co-counsel before and after hearings (1.5) |
| 11/27/2007 | 1.7 | Draft settlement letter to defendant (1.0); Communicate w/ Rand re: same (0.2); Review pre-trial and magistrate judge orders (0.5) |
| 11/28/2007 | 1.5 | Review fees & costs for and final demand letter to plaintiff (1.0); Communicate w/ Rand and plaintiff re: same (0.5) |
| 12/3/2007 | 1.5 | communicate with Rand re: what pretrial motions and division of labor (1.0); Review defense counter settlement letter and communicate w/ Rand and Johnny re: same (0.5) |
| 12/4/2007 | 2.5 | draft notices for Plaintiff's motions in limine (1.0) review draft Plaintiff's motion in limine re: double recovery and comment (1.0); review draft Plaintiff's motion in limine re: court determines damages and comment (0.5); |
| 12/4/2007 | 1.8 | review draft Plaintiff's motion in limine re: least sophisticated debtor standard, research for new cases and comment (1.0); communicate w/ Rand re: status of briefing (0.3); Plaintiff communication re: settlement (0.5); |
| 12/5/2007 | 1.0 | review Rand's draft Jury Instructions and comment (1.0) |
| 12/6/2007 | 2.0 | review Rand's draft Plaintiff's Statement of Facts, comment (1.0); review Rand's draft Plaintiff's Motion to Waive Jury Trial, *Kuehn* case cited therein and comment (1.0); |

Arleo Law Firm, PLC
Elizabeth J. Arleo
### Gonzales v. Arrow
December 28, 2004 through March 17, 2009

| Date | Duration | | Time Detail |
|------|----------|--|-------------|
| 12/6/2007 | 1.0 | | review Rand's draft Plaintiff's Motion in Limine re: attorneys' fees and comment (0.5); review Rand's draft motion in limine re: Plaintiff's debt, *Baker* and *McCartney* cases and (0.5) |
| 12/7/2007 | 1.5 | | review Rand's draft motion in limine re: recovery under FDCPA and CA FDCPA, review statutes and comment (0.5); draft proposed order re: Plaintiff's motions in limine (1.0); |
| 12/7/2007 | 2.5 | | review Defendant's motions in limine and draft outline of opposition arguments (2.5) |
| 12/8/2007 | 0.3 | | communications from Rand re: division of labor on Plaintiff's oppositions to Defendant's motions in limine |
| 12/9/2007 | 0.8 | | Communicate w/ Rand re: Plaintiff's opposition briefs to defendant's Jury Instructions (0.3); review Rand's comments and Plaintiff's objections to defendant's proposed jury instructions (0.5); |
| 12/9/2007 | 0.5 | | review Rand's draft opposition to Defendant's motion in limine re: damages under FDCPA and CA FDCPA and comment (0.5) |
| 12/10/2007 | 2.5 | | research and review cases supporting Plaintiff incentive award (1.5); draft Plaintiff's opposition to defense motion in limine re: incentive award (1.0) |
| 12/11/2007 | 1.0 | | receive e-mail from defense counsel re defense's amended motions in limine and review defendant's amended filing (0.5); T/C w/ Rand re: arguments and oppositions to defendant's motions in limine (0.5) |
| 12/12/2007 | 0.5 | | Exchange e-mails w/ Rand re: Plaintiff's briefing in opposition to Defendant's motions in limine (0.5) |
| 12/14/2007 | 2.5 | | review cases cited in Defendant's motion in limine re: Plaintiff's incentive award (2.0); draft opposition to defense motion in limine re: incentive (0.5); |
| 12/14/2007 | 1.0 | | review Rand's re-draft of opposition to Def's motion in limine re: duplicative damages and comment (1.0) |
| 12/15/2007 | 1.0 | | review Rand's comments to and re-draft Plaintiff's opposition to defendant's motion in limine re: incentive (1.0) |
| 12/16/2007 | 2.0 | | continue researching cases in support of incentive award and draft opposition to Defendant's motion in limine re: incentive (2.0); |
| 12/16/2007 | 1.5 | | review defedant's motion in limine re: excluding parent information, research parent and communicate with Rand re: opposition (1.5) |

Arleo Law Firm, PLC
Elizabeth J. Arleo
### *Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|------|----------|-------------|
| 12/17/2007 | 4.5 | draft opposition to Defendant MIL #2 re: parent information (1.0); final drafting and review all Plaintiff's oppositions to Defendant's motions in limine and Plaintiff's objection to Defendant's proposed jury instructions for filing (3.5); |
| 12/17/2007 | 1.1 | communicate with Rand re: final filing of Plaintiff's oppositions to defendant's motions in limine (0.3); oversee e-filing of oppositions and objections (0.5); Communicate w/ Rand re: same (0.3) |
| 12/18/2007 | 1.7 | Review defense's opposition to Plaintiff's motions in limine (1.5); T/C w/ Rand re: same (0.2) |
| 12/19/2007 | 0.8 | review Defendant's objection to Plaintiff's proposed jury instructions (0.5); communicate with Rand re: possible objection based on untimeliness (0.3) |
| 12/21/2007 | 0.2 | coordinate with Rand itinerary for: Jan 14 2008 pretrial hearing |
| 1/9/2008 | 1.1 | Exchange e-mails w/Rand re: division of labor for pretrial and settlement hearings (0.5); Plaintiff communication re hearings (0.5); call Court re: any tentatives (0.1) |
| 1/10/2008 | 1.0 | final and e-file Plaintiff's supplemental briefing re: FDCPA and CA FDCPA damages (1.0) |
| 1/11/2008 | 0.5 | T/Cs w/Court, Plaintiff and Rand re: 1/14/08 hearings (0.5) |
| 1/13/2008 | 2.0 | Prepare for hearing with Judge Houston on all motions in limine by reviewing all MIL filings by Plaintiff and Defendant, outline arguments (2.0) |
| 1/14/2008 | 5.5 | Travel to/from downtown (2.0); attend hearings (2.0); meet w/Rand and Plaintiff before and after hearing (1.5) |
| 1/15/2008 | 1.0 | research appellate and summary judgment issues, e.g. timing for appeal, preserving arguments for appeal (1.0) |
| 1/16/2008 | 1.0 | continue researching Summary Judgment timing, appeal issues (0.5); comm w/Rand re: same (0.3); review Judge Houston's Jan 15 order allowing Plaintiff to file motion for summary judgment (0.2) |
| 1/22/2008 | 0.3 | Review Jan 08 order clarifying prior order (0.2) and communicate with Rand re: meaning of order (0.1) |
| 2/1/2008 | 0.4 | exchange e-mails with Rand re: status of Plaintiff's memo ISO motion for summary judgment and division of labor |
| 2/2/2008 | 0.3 | review comments from other FDCPA attorneys on draft memo ISO Plaintiff's motion for summary judgment on damages |
| 2/4/2008 | 1.0 | review Plaintiff's August 06 papers ISO motion for summary judgment and outline new motion for Summary Judgment on damages (1.0) |

Arleo Law Firm, PLC
Elizabeth J. Arleo
## *Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|------|----------|-------------|
| 2/4/2008 | 3.4 | exchange e-mails w/ Rand re: 1/22 order (0.2); review *Celotex* case cited by order (1.0); revise incentive award briefing to clarify cases cited in Dec 07 motion in limine (2.0); exchange e-mails with Rand re: pretrial order (0.2) |
| 2/5/2008 | 4.0 | draft Plaintiff's motion for summary judgment on damages:update procedural section (1.0); review 9th cir cases awarding FDCPA and CA FDCPA damages and revise draft brief to include findings (2.0); research California legislative history on CA FDCPA (1.0) |
| 2/5/2008 | 0.2 | communicate with Plaintiff regarding his declaration ISO Plaintiff's motion for summary judgment on damages |
| 2/7/2008 | 1.5 | T/C w/Rand re: arguments in Plaintiff's motion for summary judgment on damages and incentive award (0.5); review comments on briefing re: damages under both statutes and revise draft brief (1.0); |
| 2/7/2008 | 2.0 | review FDCPA and CA FDCPA legislative history (1.0); review Plaintiff's prior briefing ISO motion for class certification and summary judgment re: CA FDCPA (1.0) |
| 2/8/2008 | 2.0 | draft request for judicial notice ISO Plaintiff's motion for summary judgment on damages (1.0); review working draft and revise structure, include language from prior orders (1.0) |
| 2/9/2008 | 2.0 | continue working on memo ISO motion for summary judgment on damages: draft section re: defendant paying cost of notice, cy pres(2.0) |
| 2/10/2008 | 3.0 | work on papers ISO Plaintiff's motion for summary judgment on damages: draft Notice of Lodgment (1.0); notice of motion (0.5); add pinpoint cites for Gonzales opinons (0.5); draft Plaintiff declaration and review memo for cites thereto (1.0) |
| 2/11/2008 | 2.5 | work on papers ISO Plaintiff's motion for summary judgment on damages: communicate with Rand and Plaintiff re: draft declaration (1.0); draft Statement of Material Facts (1.5) |
| 2/12/2008 | 1.8 | Meet w/ Plaintiff re: status of briefing on Plaintiff's motion for summary judgment on liability and Plaintiff's declaration (1.5); T/C w/Rand re: briefing (0.3); |
| 2/12/2008 | 3.5 | review current draft of Plaintiff's memo ISO motion for summary judgment and edit (1.0); Review Rand's comments and revise memo accordingly (1.5); research cases and fill in necessary citations (1.0) |

Arleo Law Firm, PLC
Elizabeth J. Arleo
*Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|------|----------|-------------|
| 2/13/2008 | 1.0 | continue working on Plaintiff's motion for summary judgment on damages: communicate with Plaintiff re: facts of his declaration (0.5); communicate w/Rand re questions about memo/arguments (0.5) |
| 2/13/2008 | 5.8 | compare/confirm cites in memo to statement of material facts (2.0); research cases awarding statutory damages and draft portion of memo (2.5); draft proposed order (1.0); communicate with Rand re: proposed order (0.3) |
| 2/14/2008 | 4.5 | Review Rand's comments to memorandum and revise memo accordingly (0.5); final review of all papers ISO Plaintiff's motion for summary judgment on damages and oversee filing of all papers (4.0) |
| 2/21/2008 | 0.5 | contact with class member in response to inquiry (Esparza) |
| 3/3/2008 | 0.6 | T/C w/ class member in response to inquiry (0.3); Communicate w/ Rand re:class member issue (0.3) |
| 3/6/2008 | 1.0 | review defendant's opposition to Plaintiff's motion for summary judgment on damages (1.0) |
| 3/7/2008 | 1.0 | continue reviewing defendant's opposition to Plaintiff's motion for summary judgment on damages and draft outline of reply arguments (1.0) |
| 3/8/2008 | 6.3 | work on Plaintiff's reply ISO motion for summary judgment on damages: review section and cases cited in Def Opposition re: argument that jury determines damages (5.0); confer with Rand re: reply argument (0.3); draft reply argument (1.0) |
| 3/9/2008 | 7.0 | work on Plaintiff's reply ISO motion for summary judgment on damages: review Def's opposition and cases cited therein re: 1692k(b) factors (4.0), draft reply outline (2.5); communicate w/Rand re: submission of evidence issue (0.5) |
| 3/10/2008 | 6.5 | work on Plaintiff's reply ISO motion for summary judgment on damages: draft argument for maximum statutory damages under FDCPA 1692k(b) factors (6.5); |
| 3/11/2008 | 4.0 | work on Plaintiff's reply ISO motio for summary judgment on damages: review Defendant's opposition brief and cases cited re: Plaintiff's incentive award and draft opposition (4.0); |
| 3/11/2008 | 5.5 | review Def's opposition brief and cases cited re: preclusion of damages under FDCPA and CA FDCPA and draft outline of reply arguments (5.0); communicate with Rand's re: court's authority to extend deadline (0.5) |

Arleo Law Firm, PLC
Elizabeth J. Arleo
### *Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|------|----------|-------------|
| 3/12/2008 | 4.0 | continue working on Plaintiff's reply ISO motion for summary judgment on damages: draft sections supporting damages under both FDCPA and CA FDCPA by reviewing statute, legislative history, cases awarding damages under both FDCPA and CA FDCPA (4.0); |
| 3/12/2008 | 6.0 | review three non-9th Cir cases cited by Defendant (*Piper, Brusewitz, Dowling* ) and underlying statutes (4.0) and draft reply argument re: *Piper, Dowling and Brusewitz* (2.0); |
| 3/13/2008 | 5.0 | work on Plaintiff's reply ISO motion for summary judgment on damages: review entire memo for consistency, structure, make necessary changes (2.0); review Gonzales and Robles depo transcripts/draft supplemental Notice of Lodgment citing transcripts (3.0) |
| 3/13/2008 | 1.5 | review Rand's comments to reply brief and make changes accordingly (0.5); final the filing of Plaintiff's reply ISO motion for summary judgment on damages: review local rule and draft letter to chambers re: courtesy copies (0.5); e-filing (0.5) |
| 3/17/2008 | 1.0 | Review motion for summary judgment papers for errors (1.0) |
| 3/27/2008 | 0.4 | E-mail and T/C w/Rand re: April 1 hearing and motion (0.4) |
| 3/28/2008 | 0.3 | Plaintiff communication re: hearing on Plaintiff's motion for summary judgment and status (0.3) |
| 4/4/2008 | 1.0 | review costs to date |
| 4/7/2008 | 1.0 | Review Elizabeth Arleo attorney time to date (1.0) |
| 4/29/2008 | 1.3 | Review Order denying Plaintiff's motion for summary judgment on damages (0.3); communicate with Jeff Light re: recommendation for trial counsel (0.5); discuss adding new trial counsel with Rand and Plaintiff (0.5) |
| 4/30/2008 | 0.5 | Research possible motion for reconsideration of Court's order denying Plaintiff's motion for summary judgment on damages and communicate with Rand re: same (0.5) |
| 5/1/2008 | 0.5 | exchange e-mails w/ Rand re: Orders and possible motion for reconsideration (0.2); Plaintiff communications re order denying Plaintiff's motion for summary judgment(0.3) |
| 5/2/2008 | 1.0 | Plaintiff communication re: strategy/trial (0.5); Communication w/ prospective trial counsel re: case and his possible participation (0.5) |
| 5/3/2008 | 1.0 | Communication w/ new trial counsel re: case and prospects of him appearing (0.5); Communicate w/ Rand re: trial division of labor and prospective new trial counsel (0.5) |

Arleo Law Firm, PLC
Elizabeth J. Arleo
### Gonzales v. Arrow
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|---|---|---|
| 5/5/2008 | 2.3 | Review case file and prepare docs for new trial counsel (Shaun K.) (2.0); receive e-mail from Plaintiff confirming retention of new counsel and communicate with Shaun re: same (0.3) |
| 5/7/2008 | 0.5 | T/Cs w/ Shaun K. re: meeting time and documents (0.5) |
| 5/8/2008 | 3.5 | Meet w/ Shaun K. to go over case, division of labor, strategy (3.5) |
| 5/9/2008 | 0.5 | Communicate w/ Plaintiff and co-counsel re:meeting with Shaun K and trial strategy (0.5) |
| 5/12/2008 | 1.5 | T/Cs w/ Plaintiff re: Shaun's retention and appearance (0.5); Conference call w/Rand Bragg and Plaintiff (0.5); Draft letter re: Retention for new counsel Shaun Khojayan (0.5) |
| 5/15/2008 | 0.2 | communicate with Shaun re: depo transcripts, identify number and party deposed |
| 5/16/2008 | 0.2 | communicate with Shaun re: depo transcripts, identify number and party deposed |
| 5/19/2008 | 1.5 | Review deposition transcripts (Robles, Arrow, Gonzales) (1.0) and comment on letter to defendant counsel drafted by Shaun Khojayan re: witness appearance at trial (0.5) |
| 5/20/2008 | 0.2 | Review/calendar order resetting hearing on motions in limine (0.2) |
| 5/23/2008 | 0.5 | Communicate w/ Shaun K. re: motions in limine, review file/filings to determine whether additional MILs are warranted (0.5) |
| 5/28/2008 | 1.4 | review Dec 07 in lims and jury instructions (1.0); communicate w/Shaun K re: existing MILs and whether we should file additional MILs and jury instructions (0.4) |
| 5/29/2008 | 0.6 | Plaintiff comm re: status and trial strategy (0.3); comm w/ShaunK re:additional Jury Instructions and MILS (0.2); review e-mail from Shaun K to defense re:trial witnesses (0.1) |
| 5/30/2008 | 4.3 | T/C with Shaun K re: strategy (0.8); draft ex parte application requesting Plaintiff can file additional MILs and jury instructions (3.0); review defense e-mail re: additional MILs and jury instructions, confer with Shaun re: same and strategy (0.5) |
| 5/31/2008 | 4.5 | research leg history and meaning of "adversely affected" for MILS, jury instructions (4.0); exchange e-mails with ShaunK re: research and strategy (0.5) |
| 6/1/2008 | 2.0 | exchange e-mails w/Shaun and review/comment on additional special jury instructions |

Arleo Law Firm, PLC
Elizabeth J. Arleo
## Gonzales v. Arrow
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|------|----------|-------------|
| 6/2/2008 | 3.4 | review/comment on e-mail exchange w/defense re: additional MILs and jury instructions (0.5); draft ex parte motion for leave to file and additional MILs and jury instructions (2.5); exchange e-mails w/Rand re: meaning of adversely affected (0.4) |
| 6/3/2008 | 1.2 | review plaintiff's ex parte electronic filing (0.5); exchange e-mails with ShaunK re: same (0.2); Plaintiff communication re: status of filings, timing and trial (0.5) |
| 6/4/2008 | 0.2 | exchange e-mails with Shaun re: ex parte application for additional MILs and jury instructions |
| 6/9/2008 | 0.6 | T/Cs with Shaun K re: ex parte (0.3); Plaintiff communication status (0.3) |
| 6/11/2008 | 1.0 | review file re: Redd/Maxwell cases and Def's Dec 07 MIL #3 re: excluding prior cases (0.5); T/Cs w/ShaunK re: ex parte order and inclusion of Redd/Maxwell order (0.5) |
| 6/13/2008 | 0.5 | T/Cs with ShaunK re: opp to def MIL #3 (0.3); review/calendar order (0.2) |
| 6/16/2008 | 1.5 | review/comment on ShaunK's letter re: jury and e-mail to def re: Plaintiff opposition to defendant's Motion in limine #3 (0.5); draft opp to MIL #3 and ex parte (1.0) |
| 6/17/2008 | 1.0 | draft Plaintiff's opposition to defendant's Motion in Limine #3 and ex parte papers requesting Plaintiff could file opposition |
| 6/18/2008 | 1.3 | communicate with Plaintiff re: trial dates (0.5); comm w/Shaun re: ex parte/opp to MIL #3/defendant's e-mail re: same (0.3); review and research opp to MIL #3 (0.5) |
| 6/19/2008 | 2.5 | draft ex parte application papers and Plaintiff's opposition to defendant's MIL #3 |
| 6/20/2008 | 0.3 | review/calendar Court's order granting ex parte application and communicate w/ShaunK re: strategy and arguments |
| 6/30/2008 | 0.2 | Plaintiff communication re: hearing |
| 7/3/2008 | 0.5 | T/Cs and e-mails with Shaun K re: reply for Plaintiff's additional MILs (0.3); review June orders re: MIL filings (0.2) |
| 7/4/2008 | 1.0 | review def's opposition to Plaintiff's additional MILs and draft response |
| 7/5/2008 | 4.0 | research (1.5) and draft reply re: plaintiff MIL to exclude evidence re: actual damages (2.5) |
| 7/6/2008 | 3.0 | draft reply re: Plaintiff additional MIL (1.0); research bona fide error defense re: def failure to raise on SJ and advice or counsel defense (1.0); review last version of reply (0.5); communicate with ShaunK re: same (0.5) |

Arleo Law Firm, PLC
Elizabeth J. Arleo
### *Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|---|---|---|
| 7/7/2008 | 1.5 | comm with Rand and ShaunK (0.5); review *Reichert* opinion and amend reply re: harm/bona fide error defense to include 9th Cir's new *Reichert* opinion (1.0) |
| 7/9/2008 | 1.2 | prepare for hearing by reviewing pleadings (1.0); communicate with co-counsel Shaun Khojayan re hearing arguments (0.2) |
| 7/11/2008 | 1.7 | T/Cs and e-mails with Rand re: hearing (0.7); prepare for hearing by reviewing prior filings, relevant orders and cases (1.0) |
| 7/13/2008 | 4.3 | T/Cs with Plaintiff re: hearing (0.5); T/C with Shaun re: hearing (0.8); prepare for hearing (3.0) |
| 7/14/2008 | 5.8 | travel to/from hearing (2.0); meet w/Plaintiff and co-counsel re: arguments (1.5); attend hearing (2.3) |
| 7/15/2008 | 1.5 | memo re: hearing results, calendar and communicate with co-counsel and plaintiff re: same (1.0); review and respond to def's e-mail request for further time to file sur-reply re: Bona Fide Error defense (0.5) |
| 7/16/2008 | 0.9 | T/C with J. Weller re: def request for continuance of sur-reply briefing (0.3); T/C with ShaunK re: same (0.3); review def ex parte motion (0.3) |
| 7/19/2008 | 2.0 | review Defendant's statement of case (1.0); and communicate with co-counsel and plaintiff re: same/strategy (1.0) |
| 7/20/2008 | 2.0 | communicate w/Shaun (0.5) and draft sur-reply re: bona fide error defense motion in limine (1.5) |
| 7/21/2008 | 0.5 | T/C with Shaun K re: reply on bona fide error briefing |
| 7/22/2008 | 5.2 | draft response ISO Plaintiff's supplemental motion to exclude lack of harm evidence (4.0); research discovery case for reply (0.7); Plaintiff communications re: new filings (0.5) |
| 7/23/2008 | 0.5 | Review Plaintiff's filing of response to  Defendant's Case Summary and T/C with Shaun re: amendment thereto |
| 7/24/2008 | 1.0 | review prior filings re: underlying debt and communicate with Shaun re: proposal of meaning of debt for meet-and-confer with defendant per order |
| 7/25/2008 | 0.5 | communicate with co-counsel Shaun Khojayan re: meaning of debt |
| 7/27/2008 | 0.5 | send e-mail to all counsel re: definition of debt |
| 8/4/2008 | 0.3 | T/C with co-counsel Shaun Khojayan re: 8/15 status conference |
| 8/5/2008 | 0.1 | e-mail to defense counsel re: meaning of debt |
| 8/6/2008 | 0.1 | e-mail from David Schultz re: meaning of debt |
| 8/7/2008 | 0.2 | send response e-mail to D Schultz re: meaning of debt |

Arleo Law Firm, PLC
Elizabeth J. Arleo
*Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|------|----------|-------------|
| 8/11/2008 | 0.9 | e-mail to all counsel re: meaning of debt (0.1); T/C with Shaun K re: meaning of debt (0.3); T/C with David re: same (0.4); follow up e-mail to co-counsel (0.1) |
| 8/12/2008 | 1.0 | draft Joint Hearing Statement |
| 8/13/2008 | 1.6 | re-draft Joint Statement per Shaun's comments (0.7); final with defendant and exchange e-mails (0.4); T/C with Plaintiff re: status (0.5) |
| 8/14/2008 | 0.4 | T/C with Shaun re: status conference |
| 8/15/2008 | 5.1 | prepare for status conference (0.5); travel to/from downtown (2.0); T/Cs with David Schultz and court (0.3); strategize with Shaun K re: trial (1.5); T/C with Plaintiff (0.5); communicate with Shaun re: 9/5 hearing attendance (0.2); review and calendar order (0.1) |
| 8/16/2008 | 2.0 | review evidence for proving five 15 USC 1692k(b) factors in preparation for trial and draft memo |
| 8/17/2008 | 3.4 | review evidence, prepare memo for five 15 USC 1692k(b) factors (3.0); communicate with Rand re: depo transcripts (0.2); and ShaunK re: five 1692k(b) factors (0.2) |
| 8/26/2008 | 0.5 | review Shaun K's draft opening statement and comment |
| 9/2/2008 | 0.2 | review e-mails re: between Shaun and defense re: Robles appearance |
| 9/5/2008 | 4.9 | T/Cs with Court re: status conference (0.1); travel to/from downtown (2.0); attend telephonic status conference in ShaunK's office (0.5); meet with ShaunK re: strategy, opening, rulings (1.5); T/C with ShaunK and RandB re: rulings (0.3); plaintiff communication re: hearing and rulings (0.5) |
| 9/8/2008 | 0.0 | prepare and file Notice of change of address **(0.3) not billed** |
| 9/9/2008 | 0.3 | review 9/5 order and communicate with ShaunK re: Court's ruling on bona fide error defense |
| 9/15/2008 | 0.6 | communicate with Rand re: incentive award (0.2); T/C with potential trial consultant (0.3); communicate with Shaun re: trial (0.1) |
| 9/17/2008 | 0.6 | research incentive awards (0.5); communicate with Rand B re: same (0.1) |
| 9/18/2008 | 0.1 | review order rescheduling Jury Instruction Conference |
| 9/23/2008 | 1.0 | review e-mail/ docket #152 to respond to defendant inquiry re: request for them to file and ex parte on jury instruction re: fees (0.5); communicate with ShaunK re: defense counsel's request (0.5) |
| 9/24/2008 | 0.5 | Plaintiff communication re: focus group (0.5) |

Arleo Law Firm, PLC
Elizabeth J. Arleo
### *Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|------|----------|-------------|
| 9/25/2008 | 0.8 | research incentive awards (0.5); plaintiff communication re: incentive award request (0.3) |
| 9/26/2008 | 3.8 | research, draft trial brief re: incentive awards including review and response to defendant's brief re: incentive award (3.5); review defendant's ex parte motion for leave to file additional jury instructions (0.3) |
| 9/29/2008 | 3.0 | travel to/from downtown to meet with ShaunK and prospective trial consultant (2.0); meet re: trial and exchange subsequent e-mails re: attorney fee instruction (1.0) |
| 9/30/2008 | 4.0 | research/draft trial briefs re: attorney fees, motion to clarify, and technical nature of violation [Docket #199] |
| 10/1/2008 | 1.3 | T/C with Shaun re: focus group and 10/3 hearing (0.5); T/C with Shaun and Rand re: focus group (0.3); Plaintiff communication re: focus group and dates (0.5) |
| 10/3/2008 | 4.6 | travel to/from downtown (2.0); attend hearing (1.5); meet with ShaunK before and after hearing (1.0); review order (0.1) |
| 10/5/2008 | 1.1 | exchange e-mails with co-counsel re: focus group (0.2); exchange e-mails with Rand re: hearing (0.2); communicate with Joel Selik re: focus group (0.2); plaintiff communication re: same (0.5) |
| 10/6/2008 | 0.8 | T/C with Court re: 10/9 telephone conference (0.1); communicate with Shaun and Rand re: Arrow (Brian Cutler) witness problem (0.5); plaintiff communication (0.2) |
| 10/8/2008 | 1.7 | T/C with ShaunK (0.5); communications with appellate counsel and Arrow's offer to settle and appeal issues (1.0); plaintiff communication re: depo transcript (0.2) |
| 10/9/2008 | 6.5 | Plaintiff communication re: trial (0.5); telephone conference (0.5); T/Cs with Shaun re: trial prep (1.0); travel to/from Encinitas (2.0); inspect facilities and meet with Joel Selik re: focus group (0.5); review file re: summary judgment and prepare for defendant's proof (2.0) |
| 10/10/2008 | 0.5 | e-mail communication from David Schultz re: his trial appearance, discuss with Shaun and respond to David |
| 10/11/2008 | 6.0 | review 10/3 hearing transcript for instruction re meeting with defense counsel and memo to Shaun re: same (3.0); prepare for focus group by putting on defense side (3.0) |
| 10/12/2008 | 11.0 | prepare trial defense side for focus group (2.5); travel to/from focus group (2.0); attend focus group acting as defense side (6.5) |

Arleo Law Firm, PLC
Elizabeth J. Arleo
### *Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|------|----------|-------------|
| 10/14/2008 | 2.5 | T/C with Shaun re: status, trial assignments (1.5); research admissibility of depo transcript and interrogatories and prepare memo (1.0) |
| 10/15/2008 | 5.5 | review and comment on Court's jury instructions (2.0); settlement communication with defense counsel (0.5); review stip of judgment in *Seeger v. AFNI per defense counsel's suggestion* (1.0); T/C with Plaintiff re: settlement (0.5); T/C with Shaun re: jury instructions (0.3); research admissibility of dep/rogs (0.5); T/C with Shaun re: jury instructions (0.7) |
| 10/16/2008 | 10.7 | review and comment on Court's jury instructions by reviewing plaintiff's prior jury instructions filed in Dec 07 and June 08 (2.0); communicate with Shaun re: same (0.5); review settlement e-mail from Schultz (0.2); communicate with Rand, Shaun and Johnny re: demand (2.0); travel to/from Encintas (2.0) and attend voir dire focus group (2.5); final plt'fs proposed changes to jury instructions (0.5); review discovery responses (1.0) |
| 10/17/2008 | 3.2 | review e-mails from defendant re: settlement (0.4); communicate with Rand re: same (0.3); communicate with Plaintiff re: same (0.7); address Robles transcript issue (1.0); T/C with Shaun re: trial (0.8) |
| 10/18/2008 | 5.0 | draft notes for voir dire, closing (1.0); review/comment on Shaun's voir dire questions (0.5); drft plaintiff's statement of MIL rulings Docket #204 (3.5) |
| 10/19/2008 | 5.5 | draft list of discovery facts for trial (1.2); finalize plaintiff statement of MIL rulings Docket #204 (3.5); research re: request for judicial notice of SEC filings (0.5); communicate with Shaun and Rand re: judgment (0.3) |
| 10/20/2008 | 2.7 | research JMOL Rule 50 motion (1.0); communicate with Shaun and Rand re: judgment (0.2); T/C with ShaunK re: status (0.5); research SEC filings for net worth information and plaintiff communication (1.0) |
| 10/21/2008 | 12.2 | prepare for trial (1.0); travel to/from downtown (2.0); attend trial (8.0); meet with ShaunK and Plaintiff after trial (0.7); T/C with ShaunK re: trial strategy (0.5) |
| 10/22/2008 | 12.3 | prepare for trial (1.0); travel to/from downtown (2.0); attend trial (8.3); meet with ShaunK and Plaintiff after trial (1.0) |
| 10/23/2008 | 7.5 | travel to/from trial (2.0); attend trial (1.0); wait for jury deliberations (3.5); meet with ShaunK and Plaintiff after verdict (1.0) |

Arleo Law Firm, PLC
Elizabeth J. Arleo
## *Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|---|---|---|
| 10/26/2008 | 0.3 | T/C with ShaunK re: judgment (0.3) |
| 10/27/2008 | 1.5 | draft judgment (0.8) and communicate with co-counsel re: same (0.2); communicate with co-counsel re: fee application, costs etc. (0.5) |
| 10/28/2008 | 2.3 | communicate with ShaunK re: fee application/declarations (1.0); T/Cs and e-mails with potential fee experts (Light/Simon) (1.0); review prior FDCPA fee application (0.3) |
| 10/29/2008 | 2.2 | T/C with potential fee expert Light (0.2); communicate with co-counsel re: strategy (0.3); T/C with Rand and Shaun re: upcoming filings (0.8); review def's opposition to plaintiff's proposed judgment (0.4); send case explanation e-mail to potential fee expert Light (0.5); |
| 10/30/2008 | 1.6 | review costs and expenses (1.0), review LR 54.1 re: bill of costs and court form (0.5); communicate w/co-counsel re same (0.1) |
| 10/31/2008 | 0.7 | T/C with Plaintiff re: status (lack of) Judgment issued by Court (0.3); exchange e-mails w/Shaun and Rand re: division of labor/timing on fee application (0.4) |
| 11/2/2008 | 0.5 | coordinate with Shaun and Rand re: fee application briefs, contents of our fee declarations |
| 11/3/2008 | 1.0 | communicate with Shaun and Rand re: potential fee expert and his fee declaration (0.5); T/C with prospective fee expert Hensley (0.5) |
| 11/11/2008 | 1.0 | communicate with Plaintiff re: judgment and motions re: fees and incentive award (0.5); communicate with Shaun and Rand re: motions, judgment, timing etc (0.5) |
| 11/12/2008 | 0.5 | Review fees and costs for informal demand to defendant |
| 11/14/2008 | 2.0 | T/C with Shaun re: fee expert (0.4); T/Cs with Rand and Shaun re: informal settlement offer to Defendant, judgment, fee application (1.0); T/Cs with prospective fee expert (0.5); T/C with Court (0.1) |
| 11/15/2008 | 1.5 | communicate with Shaun and Rand re: fee application (1.0); preliminary review of Rand's draft fee papers (0.5) |
| 11/18/2008 | 0.2 | T/C with Shaun re: fee application (0.1); respond to prospective fee expert (Mike Hensley) inquiry (0.1) |
| 11/24/2008 | 0.3 | exchange e-mails with fee expert, research and provide information |
| 12/3/2008 | 0.6 | T/C with Mike Hensley re: fee declaration (0.3); T/C with Shaun re: status of judgment and timing of fee application (0.3) |

Arleo Law Firm, PLC
Elizabeth J. Arleo
### *Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | Time Detail |
|------|----------|-------------|
| 12/5/2008 | 0.8 | Pltf communication re: judgment/motions (0.3); T/C with fee expert Mike Hensley (0.3); communicate with Shaun re: same (0.2) |
| 12/8/2008 | 1.8 | research fee applications by San Diego law firms for commensurate hourly rates (1.0); communicate findings with fee expert Hensley (0.5); communicate with Shaun and Rand re: same (0.3) |
| 12/11/2008 | 0.3 | Plaintff communication re: judgment/motions |
| 12/14/2008 | 6.0 | review Rand's draft fee application and comment (1.5); revise to include more cases/facts on California multiplier section (2.5); review Shaun's draft of incentive motion, comment, revise re: Plaintiff participation (1.5) and revise Plaintiff draft declaration and contact Plaintiff re: declaration and facts stated therein (0.5) |
| 12/15/2008 | 6.0 | revise memo ISO fee application to include references to declarations of Hensley, Arleo, Khojayan and Bragg (3.5); draft exhibits to my declaration ISO fee application costs/expenses (2.5) |
| 12/16/2008 | 5.0 | enhance legal sections in draft memo ISO fee application (1.0); draft my declaration including reviewi of time to date (2.0), communicate with Shaun Khojayan re:exhibits to his declaration (0.5); communicate with Rand's office re: exhibits to his declaration (0.5);  communicate with fee expert Mike Hensley re: expert declaration (1.0) |
| 1/28/2009 | 0.3 | communicate with Plaintiff re: status of case/judgment (0.3) |
| 1/30/2009 | 1.3 | communicate with Plaintiff re: status of case and possibility of filing motion for incentive award prior to judgment (0.5); T/C with Rand re: contacting Defendant to settle incentive award (0.2); T/Cs with defense counsel (David Schultz) re: attempt to settle incentive (0.2); e-mail communications with Shaun K/Rand/ and Plaintiff re: discussion with defense counsel and decision to file motion for incentive award (0.4) |
| 2/2/2009 | 1.8 | T/C with chambers re: hearing date for incentive award motion (0.1); e-mail communications with Shaun K/Rand/and Plaintiff re: hearing date and motion (0.1); draft letter to class member (Pryor) re: status of case in response to her letter inquiry (0.5); Plaintiff communication (e-mail and T/C) re: filing of motion for incentive award (0.5); review motion documents for accuracy, make final changes and electronically file (0.5); send e-mail to defense counsel (D. Schultz) re: settling incentive award (0.1) |

Arleo Law Firm, PLC
Elizabeth J. Arleo
### *Gonzales v. Arrow*
December 28, 2004 through March 17, 2009

| Date | Duration | | Time Detail |
|------|----------|---|-------------|
| 2/12/2009 | 0.3 | | send followup e-mail to defense counsel (D. Schultz) in effort to settle incentive award (0.1); Plaintiff communication re: effort to settle incentive award (0.1); send e-mail to Shaun K and Rand re: status of fee application (0.1) |
| 3/10/2009 | 1.3 | | review judgment (0.1); review defendant's opposition to Plaintiff's motion for an incentive award (1.0); exchange e-mails with co-counsel re: drafting response (0.2) |
| 3/11/2009 | 1.5 | | review common fund cases cited in Defendant's opposition brief including *Staton, Haddix* and research for cases where incentive award granted in non common fund, settlement cases (1.5) |
| 3/16/2009 | 4.0 | | continue to research common fund cases re: incentive award (1.5), draft reply (1.5); communicate with Co-counsel and Plaintiff re: final reply brief (0.5); make changes and e-file reply brief ISO motion for incentive award (0.5) |
| 3/17/2009 | 7.5 | | Plaintiff communication re: incentive motion and March 23 2009 hearing (0.5); update fee application with new fee numbers, case and declarations (3.0); draft Arleo declaration ISO fee application (4.0); |
| | | | |
| | **1020.4** | | **TOTAL** |

# EXHIBIT 3

Arleo Law Firm, PLC
Ellen Dewan - Paralegal
***Gonzales v. Arrow***
March 1, 2005 through October 24, 2006

| Date | Duration | Time Detail |
|---|---|---|
| 3/20/2005 | 6.00 | autocite cases and proofread for typos/grammar/outlining Plaintiff's opposition to defendant's motion to dismiss |
| 8/9/2005 | 6.00 | autocite cases and proofread for typos/grammer/outlining Plaintiff's Motion for Leave to Amend Complaint |
| 8/11/2005 | 0.00 | autocite cases and proofread for typos/grammer motion to recuse counsel (6.0) - **not billed** |
| 8/25/2005 | 1.00 | letters to client |
| 9/6/2005 | 2.00 | draft outline of Plaintiff's Motion for Class Certification |
| 9/13/2005 | 1.50 | check cites and proofread ENE letter brief to Magis. Judge (1.5) and deliver to chambers **(0.5) - not billed** |
| 10/11/2005 | 1.50 | draft Arleo Notice of Change of Address (1.0); review correspondence (0.5) |
| 10/18/2005 | 3.30 | Final, file & serve notice of change of address (0.8); proofread, prepare for filing, file/service Plaintiff's First Amended Complaint (2.5) |
| 10/20/2005 | 1.00 | review case status and filing of pleadings and correspondence |
| 11/10/2005 | 8.00 | autocite cases and proofread for typos/grammer/outlining Plaintiff's Motion for Class Certification (8.0); travel to court for filing **(0.5) not billed** |
| 11/15/2005 | 0.50 | draft Plaintiff's Initial Disclosure |
| 11/17/2005 | 3.20 | review documents, list documents, final & serve Plaintiff's Initial Disclosure (2.0); calendar and update Arleo filing of pleadings (1.2) |
| 1/17/2006 | 3.00 | autocite, proofread Plaintiff's Reply in Support of Motion for Class Certification |
| 7/24/2006 | 1.00 | review local rules and draft outline of Plaintiff's Motion for Partial Summary Judgment |
| 7/25/2006 | 5.00 | check cases, proofread for typos/grammer Plaintiff's Reply ISO Plaintiff's Motion to Compel |
| 8/1/2006 | 1.00 | review and comment on Stipulated Protective Order |
| 8/2/2006 | 4.50 | autocite cited cases and proofread for typos, grammar and outline of Memo in support of Plaintiff's Motion for Partial Summary Judgment |
| 8/3/2006 | 2.50 | continue to autocite cases and proofread Memo in support of Plaintiff's Motion for Partial Summary Judgment |
| 8/17/2006 | 4.00 | Post-filing proofread Notice, Statement of Facts, Notice of Lodgment and Arleo Decl in support of Plaintiff's Motion for Partial Summary Judgment (2.0) prepare outline of Plaintiff's opposition to Defendant's Motion for Summary Judgment (2.0) |

Arleo Law Firm, PLC
Ellen Dewan - Paralegal
## *Gonzales v. Arrow*
March 1, 2005 through October 24, 2006

| Date | Duration | Time Detail |
|------|----------|-------------|
| 8/29/2006 | 1.50 | autocite cases, proofread for grammar, typos and outline Plaintiff's Opposition to Defendant's Motion for Summary Judgment |
| 8/31/2006 | 6.00 | final proofread and prepare for filing Plaintiff's Opposition to Defendant's Motion for Summary Judgment |
| 9/7/2006 | 5.50 | proofread, autocite cases, prepare for filing Plaintiff's Reply in support of Plaintiff's Motion for Partial Summary Judgment (5.5); travel to court to file **(0.5) not billed** |
| 9/12/2006 | 3.00 | Begin database and other on-line searches for incorrect class member addresses |
| 9/14/2006 | 7.00 | continue to search for class member addresses (2.0), complete list of same and e-mail correct addresses to notice administrator (1.0), review letters received from class members, prepare chart and responses to same (4.0) |
| 9/19/2006 | 4.00 | review class member correspondence (1.0), prepare letter responses and meet with attorney Arleo re: class member status (2.0), update chart (1.0) |
| 9/21/2006 | 3.00 | continue class member correspondence, review and responses |
| 9/26/2006 | 4.00 | locate FDCPA decertification cases for attorney Arleo (2.0), compare cites in Def's Motion to Decertify Class to Gonzales depo transcript (2.0); |
| 9/26/2006 | 3.00 | review electronic filing requirements (1.0); draft Arleo decl for Pltf's Opp. to Def's Motion Decertify Class (1.0); revisions to/proofread ENE letter brief (1.0) |
| 9/27/2006 | 2.50 | autocite cases and proofread for typos/grammer/outlining Plaintiff's Opposition to Defendant's Motion to Decertify the Class |
| 9/28/2006 | 8.00 | autocite, cases and proofread, final ,file and serve all papers in support of Plaintiff's Opposition to Def's Motion to Decertify (7.0); final and send ENE letter brief (1.0) |
| 10/3/2006 | 3.00 | review letters from class members and update class member correspondence log accordingly and prepare response letters, review log and respond |
| 10/20/2006 | 2.50 | prepare list of class member opt outs based on correspondence and log |
| 10/24/2006 | 1.00 | prepare supplemental class member opt out report |
|  |  |  |
|  | 109.00 | TOTAL |
|  |  |  |

**EXHIBIT 4**

# LITIGATION EXPENSES
## Arleo Law Firm, PLC
### *Gonzales v. Arrow Financial LLC*
## January 1, 2005 – December 31, 2008

| TOTAL AMOUNT | PURPOSE |
|---|---|
| $150.00 | Filing Fee |
| $75.00 | Process Service on Defendant |
| $115.00 | Process Service – Retrieve *Redd/Maxwell* Opinions Illinois Dist. Court |
| $830.25 | Court Reporter for Robles Deposition on 7/19/06 |
| $188.40 | Transcript of Motion Hearing held 4/10/06 |
| $732.90 | Transcripts of Motion Hearings held 7/14/08; 9/5/08; and 10/3/08 |
| $111.68 | Teleconferencing (*see* page 2 for details) |
| $271.21 | Postage |
| $102.91 | Overnight Delivery |
| $2,510.50 | Xerox Copies (10,042 copies at $0.25 per page) |
| $304.00 | Facsimiles (304 faxes at $1.00 per page) |
| $28,770.45 | Online Research: Lexis $28,523.25; Pacer $247.20 (*see* page 2 for details) |
| $403.00 | Parking Downtown for trial, hearings and meetings with S.Khojayan |
| $910.87 | Travel by Ms. Arleo (*see* page 3 for details) |
| $2,250 | Focus Group on October 12, 2008 (cost split by Ms. Arleo and Mr. Bragg) |
| $3,500 | Expert Fees: $1,000 for Suzi Midlin (jury voir dire expert); $2,500 for William M.Hensley (attorney fee expert) |
| $301.39 | Meeting food (*see* page 3 for details) |

----------

| | |
|---|---|
| **$41,527.56** | **TOTAL EXPENSES** |

# EXPENSE DETAIL

**TELECONFERENCING:**
$29.47 on 10/11/05 for telephonic hearing;
$17.76 on 12/6/05 for telephonic hearing;
$15.15 on 05/05/06 for Plaintiff, counsel meeting;
$34.15 on 8/22/07 for telephonic hearing;
$15.15 on 05/12/08 for Plaintiff, counsel meting.


**ELECTRONIC RESEARCH:**
    **LEXIS TOTAL $28,523.25**

| Amount | Time Period | Amount | Time Period |
|---|---|---|---|
| $738.00 | December 2005 | $2634.50 | December 2007 |
| $162.00 | January 2006 | $1206.00 | February 2008 |
| $239.00 | February 2006 | $2596.75 | March 2008 |
| $ 96.00 | March 2006 | $ 108.00 | April 2008 |
| $823.50 | April 2006 | $3111.00 | May 2008 |
| $156.00 | May 2006 | $ 186.00 | June 2008 |
| $324.00 | June 2006 | $1408.00 | July 2008 |
| $2699.00 | July 2006 | $ 91.50 | August 2008 |
| $1635.00 | August 2006 | $ 794.00 | September 2008 |
| $2837.00 | September 2006 | $3451.75 | October 2008 |
| $ 57.00 | August 2007 | $ 414.50 | November 2008 |
| $ 51.00 | October 2007 | $2703.75 | December 2008 |


    **PACER TOTAL $247.20**

| Amount | Time Period |
|---|---|
| $33.76 | January 1 through March 30, 2005 |
| $ 0.16 | April 1 through June 30, 2005 |
| $15.76 | July 1 through September 30, 2005 |
| $ 8.08 | October 1 through December 31, 2005 |
| $21.04 | January 1 through March 30, 2006 |
| $ 6.00 | April 1 through June 30, 2006 |
| $66.88 | July 1 through September 30, 2006 |
| $ 0.96 | October 1 through December 31, 2006 |
| $ 2.00 | January 1 through March 30, 2007 |
| $ 0.96 | April 1 through June 30, 2007 |
| $ 2.80 | July 1 through September 30, 2007 |
| $ 6.80 | October 1 through December 31, 2007 |
| $ 0.88 | April 1 through June 30, 2008 |
| $ 26.56 | July 1 through September 30, 2008 |
| $ 54.56 | October 1 through December 31, 2008 |

## EXPENSE DETAIL
*continued*

**TRAVEL TO/FROM RAMONA AND DOWNTOWN SAN DIEGO BY MS. ARLEO:**

| Date | Number of Miles | Charge per Mile | Total Charge | Reason |
|------|-----------------|-----------------|--------------|--------|
| 01/28/05 | 83.4 miles | 0.45  per mile | $37.53 | Filing |
| 09/19/05 | 83.4 miles | 0.45  per mile | 37.53 | Hearing |
| 04/10/06 | 83.4 miles | 0.45  per mile | 37.53 | Hearing |
| 07/18/06 | 83.4 miles | 0.45  per mile | 37.53 | Robles deposition |
| 07/24/06 | 83.4 miles | 0.45  per mile | 37.53 | Filing |
| 07/31/06 | 83.4 miles | 0.45  per mile | 37.53 | Hearing |
| 08/11/06 | 83.4 miles | 0.45  per mile | 37.53 | Filing |
| 08/24/06 | 83.4 miles | 0.45  per mile | 37.53 | Hearing |
| 10/05/06 | 83.4 miles | 0.45  per mile | 37.53 | Hearing |
| 11/28/07 | 83.4 miles | 0.485  per mile | 40.45 | Hearing |
| 01/14/08 | 83.4 miles | 0.485 per mile | 40.45 | Hearing |
| 06/01/08 | 80.0 miles | 0.505 per mile | 40.40 | Law Library |
| 07/14/08 | 83.4 miles | 0.505 per mile | 42.12 | Hearing |
| 08/15/08 | 83.4 miles | 0.505  per mile | 42.12 | Meet w/S.Khojayan |
| 09/05/08 | 83.4 miles | 0.505 per mile | 42.12 | Meet w/S.Khojayan |
| 10/21-24/08 | 250.2 miles | 0.505 per mile | 126.36 | 3 days trial |

**TRAVEL TO/FROM RAMONA AND ENCINITAS, CA FOR FOCUS GROUP BY MS. ARLEO**

| Date | Number of Miles | Charge per Mile | Total Charge | Reason |
|------|-----------------|-----------------|--------------|--------|
| 10/09/08 | 131.4 miles | 0.505 per mile | 66.36 | view facilities |
| 10/12/08 | 131.4 miles | 0.505 per mile | 66.36 | jury focus group |
| 10/16/08 | 131.4 miles | 0.505 per mile | 66.36 | voir dire focus group |

**MEETING FOOD**

$194.83 on 04/07/06 for Plaintiff, Ms. Arleo, and Mr. Bragg dinner meeting to discuss Plaintiff depo;
$62.45 on 07/14/08 for pre-hearing lunch with Arleo, Khojayan, Gonzales;
$44.11 on 10/21-23/08, trial food for Arleo, Khojayan, Midlin, Gonzales.