ARLEO LAW FIRM, PLC
ELIZABETH J. ARLEO (CASB NO. 201730)
1672 Main Street, Suite E, PMB 133
Ramona, CA  92065
Telephone:  760/789-8000
760/789-8081 (fax)

HORWITZ, HORWITZ & ASSOCIATES
O. RANDOLPH BRAGG (IL BAR NO. 6221983)
CRAIG M. SHAPIRO (IL BAR NO. 6284475)
25 E. Washington Street, Suite 900
Chicago, IL  60602
Telephone:  312/372-8822
312/372-1673 (fax)

Attorneys for Plaintiff

[additional counsel appear on signature page]

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY GONZALES, on Behalf of Himself and All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>     vs.<br><br>ARROW FINANCIAL SERVICES LLC,<br><br>                       Defendant. | Case No. 05-CV-0171 JAH (RBB)<br><br>DECLARATION OF O. RANDOLPH BRAGG IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES<br><br>DATE:   May 18, 2009<br>TIME:    2:30 p.m.<br>PLACE:  Courtroom 11<br><br>The Honorable John A. Houston |

**DECLARATION OF O. RANDOLPH BRAGG**
**IN SUPPORT OF PLAINTIFF'S MOTION FOR**
**AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

I, O. Randolph Bragg, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true:

1.      I am one of the attorneys representing Plaintiff John Gonzales in this matter.

2.      I am a member in good standing of the bars of the following courts:

Supreme Court of the United States
Washington, D.C.
August 7, 1992

Supreme Court of Appeals of West Virginia -- inactive
Charleston, West Virginia
May 22, 1973

Supreme Court of Pennsylvania – inactive
Harrisburg, Pennsylvania
May 20, 1974

Supreme Court of the State of Delaware – inactive
Wilmington and Dover, Delaware
January 23, 1987

Supreme Court of Illinois
Chicago, Illinois
July 5, 1994

U.S. Court of Appeals for the Second Circuit
New York, New York
November 6, 1986

U.S. Court of Appeals of the Third Circuit
Philadelphia, Pennsylvania
February 21, 1979

U.S. Court of Appeals for the Fourth Circuit
Richmond, Virginia
February 7, 1986

U.S. Court of Appeals for the Fifth Circuit
New Orleans, Louisiana
July 23, 1999

U.S. Court of Appeals for the Sixth Circuit
Cincinnati, Ohio
December 26, 1991

U.S. Court of Appeals for the Seventh Circuit
Chicago, Illinois
April 15, 1994

| | |
|---|---|
| 1 | U.S. Court of Appeals for the Eighth Circuit |
| | St. Louis, Missouri |
| 2 | September 21, 1998 |
| 3 | U.S. Court of Appeals for the Ninth Circuit |
| | San Francisco, California |
| 4 | March 14, 1997 |
| 5 | U.S. Court of Appeals for the Tenth Circuit |
| | Denver, Colorado |
| 6 | May 22, 1997 |
| 7 | U.S. Court of Appeals for the Eleventh Circuit |
| | Atlanta, Georgia |
| 8 | August 24, 1988 |
| 9 | U.S. District Court for the Southern District of West Virginia |
| | Charleston, West Virginia |
| 10 | May 22, 1973 |
| 11 | U.S. District Court for the Middle District of Pennsylvania |
| | Scranton, Pennsylvania |
| 12 | July 12, 1974 |
| 13 | U.S. District Court for the Eastern District of Pennsylvania |
| | Philadelphia, Pennsylvania |
| 14 | June 25, 1982 |
| 15 | U.S. District Court for the District of Delaware |
| | Wilmington, Delaware |
| 16 | January 30, 1987 |
| 17 | U.S. District Court for the Western District of New York |
| | Rochester, New York |
| 18 | October 5, 1987 |
| 19 | U.S. District Court for the Northern District of New York |
| | Utica, New York |
| 20 | December 15, 1989 |
| 21 | U.S. District Court for the Northern District of Illinois |
| | Chicago, Illinois |
| 22 | May 10, 1994 |
| 23 | U.S. District Court for the Central District of Illinois |
| | Peoria, Illinois |
| 24 | April 29, 1996 |
| 25 | U.S. District Court for the District of Arizona – inactive |
| | Phoenix, Arizona |
| 26 | January 11, 1996 |
| | U.S. District Court for the Western District of Michigan |
| 27 | Grand Rapids, Michigan |
| | June 7, 1996 |
| 28 | |

1                 U.S. District Court for the Eastern District of Michigan
Detroit Michigan

2                 December, 1997

3                 U.S. District Court for the Western District of Wisconsin
Madison, Wisconsin

4                 December 21, 1998

5                 U.S. District Court for the Eastern District of Wisconsin
Milwaukee, Wisconsin

6                 July 12, 2000

7                 U.S. District Court for the Northern District of Texas
Dallas, Texas

8                 August 28, 2000

9                 U.S. District Court for the District of Colorado
Denver, Colorado

10                December 9, 2002

11                U.S. District Court for the Northern District of Indiana
South Bend, Indiana

12                July 13, 2005

13                U.S. District Court for the Southern District of Indiana
Benton, Illinois

14                July 30, 2007

15                U.S. District Court for the District of Nebraska
Omaha, Nebraska

16                June 3, 2008

17      3.      I am a 1973 graduate of the West Virginia University College of Law.  From 1973 until August 1985, I was employed by Legal Services Corporation-funded programs in West Virginia and Pennsylvania.  From August 1985 until October 1993, I served as a Litigation Coordinator with the UAW Legal Services Plan.  From April 1, 1994 through August 30, 1995, I was associated with the law firm of Edelman & Combs in Chicago, Illinois.

4.      On September 15, 1995, I opened my law office, as a solo practice limited to the representation of persons in consumer rights litigation, both individual and class cases.

5.      On February 1, 1997, I merged my practice with Horwitz, Horwitz and Associates and continue to limit my practice to the representation of individuals primarily in consumer class actions.

6.      Since 1990 I have been a contributing author to National Consumer Law Center's *Fair Debt Collection* (6th ed. 2008) and annual supplements.  I have also written Chapter 5, "Fair Debt Collection Practices Act," *Ohio Consumer Law* (1995 ed.-2009 ed.).  "Fair Debt Collection:

The Need For Private Enforcement", published at _Loyola Consumer Law Reporter_, Volume 7, Number 3, Page 89 (Spring 1995), was written by myself and Daniel A. Edelman.

      7.     I was a member of the Board of Directors of National Association of Consumer Advocates from October 1996 through October 2000.  I participate as one of the Consumer Advocate Advisors to _Consumer Financial Services Law Report_, published by LRP Publications.  I was named the Consumer Advocate of the Year for 2006 by National Association of Consumer Advocates.

      8.     I have lectured to professional groups on consumer law issues including:

| | | |
|---|---|---|
| October 24, 2008 | Co-counseling Consumer Class Actions National Consumer Law Center | Portland, OR |
| March 27-29, 2008 | Fair Debt Collection Practices Act National Consumer Law Center | Nashville, VA |
| March 23-25, 2007 | Fair Debt Collection Practices Act National Consumer Law Center | Tucson, Arizona |
| February 25-26, 2006 | Fair Debt Collection Practices Act National Consumer Law Center | Austin, Texas |
| October 20-21, 2005 | Consumer Law 2005 | Missouri Bar CLE Kansas City & St. Louis, MO |
| March 13-14, 2005 | Fair Debt Collection Practices Act | National Association of Consumer Advocates Crystal City, Virginia |
| July 29, 2004 | Fair Debt Collection Practices Act | Student Legal Services Chicago, Illinois |
| April 23, 2004 | Montana Consumer Law Summit | Missoula, Montana |
| February 21-22, 2004 | Fair Debt Collection Practices Act National Consumer Law Center | Kansas City, Missouri |
| October 28, 2002 | Class Action Symposium | Atlanta, Georgia |

| | National Consumer Law Center | |
|---|---|---|
| November 6, 2001 | North American Collection Agency Regulatory Association | Denver, Colorado |
| April and May 2000 | Consumer Financial Services Litigation Practicing Law Institute | New York- San Francisco |
| November 10, 2000 | Fair Credit Reporting Act Fair Debt Collection Practices Act | Michigan Poverty Law Program Lansing, Michigan |
| September 19, 1997 | Fair Debt Collection Practices Act | Michigan State Bar Detroit, Michigan |
| April 25, 1997 | Fair Debt Collection Practices Act Richmond, VA | Virginia Trial Lawyers and Consumer Class Actions Association |
| September 20, 1996 October 8, 1999 October 11, 2001 | Fair Debt Collection Practices Act | Chicago Bar Association Chicago, Illinois |
| June 7, 1996 | Fair Debt Collection Practices Act Overland Park, KS | Kansas City Metropolitan Bar Association |
| 1992 - 2000 | Fair Debt Collection Practices Act various locations | National Consumer Rights Litigation Conference |

9.     I have been involved in numerous consumer cases including: _McKinney v. Cadleway Properties, Inc._, 548 F.3d 496- (7th Cir. 2008); _Camacho v. Bridgeport Financial, Inc._, 523 F.3d 973 (9th Cir. 2008) (attorneys fees); _del Campo v. Kennedy_, 517 F.3d 1070 (9th Cir. 2008); _Johnson v. Credit Int'l._, 2007 WL 3332813, 2007 U.S. App. LEXIS 26403 (9th Cir., Nov. 8, 2007) (Unpublished Opinion); _Rosario v. American Corrective Counseling Services, Inc._, 506 F.3d 1039 (11th Cir. 2007); _Gillespie v. Equifax Information Services, L.L.C._, 484 F.3d 938 (7th Cir. 2007); _Defenbaugh v. JBC & Assocs. PC_, 2006 U.S. App. LEXIS 19930 (9th Cir., July 24, 2006) (Not for Publication; _Camacho v. Bridgeport Financial, Inc._, 430 F.3d 1078 (9th Cir. 2005); _Carroll v. United Compucred Collections, Inc._, 399 F.3d 620 (6th Cir. 2005); _Silvernail v. County of Kent_, 385

F.3d 601 (6th Cir. 2004); _Irwin v. Mascott_, 370 F.3d 924 (9th Cir. 2004); _Liles v. Del Campo_, 350

F.3d 742 (8th Cir. 2003); _Carmichael v. Payment Ctr., Inc._, 336 F.3d 636 (7th Cir. 2003); _Renick v._

_Dun & Bradstreet Receivable Mgmt Servs._, 290 F.3d. 1055 (9th Cir. 2002);

**U.S. DISTRICT COURTS:**

_Drossin v. National Action Financial Services, Inc._, --- F.R.D. ----,

2009 WL 289826 (S.D.Fla., Feb. 2, 2009) (class certified);  _Williamson v. Unifund CCR_

_Partners_, 2009 WL 187702 (D.Neb., Jan, 23, 2009);  _Brown v. Jungers_, 2009 WL 159700

(D.Neb., Jan. 22, 2009); _Palmer v. Stassinos_, 2009 WL 86705, 2009 U.S. Dist. LEXIS 4265

(N.D.Cal., Jan. 9, 2009) (summary judgment and class certification); _Bretana v. International_

_Collection Corp._, 2008 WL 4948446, 2008 U.S. Dist. LEXIS 96483 (N.D.Cal., Nov. 12, 2008)

(discovery); _Anchondo v. Anderson, Crenshaw & Associates, L.L.C._, 583 F.Supp.2d 1278

(D.N.M. 2008) (denied motion to dismiss); _Kelly v. Montgomery Lynch & Assocs._, 2008 WL

4560744, 2008 U.S. Dist. LEXIS 79129 (Oct. 8, 2008) (attorneys fees); _Bretana v. International_

_Collection Corp._, 2008 WL 4334710,  2008 U.S. Dist. LEXIS 79334, (N.D.Cal. Sept. 2008)

(discovery dompeled); _Quiroz v. Revenue Production Management, Inc._, 252 F.R.D. 438

(N.D.Ill. 2008) (class certification); _Jenkins v. General Collection Co._, 2008 WL 4104677

(D.Neb., Aug. 28, 2008) (class certification); _Schwarm v. Craighead_, 2008 WL 3286797, 2008

U.S. Dist. LEXIS 70319 (E.D.Cal., Aug. 6, 2008) (damages);  _Carroll v. United_ July 31, 2008)

(attorneys fees); _Camacho v. Bridgeport Financial, Inc._, 2008 WL 2951290, 2008 U.S. Dist.

LEXIS 61652 (N.D.Cal., July 24, 2008) (attorneys fees after remand from 9th Cir.); _del Campo v._

_Am. Corrective Counseling Servs._, 2008 U.S. Dist. LEXIS 79706 (July 21, 2008) (confidentiality

de-designation); _Acik v. I.C. System, Inc._, 251 F.R.D. 332 (N.D.Ill. 2008) (class certification);

_Bretana v. International Collection Corp._ 2008 WL 2264555, 2008 U.S. Dist. LEXIS 79203

(N.D.Cal., June 2, 2008) (denying motion to dismiss and striking Rule 68 offer) (Not for

Publication); _Del Campo v. American Corrective Counseling Services_, _Compucred_

_Collections, Inc._, 2008 WL 3001595, 2008 U.S. Dist. LEXIS 67687 (M.D.Tenn.,

2008 WL 2038047 (N.D.Cal. May 12, 2008) (compel discovery); _Schwarm v. Craighead_, 552

F.Supp.2d 1056 (E.D.Cal. 2008) (summary Judgment); _Kelly v. Montgomery Lynch & Assocs._,

2008 WL 1775251, 2008 U.S. Dist. LEXIS 30917 (N.D. Ohio, Apr. 15, 2008) (granting

summary judgment in part); _Starr v. Hameroff Law Firm, PC_, 2008 WL 906822, 2008 U.S. Dist.

LEXIS 26124 (D.Ariz., Mar. 31, 2008) (arbitration denied); _Giblin v. Revenue Prod. Mgmt._,

2008 U.S.Dist.LEXIS 22854 (N.D.Ill., Mar. 24, 2008); *Hunt v. Check Recovery Sys.*, 2008 U.S. Dist. LEXIS 81884 (N.D.Cal., Mar. 21, 2008) (granting stay); *Sampaio v. People First Recoveries, LLC*, 2008 WL 509255, 2008 WL 509255, 2008 U.S. Dist. LEXIS 17110 (S.D.Fla., Feb. 19, 2008) (struck offer of judgment); *Jenkins v. General Collection Co.*, 538 F.Supp.2d 1165 (D.Neb. 2008) (Defendants' motion for summary judgment denied); *Martsolf v. JBC Legal Group, P.C.*, 2008 WL 275719, 2008 U.S. Dist. LEXIS 6876 (M.D.,Pa., Jan. 30, 2008) (summary judgment granted in part); *Kelly v. Montgomery Lynch & Assocs.*, 2007 WL 4562913, 2007 U.S. Dist. LEXIS 93656 (N.D.Ohio, Dec. 19, 2007) (class certified); *Kelly v. Montgomery Lynch & Assocs.*, 2007 WL 4412572, 2007 U.S. Dist. LEXIS 93651 (N.D.Ohio, Dec. 13, 2007) (discovery compelled); *del Campo v. American Corrective Counseling Services, Inc.*, 2007 WL 4287335 (N.D.Cal., Dec. 5, 2007) (discovery); *Jenkins v. General Collection Co.*, 246 F.R.D. 600 (D,Neb. 2007) (striking offer of judgment); *Posso v. Asta Funding*, 2007 U.S. Dist. LEXIS 83741 (N.D.Ill., Nov. 9, 2007); *del Campo v. American Corrective Counseling Services, Inc.*, 2007 WL 3306496, 2007 U.S. Dist. LEXIS 87150 (N.D.Cal., Nov. 6, 2007) (dedesignation of discovery and sanctions); *Starr v. Hameroff*, 2007 WL 3231988, 2007 U.S. Dist. LEXIS 80923 (D.Ariz., Oct. 31, 2007(Report and Recomendation to deny motion to compel arbitration); *McKinney v. Cadleway Prop Inc.*, 2007 U.S. Dist. LEXIS 79786 (N.D.Ill. 2007) (attorneys fees award); *Day v. Check Brokerage Corp.*, 511 F. Supp. 2d 950 (N.D.Ill. 2007) (summary Judgment); *Palmer v. Stassinos*, 2007 WL 2288119, 2007 U.S. Dist. LEXIS 59856 (N,D,Cal., Aug. 7, 2007) ($5000 sanction awarded against debt collector for failure to comply with Order); *Hunt v. Check Recovery Sys.*, 2007 WL 2220972, 2007 U.S. Dist. LEXIS 58800 (N.D.Cal., Aug. 1, 2007) (class notice and costs); *Campos v. Western Dental Sevices, Inc.*, 2007 WL 2050976 (N.D.Cal., July 13, 2007) ("The court further finds that $300 an hour for Mr. Wilcox and $465 an hour for Mr. Bragg are reasonable rates for attorneys with their equivalent years of experience."); *Jerman v. Carlisle*, 502 F.Supp.2d 686 44731 (N.D.Ohio 2007) (summary judgment granted on defendants BFE defense); *Gonzales v. Arrow Fin. Servs. LLC*, 489 F.Supp.2d 1140 (S.D.Cal. 2007) (summary judgment granted for plaintiff); *Abad v. Williams, Cohen & Gray, Inc.* 2007 WL 1839914, 2007 U.S. Dist. LEXIS 46318 (N.D.Cal., June 25, 2007) (attorneys fees); *McKinney v. Cadleway Prop Inc.*, 2007 WL 1667390, 2007 U.S. Dist. LEXIS 41588 (N.D.Ill., June 8, 2007) (attorneys fees award); *Palmer v. I.C. Systems, Inc.*, 2007 WL 1655569, 2007 U.S. Dist. LEXIS 43764 (N.D.Cal., June 7, 2007); *Rannis v. Fair Credit Lawyers, Inc.*, 489 F.Supp.2d 1110 (C.D.Cal. 2007) (CROA summary judgment ruling); *Kreek v.*

1   *Phycom Corp.*, 2007 WL 1229315, 2007 U.S. Dist. LEXIS 30652 (N.D.Cal., April 26, 2007); *del*

2   *Campo v. American Corrective Counseling Servs.*, 2007 U.S. Dist. LEXIS 24861 (N.D.Cal.,

3   Mar. 22, 2007) (confidentiality designation); *Hunt v. Check Recovery Sys.*, 478 F.Supp.2d 1157

4   (N.D.Cal. 2007) (summary judgment); *Hunt v. Check Recovery Sys.*, 241 F.R.D. 505 (N.D.Cal.

5   2007) (class certified); *Karnette v. Wolpoff & Abramson*, 2007 WL 922288, 2007 U.S. Dist.

    LEXIS 20794 (E.D.Va., Mar. 23, 2007) (class certified); *Rannis v. Fair Credit Lawyers, Inc.*,

6   2007 U.S. Dist. LEXIS 17856 (C.D.Cal., Mar. 12, 2007) (CROA class certified); *Day v. Check*

7   *Brokerage Corp.*, 240 F.R.D. 414 (N.D.Ill., Mar. 2, 2007) (class certified); *Hamilton v. Am.*

8   *Corrective Counseling Serv.*, 2007 U.S. Dist. LEXIS 11488 (N.D.Ind., Feb. 14, 2007) (class

9   certified); *del Campo, et al., v. American Corrective Counseling Services*, 2007 U.S. Dist.

10  LEXIS 12387 (N.D.Cal., Feb. 8, 2007); *del Campo v. Kennedy*, 491 F.Supp.2d 891 (N.D. Cal.

    2006) (ACCS is a debt collector); *del Campo v. Kennedy*, 491 F.Supp.2d 891 (N.D.Cal. 2006)

11  (dismissed due process claims but maintained FDCPA claims); *McKinney v. Cadleway Props.,*

12  *Inc.*, 2006 U.S. Dist. LEXIS 87620 (N.D.Ill., Dec. 4, 2006); *Jerman v. Carlisle*, 464 F.Supp.2d

13  720 (N.D.Ohio 2006); *Rosario v. Am. Corrective Counseling Servs.*, 2006 U.S. Dist. LEXIS

14  83135 (M.D.Fla., Nov. 15, 2006) (Eleventh Amendment Immunity); *Warcholek v. Medical*

15  *Collections Sys.*, 241 F.R.D. 291 (N.D.Ill. 2006) (class certified); *Hamilton v. American*

    *Corrective Counseling Servs.*, 2006 U.S. Dist. LEXIS 75588 (N.D.Ind. Oct. 4, 2006) (granted

16  defendants' motion to exclude expert); *Karnette v. Wolpoff & Abramson*, 444 F.Supp.2d 640

17  (E.D.Va. 2006) (motion to compel arbitration denied); *Abels v. JBC Legal Group, P.C.*, 434

18  F.Supp.2d 763 (N.D.Cal. 2006) (defendants' motion to dismiss denied); *Turner v. Shenandoah*

19  *Legal Group, P.C.*, 2006 U.S. Dist. LEXIS 39341 (E.D.Va., June 12, 2006) (Report and

20  Recommendation to deny defendants' motion to dismiss); *Thweatt v. Law Firm of Koglmeier,*

    *Dobbins, Smith & Delgado, P.L.C.*, 425 F.Supp.2d 1011 (D.Ariz. 2006) (motion to dismiss

21  denied); *Abels v. JBC Legal Group, P.C.*, 233 F.R.D. 645 (N.D.Cal. 2006) (defendants' motion

22  to compel production of time records and retainer denied); *Schwarm v. Craighead*, 233 F.R.D.

23  655 (E.D.Cal. 2006) (class certified);  *Gonzales v. Arrow Fin. Servs. LLC*, 233 F.R.D. 577

24  (S.D.Cal. 2006) (class certified); *Abels v. JBC Legal Group, P.C.*, 2006 U.S. Dist. LEXIS 12486

25  (N.D.Cal., Jan. 18, 2006) (order denying without prejudice motion for leave to file second

26  amended complaint); *Mcguire-Pike v. Ameri-Ck, Inc.*, 2005 U.S. Dist. LEXIS 39134 (D.N.M.,

    Dec. 30, 2005) (compel discovery);  *Gacy v. Gammage & Burnham*, 2005 U.S. Dist. LEXIS

27  38081 (D.Ariz., Dec. 15, 2005) (class certification); *Campos v. Western Dental Servs.*, 404

28

F.Supp.2d 1164 (N.D.Cal., 2005) (counterclaim dismissed, class certification denied without prejudice); _Abels v. JBC Legal Group, P.C._, 2005 U.S. Dist. LEXIS 41172 (N.D.Cal., Nov. 30, 2005) (order granting defendants' motion to dismiss in part); _Palmer v. I.C. Systems_, 2005 U.S. Dist. LEXIS 27946 (N.D.Cal., Nov. 8, 2005); _Wyatt v. Creditcare, Inc._, 2005 WL 2780684, 2005 U.S. Dist. LEXIS 25787 (N.D.Cal., Oct. 25, 2005) (class certification); _Cancio v. Financial Credit Network_, 2005 U.S. Dist. LEXIS 13626 (N.D.Cal;, July 6, 2005) (attorneys fees and costs awarded);  _Abels v. JBC Legal Group, P.C._, 229 F.R.D. 152 (N.D.Cal. 2005) (leave to amend to add party granted)); _Brumbelow v. Law Offices of Bennett & DeLoney_, 2005 WL 1566689 (D.Utah, June 21, 2005) (defendants' motion for summary judgment was denied due the existance of disputed issues of material fact) _Brumbelow v. Law Offices of Bennett & DeLoney_, 372 F.Supp.2d 615 (D.Utah 2005) (owners and operators of law firm are debt collectors subject to the FDCPA); _Mcguire-Pike v. Ameri-Ck, Inc._, 2005 U.S. Dist. LEXIS 39147 (D.N.M., Sept. 22, 2005); _Uyeda v. J.A. Cambece Law Office, P.C._, 2005 U.S. Dist. LEXIS 9271 (N.D.Cal., May 16, 2005) (motion to dismiss denied); _Abels v. JBC Legal Group, P.C._, 227 F.R.D 541 (N.D.Cal. 2005) (class certification granted);  _Gray v. Florida First Financial Group, Inc._, 359 F. Supp. 2d 1316 (M.D.Fla. 2005) (attorneys fees awarded); _Martsolf v. JBC Legal Group, P.C._, 2005 WL 331544, 2005 U.S. Dist. LEXIS 1802 (M.D.Pa., Feb. 7, 2005) (class certified); _Hipolito v. Harris & Zide_, 2004 U.S. Dist. LEXIS 28714 (N.D.Cal., Dec. 16, 2004) (collectors' motion to dismiss denied); _Palmer v. Stassinos_, 348 F.Supp.2d 1070 (N.D.Cal. 2004); _Defenbaugh v. JBC & Assocs._, 2004 WL 1874978, 2004 U.S. Dist. LEXIS 16256 (N.D.Cal., Aug. 10, 2004) (attorneys fees award); _Agan v. Katzman & Korr_, 328 F.Supp.2d 1363 (S.D.Fla. 2004) (defendants' motion to strike exhibits denied); _Agan v. Katzman & Korr_, 222 F.R.D. 692 (S.D.Fla. 2004) (class certified); _Evans v. American Credit Sys._, 222 F.R.D. 388 (D.Neb. 2004) (recommendation of class certification); _Bracamonte v. Eskanos & Adler_, 2004 U.S. Dist. LEXIS 8520 (N.D.Cal., May 7, 2004) (class certified); _Agan v. Katzman & Korr, P.A._, 2004 WL 555257, 2004 U.S. Dist. LEXIS 4158 (S.D.Fla., Mar. 16, 2004) (motion to dismisss denied); _Evans v. American Credit Sys._, 2003 U.S. Dist. LEXIS 22433 (D.Neb., Dec. 10, 2003); _Bush v. Loanstar Mortgagee Servs._, 286 F.Supp.2d 1210 (N.D.Cal. 2003); _Carroll v. United Compucred Collections, Inc._, 2003 U.S. Dist. LEXIS 5996 (M.D.Tenn., Mar. 31, 2003); _Silvernail v. County of Kent_, 2003 U.S. Dist. LEXIS 5951 (Feb. 24, 2003) ('1983 claim); _Gradisher v. County of Muskegon_, 255 F.Supp.2d 720 (W.D.Mich. 2003) ('1983 claim); _Gradisher v. Check Enforcement Unit, Inc._, 2003 U.S. Dist. LEXIS 753 (W.D.Mich., Jan. 22, 2003) (award of

attorneys fees and costs); *Carroll v. United Compucred Collections, Inc.*, 2002 U.S. Dist. LEXIS 25032 (M.D.Tenn., Nov. 15, 2002) (Magistrate's Report and Recommendation); *Connor v. Automated Accounts, Inc.*, 2002 WL 31528477 (E.D.Wash., Nov. 1, 2002);  *Gradisher v. Check Enforcement Unit, Inc.*, 209 F.R.D. 392 (W.D.Mich. 2002) (granting plaintiff's motion to decertify the class with notice to the class members); *Wilson v. Transworld Sys.*, 2002 WL 1379246, 2002 U.S. Dist. LEXIS 10891 (M.D.Fla., Mar. 29, 2002); *Cope v. Duggins*, 203 F.Sup.2d 650 (E.D.La. 2002); *Gradisher v. Check Enforcement Unit, Inc.*, 210 F.Supp.2d 907 (W.D.Mich. 2002) (violations of the FDCPA); *Fuller v. Becker & Poliakoff, P.A.*, 192 F.Supp.2d 1361 (M.D.Fla. 2002); *Clark v. Bonded Adjustment Co.*, 204 F.R.D. 662 (E.D.Wash. 2002) (class certified); *Silva v. National Telewire Corp.*, 2001 DNH 218, 2001 U.S. Dist. LEXIS 20717 (D.N.H., Dec. 12, 2001) (attorneys fees); *Clark v. Bonded Adjustment Co.*, 176 F.Supp.2d 1062 (E.D.Wash. 2001); *Gradisher v. Check Enforcement Unit, Inc.*, 203 F.R.D. 271 (W.D.Mich. 2001) (class certified); *Wallace v. Capital One Bank*, 168 F.Supp.2d 526 (D,Md. 2001); *Ballard v. Equifax Check Servs.*, 158 F.Supp.2d 1163 (E.D.Cal. 2001); *Connor v. Automated Accounts, Inc.*, 2001 U.S. Dist. LEXIS 10458 (E.D.Wash., July 18, 2001); *Person v. Stupar*, 136 F.Supp.2d 957 (E.D.Wis. 2001); *Campion v. Credit Bureau Servs.*, 206 F.R.D. 663 (E.D.Wash. 2001); *Irwin v. Mascott*, 94 F.Supp.2d 1052, 1057 (N.D.Cal. 2000); *Gradisher v. Check Enforcement Unit, Inc.*, 133 F.Supp.2d 988 (W.D.Mich. 2001) (check diversion company was a debt collector); *Campion v. Credit Bureau Servs.*, 2000 U.S. Dist. LEXIS 20233 (E.D.Wash., Sept. 20, 2000); *Littledove v. JBC & Assocs.*, 2001 U.S. Dist. LEXIS 139 (E.D.Cal., Jan. 10, 2001) (class certified); *Littledove v. JBC & Assocs.*, 2000 U.S. Dist. LEXIS 18490 (E.D.Cal., Dec. 22, 2000); *Fuller v. Becker & Poliakoff*, 197 F.R.D. 697 (M.D.Fla. 2000) (class certified); *Irwin v. Mascott*, 112 F.Supp.2d 937 (N.D.Cal. 2000); *Tenuto v. Transworld Sys.*, 2000 U.S. Dist. LEXIS 17566 (E.D.Pa., Nov. 27, 2000);  *Tenuto v. Transworld Sys.*, 2000 U.S. Dist. LEXIS 14344 (E.D.Pa., Sept. 29, 2000);  *Cope v. Duggins*, 2000 U.S. Dist. LEXIS 5081 (E.D.La., April 13, 2000); *Silva v. National Telewire Corp.*, 2000 DNH 197, 2000 U.S. Dist. LEXIS 13986, (N.N.H. 2000) (class certification);  *Silva v. National Telewire Corp.*, 2000 DNH 1, 2000 U.S. Dist. LEXIS 338 (D.N.H., Jan. 3, 2000);  *Woodard v.. Online Information Services*, 191 F.R.D. 502 (E.D.N.C. 2000); *Talbott v. GC Services*, 191 F.R.D. 99 (W.D.Va. 2000); *Haak v. Hults Ford-Mercury, Inc.*, 79 F. Supp. 2d 1020 (W.D.Wis. 1999); *Borcherding-Dittloff v. Transworld Systems, Inc.*, 58 F.Supp.2d 1006 (W.D.Wis. 1999); *Brink v. First Credit Resources*, 57 F.Supp.2d 848 (D.Ariz. 1999); *Swanson v. Mid Am, Inc.*, 186 F.R.D. 665 (M.D.Fla. 1999) (class

1   certification); *Swanson v. Mid Am, Inc.*, 1999 U.S. Dist. LEXIS 14302 (M.D.Fla., March 24,

2   1999); *Brink v. First Credit Resources*, 185 F.R.D. 567 (D.Ariz. 1999) (class certification);

3   *Talbott v. GC Services Ltd. Partnership*, 53 F.Supp.2d 846 (W.D.Va. 1999); *Irwin v. Mascott*,

4   186 F.R.D. 567 (N.D.Cal. 1999) (class certification); *Borchering-Dittloff v. Transworld*

    *Systems, Inc.*, 185 F.R.D 558 (W.D.Wis. 1999) (class certification); *Price v. Surety Acceptance*

5   *Corp.*, 1999 U.S. Dist. LEXIS 22418 (D.Ariz. 1999); *Ballard v. Equifax Check Services, Inc.*,

6   186 F.R.D. 589 (E.D.Cal. 1999) (class certification); *Ballard v. Equifax Check Services, Inc.*, 27

7   F.Supp.2d 1201 (E.D.Cal. 1998)

8

9       10.     I am one of the attorneys for Plaintiffs in the above-captioned action. I expended a

10  total of 227.8 hours in this matter. My primary role in this litigation was to assist with obtaining

    class certification and an award of summary judgment for Plaintiff. My contemporaneously kept

11  records reflecting my services in this litigation are attached hereto as Exhibit 1.

12      11.     My Associate Craig Shapiro expended a total of 45.7 hours in this matter.[1]  His

13  contemporaneously kept records reflecting his services in this litigation are attached hereto as

14  Exhibit 1.

15      12.     My paralegal Shannon Carter also contributed in this matter. Ms. Carter expended a

    total of 5.4 hours in this matter.[2] Her contemporaneously kept records reflecting his services in this

16  litigation are attached hereto as Exhibit 1.

17      13.     My billing rate is $495.00 per hour. See: *Campos v. Western Dental Services, Inc.*,

18  2007 WL 2050976 (N.D.Cal., July 13, 2007) ("The court further finds that $300 an hour for Mr.

19  Wilcox and $465 an hour for Mr. Bragg are reasonable rates for attorneys with their equivalent years

20  of experience."); *Carroll v. United Compucred Collections, Inc.*, 2008 WL 3001595, 2008 U.S. Dist.

21  LEXIS 67687 (M.D.Tenn., July 31, 2008) ($450/hr.); *Defenbaugh v. JBC & Assoc.*, 2004

22  U.S.Dist.LEXIS 16256, *17-20 (N.D.Cal., Aug. 10, 2004), aff'd 2006 U.S. App. LEXIS 19930 (9th

23  Cir., July 24, 2006) (Not for Publication);  ($435/hr.); *Irwin v. Mascott*, No. C-97-4737, Paragraph

    #1 (N.D.Cal. Sept. 9, 2002) (attached hereto as Exhibit 3) ($400/hr.).

24      14.     The reasonably hourly rate for my associate, Craig Shapiro, is $250 per hour.

25

26      [1]    Mr. Shapiro also spent 8.6 hours of unbilled time on this litigation.

27      [2]    Ms. Carter also spent 2.3 hours of unbilled time on this litigation.

28

15. The reasonably hourly rate for my paralegal, Shannon Carter, is $125.00 per hour.

16. The lodestar calculation of attorney fees for my time expended is (227.9 hours x $495.00/hour) $112,810.50.

17. The lodestar calculation of attorney's fees for my paralegal Shannon Carter's services is (5.4 hours x $125.00/hour) $675.00.

18. The lodestar calculation of attorney's fees for my associate Craig Shapiro's service is (45.7 hours x $250/hour) $11,425.00.

19. Costs and litigation expenses in the amount of $37,737.28 were incurred by my law firm in this matter (attached hereto as Exhibit 2).

20. These requested attorney fees and costs of $162,647.78 were reasonable and necessary to litigation in this matter.

Executed at Chicago, Illinois, on March 13, 2008.


 s/ O. Randolph Bragg
 O. RANDOLPH BRAGG

## <u>CERTIFICATE OF SERVICE</u>

Attorney for Plaintiff certifies that the foregoing pleading is true and accurate and that a copy of the foregoing document has been served this day upon:

**Electronic Mail Notice List**

| | |
|---|---|
| Elizabeth J Arleo | elizabeth@arleolaw.com |
| O Randolph Bragg | rand@horwitzlaw.com, shannon@horwitzlaw.com |
| Shaun Khojayan | shaun@khojayan.com, hashen@khojayan.com |
| David M Schultz | dschultz@hinshawlaw.com, courtfiling@hinshawlaw.com, izielinski@hinshawlaw.com |
| Craig M Shapiro | craig@horwitzlaw.com, shannon@horwitzlaw.com |
| Linda L. Streeter | lstreeter@hinshawlaw.com, dhinds@hinshawlaw.com, scox@hinshawlaw.com |

**Manual Notice List**

The following is a list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

**Jennifer W. Weller**
Hinshaw and Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  March 20, 2009

s/ Elizabeth J. Arleo
ELIZABETH J. ARLEO

# EXHIBIT INDEX TO O. RANDOLPH BRAGG DECLARATION

Exhibit 1 – Timesheet for Attorney Rand Bragg, Associate Craig Shapiro, and Paralegal Shannon Carter;

Exhibit 2 – List of Costs for *Gonzales v. Arrow Financial*

Exhibit 3 – *Irwin v. Mascott* Case

# EXHIBIT 1

**Note By Gonzales 12-17-08**

| Date | Time | Rate | Rate Total |
|---|---|---|---|
| RAND | 07/29/2005 | 1.1 | $495.00 | $544.50 |

t/c with Elizabeth Arleo, review documents filed, co-counsel agreement and contact

| RAND | 08/07/2005 | 0.4 | $495.00 | $198.00 |
|---|---|---|---|

review First Amended Complaint, email comments and revisions to Elizabeth Arleo

| COMPUTER | 08/30/2005 | 0 | $100.00 | NC |
|---|---|---|---|

No note has been made for 4 months

| CONNIE | 09/09/2005 | 0.1 | $100.00 | NC |
|---|---|---|---|

FAXED 9/9/05 WORK STATUS

| RAND | 09/10/2005 | 0.3 | $495.00 | $148.50 |
|---|---|---|---|

review email from Elizabeth Arleo re status of the case and strategy

| RAND | 09/12/2005 | 0.5 | $495.00 | $247.50 |
|---|---|---|---|

review and revise mediation statement, email comments to Elizabeth Arleo

| RAND | 09/15/2005 | 0.2 | $495.00 | $99.00 |
|---|---|---|---|

review email outlining issues of the case, t/c to her with comments and questions

| RAND | 09/20/2005 | 0.3 | $495.00 | $148.50 |
|---|---|---|---|

review settlement offer, email comments to Elizabeth Arleo

| RAND | 09/29/2005 | 0.1 | $495.00 | NC |
|---|---|---|---|

I gave original assignment to shannon prepare the S.D.Cal. form for my admission pro hac vice, prepare check request TO: shannon FROM: rand D:9/30/05 . Due: 9/30/05

| RAND | 09/29/2005 | 0.1 | $495.00 | NC |
|---|---|---|---|

review Order granting withdrawal of Robert Arleo

| SHANNON | 09/29/2005 | 0.2 | $125.00 | $25.00 |
|---|---|---|---|

Drafted Rand's PHV Application, submitted check request, and prepared for mailing.

| SHANNON | 09/29/2005 | 0.1 | $125.00 | NC |
|---|---|---|---|

Updated Lawbase files on client.

| RAND | 09/30/2005 | 0.3 | $495.00 | $148.50 |

research McDonald v. Bonded Collectors and email comments to Elizabeth Arleo

| SHANNON | 09/30/2005 | 0.1 | $125.00 | $12.50 |

Drafted letter and sent PHV to co-counsel for signature & filing with court.

| RAND | 10/04/2005 | 0.1 | $495.00 | $49.50 |

email from/to Elizabeth Aroel re pro hac vice and class settlement

| RAND | 10/05/2005 | 0.8 | $495.00 | $396.00 |

t/c with Elizabet Arleo re settlement of class action and negotiations, attorneys fees calculation, and strategy

| RAND | 10/05/2005 | 0.1 | $495.00 | NC |

I gave original assignment to shannon calculate fees and costs TO: shannon FROM: rand D:10/6/05 calculate my attorneys fees at $435/hr. and our costs. Due: 10/6/05

| SHANNON | 10/06/2005 | 0.1 | $125.00 | $12.50 |

Calculated costs & Fees in this case.

| RAND | 10/06/2005 | 0.2 | $495.00 | $99.00 |

review Arrow's written settlement offer and email comments to client and Elizabeth Arleo

| SHANNON | 10/07/2005 | 0.1 | $125.00 | $12.50 |

Drafted & Prepared letter to Clerk of Court Southern District of Florida to overnight Bragg PHV for filing with court.

| RAND | 10/07/2005 | 0.4 | $495.00 | $198.00 |

review defendant's settlement offer, discuss with client and co-counsel, outline details of counteroffer, also discuss class certification

| RAND | 10/07/2005 | 0.2 | $495.00 | $99.00 |

review and revise settlement counteroffer letter

| RAND | 10/07/2005 | 0.1 | $495.00 | NC |

4 I gave original assignment to craigs prepare class papers TO: craigs FROM: rand D:10/19/05 prepare class documents and declarations. Due: 10/19/05

| RAND | 10/11/2005 | 0.2 | $495.00 | $99.00 |

t/c with Elizabeth Arleo re mediation and negotiations

| RAND | 10/16/2005 | 0.2 | $495.00 | $99.00 |

review schedule set by Magistrate, email comments to Elizabeth Arleo

| SHANNON | 10/17/2005 | 0.3 | $125.00 | NC |

Called to check status of PHV for Rand no response.

| SHANNON | 10/18/2005 | 0.2 | $125.00 | NC |

Called & confirmed that Rand's PHV was filed with the court.

| CRAIGS | 10/18/2005 | 1.1 | $250.00 | $275.00 |

Review Complaint and draft Declaration of Johnny Gonzales in Support of Plaintiff's Motion for Class Certification.

| SHANNON | 10/19/2005 | 0.2 | $125.00 | NC |

Updated scanned saving of documents related to this case.

| RAND | 10/19/2005 | 0.2 | $495.00 | $99.00 |

review draft of Declaration of Johnny Gonzales in Support of Motion for Class Certification and make revisions

| CRAIGS | 10/19/2005 | 0.3 | $250.00 | NC |

Revise declaration of client in support of class cert. Email to Rand.

| CRAIGS | 10/21/2005 | 2 | $250.00 | $500.00 |

Complete first draft of Plaintiff's Motion for Class Certification. Begin first draft of Memorandum in Support of Plaintiff's Motion for Class Certification.

| CRAIGS | 10/24/2005 | 1.9 | $250.00 | $475.00 |

Complete first draft of Memorandum in Support of Plaintiff's Motion for Class Certification.

| CRAIGS | 10/24/2005 | 1.1 | $250.00 | NC |

Proofread and revise drafts of Plaintiff's Motion for Class Certification and Memo in Support.

| CRAIGS | 10/24/2005 | 0.4 | $250.00 | $100.00 |

Complete first draft of Declaration of O. Randolph Bragg in Support of Plaintiff's Motion

for Class Certification.

| CRAIGS | 10/25/2005 | 0.2 | $250.00 | NC |

t/c with Rand re his status and his availability for hearings, etc. He stated that the 26(f) disclosures that are due 11-4-05 will be done by local counsel.

| RAND | 10/30/2005 | 0.8 | $495.00 | $396.00 |

research, review, and redraft class motion and brief

| RAND | 11/02/2005 | 0.2 | $495.00 | $99.00 |

t/c with Elizabeth re issues to discuss at the upcoming Rule 26(f) conference, review file, conduct conference call for Rule 26(f) conference

| CRAIGS | 11/03/2005 | 2.1 | $250.00 | $525.00 |

Revisions to and research regarding Class Motion, Memo and Rand's Declaration.

| RAND | 11/04/2005 | 0.3 | $495.00 | $148.50 |

revise class certification documents and email to Elizabeth Arleo for filing

| RAND | 11/07/2005 | 0.1 | $495.00 | NC |

I gave original assignment to craigs prepare discovery TO: craigs FROM: rand D:11/11/05 prepare a draft of discovery to serve on defendants. Due: 11/11/05

| SHANNON | 11/07/2005 | 0.2 | $125.00 | NC |

Sent out overnight a copy of docs for signature and filing by Elizabeth Arleo.

| CRAIGS | 11/15/2005 | 1.7 | $250.00 | $425.00 |

Review First Amended Complaint. Begin first draft of Plaintiff's First Set of Discovery Requests. Leave voicemail for Elizabeth Arleo re obtaining wordperfect or msword version of FAC.

| CRAIGS | 11/15/2005 | 1.9 | $250.00 | $475.00 |

Continue first draft of Plaintiff's First Set of Discovery Requests.

| RAND | 11/15/2005 | 0.2 | $495.00 | $99.00 |

review and revise draft of initial disclosures

| CRAIGS | 11/16/2005 | 0.1 | $250.00 | NC |

Receive email from co-counsel Arleo indicating she does not have a computer file of the First Amended Complaint, was lost during a move.

| CRAIGS | 11/16/2005 | 1.8 | $250.00 | $450.00 |

Complete first draft of Plaintiff's First Set of Discovery Requests. Proofread and revise. Forward to Rand for editing.

| RAND | 11/17/2005 | 0.4 | $495.00 | $198.00 |

review and revise written discovery

| CRAIGS | 11/18/2005 | 1.8 | $250.00 | $450.00 |

Revise Plaintiff's First Set of Discovery Requests. Email draft to co-counsel Elizabeth Arleo.

| RAND | 11/18/2005 | 0.2 | $495.00 | $99.00 |

review defendant's Answer and Affirmative Defenses to the First Amended Complaint

| RAND | 11/23/2005 | 0.2 | $495.00 | $99.00 |

review dates and times for status conference and class motion, discuss with Elizabeth Arleo

| CRAIGS | 11/28/2005 | 0.3 | $250.00 | NC |

Email Rand and Shannon re revisions to Discovery and updating co-counsel's firm name and address.

| RAND | 11/28/2005 | 0.1 | $495.00 | $49.50 |

review revisions to class discovery

| SHANNON | 11/28/2005 | 0.1 | $125.00 | NC |

Updated contact info for Eliz Arleo

| CRAIGS | 11/28/2005 | 0.3 | $250.00 | $75.00 |

Conference with Rand re discovery requests and co-counsel's deletions. Email to co-counsel re same.

| CRAIGS | 11/28/2005 | 0.2 | $250.00 | NC |

Receive and read email from co-counsel re admission PHV.

| RAND | 11/29/2005 | 0.2 | $495.00 | $99.00 |

review Defendant's initial disclosures

| SHANNON | 11/29/2005 | 0.2 | $125.00 | $25.00 |

Prepared PHV for Atty Craig Shapiro



| RAND | 12/03/2005 | 0.2 | $495.00 | $99.00 |

review letter brief re dec 6 status conference, diary dates and contact information

| RAND | 12/06/2005 | 0.6 | $495.00 | $297.00 |

prepare for and attend telephone status conference with Judge Brooks

| SHANNON | 12/09/2005 | 0.1 | $125.00 | NC |

docketed cutoff f . Settlement Conference at 1:30 pm D:April 10, 2006

| CRAIGS | 12/12/2005 | 0.2 | $250.00 | NC |

Receive email from co-counsel Elizabeth Arleo re my PHV application. Access network thru Citrix to determine if we have copy of Order. Email to Shannon re same.

| CRAIGS | 12/13/2005 | 0.1 | $250.00 | NC |

Receive from co-counsel Elizabeth Arleo the receipt for payment of my PHV fee.

| CRAIGS | 12/21/2005 | 0.1 | $250.00 | $25.00 |

Email from co-counsel Elizabeth Arleo re Defendant's Reply re class certification.

| RAND | 12/21/2005 | 0.2 | $495.00 | $99.00 |

email from/to Elizabeth Arleo re reply brief for class certification

| RAND | 12/23/2005 | 0.9 | $495.00 | $445.50 |

review defendants' opposition to class certification, research, outline reply brief, t/c to Elizabeth Arelo re reply brief

| RAND | 12/26/2005 | 1.3 | $495.00 | $643.50 |

research and prepare reply memorandum for class certification

| CRAIGS | 12/27/2005 | 0.1 | $250.00 | NC |

Email from co-counsel Elizabeth Arleo re class brief and resetting of hearing.

| RAND | 12/27/2005 | 0.1 | $495.00 | $49.50 |

review Order rescheduling class hearing for Jan. 26 and diary

| RAND | 12/27/2005 | 0.8 | $495.00 | $396.00 |

research and prepare class reply brief

| RAND | 01/13/2006 | 0.3 | $495.00 | $148.50 |

review class cert decision in Paulmer holding that class cert is available for Rosenthal

claims, email decision to Elizabeth Arleo

| RAND | 01/17/2006 | 0.8 | $495.00 | $396.00 |
|---|---|---|---|---|

review and revise Reply Brief for class certification

| RAND | 01/18/2006 | 0.9 | $495.00 | $445.50 |
|---|---|---|---|---|

review defendant's responses to written discovery, identify requests re motion to compel, email comments to co-counsel, Rule 30(b)(6) deposition, summary judgment

| RAND | 01/18/2006 | 0.2 | $495.00 | $99.00 |
|---|---|---|---|---|

discuss revisions to draft of reply brief re class certification and presentation of oral argument

| CRAIGS | 01/18/2006 | 0.1 | $250.00 | $25.00 |
|---|---|---|---|---|

Email from Rand re Defendants' discovery responses, possibly moving to compel, taking a 30(b)(6) deposition, and beginning plaintiff's MSJ.

| CRAIGS | 01/19/2006 | 0.2 | $250.00 | NC |
|---|---|---|---|---|

Email from co-counsel Elizabeth Arleo indicating that she will be filing this afternoon Plaintiff's Request for Judicial Notice and Reply in Support of Plaintiff's Motion for Class Certification. Reviewed request for judicial notice.

| RAND | 01/24/2006 | 0.2 | $495.00 | $99.00 |
|---|---|---|---|---|

email from/to Elizabeth re Rule 30(b)(6) deposition of Arrow and summary judgment

| RAND | 01/24/2006 | 0.1 | $495.00 | NC |
|---|---|---|---|---|

I gave original assignment to Craigs prepare Rule 30(b)(6) Notice TO: craigs FROM: rand D:1/31/06 prepare Rule 30(b)(6) deposition notice to take place here, leave date open, see Gacy for a sample. Due: 1/31/06

| RAND | 01/24/2006 | 0.1 | $495.00 | NC |
|---|---|---|---|---|

I gave original assignment to craigs prepare summary judgment TO: craigs FROM: rand D:2/7/06 check local rules and prepare draft of summary judgment documents. Due: 2/7/06

| CRAIGS | 01/26/2006 | 0.8 | $250.00 | $200.00 |
|---|---|---|---|---|

Complete first draft of R 30(b)(6) Deposition Notice of representative of Arrow Financial Services LLC

| CRAIGS | 01/31/2006 | 0.1 | $250.00 | NC |
|---|---|---|---|---|

Receive and review email from co-counsel Elizabeth Arleo to def atty re substitution of

attorney, accurate service list and scheduling meet and confer.

| RAND | 01/31/2006 | 0.1 | $495.00 | $49.50 |

review email to def atty re discovery

| CRAIGS | 02/08/2006 | 0.3 | $250.00 | NC |

Receive detailed email and review attached cc'd letter of meet and confer letter from co-counsel Elizabeth Arleo to def attys Colman and Reidy.

| CRAIGS | 02/09/2006 | 0.2 | $250.00 | $50.00 |

Review Order granting class certification.

| RAND | 02/10/2006 | 0.1 | $495.00 | $49.50 |

review substitution of attorney

| RAND | 02/10/2006 | 0.6 | $495.00 | $297.00 |

review Order granting class certification, discuss with Elizabeth Arleo as well as discovery and deposition to support summary judgment

| RAND | 02/13/2006 | 0.3 | $495.00 | $148.50 |

review correspondence between def atty and Elizabeth Arleo re meet and confer on discovery

| CRAIGS | 02/20/2006 | 0.1 | $250.00 | NC |

Email to Rand re assignments to draft motion for summary judgment

| CRAIGS | 02/22/2006 | 0.1 | $250.00 | NC |

Receive emails from Elizabeth Arleo re discovery responses and possible motion to compel.

| CRAIGS | 02/22/2006 | 0.4 | $250.00 | $100.00 |

Review Defendant's Notice of Deposition of Plaintiff and First Set of Requests for Production of Documents to Plaintiff

| CRAIGS | 02/27/2006 | 0.2 | $250.00 | $50.00 |

review fax from Elizabeth Arleo to def atty re Defendant's notice of plaintiff's deposition, request for production of documents, meet and confer, and settlement.

| RAND | 02/27/2006 | 0.2 | $495.00 | $99.00 |

Review letter to defendant's attorney regarding deposition of Mr. Gonzales and settlement conference

| CRAIGS | 02/27/2006 | 0.1 | $250.00 | NC |
|---|---|---|---|---|

Emails from Rand and Elizabeth Arleo re Plaintiff's deposition and settlement conference

| RAND | 02/28/2006 | 0.3 | $495.00 | $148.50 |
|---|---|---|---|---|

review draft of settlement letter and email revisions to Elizabeth Arleo review discovery plan and email Elizabeth Arleo

| RAND | 02/28/2006 | 0.4 | $495.00 | $198.00 |
|---|---|---|---|---|

confer with Elizabeth Arleo re deposition of client and further discovery from defendant, confirm deposition date of April 6 at 10:00 AM

| RAND | 03/01/2006 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|

review notice of deposition of client from def atty

| RAND | 03/01/2006 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|

review defendant's request for production of documents to client

| RAND | 03/02/2006 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|

review correspondence re date of client's deposition

| RAND | 03/06/2006 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|

review Second Amended Notice of cliet's deposition and letter re settlement on class basis

| RAND | 03/06/2006 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|

research cases and quotes re use of credit reports

| RAND | 03/08/2006 | 0.4 | $495.00 | $198.00 |
|---|---|---|---|---|

review defendant's supplemental responses to discovery, correspondence re discovery, and changing of client's deposition to April 7

| RAND | 03/08/2006 | 0.1 | $495.00 | NC |
|---|---|---|---|---|

email to Elizabeth Arleo re April 10 settlement conference

| RAND | 03/09/2006 | 0.4 | $495.00 | $198.00 |
|---|---|---|---|---|

review draft of brief for additional discovery, email comments and revisions to Elizabeth Arleo

| CRAIGS | 03/10/2006 | 0.1 | $250.00 | NC |
|---|---|---|---|---|

Receive copied email from Elizabeth Arleo to def atty re Plaintiff's deposition

| RAND | 03/13/2006 | 0.3 | $495.00 | $148.50 |
|---|---|---|---|---|

review Supplemental Discovery Responses from def atty, email Elizabeth Arleo re names and addresses of class members

| CRAIGS | 03/13/2006 | 0.1 | $250.00 | NC |
|---|---|---|---|---|

review email from Elizabeth Arleo re Rand's itinerary in California

| SHANNON | 03/13/2006 | 0.1 | $125.00 | NC |
|---|---|---|---|---|

docketed Dep of Client of Johnny Gonzales. Noticed for: April 7, 2006 by 1

| RAND | 03/13/2006 | 0.2 | $495.00 | $99.00 |
|---|---|---|---|---|

review motion to compel, memorandum in support, and other supporting documents

| RAND | 03/14/2006 | 0.5 | $495.00 | $247.50 |
|---|---|---|---|---|

review def atty's email re depositions, discuss preparation of client with Elizabeth Arleo and April 10 motions and status

| CRAIGS | 03/15/2006 | 1.3 | $250.00 | $325.00 |
|---|---|---|---|---|

Receive Elizabeth Arleo's draft of 30(b)(6) dep notice, revise and make corrections. Draft dep notice of Brian Cutler, Executive VP and Chief Technology Officer.

| CRAIGS | 03/17/2006 | 0.1 | $250.00 | NC |
|---|---|---|---|---|

Email to/from Elizabeth Arleo re dep notices.

| CRAIGS | 03/20/2006 | 0.3 | $250.00 | $75.00 |
|---|---|---|---|---|

Receive from Elizabeth Arelo and review draft of Plaintiff's Response to RPD.

| RAND | 03/21/2006 | 0.4 | $495.00 | $198.00 |
|---|---|---|---|---|

review and revise response to defendant's request for production of documents

| CRAIGS | 03/21/2006 | 0.1 | $250.00 | NC |
|---|---|---|---|---|

Email from Rand re changes to discovery responses

| RAND | 03/27/2006 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|

review letter re location of Ismeal Robles for deposition

| CRAIGS | 03/27/2006 | 0.4 | $250.00 | NC |
|---|---|---|---|---|

Email from/to Elizabeth Arleo re 30(b)(6) dep notice and Replies in Support of Motion for leave to conduct additional discovery and Motion to Compel. Revise 30(b)(6) dep notice.



CRAIGS | 03/27/2006 | 1.1 | $250.00 | NC

Emails from/to Elizabeth Arleo re speaking tomorrow re Reply briefs. Review Motion to Compel and Defendant's Opposition thereto.

CRAIGS | 03/28/2006 | 1.3 | $250.00 | $325.00

Review Motion for Leave to Conduct Additional Discovery and Defendant's Response thereto

CRAIGS | 03/28/2006 | 0.6 | $250.00 | $150.00

t/c from Elizabeth Arleo, discuss strategy re Replies in Support of Motions to Compel and for Leave to Serve Additional Discovery

CRAIGS | 03/29/2006 | 3.7 | $250.00 | $925.00

Drafting Reply in Support of Plaintiff's Motion for Leave To Serve Additional Discovery

CRAIGS | 03/30/2006 | 1.8 | $250.00 | $450.00

Complete first draft of Reply in Support of Motion for Leave to Serve Additional Discovery

CRAIGS | 03/30/2006 | 1.2 | $250.00 | $300.00

Begin Reply in Support of Motion to Compel

RAND | 03/31/2006 | 0.2 | $495.00 | $99.00

review and forward documents to client for preparation for his deposition

CRAIGS | 03/31/2006 | 3.8 | $250.00 | $950.00

Continue drafting reply in support of motion to compel

CRAIGS | 03/31/2006 | 1.2 | $250.00 | $300.00

Complete first draft of Reply in Support of Plaintiff's Motion to Compel

CRAIGS | 03/31/2006 | 0.6 | $250.00 | $150.00

revisions to Reply in Support of motion to compel

CRAIGS | 03/31/2006 | 0.8 | $250.00 | $200.00

Revisions to Reply in Support of Motion to serve addtional discovery

CRAIGS | 04/03/2006 | 0.3 | $250.00 | $75.00

Receive via email from Elizabeth Arleo's office Reply Briefs in Support of Motions to Compel and for Leave to Serve Additional Dsicovery. Review final versions of both briefs.

| RAND | 04/03/2006 | 0.2 | $495.00 | $99.00 |

review reply brief in support of discovery motions

| RAND | 04/04/2006 | 0.1 | $495.00 | NC |

I gave original assignment to shannon calculate costs and fees TO: shannon FROM: rand D:4/5/06 by the end of Wednesday calculate the total costs and fees expended in this case. Due: 4/5/06

| RAND | 04/04/2006 | 0.4 | $495.00 | $198.00 |

review and revise draft of ENE letter to Judge, discuss deposition of client and ENE with Elizabeth Arleo

| CRAIGS | 04/04/2006 | 0.1 | $250.00 | NC |

Receive email from Elizabeth Arleo re letter to Judge in preparation for ENE.

| SHANNON | 04/04/2006 | 0.1 | $125.00 | $12.50 |

Prepared Attys Costs & Fees report.

| RAND | 04/05/2006 | 0.2 | $495.00 | $99.00 |

email from/to Elizabeth Arleo re revisions to ENE letter to Judge

| CRAIGS | 04/05/2006 | 0.2 | $250.00 | NC |

Emails from Elizabeth Arleo and Rand re letter to Judge re ENE.

| RAND | 04/06/2006 | 7.8 | $495.00 | $3,861.00 |

travel to Ramona, CA for client's deposition, review and prepare while in trt

| RAND | 04/06/2006 | 1.7 | $495.00 | $841.50 |

prepare client for deposition

| RAND | 04/07/2006 | 2.5 | $495.00 | $1,237.50 |

defend client at his deposition

| RAND | 04/10/2006 | 1.9 | $495.00 | $940.50 |

attend hearings on motion to compel and motion to file additional discovery

| RAND | 04/10/2006 | 1.8 | $495.00 | $891.00 |

conference with client and attendance settlement conference

| RAND | 04/11/2006 | 6.8 | $495.00 | $3,366.00 |

travel back to Chicago

| SHANNON | 04/13/2006 | 0.1 | $125.00 | NC |

docketed cutoff f . Mandatory settlement conference at 2 pm. Briefs due by to Judge Brown's Chambers no later than 08-08-06. D:August 15, 2006

| SHANNON | 04/13/2006 | 0.1 | $125.00 | NC |

docketed cutoff f . Briefs re settlement cof are due by this date. D:August 8, 2006

| CRAIGS | 04/13/2006 | 0.1 | $250.00 | NC |

Review Order regarding mandatory settlement conference in August.

| RAND | 04/13/2006 | 0.1 | $495.00 | $49.50 |

review Order setting settlement conference for August 15 and settlement briefs due August 8

| RAND | 04/18/2006 | 0.1 | $495.00 | $49.50 |

review defendants' Amended Privilege Log

| RAND | 04/19/2006 | 0.2 | $495.00 | NC |

email to Elizabeth Arleo re expert witness for plaintiff

| RAND | 04/20/2006 | 0.1 | $495.00 | NC |

email from Elizabeth Arleo to def atty re production of documents pursuant to Order

| RAND | 04/24/2006 | 0.1 | $495.00 | $49.50 |

review response date to Plaintiff's 2d set of discovery re scheduling Arrow's Rule 30(b)(6) deposition

| RAND | 04/25/2006 | 0.2 | $495.00 | $99.00 |

emails with Elizabeth Arleo re production of Arrow's additional documents and scheduling of defendants' depositions

| CRAIGS | 04/25/2006 | 0.1 | $250.00 | NC |

Email from Elizabeth Arleo re outstanding discovery and depositions

| RAND | 04/29/2006 | 0.2 | $495.00 | $99.00 |

review Arrow's settlement offer and email comments to Elizabeth Arleo

| RAND | 04/29/2006 | 0.2 | $495.00 | $99.00 |

review defendants' amended privilege log and Elizabeth Arleo's letter brief in support of
motion to compel

| RAND | 05/03/2006 | 0.1 | $495.00 | $49.50 |

reviw Court's Notice of Document Discrepancy re Arrow's Amended Privilege Log

| RAND | 05/03/2006 | 0.2 | $495.00 | $99.00 |

review defendants' letter brief re attorney-client privilege, etc. and attachment

| CRAIGS | 05/08/2006 | 0.3 | $250.00 | NC |

review order denying plaintiff's motion to compel regarding requests for production of
documents #s 8 and 20

| RAND | 05/09/2006 | 0.1 | $495.00 | NC |

review Order denying plaintiff's motion to compel production of documents

| RAND | 05/25/2006 | 0.1 | $495.00 | $49.50 |

email from/to Elizabeth re defendants' further responses to discovery

| RAND | 06/01/2006 | 0.5 | $495.00 | $247.50 |

review Arrow's objections and responses to additional discovery, email Elizabeth Arelo re
motion to compel

| CRAIGS | 06/09/2006 | 0.9 | $250.00 | $225.00 |

Email from Elizabeth Arleo/Rand re Arrow's asserted lack of dox responsive to last RPD.
Amend 30(b)(6) notice of Arrow to include topics covering these documents. Review last
RPD.

| RAND | 06/14/2006 | 0.3 | $495.00 | $148.50 |

review Arrow's responses to 2d set of discovery and letter re meet and confer over
objections

| RAND | 06/14/2006 | 0.1 | $495.00 | $49.50 |

review and revise Rule 30(b)(6) deposition notice for Arrow

| CRAIGS | 06/14/2006 | 0.6 | $250.00 | NC |

revise 30(b)(6) deposition notice, draft fax cover sheet, have Rand review and sign, direct
shannon to fax and mail copies to defense counsel, elizabeth arleo, and retain copy for our
records

| SHANNON | 06/14/2006 | 0.1 | $125.00 | NC |

docketed Dep 10:00 AM of witness of Designated witness for Arrow Services. Noticed for:
June 30, 2006 by Plaintiff

| SHANNON | 06/14/2006 | 0.1 | $125.00 | NC |
|---|---|---|---|---|

Scheduled court reporter for Deposition of designated witness form Arrow Financial.

| CRAIGS | 06/16/2006 | 0.1 | $250.00 | $25.00 |
|---|---|---|---|---|

Email from Elizabeth Arleo re t/c with David Reidy re Defendant's discovery responses.
Also re 30(b)(6) dep of Arrow and other deps.

| RAND | 06/16/2006 | 0.3 | $495.00 | $148.50 |
|---|---|---|---|---|

emails from/to Elizabeth Arleo re discovery, depositions, and motion for summary
judgment

| RAND | 06/21/2006 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|

review notice of deposition and diary date and time

| CRAIGS | 06/22/2006 | 0.3 | $250.00 | $75.00 |
|---|---|---|---|---|

Email from Elizabeth Arleo re 30(b)(6) dep, written discovery, stip re extension of
deadlines, and attaching letter from defense counsel. review letter from defense counsel.

| RAND | 06/24/2006 | 0.2 | $495.00 | $99.00 |
|---|---|---|---|---|

review letter from defendant's attorney and emails from Elizabeth Arleo re depositions and
stipulation of facts

| CRAIGS | 06/26/2006 | 0.1 | $250.00 | NC |
|---|---|---|---|---|

Discuss with Rand whether dep will proceed this Friday

| RAND | 06/27/2006 | 0.2 | $495.00 | $99.00 |
|---|---|---|---|---|

t/c with Elizabeth Arleo re stipulating to facts and eliminating depositionsm new date and
time to conference with defense counsel, email with defense counsel re proposed
stipulations

| RAND | 06/28/2006 | 1.3 | $495.00 | $643.50 |
|---|---|---|---|---|

t/c with Elizabeth Arleo in preparation for conference with defense counsel re discovery and
depositions, conference with counsel re discovery and depositions

| CRAIGS | 06/28/2006 | 0.1 | $250.00 | NC |
|---|---|---|---|---|

informed by Rand that Friday's deposition will not be proceeding as planned.

| CRAIGS | 06/29/2006 | 0.2 | $250.00 | NC |
|---|---|---|---|---|

Emails from/to Elizabeth Arleo and Rand re substitution of David Schultz

| RAND | 06/30/2006 | 0.1 | $495.00 | $49.50 |
|------|------------|-----|---------|--------|

review Order rescheduling settlement conference for Oct. 3

| RAND | 07/03/2006 | 0.1 | $495.00 | $49.50 |
|------|------------|-----|---------|--------|

review June 20, 2006 Order rescheduling discovery cutoff and motions deadlines

| CRAIGS | 07/05/2006 | 0.1 | $250.00 | NC |
|--------|------------|-----|---------|-----|

revise 30(b)(6) dep notice and email to Elizabeth Arleo

| SHANNON | 07/05/2006 | 0.1 | $125.00 | NC |
|---------|------------|-----|---------|-----|

docketed cutoff f . Pretrial Conf. at 3 pm. D:October 19, 2006

| SHANNON | 07/05/2006 | 0.1 | $125.00 | NC |
|---------|------------|-----|---------|-----|

docketed cutoff f . FRCP 26(a)(3) pretrial disclosures, objections, etc shall be lodged with court on or before this date. D: October 12, 2006

| RAND | 07/05/2006 | 0.1 | $495.00 | $49.50 |
|------|------------|-----|---------|--------|

review letter to defense attorneys re deposition of Arrow

| RAND | 07/06/2006 | 0.3 | $495.00 | $148.50 |
|------|------------|-----|---------|---------|

research and send standards for summary judgment and least sophisticated debt to Elizabeth Arleo for her draft of the summary judgment brief

| CRAIGS | 07/06/2006 | 0.2 | $250.00 | $50.00 |
|--------|------------|-----|---------|--------|

review ex parte application to compel rule 30(b)(6) dep, and supporting documents.

| RAND | 07/06/2006 | 0.4 | $495.00 | $198.00 |
|------|------------|-----|---------|---------|

review motion to compel Arrow's deposition

| RAND | 07/07/2006 | 0.3 | $495.00 | $148.50 |
|------|------------|-----|---------|---------|

docket (on my calendar) hearing today with Mag. Judge Brooks re Arrows deposition, t/c with Elizabeth Arleo, t/c to def atty David Schultz

| SHANNON | 07/07/2006 | 0.1 | $125.00 | NC |
|---------|------------|-----|---------|-----|

Scheduled court reporter for Arrow PMK on 07-10-06

| RAND | 07/07/2006 | 0.3 | $495.00 | $148.50 |
|------|------------|-----|---------|---------|

t/c's with def atty David Schultz and Elizabeth Arleo re deposition dates and stipulation of

facts



| RAND | 07/07/2006 | 0.2 | $495.00 | $99.00 |

review emails re preparation of statement of material facts which would eliminate the need for depositions

| RAND | 07/07/2006 | 0.7 | $495.00 | $346.50 |

prepare draft of Statement of Material Facts

| RAND | 07/07/2006 | 0.2 | $495.00 | $99.00 |

review and revise letter to David Schultz re depositions and Statement of Material Facts

| RAND | 07/08/2006 | 1.8 | $495.00 | $891.00 |

research and prepare Statement of Material Facts for use in motions for summary judgment

| RAND | 07/10/2006 | 1.7 | $495.00 | $841.50 |

research and prepare class notice and motion for approval, email comments to Elizabeth Arleo

| RAND | 07/10/2006 | 0.2 | $495.00 | $99.00 |

discuss class notice and expedited motion for names and addresses with Elizabeth Arleo

| SHANNON | 07/11/2006 | 0.1 | $125.00 | NC |

docketed cutoff f . Hrg on Mtn at 10 am to Compel Def's to Produce Docs D:July 31, 2006

| RAND | 07/11/2006 | 0.3 | $495.00 | $148.50 |

prepare 2d notion fo Arrow's deposition and arrange sending to counsel

| RAND | 07/11/2006 | 0.2 | $495.00 | $99.00 |

review discovery requests and Order re motion to compel re names and addresses of class members

| RAND | 07/11/2006 | 0.7 | $495.00 | $346.50 |

revise Statement of Material Facts, email def atty David Schultz re Class Notice, Statement of Material Facts, and Facts

| RAND | 07/13/2006 | 0.1 | $495.00 | $49.50 |

email from/to Elizabet Arleo re settlement tactics

| RAND | 07/14/2006 | 0.1 | $495.00 | $49.50 |

t/c with defense counsel re deposition of Arrow

| RAND | | 07/17/2006 | 0.2 | $495.00 | $99.00 |
|------|--|-----------|-----|---------|--------|

emails from/to Elizabeth Arleo and make revisions to statement of material facts

| RAND | | 07/18/2006 | 0.3 | $495.00 | $148.50 |
|------|--|-----------|-----|---------|---------|

emails from/to def atty David Schultz re class names and addresses, class notice, and depositions

| RAND | | 07/18/2006 | 1.4 | $495.00 | $693.00 |
|------|--|-----------|-----|---------|---------|

research and revise the draft of our summary judgment brief

| RAND | | 07/18/2006 | 0.5 | $495.00 | $247.50 |
|------|--|-----------|-----|---------|---------|

t/c with Elizabeth Arleo and review correspondence from def atty David Schultz re deposition topics and Statement of Material Facts

| RAND | | 07/18/2006 | 0.6 | $495.00 | $297.00 |
|------|--|-----------|-----|---------|---------|

t/c's and emails with David Schultz and Elizabeth Arleo re Robles deposition

| RAND | | 07/18/2006 | 0.3 | $495.00 | $148.50 |
|------|--|-----------|-----|---------|---------|

review and prepare for deposition of Arrow

| RAND | | 07/19/2006 | 1.2 | $495.00 | $594.00 |
|------|--|-----------|-----|---------|---------|

review discovery responses, discuss depositions with Elizabeth Arleo, prepare for deposition of Arrow

| SHANNON | | 07/19/2006 | 0.1 | $125.00 | $12.50 |
|---------|--|-----------|-----|---------|--------|

Prepared documents for Robels Dep

| RAND | | 07/20/2006 | 0.1 | $495.00 | $49.50 |
|------|--|-----------|-----|---------|--------|

review estimate from First Class, Inc. re estimate for mailing class notice

| RAND | | 07/20/2006 | 1.4 | $495.00 | $693.00 |
|------|--|-----------|-----|---------|---------|

review discovery and discuss with Elizabeth Arleo in preparation for Arrow's deposition

| RAND | | 07/20/2006 | 0.2 | $495.00 | $99.00 |
|------|--|-----------|-----|---------|--------|

review summary of deposition of Ismail Robles and discuss with Elizabeth Arleo

| RAND | | 07/20/2006 | 2.3 | $495.00 | $1,138.50 |
|------|--|-----------|-----|---------|-----------|

take Rule 30(b)(6) deposition of Arrow Financial

| RAND | 07/20/2006 | 0.2 | $495.00 | $99.00 |

provide summary of Arrow deposition to Elizabeth Arleo

| RAND | 07/24/2006 | 0.2 | $495.00 | $99.00 |

emails with Elizabeth Arleo and t/c with David Schultz re names and addresses of the class members

| RAND | 07/26/2006 | 0.2 | $495.00 | $99.00 |

emails with First Class re sending class notice, email from defense attorney re revisions to the class notice

| RAND | 07/27/2006 | 0.3 | $495.00 | $148.50 |

review class list and forward to Elizabeth Arleo

| RAND | 07/27/2006 | 0.3 | $495.00 | $148.50 |

review proposed revision to the class notice, emails from/to Elizabeth Arleo to discuss, t/c to def atty David Schultz to discuss

| RAND | 07/27/2006 | 0.1 | $495.00 | $49.50 |

t/c with David Schultz to resolve the text of the class notice

| RAND | 07/27/2006 | 0.2 | $495.00 | $99.00 |

discuss class notice issues with Elizabeth Arleo

| RAND | 07/29/2006 | 0.5 | $495.00 | $247.50 |

prepare joint motion for approval of class notice and forward to counsel for review

| RAND | 07/31/2006 | 0.2 | $495.00 | $99.00 |

t/c with Elizabeth Arleo re hearing on our motion to compel and due dates in August

| RAND | 07/31/2006 | 0.7 | $495.00 | $346.50 |

prepare Stipulation for approval and mailing of class notice

| SHANNON | 08/01/2006 | 0.2 | $125.00 | $25.00 |

reviewing and drafting Class member notification letter.

| RAND | 08/01/2006 | 0.4 | $495.00 | $198.00 |

review Arrow's redraft of class notice, make corrections, and inform defense attorney, email

with counsel re expedited procedure for Court approval of class notice

| RAND | 08/02/2006 | 0.3 | $495.00 | $148.50 |

t/c with David Schultz re class notification and request to move the deadlines, t/c with Elizabeth Arleo to discuss

| RAND | 08/03/2006 | 0.2 | $495.00 | $99.00 |

review revised Stipulation for class notification and forward to David Schultz

| RAND | 08/04/2006 | 0.5 | $495.00 | $247.50 |

review Arrow's Motion to Decertify the Class and supporting documents, email comments to Elizabeth Arleo

| RAND | 08/05/2006 | 2.8 | $495.00 | $1,386.00 |

research and prepare opposition to motion for class decertification

| RAND | 08/07/2006 | 0.1 | $495.00 | $49.50 |

review emails from counsel re protective order and production of collection manuals

| RAND | 08/07/2006 | 0.5 | $495.00 | $247.50 |

review Arrow's produced manuals and documents, email comments to Elizabeth Arleo

| CRAIGS | 08/08/2006 | 0.4 | $250.00 | $100.00 |

review Defendant's Motion to decertify class

| CRAIGS | 08/08/2006 | 0.5 | $250.00 | $125.00 |

Several emails from/to Elizabeth Arleo re statement of material facts and researching dox produced by David Schultz to support facts.

| RAND | 08/08/2006 | 0.2 | $495.00 | $99.00 |

discuss dates of arguments of cross motions for summary judgment and motion to decertify with Elizabeth Arleo

| CRAIGS | 08/08/2006 | 3.2 | $250.00 | $800.00 |

reviewing documents produced by Defendant

| RAND | 08/08/2006 | 0.3 | $495.00 | $148.50 |

discuss Statement of Material Facts and our Summary Judgment brief with Elizabeth

| RAND | 08/09/2006 | 3.4 | $495.00 | $1,683.00 |

review draft of Statement of Material Facts and Memorandum in support of Summary Judgment, research and revise, forward comments to Elizabeth Arleo

| CRAIGS | 08/09/2006 | 1.2 | $250.00 | $300.00 |

review documents produced by Arrow. Discuss same with Rand, email to Elizabeth Arleo.

| CRAIGS | 08/09/2006 | 0.6 | $250.00 | $150.00 |

Emails from/to Elizabeth Arleo re documents produced by Arrow, briefly review same again with respect to July 31 Order.

| RAND | 08/11/2006 | 0.1 | $495.00 | $49.50 |

email from/to Elizabeth Arleo re Statement of Material Facts

| RAND | 08/13/2006 | 0.7 | $495.00 | $346.50 |

review Defendant's motion for summary judgment and supporting documents, email comments re preparing our opposition to Elizabeth Arleo

| SHANNON | 08/14/2006 | 0.1 | $125.00 | NC |

docketed cutoff f . Hrg on Sum Judg Mtn at 3pm D:September 14, 2006

| RAND | 08/15/2006 | 0.2 | $495.00 | $99.00 |

arrange with First Class for sending notice to the class

| CRAIGS | 08/16/2006 | 0.1 | $250.00 | $25.00 |

review Order approving class notice

| RAND | 08/16/2006 | 0.2 | $495.00 | $99.00 |

arrange sending of class notice with class administrator First Class, Inc., complete mailing instructions

| CRAIGS | 08/16/2006 | 0.1 | $250.00 | $25.00 |

review email from Elizabeth Arleo re motion to decertify and email to defense counsel re discovery matters, document production.

| CRAIGS | 08/18/2006 | 0.1 | $250.00 | NC |

review emails re Plaintiff's ex parte application and defendants' availability for conference

| RAND | 08/19/2006 | 3.2 | $495.00 | $1,584.00 |

research and prepare opposition to Arrow's motion for summary judgment

| RAND | 08/20/2006 | 0.4 | $495.00 | $198.00 |

research and prepare opposition to Arrow's motion for summary judgment

| RAND | 08/21/2006 | 1.6 | $495.00 | $792.00 |

research and prepare opposition to Arrow's motion for summary judgment

| RAND | 08/21/2006 | 0.1 | $495.00 | $49.50 |

review def atty's letter to Judge Brooks re telephonic appearance

| RAND | 08/21/2006 | 0.2 | $495.00 | $99.00 |

complete mailing instructions form for sending class notice and return to First Class

| RAND | 08/22/2006 | 2.1 | $495.00 | $1,039.50 |

research and prepare Opposition to Defendant's Motion for Summary Judgment, email to Elizabeth Arleo for review

| RAND | 08/23/2006 | 0.1 | $495.00 | $49.50 |

review Order granting telephonic appearance by David Schultz

| RAND | 08/25/2006 | 0.1 | $495.00 | $49.50 |

review format of class notice and approve for mailing

| RAND | 09/01/2006 | 0.4 | $495.00 | $198.00 |

review Arrow's opposition to our summary judgment motion

| RAND | 09/01/2006 | 0.5 | $495.00 | $247.50 |

t/c with Elizabeth Arleo re preparation of Reply in support of our summary judgment motion, settlement conference, and other dates for appearance

| RAND | 09/02/2006 | 2.4 | $495.00 | $1,188.00 |

Research and prepare Reply Brief in support of plaintiff's motion for partial summary judgment

| RAND | 09/03/2006 | 0.7 | $495.00 | $346.50 |

research and prepare Reply Memorandum in support of summary judgment

| RAND | 09/06/2006 | 0.1 | $495.00 | $49.50 |

review Order rescheduling settlement for October 5

| RAND | 09/08/2006 | 0.2 | $495.00 | $99.00 |

review Arrow's Summary Judgment Reply Memorandum

| RAND | 09/16/2006 | 2.8 | $495.00 | $1,386.00 |

research and prepare Opposition to Defendant's Motion to Decertify

| RAND | 09/18/2006 | 0.1 | $495.00 | $49.50 |

review letter from class member

| SHANNON | 09/18/2006 | 0.6 | $125.00 | $75.00 |

Reviewed and drafted responses to class member inquiries.

| RAND | 09/18/2006 | 0.3 | $495.00 | $148.50 |

review letters from class members and email comments to Elizabeth Arleo

| RAND | 09/20/2006 | 0.3 | $495.00 | $148.50 |

prepare correspondence in response to inquiries from class members

| RAND | 09/26/2006 | 0.6 | $495.00 | $297.00 |

review and revise settlement letter to Judge Brooks

| RAND | 09/26/2006 | 0.1 | $495.00 | $49.50 |

review inquiry by class member Callen

| SHANNON | 09/29/2006 | 0.1 | $125.00 | NC |

docketed cutoff f . Hrg on Mtn to Decertify Class at 3 pm Ctrm 11 D:October 12, 2006

| RAND | 10/03/2006 | 0.1 | $495.00 | $49.50 |

review Order vacating pretrial conference

| RAND | 10/05/2006 | 0.4 | $495.00 | $198.00 |

review defendant's reply brief in support of decertification of the class

| RAND | 10/06/2006 | 0.1 | $495.00 | $49.50 |

email from/to Elizabeth Arleo re settlement conference and determining damages

| RAND | 10/16/2006 | 0.1 | $495.00 | $49.50 |

review letter from Maria Guzman requesting exclusion from the class

| CRAIGS | 10/23/2006 | 0.1 | $250.00 | $25.00 |

email from Elizabeth Arleo re class opt-outs and reporting to the court

| RAND | 10/23/2006 | 0.1 | $495.00 | $49.50 |
|------|------------|-----|---------|--------|

email from/to Elizabeth Arleo re preparation and filing of the opt-out report

| RAND | 10/23/2006 | 0.1 | $495.00 | $49.50 |
|------|------------|-----|---------|--------|

review letter from class member re change of address

| CRAIGS | 10/30/2006 | 0.1 | $250.00 | $25.00 |
|--------|------------|-----|---------|--------|

review report of opt-outs re class notice

| RAND | 12/06/2006 | 0.2 | $495.00 | $99.00 |
|------|------------|-----|---------|--------|

research ul Gully v. Arrow Financial

| SHANNON | 01/09/2007 | 0.2 | $125.00 | $25.00 |
|---------|------------|-----|---------|--------|

Reviewed and drafted to class member notice inquiry.

| SHANNON | 01/30/2007 | 0.3 | $125.00 | $37.50 |
|---------|------------|-----|---------|--------|

Reviewed correspondence of class member and prepared written response and cc's co-counsel

| CRAIGS | 06/11/2007 | 0.3 | $250.00 | $75.00 |
|--------|------------|-----|---------|--------|

review Order and Memo granting P's Motion for Partial Summary Judgment and Denying D's MSJ and Motion for Decertification

| RAND | 06/11/2007 | 1 | $495.00 | $495.00 |
|------|------------|---|---------|---------|

review Order granting summary judgment and discuss with Elizabeth Arleo

| RAND | 06/21/2007 | 0.2 | $495.00 | $99.00 |
|------|------------|-----|---------|--------|

discuss settlement with Elizabeth Arleo, review previous settlement demands, and leave a message for David Schultz

| RAND | 07/17/2007 | 0.1 | $495.00 | $49.50 |
|------|------------|-----|---------|--------|

email from/to Elizabeth Arleo and t/c call to David Schultz re returning to mediation

| RAND | 07/19/2007 | 0.1 | $495.00 | NC |
|------|------------|-----|---------|----|

t/c to Dave Schultz

| RAND | 08/06/2007 | 0.1 | $495.00 | $49.50 |
|------|------------|-----|---------|--------|

review draft of letter to Judge Brooks to reconvene settlement discussions and email

comments to Elizabeth Arleo

| RAND | 08/09/2007 | 0.2 | $495.00 | $99.00 |
|------|------------|-----|---------|--------|

review and revise settlement demand letter to the Magistrate Judge

| RAND | 08/21/2007 | 0.7 | $495.00 | $346.50 |
|------|------------|-----|---------|---------|

review, research, and prepare for conference with client in preparation for settlement conference

| RAND | 08/21/2007 | 0.4 | $495.00 | $198.00 |
|------|------------|-----|---------|---------|

conference call with client and co-counsel in preparation for tomorrow's settlement conference

| RAND | 08/22/2007 | 0.4 | $495.00 | $198.00 |
|------|------------|-----|---------|---------|

conference call with Court re settlement and trial, t/c's with counsel re settlement

| RAND | 08/22/2007 | 0.1 | $495.00 | $49.50 |
|------|------------|-----|---------|--------|

t/c with David Schultz re settlement ne

| RAND | 08/22/2007 | 0.1 | $495.00 | $49.50 |
|------|------------|-----|---------|--------|

review Order setting pretrial and settlement conference

| RAND | 08/28/2007 | 0.8 | $495.00 | $396.00 |
|------|------------|-----|---------|---------|

research LR 16.1 and 51.1, review requirements for pretrial and preparation of pretrial order, email defense counsel re upcoming pretrial dates and submitting the determination of damages on briefs

| RAND | 08/28/2007 | 0.2 | $495.00 | NC |
|------|------------|-----|---------|----|

emails with counsel re moving the date for the settlement conference

| RAND | 08/30/2007 | 0.1 | $495.00 | $49.50 |
|------|------------|-----|---------|--------|

response of defendant re waiver of trial

| RAND | 09/04/2007 | 0.1 | $495.00 | $49.50 |
|------|------------|-----|---------|--------|

review Order rescheduling mandatory settlement conference

| RAND | 09/14/2007 | 0.3 | $495.00 | $148.50 |
|------|------------|-----|---------|---------|

review Orders and LR 16.1 re preparation of the Pretrial Order

| RAND | 09/15/2007 | 2.6 | $495.00 | $1,287.00 |
|------|------------|-----|---------|-----------|

research and prepare Memorandum of Contentions of Fact and Law, Witness List, Exhibit List, and Pretrial order

| RAND | 09/19/2007 | 0.6 | $495.00 | $297.00 |
|------|------------|-----|---------|---------|

prepare Memorandum of Plaintiff's Contentions and send to Elizathe Arleo for review and comment

| RAND | 09/25/2007 | 0.1 | $495.00 | $49.50 |
|------|------------|-----|---------|--------|

t/c with Elizabeth Arleo re preparation of Plaintiff's Contentions and Pretrial Order

| RAND | 09/27/2007 | 0.8 | $495.00 | $396.00 |
|------|------------|-----|---------|---------|

review LR 16.1 and drafts of Pretrial documents in preparation for conference with Elizabeth Arleo

| RAND | 09/28/2007 | 0.7 | $495.00 | $346.50 |
|------|------------|-----|---------|---------|

conference with Elizabeth Arleo re finalizing the Contentions and our draft of the Pretrial Order

| RAND | 09/28/2007 | 0.8 | $495.00 | $396.00 |
|------|------------|-----|---------|---------|

research and revise our draft of Contentions and Pretrial Order

| RAND | 10/01/2007 | 0.2 | $495.00 | NC |
|------|------------|-----|---------|----|

research and email with Ron Wilcox re remedies under both the FDCPA and the CA FDCPA

| RAND | 10/01/2007 | 0.1 | $495.00 | $49.50 |
|------|------------|-----|---------|--------|

email from/to Elizabeth Arleo re adding witness to list

| RAND | 10/02/2007 | 0.2 | $495.00 | $99.00 |
|------|------------|-----|---------|--------|

t/c with Elizabeth Arleo to discuss adding persons to our witness list

| RAND | 10/02/2007 | 0.1 | $495.00 | $49.50 |
|------|------------|-----|---------|--------|

review Notice reassigning the case to Judge Sammartino

| CRAIGS | 10/02/2007 | 0.1 | $250.00 | $25.00 |
|--------|------------|-----|---------|--------|

review notice reassigning case to Judge Sammartino

| RAND | 10/03/2007 | 0.7 | $495.00 | $346.50 |
|------|------------|-----|---------|---------|

research and revise Plaintiff's Contentions of Fact and Law and my draft of Pretrial Order

| RAND | 10/04/2007 | 0.2 | $495.00 | $99.00 |

emails from/to Elizabeth Arleo re trial strategy

| RAND | 10/04/2007 | 0.3 | $495.00 | $148.50 |

prepare Plaintiff's Contents for filing and revise draft of Pretrial Order, emails from/to Elizabeth Arleo re final version

| RAND | 10/05/2007 | 0.6 | $495.00 | $297.00 |

discuss with Elizabeth Arleo, complete, and file Plaintiff's Contentions

| CRAIGS | 10/05/2007 | 0.3 | $250.00 | $75.00 |

review Plaintiff's and Defendant's contentions of fact and law

| RAND | 10/05/2007 | 1.7 | $495.00 | $841.50 |

review Defendant's Contentions and research multiple recovery of damages

| RAND | 10/09/2007 | 0.2 | $495.00 | $99.00 |

t/c with Elizabeth Arleo re Court's requested revisions and corrections to Plaintiff's Contentions

| RAND | 10/09/2007 | 0.1 | $495.00 | $49.50 |

email to counsel re preparation of the Pretrial Order

| RAND | 10/10/2007 | 0.9 | $495.00 | $445.50 |

review and prepare for meeting of counsel, revise draft of the Pretrial Order

| RAND | 10/10/2007 | 2.2 | $495.00 | $1,089.00 |

attend the attorneys meeting to prepare the Pretrial Order

| RAND | 10/10/2007 | 2.3 | $495.00 | $1,138.50 |

prepare Pretrial Order adding and revising per defendant's input

| RAND | 10/11/2007 | 0.1 | $495.00 | $49.50 |

review Order reassigning the case to Judge Huston

| RAND | 10/11/2007 | 1.3 | $495.00 | $643.50 |

revise Pretrial Order, discuss with Jennifer Weller and Elizabeth Arleo

| RAND | 10/11/2007 | 0.1 | $495.00 | $49.50 |

t/c with defense counsel re Pretrial Order

| RAND | 10/12/2007 | 0.8 | $495.00 | $396.00 |

emails from/to defense counsel and prepare Pretrial Order

| RAND | 10/12/2007 | 0.3 | $495.00 | $148.50 |

discussion with defense counsel re preparation of Pretrial Order

| RAND | 10/12/2007 | 0.2 | $495.00 | $99.00 |

emails with counsel re preparation and submission of Pretrial Order.

| RAND | 10/15/2007 | 0.9 | $495.00 | $445.50 |

emails and t/c's with counsel re Pretrial Order, prepare and email Pretrial Order to Judge Hudson

| RAND | 10/19/2007 | 0.1 | $495.00 | $49.50 |

email from/to Elizabeth Arleo re preparation for and responsibilities at the Pretrial Conference

| RAND | 10/19/2007 | 0.7 | $495.00 | $346.50 |

research and begin draft of jury instructions, motions in limine, verdict sheet, and voir dire

| RAND | 10/22/2007 | 13.2 | $495.00 | $6,534.00 |

travel to San Diego, review and prepare for Pretrial hearing in trt, receive message that Courthouse closed due to fires in the area and Pretrial continued, return to Chicago

| RAND | 10/24/2007 | 0.1 | $495.00 | $49.50 |

email from/to Elizabeth Arleo re rescheduling the Pretrial

| RAND | 11/03/2007 | 0.2 | $495.00 | $99.00 |

review Order rescheduling Pretril to Nov. 26 and exchange emails with counsel

| RAND | 11/05/2007 | 0.4 | $495.00 | $198.00 |

t/c with Elizabeth Arleo re Settlement Conference and Pretrial, conduct of the Trial

| RAND | 11/12/2007 | 0.4 | $495.00 | $198.00 |

emails with co-counsel re settlement approach, t/c with defense counsel re settlement proposal

| RAND | 11/13/2007 | 0.1 | $495.00 | $49.50 |

review draft of settlement letter to Magistrate Judge Brooks and comment to Elizabeth Arleo

| SHANNON | 11/20/2007 | 0.2 | $125.00 | $25.00 |
|---|---|---|---|---|

Prepared atty costs & fees report

| RAND | 11/20/2007 | 0.2 | $495.00 | $99.00 |
|---|---|---|---|---|

emails with Elizabeth Arleo re preparation for settlement conference and Pretrial

| RAND | 11/25/2007 | 6.8 | $495.00 | $3,366.00 |
|---|---|---|---|---|

Travel to San Diego for Settlement Conference and Pretrial Conference, review and prepare while in transit

| RAND | 11/26/2007 | 4.3 | $495.00 | $2,128.50 |
|---|---|---|---|---|

meet with client and co-counsel, attend Settlement Conference and Pretrial

| RAND | 11/27/2007 | 6.4 | $495.00 | $3,168.00 |
|---|---|---|---|---|

travel back to Chicago from Settlement and Pretrial Conferences

| RAND | 11/28/2007 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|

review Orders setting filing dates for motions in limine and Settlement conference

| RAND | 11/28/2007 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|

review and revise settlement letter to defense attorneys

| RAND | 11/29/2007 | 5.1 | $495.00 | $2,524.50 |
|---|---|---|---|---|

research and prepare motions in limine, jury instructions, statement of facts, and motion to waive jury trial

| RAND | 11/30/2007 | 0.2 | $495.00 | NC |
|---|---|---|---|---|

prepare motion for waiver of jury trial

| RAND | 12/04/2007 | 0.5 | $495.00 | $247.50 |
|---|---|---|---|---|

research and prepare motion in limine re confusion standard

| RAND | 12/05/2007 | 0.3 | $495.00 | $148.50 |
|---|---|---|---|---|

review and approve revisions to statement of facts, motions in limine, waiver of jury trial

| CRAIGS | 12/06/2007 | 0.1 | $250.00 | $25.00 |
|---|---|---|---|---|

email from Elizabeth Arleo requesting my IL bar #, email back with same.

| RAND | 12/06/2007 | 0.4 | $495.00 | $198.00 |

research and prepare motion in limine re recovery under both FDCPA and CA FDCPA, email to Elizabeth Arleo

| RAND | 12/06/2007 | 1 | $495.00 | $495.00 |

review, research, and prepare motions in limine and briefing, and discuss final revisions and filing with Elizabeth Arleo

| RAND | 12/07/2007 | 0.9 | $495.00 | $445.50 |

review redraft of our Findings of Fact and our Jury Instructions and memorandum re damages, research and comment to Elizabeth Arleo, review and revise draft of proposed Order

| CRAIGS | 12/07/2007 | 0.5 | $250.00 | $125.00 |

review Defendant's Motions in Limine and memo in support of limiting damages

| CRAIGS | 12/07/2007 | 0.3 | $250.00 | $75.00 |

review defendant's proposed jury instructions and verdict forms

| RAND | 12/07/2007 | 0.6 | $495.00 | $297.00 |

review Arrow's Notions in limine and memorandum

| RAND | 12/08/2007 | 3.4 | $495.00 | $1,683.00 |

research and prepare Plaintiff's Opposition to Defendant's Memorandum in Support of Its Motion In Limine Precluding Class from Recovering Duplicative Damages

| RAND | 12/09/2007 | 1.7 | $495.00 | $841.50 |

Review Defendant's Proposed Jury Instructions, research and prepare Objections thereto

| RAND | 12/09/2007 | 1 | $495.00 | $495.00 |

Research and prepare Opposition to Defendant's Motion In Limine regarding duplicative damages awards

| RAND | 12/10/2007 | 1.1 | $495.00 | $544.50 |

research and prepare opposition to Arrow's Motion in Limine re duplicative damages

| RAND | 12/11/2007 | 0.2 | $495.00 | $99.00 |

research case law for opposition to Arrow's Motion in Limine re incentive awards and

forward to Elizabeth Arleo

| RAND | 12/11/2007 | 0.3 | $495.00 | $148.50 |

conference with Elizabeth Arleo re preparation of our Opposition to Arrow's Motions in Limine and Jury Instructions

| RAND | 12/11/2007 | 0.2 | $495.00 | $99.00 |

review Arrow's Amended Motions in Limine and Memorandum. email from Arrow's attorney

| CRAIGS | 12/11/2007 | 0.5 | $250.00 | NC |

review defendant's amended motion in limine and brief in support

| RAND | 12/13/2007 | 1.1 | $495.00 | $544.50 |

research and prepare our Opposition to Arrow's motion in limine re statutory damages under both the FDCPA and the CA FDCPA

| RAND | 12/14/2007 | 2.1 | $495.00 | $1,039.50 |

research and prepare our Opposition to Defendants motion in limine re damages under FDCPA and CA FDCPA

| RAND | 12/15/2007 | 1.1 | $495.00 | $544.50 |

review, research, and revise our Opposition to Defendant's Motion in Limine re Incentive Awards

| RAND | 12/17/2007 | 1.4 | $495.00 | $693.00 |

review, research, and revise drafts of our Opposition to Arrow's Motion in Limine re Duplicative Damages and Incentive Awards

| CRAIGS | 12/17/2007 | 0.4 | $250.00 | NC |

review Arrow's objections to P's proposed findings of fact

| RAND | 12/17/2007 | 0.9 | $495.00 | $445.50 |

download and review Arrow's Opposition to our trial documents

| CRAIGS | 12/17/2007 | 1.3 | $250.00 | NC |

review Defendant's responses to motions in limine

| CRAIGS | 12/18/2007 | 0.4 | $250.00 | NC |

review defendant's objections to plaintiff's proposed jury instructions

| RAND | 12/19/2007 | 0.3 | $495.00 | NC |

review Arrow's Opposition to our proposed Jury Instructions

| RAND | 01/10/2008 | 1.4 | $495.00 | $693.00 |

research Costa v. NAFS , prepare notice of recent decision and efile

| RAND | 01/10/2008 | 0.3 | $495.00 | $148.50 |

prepare for motions in limine hearing on Jan. 14, 2008

| RAND | 01/11/2008 | 0.1 | $495.00 | $49.50 |

T/c from the Court canceling Monday's hearing and stating that the Judge would rule w/out a hearing

| RAND | 01/11/2008 | 0.2 | $495.00 | $99.00 |

t/c from Court stating that the 2/14 hearing is back on calendar, discuss with Elizabeth Arleo, left message for David Schultz with that information

| CRAIGS | 01/11/2008 | 0.1 | $250.00 | NC |

review Defendant's response to supplemental authority re motion in limine (costa v NAFS).

| RAND | 01/13/2008 | 7.4 | $495.00 | $3,663.00 |

travel to San Diego for hearing on trial motions and settlement conference, review and prepare on flight

| RAND | 01/14/2008 | 1.8 | $495.00 | $891.00 |

review and meet with client and co-counsel in preparation for hearing and settlement conference

| RAND | 01/14/2008 | 2.1 | $495.00 | $1,039.50 |

attend hearing on trial motions and settlement conference

| SHANNON | 01/14/2008 | 0.1 | $125.00 | $12.50 |

Prepared Costs & Fees Report.

| RAND | 01/15/2008 | 7.2 | $495.00 | NC |

travel back to Chicago

| CRAIGS | 01/15/2008 | 0.1 | $250.00 | $25.00 |

review Order from today's conference



| RAND | 01/16/2008 | 0.1 | $495.00 | $49.50 |

review Jan. 15 Order setting Summary Judgment briefing and hearing and diary dates

| RAND | 01/16/2008 | 0.1 | $495.00 | $49.50 |

emails from/to Elizabeth Arleo re handling potential of Arrow filing an appeal and attorneys

| RAND | 01/16/2008 | 0.1 | $495.00 | $49.50 |

review Order extending time to file Summary Judgment motion for damages

| RAND | 01/16/2008 | 1.5 | $495.00 | $742.50 |

research and prepare memorandum in support of plaintiff's motion for summary judgment re damages

| RAND | 01/18/2008 | 1.4 | $495.00 | $693.00 |

research and prepare summary judgment motion for an award of additional damages

| RAND | 01/18/2008 | 1.7 | $495.00 | $841.50 |

research and prepare memorandum in support of plaintiff's motion for summary judgment for additional damages

| RAND | 01/19/2008 | 2.9 | $495.00 | $1,435.50 |

research and prepare summary judgment brief for statutory damages

| RAND | 01/22/2008 | 0.1 | $495.00 | $49.50 |

review court filed minutes of 01-14-08 settlement conference

| RAND | 01/22/2008 | 0.1 | $495.00 | NC |

review Order clarifying earlier Order

| RAND | 02/01/2008 | 0.3 | $495.00 | $148.50 |

review and prepare summary judgment brief for damages, email comments to Elizabeth Arleo

| RAND | 02/07/2008 | 0.7 | $495.00 | $346.50 |

discuss preparation of documents regarding summary judgment of damages with Elizabeth Arleo, research and forward case law re shifting costs to defendant

| RAND | 02/11/2008 | 1.1 | $495.00 | $544.50 |

review, research, and revise brief for summary judgment award of damages



| RAND | 02/12/2008 | 1.3 | $495.00 | $643.50 |

research and revise our memorandum for summary judgment re damages and supporting documents and discuss revisions and completion of the brief with Elizabeth Arleo

| RAND | 02/13/2008 | 0.2 | $495.00 | $99.00 |

research case law for amount of statutory damages received per class member and send to Elizabeth Arleo

| RAND | 02/13/2008 | 0.1 | $495.00 | $49.50 |

t/c with Elizabeth Arleo to discuss revisions to summary judgment brief for damages

| RAND | 02/14/2008 | 1.1 | $495.00 | $544.50 |

review and revise our Summary Judgment Memorandum for Damages and the proposed order

| RAND | 02/29/2008 | 0.1 | $495.00 | $49.50 |

t/c with Elizabeth Arleo re preparation of our Reply brief and the April 1 argument

| CRAIGS | 03/07/2008 | 0.4 | $250.00 | $100.00 |

review Defendant's opposition brief

| RAND | 03/11/2008 | 1.7 | $495.00 | $841.50 |

review draft of our reply brief, note comments and revisions, and discuss with Elizabeth Arleo

| RAND | 03/12/2008 | 1.8 | $495.00 | $891.00 |

review, research, and revise redraft of our Reply Brief re award of damages, and discuss with Elizabeth Arleo

| RAND | 03/13/2008 | 0.3 | $495.00 | $148.50 |

research and prepare Reply Brief

| CRAIGS | 03/13/2008 | 0.4 | $250.00 | NC |

review reply brief

| RAND | 03/27/2008 | 0.1 | $495.00 | $49.50 |

t/c with Elizabeth Arleo re hearing taken off April 1 calendar

| RAND | 03/30/2008 | 0.1 | $495.00 | $49.50 |

review Order taking April 1 hearing off calendar

| CRAIGS | 04/29/2008 | 0.2 | $250.00 | NC |
|---|---|---|---|---|

review Order denying MSJ re damages and setting hearing date on motions in limine

| RAND | 04/29/2008 | 0.2 | $495.00 | $99.00 |
|---|---|---|---|---|

review Order denying summary judgment on statutory damages and setting hearing

| RAND | 04/30/2008 | 0.3 | $495.00 | $148.50 |
|---|---|---|---|---|

discuss Order denying our summary judgment for damages, motion for reconsideration, and trial with Elizabeth Arleo

| RAND | 05/01/2008 | 0.2 | $495.00 | $99.00 |
|---|---|---|---|---|

emails from/to Elizabeth Arleo re trial strategy

| RAND | 05/05/2008 | 0.2 | $495.00 | $99.00 |
|---|---|---|---|---|

email from/to Elizabeth re trial strategy

| RAND | 05/12/2008 | 0.7 | $495.00 | $346.50 |
|---|---|---|---|---|

review documents in preparation and confer and discuss status of the case, June 2 hearing, and trial with client and co-counsel

| RAND | 05/13/2008 | 0.1 | $495.00 | NC |
|---|---|---|---|---|

review appearance of S. Khojanyan

| RAND | 05/20/2008 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|

review letter to defense counsel re trial witnesses

| RAND | 05/20/2008 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|

review Order rescheduling hearing

| RAND | 05/30/2008 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|

emails with co-counsel re pretrial documents and dates

| RAND | 06/02/2008 | 0.5 | $495.00 | $247.50 |
|---|---|---|---|---|

research Jacobson v. Healthcare and "adversely affected" and send quote to Elizabeth Arleo

| RAND | 06/03/2008 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|

review emails re jury instructions and motions in limine

| RAND | | 06/13/2008 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|---|

review Order re Supplemental Jury Instructions and Motions in Limine

| RAND | | 06/14/2008 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|---|

download and review supplemental jury instructions and motions in limine

| RAND | | 06/16/2008 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|---|

emails with co-counsel re number of jurors and non-unanimous verdict

| RAND | | 06/17/2008 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|---|

review letter to defense counsel re jurors

| RAND | | 07/07/2008 | 0.8 | $495.00 | $396.00 |
|---|---|---|---|---|---|

research 9th Circuit's Reichert decision, review draft of our Reply brief, and email revisions to co-counsel

| RAND | | 07/10/2008 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|---|

discuss 7/14/08 hearing on trial motions with Elizabeth Arles

| RAND | | 07/13/2008 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|---|

review Final Notice from Court of trial motions for 7/14/08

| RAND | | 07/15/2008 | 0.3 | $495.00 | $148.50 |
|---|---|---|---|---|---|

review Notes of Elizabeth Arleo re July 14 hearing on trial motions and Tentative Rulings, email with co-counsel

| RAND | | 07/16/2008 | 0.2 | $495.00 | $99.00 |
|---|---|---|---|---|---|

emails with co-counsel re motions in limine, BFE briefing, trial, etc.

| RAND | | 07/24/2008 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|---|

research and respond to email from co-counsel re definition of debt

| RAND | | 07/28/2008 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|---|

review emails with counsel re definition of "debt"

| RAND | | 08/05/2008 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|---|

email from/to Elizabeth Arleo re conference call with defense counsel re debt

| RAND | | 08/07/2008 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|---|

review emails among counsel re definition of the debt

| RAND | 08/11/2008 | 0.1 | $495.00 | $49.50 |

email with counsel re definition of "debt"

| RAND | 08/13/2008 | 0.2 | $495.00 | $99.00 |

review parties positions re definition of "debt"

| RAND | 08/17/2008 | 0.1 | $495.00 | $49.50 |

email from/to co-counsel re preparation for trial

| RAND | 09/03/2008 | 0.1 | $495.00 | $49.50 |

emails with co-counsel re subpoena of witnesses

| RAND | 09/05/2008 | 0.1 | $495.00 | $49.50 |

discuss hearing on Limine Motions with co-counsel

| RAND | 09/05/2008 | 0.1 | $495.00 | $49.50 |

review Minute Order re limine motions

| RAND | 09/17/2008 | 0.4 | $495.00 | $198.00 |

research case law on incentive awards

| RAND | 09/23/2008 | 0.1 | $495.00 | $49.50 |

emails among counsel re Defendant filing an additional request for jury instruction

| RAND | 09/24/2008 | 0.1 | $495.00 | $49.50 |

review emails re Arrow's proposed jury instruction re attorneys fees

| RAND | 10/01/2008 | 0.4 | $495.00 | $198.00 |

discuss using a focus group in preparation for trial with co-counsel

| RAND | 10/04/2008 | 0.1 | $495.00 | $49.50 |

review Order setting status hearing

| RAND | 10/05/2008 | 0.1 | $495.00 | $49.50 |

email with co-counsel re trial preparation

| RAND | 10/08/2008 | 0.1 | $495.00 | $49.50 |

emails with co-counsel re settlement

| RAND | 10/08/2008 | 0.2 | $495.00 | $99.00 |
|---|---|---|---|---|

emails with co-counsel re Arrow's threatened appeal

| RAND | 10/09/2008 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|

review Minute Order setting deadline for jury instructions and questions

| RAND | 10/09/2008 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|

review Minute Entry canceling October 16 status

| RAND | 10/09/2008 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|

review and approve invoice for payment for focus group

| RAND | 10/14/2008 | 0.2 | $495.00 | $99.00 |
|---|---|---|---|---|

emails with co-counsel and client re settlement negotiations

| RAND | 10/14/2008 | 0.1 | $495.00 | NC |
|---|---|---|---|---|

forward payment re focus group to Elizabeth Arleo

| RAND | 10/15/2008 | 0.3 | $495.00 | $148.50 |
|---|---|---|---|---|

review and research proposed stipulation and comment to co-counsel

| RAND | 10/16/2008 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|

review and approve Invoice for litigation expense

| RAND | 10/16/2008 | 0.8 | $495.00 | $396.00 |
|---|---|---|---|---|

discuss settlement negotiations with co-counsel and make counteroffer to defense counsel

| SHANNON | 10/16/2008 | 0.8 | $125.00 | $100.00 |
|---|---|---|---|---|

Preparing additions to proposed jury instructions

| RAND | 10/17/2008 | 0.2 | $495.00 | $99.00 |
|---|---|---|---|---|

emails with co-counsel re trial preparation

| RAND | 10/17/2008 | 0.2 | $495.00 | $99.00 |
|---|---|---|---|---|

review Arrow's alternative settlement offers

| RAND | 10/20/2008 | 0.6 | $495.00 | $297.00 |
|---|---|---|---|---|

emails with co-counsel re post trial motions, attorneys fees motion, appeal, and research etc.

| RAND | 10/22/2008 | 0.1 | $495.00 | $49.50 |

review Minute Entry and Order re trial date

| RAND | 10/27/2008 | 0.4 | $495.00 | $198.00 |

review Verdict entered and our draft of Judgment on the verdict and bill of costs, forward comments to co-counsel

| RAND | 10/29/2008 | 0.2 | $495.00 | $99.00 |

review Defendant's Opposition to our proposed Judgment

| RAND | 10/29/2008 | 1 | $495.00 | $495.00 |

prepare for and attend conference with co-counsel re preparing bill of costs, motion for incentive award, and motion for attorneys fees

| SHANNON | 10/30/2008 | 0.3 | $125.00 | $37.50 |

Prepared attys costs & Fees Report

| RAND | 10/30/2008 | 1.1 | $495.00 | $544.50 |

research and prepare attorneys fees motion and supporting documents

| RAND | 10/31/2008 | 2.1 | $495.00 | $1,039.50 |

research and prepare motion for attorneys fees and expenses and supporting documents, recruit Robert Hyde to submit a Declaration re hourly rates

| RAND | 11/01/2008 | 0.9 | $495.00 | $445.50 |

research and prepare motion for attorneys fees and supporting documents

| RAND | 11/02/2008 | 1.5 | $495.00 | $742.50 |

research and prepare motion for attorneys fees and supporting documents

| RAND | 11/03/2008 | 1.3 | $495.00 | $643.50 |

research and prepare brief for attorneys fees

| RAND | 11/04/2008 | 1.2 | $495.00 | $594.00 |

research and prepare brief in support of attorneys fees

| SHANNON | 11/06/2008 | 0.8 | $125.00 | $100.00 |

Prepare the Attys costs & Fees Report

| SHANNON | 11/06/2008 | 0.5 | $125.00 | $62.50 |
|---|---|---|---|---|

Preparing attys costs & fees memo, declaration of ORB, and motion calculations

| RAND | 11/06/2008 | 1.2 | $495.00 | $594.00 |
|---|---|---|---|---|

research and prepare brief in support of attorneys fees

| RAND | 11/07/2008 | 0.2 | $495.00 | $99.00 |
|---|---|---|---|---|

research and prepare brief for attorneys fees

| RAND | 11/07/2008 | 0.7 | $495.00 | $346.50 |
|---|---|---|---|---|

research and prepare attorneys motion and brief in support

| RAND | 11/10/2008 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|

review Declaration of Shaun Khojayan re our motion for attorneys fees

| RAND | 11/11/2008 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|

emails with Robert Hyde re Declaration re hourly rates in the S.D.Cal.

| RAND | 11/11/2008 | 0.3 | $495.00 | $148.50 |
|---|---|---|---|---|

emails with co-counsel re preparation of our motion for attorneys fees and potential negotiation of a settlement

| RAND | 11/11/2008 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|

review draft of our motion for an award of attorneys fees

| RAND | 11/12/2008 | 0.4 | $495.00 | $198.00 |
|---|---|---|---|---|

review draft of our motion for an incentive award and comment to co-counsel

| RAND | 11/13/2008 | 0.1 | $495.00 | $49.50 |
|---|---|---|---|---|

prepare motion and brief for attorneys fees

| RAND | 11/14/2008 | 0.7 | $495.00 | $346.50 |
|---|---|---|---|---|

discuss attorneys fees, preparation of our motion and supporting papers, settlement discussion with defense counsel, contact defense counsel David Schultz re negotiation of atty fees, and prepare my background and attorneys fees award for our expert on fees

| RAND | 12/09/2008 | 0.2 | $495.00 | $99.00 |
|---|---|---|---|---|

review Declaration of Wm. Hensley re hourly rates for attorneys fees motion

| RAND | 12/15/2008 | 0.3 | $495.00 | $148.50 |

emails with co-counsel re motion for attorneys fees, review and revise Declaration

| RAND | 12/15/2008 | 0.2 | $495.00 | $99.00 |

emails with co-counsel re revisions to our attorneys fees motion and supporting documents

| RAND | 12/16/2008 | 0.2 | $495.00 | $99.00 |

review and revise my Declaration for attorneys fees

| SHANNON | 12/16/2008 | 0.5 | $125.00 | $62.50 |

Prepared the Index to the Declaration of Rand for Attorneys Fees

| Attorney | Hours | Rate | Total |
|---------|-------|------|-------|
| | | | |
| Rand | 227.9 | 495.00 | $112,810.50 |
| Craig | 45.7 | 250.00 | $11,425 |
| Shannon | 5.4 | 125.00 | $675.00 |

TOTALS: Total Hours: 299.8 / Total Dollar Amount: $124,910.50

# EXHIBIT 2

| Client Code | Client Name | Expense Code | Date | Amount | Narrative |
|---|---|---|---|---|---|
| 18449 | Johnny Gonzalez | 8703 | 09/30/05 | 160.00 | Vendor United States District Court; Litigation Expense - CS |
| 18449 | Johnny Gonzalez | 90 | 09/30/05 | 0.83 | Postage - In House |
| 18449 | Johnny Gonzalez | 90 | 09/30/05 | 0.37 | Postage - In House |
| 18449 | Johnny Gonzalez | 81 | 10/07/05 | 1.00 | Photocopy - In House |
| 18449 | Johnny Gonzalez | 9003 | 10/20/05 | 26.82 | Vendor Mercury; Messenger/Delivery - CS |
| 18449 | Johnny Gonzalez | 81 | 11/07/05 | 2.50 | Photocopies |
| 18449 | Johnny Gonzalez | 9003 | 11/21/05 | 16.32 | Vendor Mercury; Messenger/Delivery - CS |
| 18449 | Johnny Gonzalez | 8503 | 11/30/05 | 180.00 | Vendor US District Court Clerk; Filing / Appearance Fees - CS |
| 18449 | Johnny Gonzalez | 9403 | 11/30/05 | 0.47 | Research - CS |
| 18449 | Johnny Gonzalez | 9403 | 03/09/06 | 38.00 | Vendor LexisNexis; Research - CS |
| 18449 | Johnny Gonzalez | 8703 | 04/13/06 | 324.58 | Vendor O Randolph Bragg; Litigation Expense - CS |
| 18449 | Johnny Gonzalez | 9603 | 04/13/06 | 1,491.53 | Vendor O Randolph Bragg; Travel - CS |
| 18449 | Johnny Gonzalez | 9403 | 04/24/06 | 141.32 | Vendor LexisNexis; Research - CS |
| 18449 | Johnny Gonzalez | 9603 | 04/25/06 | 381.60 | Vendor Citi AAdvantage Business Card; Travel - CS airfare |
| 18449 | Johnny Gonzalez | 8303 | 05/16/06 | 481.74 | Vendor Benchmark Depo; Depositions / Transcripts - CS    ok |
| 18449 | Johnny Gonzalez | 95 | 06/14/06 | 6.00 | Fax |
| 18449 | Johnny Gonzalez | 95 | 06/14/06 | 6.00 | Fax |
| 18449 | Johnny Gonzalez | 90 | 06/15/06 | 0.39 | Postage |
| 18449 | Johnny Gonzalez | 90 | 07/11/06 | 0.39 | Postage |
| 18449 | Johnny Gonzalez | 90 | 07/11/06 | 0.39 | Postage |
| 18449 | Johnny Gonzalez | 95 | 07/11/06 | 6.00 | Fax |
| 18449 | Johnny Gonzalez | 95 | 07/11/06 | 12.00 | Fax |
| 18449 | Johnny Gonzalez | 95 | 07/11/06 | 12.00 | Fax |
| 18449 | Johnny Gonzalez | 81 | 07/19/06 | 13.50 | Photocopies |
| 18449 | Johnny Gonzalez | 81 | 07/20/06 | 4.50 | Photocopies |
| 18449 | Johnny Gonzalez | 95 | 08/04/06 | 14.00 | Fax |
| 18449 | Johnny Gonzalez | 95 | 08/04/06 | 14.00 | Fax |
| 18449 | Johnny Gonzalez | 8703 | 08/16/06 | 27,917.05 | Vendor First Class Inc; Litigation Expense - CS Class Notice |
| 18449 | Johnny Gonzalez | 95 | 08/21/06 | 6.00 | Fax |
| 18449 | Johnny Gonzalez | 95 | 10/24/06 | 6.00 | Fax |
| 18449 | Johnny Gonzalez | 90 | 01/09/07 | 0.87 | Postage |
| 18449 | Johnny Gonzalez | 81 | 01/30/07 | 0.25 | Photocopies |
| 18449 | Johnny Gonzalez | 90 | 01/31/07 | 0.78 | Postage |
| 18449 | Johnny Gonzalez | 81 | 02/05/07 | 1.25 | Photocopies |
| 18449 | Johnny Gonzalez | 95 | 06/12/07 | 46.00 | Fax |
| 18449 | Johnny Gonzalez | 95 | 06/12/07 | 46.00 | Fax |
| 18449 | Johnny Gonzalez | 9631 | 09/28/07 | 465.80 | Travel - CS |
| 18449 | Johnny Gonzalez | 9631 | 10/24/07 | 195.00 | Vendor O Randolph Bragg; Travel - CS |
| 18449 | Johnny Gonzalez | 9631 | 11/30/07 | 757.96 | Vendor O Randolph Bragg; Travel - CS |
| 18449 | Johnny Gonzalez | 9631 | 12/12/07 | 484.20 | Vendor Citibusiness Card; Travel - CS - CWH Credit Card Expense |
| 18449 | Johnny Gonzalez | 9631 | 01/22/08 | 1,160.08 | Vendor O Randolph Bragg; Travel - CS |
| 18449 | Johnny Gonzalez | 9631 | 12/21/07 | 340.80 | Travel - CS |
| 18449 | Johnny Gonzalez | 9631 | 02/12/08 | 728.00 | Vendor Citibusiness Card; Travel - CS - CWH Credit Card Expense |
| 18449 | Johnny Gonzalez | 9431 | 10/10/08 | 1,750.00 | Vendor Arleo Law Firm; Research / Focus Group - CS |
| 18449 | Johnny Gonzalez | 8731 | 10/16/08 | 474.99 | Vendor Joel Selik; Focus Group - CS |
| 18449 | Johnny Gonzalez | 8731 | 11/04/08 | 474.99 | Vendor Arleo Law Firm; Focus Group - CS - CS reimbursement to Elizabeth Arleo |
| 18449 | Johnny Gonzalez | 8731 | 11/05/08 | -474.99 | Vendor Joel Selik; Focus Group - CS |

**TOTAL:**    37,737.28

7

# EXHIBIT 3

SEP-22-2002 09:27  FROM:P.ARONS LAW OFFICE 3603786498          TO:13123721673          P:2/5

1  **Paul Arons, State Bar #84970**
2  **LAW OFFICE OF PAUL ARONS**
   **1616 West Street**
3  **Redding, CA 96001**
   **(530) 244-5870**
4
5  **O. Randolph Bragg, III. Bar #06221983**
   **HORWITZ, HORWITZ & ASSOCIATES**
6  **25 East Washington Street, Suite 900**
   **Chicago, IL 60602**
7  **(312) 372-8822**
8  **Lorraine Ellen Baur, State Bar #183857**
9  **210 South Main Street,**
   **Ukiah, CA 95482**
10 **(707) 467-3904**
11 **Attorneys for Plaintiffs**
12
13
14             **IN THE UNITED STATES DISTRICT COURT**
15             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
16
17 **KATHLEEN R. IRWIN, et al.**            **NO. C-97-4737 JL**
18          **Plaintiffs,**                 **CLASS ACTION**
19 **vs.**
                                            **ORDER GRANTING PLAINTIFFS'**
20 **OWEN T. MASCOTT,**                     **APPLICATION FOR**
                                            **ATTORNEYS' FEES AND**
21          **Defendants.**                 **LITIGATION EXPENSES**
                                            **PURSUANT TO SETTLEMENT**
22                                          **AGREEMENT, AND FOR**
23 _____/        **FURTHER DISTRIBUTION TO**
                                            **THE CLASS (proposed)**
24
25       Plaintiffs have filed a motion for attorneys' fees and costs incurred by
26
   plaintiffs' counsel pursuant the Settlement Agreement that was preliminarily
27
   approved by this Court on August 1, 2001 and finally approved by this Court on
28

       ORDER GRANTING APP. FOR ATTORNEYS' FEES & COSTS: Page 1

RECEIVED

JUL 2 4 2002

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL
FILED

SEP 1 1 2002

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MOVING PARTY
SHALL SERVE COPIES
ON COUNSEL OF RECORD

1   January 17, 2002. Having considered the memorandum of points and authorities

2   filed by plaintiffs, the declarations of attorneys O. Randolph Bragg, Paul Arons,

3   Lorraine Baur and Sharon Grace and attached exhibits, and the declaration of Brad

4   Seligman, and good cause appearing therefore,

5         IT IS HEREBY ORDERED that plaintiffs' motion is granted as set forth

6   below. The Court finds that:

7         1. The prevailing market rate for the work performed by O. Randolph

8   Bragg in this case is $400.00 per hour. It was reasonable for him to spend 59.70

9   hours working on this case and his lodestar compensation is $23,880.00.  It was

10  also reasonable for him utilize paralegals to perform 12.20 hours of work at the rate

11  of $100.00 per hour, for total additional compensation of $1,220.00.

12        2. The prevailing market rate for the work performed by Paul Arons in

13  this case is $350.00 per hour. It was reasonable for him to spend 1,374.20 hours

14  working on the merits of this case and his lodestar compensation is $480,970.00.

15        3. The prevailing market rate for the work performed by Sharon Grace

16  in this case is $350.00 per hour. It was reasonable for her to spend 147.80 hours

17  working on this case and her lodestar compensation is $51,730.00.

18        4. The prevailing market rate for the work performed by Lorraine Baur

19  in this case is $200.00 per hour. It was reasonable for her to spend 172.35 hours

20  working on this case and her lodestar compensation is $34,470.00.

21        5. Pursuant to the Settlement Agreement, § V.4., the award for

22  attorneys' fees for work on the merits may not exceed $500,000.00. Were it not for

23  this limitation, the Court would award plaintiffs' counsel the full lodestar amount of

24  $591,535.00, and would consider whether to enhance the fee. Given the limitation

25  the Court does not reach the issue of fee enhancement. Plaintiffs' attorneys have

26  represented to the Court that they have agreed among themselves on how to

27  apportion a $500,000.00 fee award. Plaintiffs' counsel are hereby awarded the full

28

ORDER GRANTING APP. FOR ATTORNEYS' FEES & COSTS: Page 2

SEP-22-2002 09:27   FROM:P.ARONS LAW OFFICE 3603786498          TO:13123721673        P:4/5

1   $500,000.00 allowed under the Settlement Agreement and they are directed

2   forthwith to transfer this money from the Settlement Fund and apportion it pursuant

3   to their agreement.

4          6.  Plaintiffs have incurred litigation costs totaling $99,034.05.

5   Pursuant to Section V.4 of the Settlement Agreement plaintiffs agreed to a cap of

6   $80,000.00 on litigation costs.  Plaintiffs have requested the Court to modify or waive

7   this limitation.  Defendants do not have any stake in the outcome of this issue, since

8   no money remaining in the Settlement Fund may be returned to them.  The Court

9   concludes that the $80,000.00 limitation was the result of an inadvertent error by

10  plaintiffs' counsel, that enforcement of the limitation in this case will not significantly

11  advance the interests of the class, and that it would be inequitable to enforce this

12  limitation against plaintiffs' counsel.  Accordingly, the Court modifies the cost

13  limitation and awards plaintiffs' counsel $99,034.05 in litigation costs.

14         7.  The class administration costs, including counsel fees, set forth in

15  the Declaration of Paul Arons in Support of Application for An Award of Attorneys'

16  Fees and Costs, ¶¶ 11 and 12 are approved as reasonable.  Pursuant to the

17  Settlement Agreement, plaintiffs' counsel shall continue to pay administration costs

18  from the Settlement Fund as they come due.

19         8.  Plaintiffs' request for a further monetary distribution to class

20  members is approved.  No later than October 15, 2002, from the funds remaining in

21  the Settlement Fund at that time, plaintiffs shall make a *pro rata* distribution to all

22  class members who cashed their settlement checks and whose additional payment

23  will be greater than $2.00.  Plaintiffs shall set aside a reserve of the amount needed

24  to pay accounting and tax preparation fees, to pay for the printing and mailing of the

25  second round of settlement payments, and for any other expenses that plaintiffs

26  anticipate will be incurred during the pendency of this lawsuit.

27

28

                ORDER GRANTING APP. FOR ATTORNEYS' FEES & COSTS: Page 3

DATED: 5 - 9 - 02

MAGISTRATE JUDGE JAMES LARSON
UNITED STATES DISTRICT COURT

FeeOrd1,2,DOC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING APP. FOR ATTORNEYS' FEES & COSTS: Page 4