ARLEO LAW FIRM, PLC
ELIZABETH J. ARLEO (CASB NO. 201730)
1672 Main Street, Suite E PMB 133
Ramona, CA  92065
Telephone:  760/789-8000
760/789-8081 (fax)
Email: elizabeth@arleolaw.com

HORWITZ, HORWITZ & ASSOCIATES
O. RANDOLPH BRAGG (IL BAR NO. 6221983)
CRAIG M. SHAPIRO (IL BAR NO. 6284475)
25 E. Washington Street, Suite 900
Chicago, IL  60602
Telephone:  312/372-8822
312/372-1673 (fax)
Email: rand@horwitzlaw.com

LAW OFFICES OF SHAUN KHOJAYAN
  & ASSOCIATES, P.L.C.
SHAUN KHOJAYAN (CASB NO. 197690)
9454 Wilshire Blvd., Suite 600
Beverly Hills, CA 90212
Telephone:  310/274-6111
310/274-6211 (fax)
Email: shaun@khojayan.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY GONZALES, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARROW FINANCIAL SERVICES LLC,<br><br>Defendant. | Case No. 05-CV-0171 JAH (RBB)<br><br>DECLARATION OF SHAUN KHOJAYAN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES<br><br>The Honorable John A. Houston |

1    I, Shaun Khojayan, declare as follows:

2    1.    I am an attorney at law duly licensed to practice in the State of California and this

3    Court. I am one of the attorneys of record for Plaintiff Johnny Gonzales and the Class Members.

4    This declaration is submitted in support of Plaintiff's Motion for Attorneys' Fees and Expenses.

5    The facts stated in this declaration are known to me personally, and I could competently testify

6    thereto if called as a witness.

7    2.    After the Court denied Plaintiff's motion for partial summary judgment on damages,

8    the Court ordered a jury trial on statutory damages. Given my trial experience and reputation, I was

9    asked to help represent Mr. Gonzales and the Class by preparing the case for trial and conducting the

10    majority of the trial. I had previously worked with Ms. Arleo at the same San Diego law firm of

11    Milberg Weiss Bershad Hynes & Lerach where we prosecuted class action lawsuits.

12    3.    I agreed to set aside other work and take on this case on a purely contingent fee basis

13    with no payment up front. I understood that if we did not prevail at trial, I would not be

14    compensated for the time I expended. Notwithstanding the contingent risk, I began work

15    immediately upon being contracted to do so. As my detailed time sheets show, I worked on this case

16    almost every other day from the moment Ms. Arleo contacted me in May 2008 through the end of

17    trial.

18    ***Legal Education and Experience***

19    4.    I received my law degree with Honors from the University of the Pacific, McGeorge

20    School of Law, in 1998. I served as a Managing Editor for the McGeorge Law Review from 1995-

21    1998. Before law school, I earned my Bachelor of Arts degree in Criminology, Law and Society

22    from the University of California at Irvine in 1994.

23    5.    Since 1998, I have been a member in good standing of the State Bar of California. I

24    am admitted to practice before the Southern District of California, the Central District of California,

25    and the Northern District of California. I am also admitted to practice before the Ninth Circuit Court

26    of Appeals.

27

28

DECL. OF SHAUN KHOJAYAN IN SUPPORT          - 1 -          05-CV-0171 JAH (RBB)
OF PLTF'S MOT. FOR ATTYS' FEES AND
EXPENSES

1    6.    I am a member of the San Diego County Bar Association, the Consumer Attorneys of

2    San Diego, the National Association of Criminal Defense Lawyers and the Association of Trial

3    Lawyers of America.

4    7.    From 1998 to 2002, I worked as a trial lawyer for the Federal Defenders of San

5    Diego, Inc.   There, I defended clients charged with a variety of federal crimes that ranged in

6    complexity.   I litigated motions before every judge in the Southern District of California.   Of my

7    federal felony jury trials while at the Federal Defenders, I achieved four acquittals (including two ten

8    year minimum mandatory cases) and four defense mistrials.   I have litigated and tried to verdict over

9    30 jury trials, civil and criminal included.

10    8.    In addition to my trial work, I have authored and argued appeals before the Ninth

11    Circuit Court of Appeals.   At least two of those appeals had widespread impact and established

12    significant rights for defendants in criminal cases in federal court.   *See e.g.*, *United States v. Molina-*

13    *Tarazon*, 285 F.3d 807 (9th Cir. 2002) (establishing the right to suppresses evidence discovered as a

14    result of non-routine border searches) and *United States v. Wendy G.*, 255 F.3d 761 (9th Cir. 2000)

15    (establishing obligation of agents to secure parent's waiver of *Miranda* rights before questioning

16    minor).   Other published and unpublished opinions that I have litigated are: *United States v. Bloom*,

17    2006 WL 237151 (9th Cir. 2006) (unpublished); *Murphy v. Carey*, 2004 WL 1791623 (9th Cir.

18    2004) (habeas petition) (unpublished); *United States v. Gonzales-Torres*, 273 F.3d 1181 (9th Cir.

19    2001); *United States v. Sanchez-Hurtado*, 90 F.Supp.2d 1049 (S.D. Ca. 1999); *United States v.*

20    *Macias-Encinas*, 2008 WL 3861890 (9th Cir. 2008) (unpublished); *United States v. Cedano*, 2008

21    WL 4649027 (9th Cir. 2008) (unpublished).

22    9.    From 2002 to 2004, I worked as an associate at the nationally known plaintiff's class

23    action law firm of Milberg, Weiss, Bershad, Hynes & Lerach LLP.   At Milberg Weiss, I helped

24    prosecute class action lawsuits that sought to disgorge profits from corporate insiders who

25    committed securities fraud.   I drafted oppositions to motions to dismiss, motions for class

26    certification, and conducted discovery to prepare for trial through written discovery and depositions.

27

28

1   As part of my securities fraud civil prosecutions, I also intervened in bankruptcy proceedings to

2   ensure that defendants did not attempt to discharge class members' recovery through bankruptcy.

3          10.     Within Milberg Weiss, I was also selected to work as part of the "deal team" - a

4   group of lawyers that handled fast-paced shareholder lawsuits involving mergers and acquisitions.

5   These merger related shareholder lawsuits required short set discovery, depositions and convincing

6   courts to grant temporary restraining orders to restrain transactions that would violate minority

7   shareholder rights.  Often the lawsuits resulted in benefits to class members in terms of a higher

8   share price and additional disclosures of the terms of the merger.  Some of the securities cases I

9   worked on included *In re Honeywell International, Inc. Securities Litig.*, Case No. 2:00-cv-03605-

10  DRD-SDW (D.N.J.), *Warstadt, et al. v. Hastings Entertainment, Inc., et al.*, Case No. 00-CV-00089-

11  MLR (N.D. Texas); *In re Seebeyond Tech. Sec. Litig.*, Case No. CV 02-05330 DDP (FMOx). (C.D.

12  Cal.); *In re AFC Enterprises, Inc. Securities Litigation*, 348 F.Supp.2d 1363 (N.D. Ga. 2004);

13  *Taubenfeld v. Hotels.com*, 385 F.Supp.2d 587 (N.D. Tex. 2004); *In re Michaels Stores, Inc.

14  Securities Litigation*, 2004 WL 2851782 (N.D. Tex. 2004) (unpublished).

15         11.     In 2004, I opened my own law practice emphasizing federal criminal defense and

16  complex civil litigation.  In addition to litigating and trying federal criminal cases and plaintiff's

17  civil cases to verdict, I have litigated a consumer class action and private attorney general action

18  brought under the California Unfair Business Practices Act based on the misappropriation of

19  California mortgage brokers' names for commercial gain which resulted in a permanent injunction

20  on behalf of the brokers.

21         12.     My trial experience has been diverse.  For example, I recently prosecuted a three-

22  week long wrongful death case against the State of California in *Maya v. State of California*, Case

23  No. GIE 0351600 (San Diego Sup. Ct. 2008), after having defended a capital murder charge brought

24  based on DNA evidence in *People v. Odilon Albarron*, Case No. SCN 187650 (San Diego Sup. Ct.

25  2007).

26         13.     I have been asked and have provided television commentary on the San Diego

27  affiliates of FOX news, NBC, and ABC to help educate the public on current civil and criminal cases

28

DECL. OF SHAUN KHOJAYAN IN SUPPORT        - 3 -                    05-CV-0171 JAH (RBB)
OF PLTF'S MOT. FOR ATTYS' FEES AND
EXPENSES

1  and issues.  As well, I have lectured on trial skills at the Federal Defenders of San Diego and the Leo

2  A. Deegan Inns of Court in Riverside, California.  Finally, to help other trial attorneys in conducting

3  effective jury selection, I have created a jury selection tool called the *JurySelectionPro* that is being

4  marketed nationwide.

5         14.    Based on my 10 years of practice and trial experience, and as compared to other

6  attorneys with similar years of experience, my hourly rate sought for litigating this action is $460 per

7  hour.  The reasonableness of this rate also is supported by my accurate and contemporaneous time

8  records that I maintained.

9         15.    True and correct copies of: (1) the time records for myself regarding this matter are

10  attached hereto as Exhibit 1; and (2) detail of the my costs and litigation expenses of $758.80

11  incurred in this matter are attached hereto as Exhibit 2.

12         16.    My contemporaneous time records in this action, attached hereto as Exhibit 1, show

13  that I reasonably expended 253.3 hours on this litigation through December 15, 2008.  All of the

14  documented time was necessary and not duplicative or excessive.  Any additional time expended

15  since December 15, 2008, I will submit in the future in a Supplemental Declaration.

16         17.    Based on the 253.3 hours I expended in this matter multiplied by $460 per hour, my

17  current fees are $116,518.00.

18         18.    To demonstrate the reasonableness of my time, I summarize the highlights of the

19  work I performed in this case.

20  ***Summary of Efforts Expended Litigating and Conducting Trial***

21         19.    ***Motions in Limine and Pleadings in Preparation for Trial:***  Given that most of the

22  issues litigated in this case were of first impression for any federal court, proper preparation for trial

23  required appropriate motions in limine and special jury instructions.  Early on, I realized that jurors

24  could consider the 15 U.S.C. § 1692(k) factors vague.  In reviewing the jury instructions submitted

25  before my involvement in the case (both the defense and plaintiff), I felt that they were not complete.

26  Therefore, I researched and helped draft appropriate special jury instructions defining the factors

27  (*e.g.,* "adversely affected," "intentional") to be used in assessing damages.

28

20.      Furthermore, in reviewing the statute and pleadings, I realized that defendant's bona fide error defense, if any, needed to be ferreted out.  Thus, I began to draft motions in limine to exclude or greatly limit this defense.  As well, I helped draft motions in limine to allow limited mention of prior lawsuits against Arrow, exclude mention of attorneys fees, exclude mention of actual harm, exclude minimizing defendant's liability as being a mere technical violation, and properly defining the "debt" in this case.  The Court granted most of plaintiff's proposed model and special jury instructions and many of plaintiff's in limine motions which provided a great benefit to Mr. Gonzales and the Class.  In addition, in preparing for trial, I read and analyzed the depositions that had been conducted and some of the main pleadings filed in the case.  I expended approximately 95 hours on these pre-trial preparations, motions in limine and jury instructions.  *See* Exhibit 1 (describing work performed for the time period between 5/2/08 and 9/27/08).

21.      ***Strategizing and Trial Preparation.***  To convince the jury to award the maximum amount of statutory damages, I drafted and redrafted arguments that would have the most jury appeal.  I decided it would be best to conduct a formal focus group to get insight on the case's weaknesses.  Through the Consumer Attorneys of San Diego, I found a local focus group that was organized by Joel Selik, Esq.  The focus group proved to be invaluable to our cause (at about half the cost of other focus groups).  We presented the entire case to the mock jury, including examinations, opening statements, closing arguments, and jury instructions.  I prepared and presented Plaintiff Johnny Gonzales for his examination at the mock jury as well.  Then, by circuit television, we watched the mock jurors deliberate.  Viewing the deliberations revealed issues that needed further explanation during the actual trial such as 1) why both statutes were being charged, 2) why both statutes deserved recovery, 3) why Johnny Gonzales deserved any recovery, 4) whether attorneys' fees needed to be mentioned or instructed upon, and 5) who specifically would receive the recovery.

22.      ***Trial.***  The defense fought virtually every aspect of the plaintiff's case.  As the transcripts would reflect, more time and effort was expended arguing points of contention regarding motions in limine and jury instructions than time actually spent in front of the jury or presenting evidence.  Moreover, some likely appeal issues for the defense were eliminated through strategic

1  decisions during trial including the decision to present to the jury Mr. Gonzales' personal beliefs

2  about the letters he had received.  The Class and Mr. Gonzales still received a significant recovery

3  and at the same time eliminated one of the defense's appeal issues.  As was evident, this was a hard

4  fought case that required strategizing, research and skillful presentation to the Court and the jury.  I

5  expended approximately 90 hours strategizing, preparing for trial, participating in the focus groups

6  and conducting the trial.  *See* Exhibit 1 attached hereto (9/27/08 to 10/23/08).

7         23.     The rest of my time working on the case has been expended preparing post-trial

8  motions including the motion for Mr. Gonzales' incentive award, researching support for plaintiff's

9  attorney's fees and preparing the instant declaration.

10         I declare under penalty of perjury under the laws of the State of California that the foregoing

11  is true and correct.  If called as a witness, I could and would competently testify thereto.  Executed

12  this 19th day of March, 2009 at San Diego, California.

13

14

15                                                    s/ Shaun Khojayan
                                                   SHAUN KHOJAYAN, Declarant
16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF SHAUN KHOJAYAN IN SUPPORT          - 6 -                    05-CV-0171 JAH (RBB)
OF PLTF'S MOT. FOR ATTYS' FEES AND
EXPENSES

# EXHIBIT INDEX TO
# SHAUN KHOJAYAN DECLARATION

Exhibit 1 –Time records for Shaun Khojayan in *Gonzales v. Arrow*;

Exhibit 2 – Detail of Costs and Expenses.

**EXHIBIT 1**

# Law Offices of
## Shaun Khojayan & Associates, P.L.C.
121 Broadway, Suite 338
San Diego, CA 90212

*Gonzales v. Arrow Financial Services*, Case No. 05CV0171-JAH; **Attorney time details.**

| Date | Duration | Time Detail |
|------|----------|-------------|
| 5/2/08 | .5 | Initial conversation with Ms. Arleo regarding case details and associating in on case to help prepare for trial and to conduct the trial on behalf of plaintiffs. |
| 5/3/08 | .5 | Further conversation with Ms. Arleo regarding case details and associating in on case to help prepare for trial and to conduct the trial. |
| 5/7/08 | .5 | Conversation with Ms. Arleo regarding details of retention and administrative matters such as transfer of case materials and responsibility of delivering courtesy copies. |
| 5/8/08 | 1.0 | Travel to Ms. Arleo's office in Ramona, CA regarding retention from Khojayan office. |
| 5/8/08 | 3.5 | Meeting with Ms. Arleo at her office regarding in depth case status, outline of all case and trial issues. |
| 5/8/08 | 1.0 | Travel to Khojayan office from Ms. Arleo's Ramona office following retention meeting. |
| 5/8/08 | .3 | Strategize regarding jury instruction research particularly regarding the definition of "adversely affected." |
| 5/9/08 | .8 | Review Pre-Trial order and strategize regarding appropriate method ensuring maximum statutory damages including witnesses and evidence needed. |
| 5/9/08 | .5 | Conversation with Mr. Gonzales and Ms. Arleo regarding trial strategy including witnesses and evidence needed. |
| 5/12/08 | .5 | Review and analysis of 15 U.S.C. § 1692 factors in preparation of appropriate in limine motions, jury instructions, witnesses needed, evidence needed and trial strategy. |
| 5/12/08 | .5 | Begin Review of Mr. Robles deposition in preparation of possible in limine motions and cross examinations and trial strategy. |
| 5/12/08 | 1.0 | Finalize Khojayan Notice of Appearance to be filed in this case. |
| 5/12/08 | .4 | Participate in conference call with Mr. Gonzales and Ms. Arleo regarding finalizing retention of Khojayan to assist in trial preparation and conduct the trial on behalf of plaintiffs. |

1

Law Offices of
## Shaun Khojayan & Associates, P.L.C.
121 Broadway, Suite 338
San Diego, CA 90212

*Gonzales v. Arrow Financial Services*, Case No. 05CV0171-JAH; **Attorney time details.**

| | | |
|---|---|---|
| 5/14/08 | 2.5 | Review Mr. Robles' deposition in more detail in preparation of possible in limine motions and cross examinations and trial strategy. |
| 5/14/08 | .2 | Email exchange with Ms. Arleo regarding necessity of deponents' signature on depositions and admissibility of depositions as substantive evidence or use as impeachment. |
| 5/14/08 | .5 | Research necessity of deponents' signature on depositions and admissibility of depositions as substantive evidence or use as impeachment. |
| 5/14/08 | .3 | Prepare correspondence to defense counsel regarding agreement in use of unsigned deposition transcripts at trial as substantive evidence and impeachment. |
| 5/15/08 | .2 | Finalize correspondence to defense counsel regarding use of unsigned deposition at trial as substantive evidence and impeachment. |
| 5/15/08 | .2 | Conversation with Ms. Arleo regarding strategy regarding use of unsigned deposition transcripts at trial as substantive evidence and impeachment. |
| 5/16/08 | .3 | Conversation with Ms. Arleo regarding use and preparation of deposition transcripts as exhibits at trial. |
| 5/18/08 | .5 | Review Court's Pre-Trial Order regarding exhibits and strategize whether depositions need to be trial exhibits. |
| 5/18/08 | .2 | Initial review and strategizing regarding whether a special verdict form or general verdict form would be most beneficial to plaintiffs and minimize appeal issues and errors. |
| 5/19/08 | .5 | Research case law regarding any correlation or necessity of actual damages v. statutory damages in FDCPA cases that would limit in any way statutory damages. |
| 5/19/08 | .3 | Review Court's Pre-Trial Order for any stipulations regarding use of depositions at trial. |
| 5/22/08 | .8 | Research statutory damages and definition of "adversely affected persons" as used in the FDCPA and whether such has ever been defined by any federal court or statute. |
| 5/23/08 | .5 | Conversation with Ms. Arleo regarding preparation of additional in limine motions. |

Law Offices of
Shaun Khojayan & Associates, P.L.C.
121 Broadway, Suite 338
San Diego, CA 90212

*Gonzales v. Arrow Financial Services*, Case No. 05CV0171-JAH; **Attorney time details.**

| | | |
|---|---|---|
| 5/25/08 | 1.5 | Continued review Mr. Robles' deposition and exhibits in preparation of cross examination and trial strategy. |
| 5/26/08 | .4 | Conversation with defense counsel Ms. Wheller regarding use of depositions and whether plaintiff will need to subpoena Mr. Robles for trial or would the defendant produce Mr. Robles. |
| 5/26/08 | .9 | Initial review Mr. Gonzales' deposition in preparation of possible in limine motions and strategy regarding direct examination and trial strategy. |
| 5/28/08 | 2.5 | Initial research, drafting and preparation of supplemental model and special jury instructions. |
| 5/28/08 | .4 | Conversation with Ms. Arleo regarding previously filed December 2007 In limine motions and jury instructions and the necessity of additional jury instructions and modifications to existing jury instructions. |
| 5/29/08 | 1.5 | Continue preparation of supplemental jury instructions. |
| 5/29/08 | .2 | Email to Ms. Arleo supplemental model and special jury instructions for review. |
| 5/29/08 | .2 | Email to defense counsel Ms. Wheller confirming 5/26/08 phone conversation with her regarding use of depositions and necessity of subpoenaing Mr. Robles to trial. |
| 5/30/08 | .5 | Conversation with Ms. Arleo regarding preparation of ex parte motion regarding submission of supplemental jury instructions. |
| 5/30/08 | .3 | Review Ms. Arleo's email exchange with defense counsel Mr. Schultz regarding whether filing of ex parte for leave to file supplemental jury instructions will be opposed or not. |
| 5/30/08 | 1.0 | Revise supplemental jury instructions by preparing and inserting additional definitions of statutory damages terms. |
| 5/30/08 | .2 | Revise email to Mr. Schultz regarding the filing of additional in limine motions and as to whether he will be opposing the ex parte motion to file additional in limine motions. |
| 5/30/08 | .4 | Initial preparation of stipulation of facts to be used as trial exhibit. |

3

Law Offices of
Shaun Khojayan & Associates, P.L.C.
121 Broadway, Suite 338
San Diego, CA 90212

*Gonzales v. Arrow Financial Services*, Case No. 05CV0171-JAH; **Attorney time details.**

| | | |
|---|---|---|
| 5/31/08 | 1.5 | Research and revise jury instructions regarding "number of adversely affected." |
| 6/1/08 | 2.0 | Research and revise jury instructions regarding "number of adversely affected" and "intentional nature" of action. |
| 6/1/08 | .3 | Email exchange with Ms. Arleo regarding definitions of 15 U.S.C. § 1692 factors to be submitted in supplemental jury instructions and used at trial. |
| 6/2/08 | 1.0 | Preparation and formatting of ex parte application to file supplemental jury instructions and in limine motions. |
| 6/2/08 | .8 | Conversation with Ms. Arleo regarding the proposed supplemental jury instructions, in limine motions and effect of Mr. Gonzales' sophistication on "Nature of Non-compliance." |
| 6/2/08 | 2.5 | Continue preparation of ex parte memorandum and declaration regarding in limine motions and supplemental jury instructions. |
| 6/2/08 | 3.0 | Complete final revisions to additional in limine motions and supplemental jury instructions. |
| 6/3/08 | .2 | Email exchange with Ms. Arleo regarding final revisions to supplemental jury instructions and in limine motions. |
| 6/4/08 | .3 | Email exchange with Ms. Arleo regarding finalizing ex parte memorandum in support of supplemental jury instructions and in limine motions. |
| 6/9/08 | .2 | Conversation with Ms. Arleo regarding ex parte motion and memorandum regarding jury instructions; new motions hearing date considered to address these filings. |
| 6/9/08 | .3 | Conversation with Ms. Arleo regarding ex parte granted and initial conversation regarding strategy for reply to opposition to motions. |
| 6/11/08 | .5 | Further conversation with Ms. Arleo regarding strategy regarding opposition to in limine regarding excluding prior lawsuits against Arrow. |
| 6/11/08 | .5 | Conversation with Ms. Arleo regarding ex parte order and inclusion of *Redd/Maxwell* court order as use in impeachment of defense witnesses and the admissibility of such. |

4

Law Offices of
Shaun Khojayan & Associates, P.L.C.
121 Broadway, Suite 338
San Diego, CA 90212

*Gonzales v. Arrow Financial Services*, Case No. 05CV0171-JAH; **Attorney time details.**

| 6/11/08 | .1 | Left message to Court regarding clarification of due date of opposition to in limine motions. |
|---------|-----|---|
| 6/13/08 | .2 | Review Court order granting supplemental instructions and in limine motions filing. |
| 6/13/08 | .3 | Conversation with Ms. Arleo regarding plan to file opposition to defendant's in limine regarding prior lawsuits and strategizing regarding coordination of efforts in the preparation of such opposition. |
| 6/13/08 | 1.0 | Review and correct typographical errors and finalize the filing of Exhibit 2 (supplemental jury instructions) and Exhibit 3 (in limine motions). |
| 6/13/08 | 1.5 | Further research regarding whether a special verdict form or general verdict form would be most beneficial to plaintiffs and minimize appeal issues and errors. |
| 6/13/08 | 1.0 | Research member of jurors, peremptory strikes, alternate appropriate for this case. |
| 6/13/08 | .5 | Prepare letter to defense regarding stipulation to less than unanimous verdict and witness (Mr. Robles) status. |
| 6/13/08 | .8 | Prepare email to be sent to defense counsel regarding ex parte to oppose in limine motion regarding excluding prior lawsuits (Def. Motion In Limine #3). |
| 6/16/08 | .2 | Review email from Ms. Arleo regarding ex parte to file opposition to Motion In Limine #3. |
| 6/16/08 | 1.0 | Revise ex parte Exhibit 1 to be used in opposition to Motion in Limine #3 and memorandum regarding opposition to Motion In Limine #3. |
| 6/17/08 | .3 | Review docket to see if any other in limine motions or oppositions to motions in limine are needed. |
| 6/17/08 | .2 | Review prior argument in support and opposition regarding excluding prior court rulings. |
| 6/17/08 | .6 | Research annotations to FDCPA and case law in preparation of motion to exclude bona fide error defense. |
| 6/17/08 | 1.2 | Research admission of prior judgments and any hearsay exceptions to allow the inclusion of prior court rulings. |

LAW OFFICES OF
SHAUN KHOJAYAN & ASSOCIATES, P.L.C.
121 BROADWAY, SUITE 338
SAN DIEGO, CA 90212

*Gonzales v. Arrow Financial Services*, Case No. 05CV0171-JAH; **Attorney time details.**

| | | |
|---|---|---|
| 6/17/08 | .2 | Email exchange with defense counsel Mr. Shultz regarding unopposed v. joint motion to allow opposition to Motion in Limine #3 (exclusion of prior lawsuits). |
| 6/18/08 | .3 | Conversation with Ms. Arleo regarding ex parte/opposition to Motion In Limine #3/def's email regarding the same. |
| 6/18/08 | 2.3 | Revise/research case law in opposition to Defendant's Motion In Limine #3 and continue drafting the same. |
| 6/18/08 | 1.5 | Revise ex parte, declaration in support, and memorandum regarding opposition to Motion In Limine #3. |
| 6/18/08 | .4 | Additional email exchange with Mr. Schultz regarding unopposed v. joint motion to allow opposition to Motion in Limine #3. |
| 6/18/08 | 2.5 | Complete Exhibit 1 and revise/finalize application to ex parte and opposition to in limine motions. |
| 6/19/08 | .3 | Email exchanges regarding filing ex parte and opposition to in limine motions. |
| 6/19/08 | .4 | Continue revisions to ex parte regarding opposition to Motion In Limine #3 and discuss revisions with Ms. Arleo. |
| 6/19/08 | .3 | Finalize ex parte to file opposition to in limine motions. |
| 6/20/08 | .5 | Conversation with Ms. Arleo regarding review calendar and order on filing of opposition to Motion in Limine #3. |
| 6/21/08 | .5 | Revise and file actual opposition to Motion In Limine #3. |
| 6/30/08 | .8 | Preliminary review of defendant's opposition to plaintiff's additional Motions In Limine. |
| 7/3/08 | .5 | Conversation with Ms. Arleo regarding strategy in reply in support of plaintiff's additional Motions In Limine. |
| 7/5/08 | 1.0 | Research case law and reply regarding waiver of Bona Fide Error Defense at summary judgment. |

6

Law Offices of
Shaun Khojayan & Associates, P.L.C.
121 Broadway, Suite 338
San Diego, CA 90212

*Gonzales v. Arrow Financial Services*, Case No. 05CV0171-JAH; **Attorney time details.**

| 7/6/08 | 4.0 | Continue to research case and draft reply regarding excluding Bona Fide Error Defense. |
|--------|-----|------|
| 7/6/08 | 2.0 | Continue revisions to reply regarding excluding Bona Fide Error Defense. |
| 7/6/08 | .5 | Conversation with Ms. Arleo regarding further arguments in support of excluding Bona Fide Error defense. |
| 7/7/08 | .5 | Conversation with Ms. Arleo regarding Bona Fide Error defense in limine and strategy. |
| 7/7/08 | .1 | Review email regarding additional citations to be used in reply regarding Bona Fide Error Defense. |
| 7/7/08 | .4 | Review and prepare regarding objections to defendant's burden of proof instruction. |
| 7/7/08 | .4 | Review and prepare objections regarding defendant's additional jury instructions. |
| 7/7/08 | 2.0 | Add *Reichart* case to objection to jury instructions and finalize reply regarding Motion In Limine #3 and Bona Fide Error defense. |
| 7/9/08 | .2 | Email exchange with Ms. Arleo to prepare for upcoming motions in limine hearing. |
| 7/9/08 | .2 | Review and strategize regarding in limine hearing preparation. |
| 7/11/08 | .1 | Reply to Ms. Arleo regarding in limine motions hearing preparation; purchase most recent Ninth Circuit Model Civil Jury Instructions in preparation of hearing. |
| 7/13/08 | .8 | Conference with Ms. Arleo regarding arguments at the in limine motions hearing and strategize regarding same and coordinating arguments. |
| 7/13/08 | 1.0 | Review exclude Bona Fide Error defense and excluding harm to plaintiff and in limine motions preparation/organize in preparation of in limine motions hearing. |
| 7/14/08 | 1.2 | Review in limine motions/oppositions/jury instructions in preparation for hearing. |
| 7/14/08 | .5 | Review case law (*Irwin*; *Scott*) in preparation of in limine motions hearing. |

7

LAW OFFICES OF
**SHAUN KHOJAYAN & ASSOCIATES, P.L.C.**
121 BROADWAY, SUITE 338
SAN DIEGO, CA 90212

*Gonzales v. Arrow Financial Services*, Case No. 05CV0171-JAH; **Attorney time details.**

| 7/14/08 | 1.0 | Participate at meeting with Ms. Arleo and Mr. Gonzales regarding in limine hearing/strategize. |
|---------|-----|-----|
| 7/14/08 | 1.5 | Conversation with Ms. Arleo after hearing regarding court rulings regarding Motions In Limine. |
| 7/14/08 | .2 | Conversation with Ms. Arleo regarding CA FDCPA applicability to Court's rulings and affect on CAFDCPA damages. |
| 7/14/08 | 2.3 | Attend and participate at in limine hearing and trial setting. |
| 7/15/08 | .3 | Conversation with Ms. Arleo regarding letter to client and trial issues; re-consideration of "intent" in limine motion. |
| 7/16/08 | .3 | Conversation with Ms. Arleo regarding reply to Bona Fide Error defense. |
| 7/16/08 | .3 | Review stipulation and minute order regarding extended time to submit summary. |
| 7/20/08 | 2.0 | Conversation and strategizing with Ms. Arleo regarding arguments and drafting of sur-reply regarding excluding Bona Fide Error defense Motion In Limine. |
| 7/21/08 | .8 | Further conversation with Ms. Arleo regarding arguments and drafting of sur-reply regarding excluding Bona Fide Error defense Motion In Limine. |
| 7/22/08 | .5 | Conversation with Ms. Arleo regarding strategize regarding response and defendant's summary regarding Bona Fide Error Defense. |
| 7/22/08 | 4.0 | Preparation and continued revision to sur-reply in excluding Bona Fide Error Defense and preparation of exhibits in support of Bona Fide Error defense (*e.g.*, defendant's earlier submitted letters in opposition to motion to compel). |
| 7/23/08 | .8 | Preparation of Notice of amended documents with re-scanned, corrected exhibit. |
| 7/23/08 | .3 | Email exchange with Ms. Arleo regarding definition of debt and considering same in terms of trial strategy and effect on trial issues. |

8

LAW OFFICES OF
SHAUN KHOJAYAN & ASSOCIATES, P.L.C.
121 BROADWAY, SUITE 338
SAN DIEGO, CA 90212

*Gonzales v. Arrow Financial Services*, Case No. 05CV0171-JAH; **Attorney time details.**

| | | |
|---|---|---|
| 7/24/08 | .4 | Strategize/Email exchange with Ms. Arleo regarding underlying debt definition. |
| 7/25/08 | .5 | Further conversation and strategizing with Ms. Arleo regarding meaning of debt. |
| 8/4/08 | .3 | Conversation with Ms. Arleo regarding 8/15 status conference and coordination of efforts in preparation of hearing. |
| 8/6/08 | .2 | Review defendant's email regarding definition of debt; no agreement as to definition. |
| 8/6/08 | .3 | Email exchange with Ms. Arleo regarding defendant's response regarding definition of debt. |
| 8/7/08 | .3 | Coordinate and contact Court regarding conference call regarding further in limine issues. |
| 8/11/08 | 1.0 | Research case law to exclude defendant's attempt to describe its violation as a mere "technical violation" as a form of jury nullification that nullifies defendant's conduct. |
| 8/11/08 | .3 | Conversation with Ms. Arleo regarding meet and confer with defense counsel regarding definition of debt. |
| 8/12/08 | 1.2 | Research and continue drafting plaintiff's motion to exclude defendant's description of its violation as a mere "technical violation" as a form of jury nullification that nullifies defendant's conduct. |
| 8/13/08 | .4 | Review final version of plaintiff's position and defendant's position of the definition of debt and nullification regarding "technical violation." |
| 8/14/08 | .4 | Conversation and strategizing with Ms. Arleo regarding 9/5 status conference regarding debt. |
| 8/15/08 | .2 | Further conversation and strategizing with Ms. Arleo regarding 9/5 hearing attendance. |
| 8/15/08 | .3 | Conversation with Ms. Arleo and Mr. Schultz regarding debt definition issues and possible continuance of hearing. |

9

LAW OFFICES OF
SHAUN KHOJAYAN & ASSOCIATES, P.L.C.
121 BROADWAY, SUITE 338
SAN DIEGO, CA 90212

*Gonzales v. Arrow Financial Services*, Case No. 05CV0171-JAH; **Attorney time details.**

| 8/15/08 | 1.2 | Strategize with Ms. Arleo regarding coordination of preparation of direct examination of Mr. Gonzales and cross examination of witnesses and trial preparation. |
|---------|-----|---|
| 8/15/08 | .2 | Review Court's order regarding status conference and next court date. |
| 8/17/08 | .4 | Initial Review of Ms. Arleo's direct examination of Mr. Gonzales in preparation for trial. |
| 8/17/08 | .2 | Email exchange with Mr. Bragg regarding obtaining SEC filings to determine net worth of Arrow and its parent company, Sallie Mae, in support of FDCPA statutory damages. |
| 8/24/08 | 4.0 | Prepare and strategize regarding opening statement and partial preparation cross examination of Mr. Cutler. |
| 8/25/08 | 3.5 | Continue to prepare/strategize regarding opening statement at trial. |
| 8/25/08 | .1 | Email to Mr. Arleo regarding opening statement and cross examination of Mr. Cutler and Mr. Robles. |
| 9/5/08 | .5 | Attend Status Conference regarding additional in limine motions. |
| 9/5/08 | .3 | Conversation with Ms. Arleo and Mr. Bragg regarding Court's in limine rulings. |
| 9/5/08 | 1.0 | Prepare for status hearing with Ms. Arleo; review pleadings related to double damages. |
| 9/5/08 | 1.5 | Strategize with Ms. Arleo regarding opening statements, examinations and strategize regarding specific evidence to elicit in support of damages. |
| 9/23/08 | .4 | Meeting with Ms. Arleo regarding trial preparation, examinations and strategize regarding specific evidence to elicit in support of damages. |
| 9/26/08 | .5 | Review defendant's motion in limine regarding incentive award. |
| 9/27/08 | 1.5 | Review and modify plaintiff's opposition and statement regarding incentive award in limine. |

10

# Law Offices of
## Shaun Khojayan & Associates, P.L.C.
121 Broadway, Suite 338
San Diego, CA 90212

*Gonzales v. Arrow Financial Services*, Case No. 05CV0171-JAH; **Attorney time details.**

| | | |
|---|---|---|
| 9/27/08 | 1.0 | Review plaintiff's motion to re-consider jury instructions ruling and debt definition. |
| 9/27/08 | 2.5 | Preparation of response to re-consider jury instructions regarding attorney fees. |
| 9/30/08 | .8 | Research and locate appropriate mock jury focus group to assist in trial preparation. |
| 9/30/08 | .3 | Review attorney fees jury instructions. |
| 9/30/08 | .3 | Discuss with Ms. Arleo regarding mock jury focus group and preparation to maximize use of mock jury. |
| 10/1/08 | .8 | Strategize with Ms. Arleo regarding jury instructions and trial strategy. |
| 10/1/08 | .6 | Arrange and conference with Ms. Arleo and Mr. Bragg regarding focus group and issues to be presented to focus group to maximize value in preparation of trial. |
| 10/1/08 | .5 | Further research regarding focus group/discuss with Mr. Selik, organizer of mock jury focus group. |
| 10/2/08 | 1.5 | Prepare for jury instructions conference by reviewing all jury instructions filed. |
| 10/2/08 | .5 | Strategize regarding defendant's case in preparation for trial strategy. |
| 10/3/08 | 1.5 | Attend Status Conference regarding trial. |
| 10/3/08 | 1.0 | Meet with Ms. Arleo before and after Status Conference hearing. |
| 10/3/08 | 1.0 | Prepare further for jury instructions conference; prepare outline of arguments in preparation of hearing. |
| 10/3/08 | 1.5 | Continue strategize regarding presentation of issues at trial. |
| 10/3/08 | .1 | Left message for ct. reporter regarding transcripts of hearing. |
| 10/3/08 | .2 | Conversation with ct. reporter regarding transcripts of hearing. |

11

# Law Offices of
## Shaun Khojayan & Associates, P.L.C.
121 Broadway, Suite 338
San Diego, CA 90212

*Gonzales v. Arrow Financial Services*, Case No. 05CV0171-JAH; **Attorney time details.**

| | | |
|---|---|---|
| 10/4/08 | 1.0 | Research case law regarding burden of proof on statutory damages. |
| 10/5/08 | .2 | Review email from Ms. Arleo to strategize regarding burden of proof in a statutory damages case where liability already decided. |
| 10/6/08 | .5 | Conversation with Ms. Arleo regarding Arrow's witness problems and possibility a witness not attending trial. |
| 10/7/08 | .4 | Conversation with Mr. Schultz regarding possible negotiations to settle action. |
| 10/7/08 | .3 | Discussion with Ms. Arleo regarding negotiations. |
| 10/7/08 | .2 | Review email from Mr. Shultz regarding settlement with appeal proposal. |
| 10/8/08 | .4 | Conversation with Ms. Arleo regarding settlement with appeal. |
| 10/8/08 | .3 | Conversation with Ms. Arleo regarding settlement v. verdict benefits to the class. |
| 10/8/08 | .3 | Further research case law on burden of proof regarding factors. |
| 10/8/08 | .5 | Email exchange with Ms. Arleo regarding burden of proof and damages. |
| 10/8/08 | .4 | Strategize and revise opening statement for trial. |
| 10/8/08 | .8 | Conversation and preparation for jury instructions telephone conference with the Court. |
| 10/9/08 | .5 | Participate in Telephone Status Conference with Court regarding trial/jury instructions. |
| 10/9/08 | 1.5 | Review and prepare for meet and confer regarding jury instructions with defense counsel. |
| 10/9/08 | .2 | Email Mr. Selik regarding focus group; prior rulings usage at trial. |

Law Offices of
**Shaun Khojayan & Associates, P.L.C.**
121 Broadway, Suite 338
San Diego, CA 90212

*Gonzales v. Arrow Financial Services*, Case No. 05CV0171-JAH; **Attorney time details.**

| 10/10/08 | .2 | Email exchange with Mr. Schultz regarding whether Mr. Cutler will be testifying at trial. |
|---|---|---|
| 10/10/08 | .3 | Picked up transcripts of 7/14/08 and 9/5/08 hearings from Court. |
| 10/10/08 | .1 | Left message with court reporter Cami Kercher regarding emailing PDF version of transcripts. |
| 10/10/08 | .1 | Correspondence Ms. Arleo regarding receipt of court transcripts. |
| 10/11/08 | 4.5 | Review materials in preparation for focus group/trial; prepare opening statement; jury instructions and exhibits; direct examination of plaintiff. |
| 10/11/08 | 1.0 | Review and respond to emails to/from Ms. Arleo and Mr. Selik regarding trial prepare/focus group/mock trial. |
| 10/12/08 | 6.5 | Participate in mock trial focus group, practice opening statement, closing argument, direct examination and cross examination. |
| 10/14/08 | 1.0 | Conference call with Ms. Arleo regarding trial issues and further research that needs to be done in preparation for trial. |
| 10/14/08 | .5 | Email to defendant regarding jury instructions meet and confer regarding the same. |
| 10/14/08 | .3 | Conversation with Ms. Arleo regarding Mr. Cutler's likely testimony at trial. |
| 10/14/08 | .8 | Review file and Mr. Cutler deposition transcript regarding possibility of stipulation as to issues in lieu of his testimony. |
| 10/14/08 | .3 | Research jury instructions regarding use of interrogatory responses as evidence. |
| 10/14/08 | .5 | Review response to emails from Ms. Arleo regarding remaining jury instructions issues. |
| 10/15/08 | .3 | Conversation with Mr. Schultz regarding possible settlement. |

**LAW OFFICES OF**
**SHAUN KHOJAYAN & ASSOCIATES, P.L.C.**
121 BROADWAY, SUITE 338
SAN DIEGO, CA 90212

*Gonzales v. Arrow Financial Services*, Case No. 05CV0171-JAH; **Attorney time details.**

| | | |
|---|---|---|
| 10/15/08 | .3 | Conversation with Ms. Arleo regarding appropriate counter offer to settle the case. |
| 10/15/08 | 1.0 | Review of Court's proposed jury instructions. |
| 10/15/08 | 2.0 | Further review Court's proposed instructions and compare to previous submissions. |
| 10/15/08 | .5 | Strategize/draft email to Ms. Arleo regarding comments on Court's jury instructions instruction. |
| 10/15/08 | .6 | Email exchanges with Ms. Arleo regarding jury instructions meet and confer regarding the same. |
| 10/15/08 | .2 | Conversation with Ms. Arleo regarding jury instructions and comments thereon. |
| 10/15/08 | .5 | Email exchange with Ms. Arleo regarding Court's instructions. |
| 10/15/08 | 1.0 | Review Mr. Robles' deposition in preparation for trial and cross examination. |
| 10/15/08 | .8 | Review Ms. Arleo's comments on Court's proposal regarding stipulation to depositions. |
| 10/15/08 | .6 | Conversation with Ms. Arleo regarding defendant's comments and Court's proposal. |
| 10/16/08 | .5 | Review and respond to several emails regarding settlement and jury instructions. |
| 10/16/08 | .2 | Review email from defense counsel regarding Mr. Cutler and Mr. Robles coming to trial. |
| 10/16/08 | .5 | Strategize regarding appropriate voir dire questions. |
| 10/16/08 | 1.0 | Drive to voir dire focus group from S.D. office. |
| 10/16/08 | 2.5 | Participate in focus group regarding voir dire/jury selection preparation. |
| 10/16/08 | 1.0 | Drive from voir dire focus group to S.D. office. |

14

**LAW OFFICES OF**
**SHAUN KHOJAYAN & ASSOCIATES, P.L.C.**
121 BROADWAY, SUITE 338
SAN DIEGO, CA 90212

*Gonzales v. Arrow Financial Services*, Case No. 05CV0171-JAH; **Attorney time details.**

| | | |
|---|---|---|
| 10/17/08 | .8 | Conversation with Ms. Arleo regarding trial issues. |
| 10/17/08 | 2.0 | Further preparation direct of Mr. Gonzales and crosses of defendant's witnesses. |
| 10/17/08 | 1.0 | Prepare exhibits and impeachment materials in preparation of trial. |
| 10/17/08 | .2 | Review defendant's proposed voir dire questions to the Court. |
| 10/17/08 | .5 | Strategize voir dire questions to submit to Court. |
| 10/17/08 | .2 | Review defendant's in limine regarding amount to class. |
| 10/17/08 | .5 | Research use of deposition testimony and discovery admissions for use at trial. |
| 10/17/08 | .4 | Prepare transcripts as exhibits/use at trial. |
| 10/17/08 | .4 | Email exchange with defendant regarding exhibits. |
| 10/18/08 | 1.0 | Review interrogatory responses and admissions in preparation for trial. |
| 10/18/08 | 1.0 | Review defendant's additional jury instructions. |
| 10/19/08 | .3 | Conversation with Ms. Arleo and Mr. Bragg regarding preparation of judgment. |
| 10/19/08 | 1.5 | Continued preparation of Mr. Gonzales' direct examination and continue preparing and strategizing voir dire strategy and questions. |
| 10/19/08 | 1.0 | Review and revise summary of in limine rulings in preparation for use at trial. |
| 10/19/08 | 1.0 | Continue to strategize and revise opening and closing arguments. |
| 10/19/08 | 1.0 | Review summary of facts from written discovery. |
| 10/19/08 | .3 | Continue to preparation summary of facts for opening statement. |
| 10/19/08 | .2 | Scan and preparation exhibit letter for trial. |

15

LAW OFFICES OF
SHAUN KHOJAYAN & ASSOCIATES, P.L.C.
121 BROADWAY, SUITE 338
SAN DIEGO, CA 90212

*Gonzales v. Arrow Financial Services*, Case No. 05CV0171-JAH; **Attorney time details.**

| 10/20/08 | .5 | Conversation with Ms. Arleo regarding preparation of Sallie Mae's net worth for impeachment and discuss possibility of court taking judicial notice of the same. |
|---|---|---|
| 10/20/08 | .3 | Research proper form of judgment and whether to include costs in judgment form. |
| 10/20/08 | .3 | Email exchange with Ms. Arleo regarding entry of judgment. |
| 10/20/08 | 1.5 | Prepare for additional jury instructions conference and final preparation of voir dire/opening statement. |
| 10/21/08 | 8.0 | Conduct Jury Trial, full day. |
| 10/21/08 | .7 | Meet with Ms. Arleo and Mr. Gonzales after trial to discuss evidence thus far and prepare for next trial day. |
| 10/21/08 | 1.5 | Preparation of cross examination of Mr. Cutler and closing argument. |
| 10/22/08 | 8.3 | Conduct Jury Trial, full day. |
| 10/22/08 | 1.0 | Meet with Ms. Arleo and Mr. Gonzales after trial to discuss evidence thus far and prepare for next trial day. |
| 10/23/08 | 4.5 | Attend Jury Trial and wait for Verdict. |
| 10/23/08 | 1.0 | Strategize with Ms. Arleo regarding likelihood of appeal and costs. |
| 10/26/08 | .3 | Conversation with Ms. Arleo regarding judgment. |
| 10/27/08 | .5 | Conversation with Ms. Arleo regarding judgment and drafting and fee application. |
| 10/27/08 | 1.1 | Research support of attorney fees in preparation of Khojayan declaration. |
| 10/28/08 | 1.0 | Conversation with Ms. Arleo regarding fee applications/declarations needed in support. |
| 10/28/08 | 1.0 | Review and begin drafting Khojayan declaration regarding attorney fees. |

LAW OFFICES OF
SHAUN KHOJAYAN & ASSOCIATES, P.L.C.
121 BROADWAY, SUITE 338
SAN DIEGO, CA 90212

*Gonzales v. Arrow Financial Services*, Case No. 05CV0171-JAH; **Attorney time details.**

| 10/29/08 | .8 | Conversation with Ms. Arleo regarding upcoming needed filings including attorney fees and incentive award motions. |
|---|---|---|
| 10/29/08 | .5 | Conference call with Ms. Arleo and Mr. Bragg regarding fees and bill cost motions and declarations. |
| 10/29/08 | .6 | Conference call with Arleo regarding incentive award motion. |
| 10/29/08 | .3 | Revise Khojayan bill of costs. |
| 10/31/08 | .6 | Revise Khojayan background for Attorney declaration in support of fees. |
| 11/1/08 | 2.0 | Research Attorney rates for comparable work of Khojayan and Arleo (incur Westlaw research charges). |
| 11/1/08 | 2.5 | Continue drafting Khojayan declaration regarding attorney fees. |
| 11/2/08 | 2.0 | Continue drafting experience section of Khojayan declaration regarding attorney fees. |
| 11/2/08 | .3 | Email exchanges with Ms. Arleo and Mr. Bragg regarding attorney fees motion and possible expert declarations needed in support. |
| 11/3/08 | 2.5 | Continue drafting Khojayan declaration regarding attorney fees. |
| 11/5/08 | 2.0 | Continue preparation of background and summary of tasks performed in this litigation to insert in Khojayan declaration regarding attorney fees. |
| 11/6/08 | 2.5 | Continue preparation of background to insert in Khojayan declaration regarding attorney fees. |
| 11/7/08 | 4.0 | Continue preparation of summary of tasks to insert in Khojayan declaration regarding attorney fees. |

17

LAW OFFICES OF
SHAUN KHOJAYAN & ASSOCIATES, P.L.C.
121 BROADWAY, SUITE 338
SAN DIEGO, CA 90212

*Gonzales v. Arrow Financial Services*, Case No. 05CV0171-JAH; **Attorney time details.**

| 11/8/08 | 4.5 | Continue preparation of Khojayan declaration regarding attorney fees regarding formatting, correct typographical errors and increase readability. |
|---|---|---|
| 11/9/08 | 1.5 | Review, research and revise incentive award motion. |
| 11/10/08 | 2.0 | Continue to revise incentive award motion. |
| 11/10/08 | 2.5 | Prepare Mr. Gonzales' incentive award declaration in support of incentive award. |
| 11/11/08 | .5 | Finalize draft of incentive award motion and declaration. |
| 11/11/08 | .5 | Conversation with Ms. Arleo regarding regular fees/incentive motion/attorney fees motions. |
| 11/11/08 | .2 | Research on line for possible experts for attorney fee motion. |
| 11/14/08 | .5 | Conversation with potential attorney fee expert, Michael Hensley, Esq. |
| 11/14/08 | .4 | Conversation with Ms. Arleo regarding attorney fee expert. |
| 11/14/08 | .5 | Research case law supporting Mr. Bragg's fees for expert witness to review in preparation of expert declaration in support of attorney's fees. |
| 11/14/08 | .2 | Conversation with Ms. Arleo regarding approving attorney fee expert regarding comparable appropriate hourly rate for class action counsel in similar cases. |
| 11/16/08 | .2 | Review email regarding attorney fee expert and attorney fee motion. |
| 11/17/08 | .1 | Review emails regarding attorney fee expert and what is needed to ensure he has all information needed for thorough declaration. |

18

LAW OFFICES OF
SHAUN KHOJAYAN & ASSOCIATES, P.L.C.
121 BROADWAY, SUITE 338
SAN DIEGO, CA 90212

*Gonzales v. Arrow Financial Services*, Case No. 05CV0171-JAH; **Attorney time details.**

| | | |
|---|---|---|
| 11/18/08 | .3 | Conversation with Coughlin Stoia senior associate regarding possibility of submitting declaration in support of attorney's fees in this case; strategy in ensuring full attorney's fees and usage of Laffery Matrix and whether he could recommend other experts that could provide support. |
| 11/18/08 | .2 | Conversation with Ms. Arleo regarding Laffery Matrix as one basis for attorney's fees motion. |
| 11/18/08 | .5 | Research case law in support of Laffery Matrix as supporting of attorney's fees motion. |
| 11/19/08 | 2.0 | Research Coughlin Stoia fee declarations nationwide for current attorney rates charged by Coughlin Stoia firm in contingent class action litigation. |
| 12/13/08 | 2.0 | Initial review of Hensley Declaration in support of attorney's fees motion. |
| 12/14/08 | 2.5 | Review and corrections to Hensley Declaration in support of attorney's fees motion. |
| 12/15/08 | .4 | Conversation with Ms. Arleo regarding declarations, exhibits and attorney fee motions. |
| 12/15/08 | .4 | Emails to Ms. Arleo and Mr. Hensley regarding finalizing attorney fees declaration. |
| 12/15/08 | 1.0 | Final review and revisions/modification and shortening of Khojayan attorney fee declaration. |
| | | |
| **TOTAL** | **253.3** | |

19

**EXHIBIT 2**

LAW OFFICES OF
SHAUN KHOJAYAN & ASSOCIATES, P.L.C.
121 BROADWAY, SUITE 338
SAN DIEGO, CA 90212
TEL.: (310) 274-6111

*Gonzales v. Arrow Financial Services*, Case No. 05CV0171-JAH; **Costs and Expenses**

| Date | Brief Explanation or Description of Service | In-House Photocopying (.25 per copy) | Outside Photocopy | Postage | Travel | Other | Parking |
|------|---------------------------------------------|--------------------------------------|-------------------|---------|--------|-------|---------|
| 5/7/08 | Travel to Elizabeth Arleo's office in Ramona from Khojayan S.D. office | | | | 36.89 miles | | |
| 5/7/08 | Travel from Elizabeth Arleo's office in Ramona to Khojayan S.D. office | | | | 36.89 miles | | |
| 5/14/08 | Westlaw Specialized Research re: Statutory Damages | | | | | $60.00 | |
| 8/15/08 | AT&T Teleconference (with Elizabeth Arleo, David Shultz & Judge Houston) | | | | | $11.21 | |
| 9/5/08 | AT&T Teleconference (with Elizabeth Arleo, David Shultz & Judge Houston) | | | | | $11.21 | |
| 10/4/08 | Westlaw Specialized Research re: Burden of Proof on Statutory Damages | | | | | $110.00 | |
| 10/12/08 | Travel to mock trial focus group (914 N. Coast Hwy 101, Encinitas, CA 92024) from Khojayan S.D. office | | | | 27.75 miles | | |
| 10/12/08 | Travel to Khojayan S.D. office from mock trial focus group | | | | 27.75 miles | | |
| 10/16/08 | Travel to voir dire focus group (914 N. Coast Hwy 101, Encinitas, CA 92024) from office | | | | 27.75 miles | | |

1

Law Offices of
## Shaun Khojayan & Associates, P.L.C.
121 Broadway, Suite 338
San Diego, CA 90212
Tel.: (310) 274-6111

*Gonzales v. Arrow Financial Services*, Case No. 05CV0171-JAH; **Costs and Expenses**

| Date | Description | | | | | |
|---|---|---|---|---|---|---|
| 10/16/08 | Travel to office from voir dire focus group | | | | 27.75 miles | |
| 10/17/08 | Two copies of Cutler deposition for trial (89 pages x2) | 178 pages | | | | |
| 10/17/08 | Copies of Robles deposition for trial (139 pages) | 139 pages | | | | |
| 10/17/08 | Copies of defendant's discovery responses for trial (66 pages) | 66 pages | | | | |
| 10/20/08 | Copy of defendant's (Sallie Mae) SEC 10-K 2007 for trial (176 pages) | 176 pages | | | | |
| 10/20/08 | Copy of defendant's (Sallie Mae) SEC 10-K 2008 for trial (219 pages) | 219 pages | | | | |
| 10/21/08 | Preparation, enlargement and mounting on foam of Exhibit 1 for trial. | | $134.69 | | | |
| 11/1/08 | Westlaw Specialized Research re: Attorneys fees cases and rates | | | | | $135.00 |
| **TOTAL** | | $194.50 | $134.69 | | $102.19 | $327.42 |

Travel reimbursement is based on the IRS standard rates of $ 0.505 per mile per mile through June 30, 2008 and $ 0.585 per mile from July 1, 2008 through December 1, 2008.

The total for all costs and expenses incurred by the Law Offices of Shaun Khojayan is **$758.80**.

2

## <u>CERTIFICATE OF SERVICE</u>

Attorney for Plaintiff certifies that the foregoing pleading is true and accurate and that a copy of the foregoing document has been served this day upon:

**Electronic Mail Notice List**

- **Elizabeth J Arleo**
  elizabeth@arleolaw.com
- **O Randolph Bragg**
  rand@horwitzlaw.com,shannon@horwitzlaw.com
- **Shaun Khojayan**
  shaun@khojayan.com,hashen@khojayan.com
- **David M Schultz**
  dschultz@hinshawlaw.com,courtfiling@hinshawlaw.com,izielinski@hinshawlaw.com
- **Craig M Shapiro**
  craig@horwitzlaw.com,shannon@horwitzlaw.com
- **Linda L. Streeter**
  lstreeter@hinshawlaw.com,scox@hinshawlaw.com,dhinds@hinshawlaw.com

**Manual Notice List**

The following is a list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

**Jennifer W. Weller**
Hinshaw and Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  March 20, 2009                      s/ Elizabeth J. Arleo
                                                   ELIZABETH J. ARLEO