1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ARLEO LAW FIRM, PLC
ELIZABETH J. ARLEO (CASB NO. 201730)
850 Main Street, Suite 201
Ramona, CA  92065
Telephone:  760/789-8000
760/789-8081 (fax)

HORWITZ, HORWITZ & ASSOCIATES
O. RANDOLPH BRAGG (IL BAR NO. 6221983)
CRAIG M. SHAPIRO (IL BAR NO. 6284475)
25 East Washington Street, Suite 900
Chicago, IL  60602
Telephone:  312/372-8822
312/372-1693 (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JOHNNY GONZALES, on Behalf of
Himself and All Others Similarly
Situated,

                          Plaintiff,

     vs.

ARROW FINANCIAL SERVICES
LLC,

                          Defendant.

Case No. 05-CV-0171 JAH (RBB)

**DECLARATION OF WILLIAM M.
HENSLEY IN SUPPORT OF
PLAINTIFF'S MOTION FOR
ATTORNEYS' FEES AND
EXPENSES**

DATE:    May 19, 2009
TIME:     2:30 p.m.
PLACE:  Courtroom 11

The Honorable John A. Houston

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

---

**DECLARATION OF WILLIAM M. HENSLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR
ATTORNEYS' FEES AND EXPENSES**

# DECLARATION OF WILLIAM M. HENSLEY
## IN SUPPORT OF HOURLY RATE FOR LODESTAR CALCULATION
## OF ATTORNEY'S FEES AWARD

I, William M. Hensley, declare and state:

### *Background*

1.    I am an attorney duly licensed to practice law in the State of California since December 1979.  I am a shareholder at Adorno, Yoss, Alvarado & Smith, based in Santa Ana, California, specializing in civil/commercial litigation in both California state courts and various federal courts since 1981 after a two year clerkship with the California Court of Appeal, Fifth Appellate District.  I have no affiliation with any of the attorneys seeking fee awards in the pending matter.  I have personal  knowledge of each and every fact stated herein and would be competent to testify thereto if called upon to do so.

### *Qualifications*

2.    At the undergraduate level, I graduated from the University of Southern California in 1976 with a Bachelor's Degree in Speech Communications.  I then graduated from Rutgers-Camden School of Law with a Juris Doctorate degree in 1979, after externing my last year with the United States Court of Appeals for the Third Circuit.  I then clerked two years for the Hon. George N. Zenovich, who was a justice on the California Court of Appeal, Fifth Appellate District in Fresno, California. After that, I was an associate with Kadison, Pfaelzer, Woodard, Quinn & Rossi in Los Angeles, California, specializing in civil/commercial litigation, between September 1981 and July 1987.  After this firm's break-up in 1987, I was an associate with Irell & Manella in Los Angeles, California, again specializing in litigation, between November 1987 through Spring 1992.  During my time at Irell & Manella, I successfully prosecuted an attorney's fees petition by which I obtained 85% of fees for a prevailing party equipment lessor and mitigated a substantial fee application

Adorno Yoss Alvarado & Smith
Attorneys at Law
Santa Ana

1

sought by a prevailing party in a jury trial involving a lease guarantee dispute centered in the Palm Springs area.

3.      I then relocated to Orange County, California.  I first was a litigation associate with Menke, Fahrney & Carroll, in Costa Mesa, California, from approximately Spring 1992 through Fall 1993.  I then moved to Jackson, DeMarco & Peckenpaugh (now Jackson, DeMarco, Tidus & Peckenpaugh) in Fall 1993 and remained until February 2008.  I became a shareholder at Jackson, DeMarco and served as head of its Litigation Department for 2 ½ years.   While at Jackson, DeMarco, I litigated several cases in San Diego, including federal securities lawsuits and state actions in which I became familiar with the hourly rates charged by San Diego practitioners for civil litigation of the ilk involved in the pending action.  I also won two cases that allowed me to successfully prosecute attorney's fees applications before state courts, resulting in substantial fee awards in favor of the respective clients.  I also successfully litigated an appeal by which a corporate client obtained substantial attorney's fees against Bank of America under former Code of Civil Procedure section 128.5.

4.      Beginning in February 2008, I have been a shareholder at Adorno, Yoss, Alvarado & Smith in Santa Ana, California, specializing in litigation.

5.      Beginning in May 2008 to the present date, Marc Alexander (a  colleague at Adorno, Yoss, Alvarado & Smith) and I have contributed to  a website, "calattorneysfees.com," devoted exclusively to summarizing state and federal decisions in California dealing with attorney's fees issues.  I have reviewed numerous decisions as a result of contributing to this website, becoming very familiar with lodestar standards—especially surveys about data on San Diego attorneys' hourly rates and other expert testimony on reasonable lodestar hourly rates.

6.      I have attended numerous continuing educational seminars and trade group seminars relating to attorney's fees issues dating back to the mid-1980s going

**DECLARATION OF WILLIAM M. HENSLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES**

1067224.1

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

forward.

7.    During my time with the Jackson, DeMarco law firm, I worked extensively with attorneys on both sides of plaintiff and defendant cases in federal and state courts located in San Diego.  As a result, I have a good perception of the nature of hourly rates that are reasonable for civil litigators in federal cases, including cases of the nature involved in this particular matter.

8.    I acknowledge that it is the ultimate responsibility of this Court to fix the reasonable hourly rates for each of the attorneys described below.  Hopefully, my Declaration will be of assistance to the Court in satisfying this task.

### *Materials and Information Reviewed*

9.    In arriving at my opinions stated in this Declaration, I undertook a number of investigative steps to opine on the reasonable hourly rates that  should be awarded in the lodestar calculus to attorneys O. Randolph Bragg ("Mr. Bragg"), Shaun Khojayan ("Mr. Khojayan"), and Elizabeth J. Arleo ("Ms. Arleo").

The steps were:

A.    I talked to Mr. Khojayan and Ms. Arleo about the nature of the pending litigation, any significant interim rulings, and the ultimate result, being provided the detailed Order Denying Defendant's Motion for Summary Judgment (Doc. #92); Granting Plaintiff's Cross Motion for Partial Summary Judgment (Doc.#95); and Denying Defendant's Motion to Decertify the Class (Doc. #88) and a synopsis of the results in the eventual trial, both of which I read in detail.

B.    I independently did a WestLaw search for opinions in which any of the attorneys were awarded fees and there was a discussion of the hourly rates assessed as part of the lodestar calculation (especially in Fair Debt Collection Practices Act [FDCPA] cases but not limited thereto), finding several decisions on the subject which were helpful and upon which I relied (as explained below).

C.    As a cross-check, Ms. Arleo also provided me copies of decisions

Adorno Yoss Alvarado & Smith
Attorneys at Law
Santa Ana

3

**DECLARATION OF WILLIAM M. HENSLEY IN SUPPORT OF PLAINTIFF'S**
**MOTION FOR ATTORNEYS' FEES AND EXPENSES**

involving discussions of hourly rates awarded in cases involving either Mr. Bragg or Ms. Arleo, all of which I have reviewed and evaluated.

D.   I independently researched surveys, matrices, court decisions, past fee applications, attorney interviews, and public Internet information from the California State Bar in order to substantiate my conclusions.  This data is described with specificity below, combined with my knowledge of reasonable hourly rates for attorneys in Southern California markets (specifically, Los Angeles, Orange, and San Diego Counties).  I also reviewed the resumes of Mr. Bragg, Mr. Khojayan, and Ms. Arleo.

### *Summary of My Expert Opinions*

10.   Based upon the data that is presented in this declaration, in my opinion the following hourly rate ranges are reasonable ones to be awarded for each respective listed attorney:

A.   Mr. Bragg -- $495.00-500.00 per hour;

B.   Mr. Khojayan -- $450.00-465.00 per hour; and

C.   Ms. Arleo -- $385.00-400.00 per hour.

### *Bases For My Opinions Regarding Reasonable Attorney Hourly Rates*

11.   In mandatory fee-shifting cases like this one, federal courts award hourly rates that are consistent with rates that other attorneys of comparable skill, experience, and reputation in the relevant legal marketplace would charge for performing similar work—with the relevant community being the community in which the district court sits (*i.e*., San Diego County).  However, rates outside the community may be relevant where the particular case involves counsel that litigates a specialty area that should be assessed outside of the community where the District Court sits.  (*See, e.g., Camacho v. Bridgeport Financial, Inc.,* 523 F.3d 973, 979 (9th Cir. 2008).)

12.   Based upon Plaintiff's successful results on the pretrial summary judgment/decertification motions and at trial, I firmly conclude that the hourly rates

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

**DECLARATION OF WILLIAM M. HENSLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES**

would be gauged by the rates applicable to complex litigation in the top civil/commercial firms in the San Diego County community. I base this upon the fact that the results demonstrate superior briefing and advanced trial preparation, whether for a FDCPA case or case litigated under other federal statutes.

### Basis No. 1:  National Law Journal Survey of 2007 & 2008 Billing Rates

13. The first basis for my opinions is derived from the 2007 and 2008 surveys of law firm billing rates from a nationwide sampling conducted by the *National Law Journal (NLJ),* which are published in late 2007 and 2008. Copies of the 2007 and 2008 published billing rate results are respectively attached to my declaration as Exhibits "A" and "B." As far as I am aware, the *NLJ* annual survey is the only one that identifies the interviewed law firm by name and then lists the specific rates for partners and associates. Other well known fee expert witnesses have consistently used the *NLJ* surveys as the most objective, credible data to present in support of opinions on reasonable hourly rates for purposes of lodestar methodology analysis.

14. Based upon the 2007 *NLJ* data, I have prepared a summary of the hourly rates for the listed large Los Angeles and San Diego law firms:

- Luce, Forward, Hamilton & Scripps (San Diego/186 Attorneys)
  Partner Rates:  $325 - $725
  *(Average $465; Median $475)*
  Associate Rates:  $220 - $450
  *(Average $281; Median $280)*
  *Firmwide – Avg $318; Median $395*

- Loeb & Loeb (Los Angeles/280 Attorneys)
  Partner Rates:  $425 - $875
  *(Average $606; Median $600)*
  Associate Rates:  $240 - $500
  *(Average $384; Median $400)*
  *Firmwide – Avg $505; Median $500*

**DECLARATION OF WILLIAM M. HENSLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES**

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

1067224.1

- Manatt, Phelps & Phillips (Los Angeles/320 Attorneys)
  Partner Rates:  $520 - $785
  *(Average $600; Median $590)*
  Associate Rates:  $265 - $480
  *(Average $395; Median $415)*
  *Firmwide – Avg $518; Median $550*

- Sheppard, Mullin, Richter & Hampton (Los Angeles/428 Attorneys)
  Partner Rates:  $425 - $795
  Associate Rates:  $260 - $550

From these law firms, I have calculated the overall average rate ranges among these firms as being **$423 - $795 for partners** and **$246 - $495 for associates.**

15.    I also have been able to obtain the hourly rates charged by attorneys at Coughlin Stoia, a well-known class action law firm based in San Diego, for 2007. This information was obtained from Declarations filed in *In re Enron Corporation Securities Litigation,* U.S. Dist. Ct., S.D. Tex., Houston Div. Civil Action No.  H-01-324, which reveals the following hourly rates for attorneys at Coughlin Stoia:

- Partners/Of Counsel -- $335 - $725; and
- Associates/Contract Attorneys -- $195 - $505.

For the 2007 year, the *NJL* reported in various articles that can be accessed by the Internet that West Coast firms raised their hourly rates by $20 - $45 per attorney, with San Francisco's Littler Mendelson raising the rates by $45, San Francisco's Thelen Reid raising the rates by $25 per hour, and Los Angeles'  Sheppard Mullin raising hourly rates by $20 per hour.   On average, billing rates by all law firms surveyed by *NLJ* rose 7.7% for 2007.

16.    Based upon the 2008 *NLJ* data, I have prepared a summary of the  hourly rates for the listed large Los Angeles and San Diego law firms:

- Luce, Forward, Hamilton & Scripps (San Diego/187 Attorneys)
  Partner Rates:  $350 - $650

6

1067224.1

*(Average $483; Median $483)*
Associate Rates:  $235 - $460
*(Average $293; Median $280)*
*Firmwide – Avg $397; Median $400*

- Loeb & Loeb (Los Angeles and New York/310 Attorneys)
  Partner Rates:  $450 - $925
  *(Average $651; Median $650)*
  Associate Rates:  $260 - $500
  *(Average $422; Median $425)*
  *Firmwide – Avg $534; Median $500*

- Manatt, Phelps & Phillips (Los Angeles/358 Attorneys)
  Partner Rates:  $495 - $850
  *(Average $626; Median $620)*
  Associate Rates:  $290 - $505
  *(Average $407; Median $410)*
  *Firmwide – Avg $533; Median $550*

- Sheppard, Mullin, Richter & Hampton (Los Angeles/458 Attorneys)
  Partner Rates:  $475 - $795
  Associate Rates:  $275 - $455

From these law firms surveyed by *NLJ* in 2008, I have calculated the overall average rate ranges among these firms as being **$443– $805 for partners** and **$265 - $480 for  associates.**  Again, based on information from *NLJ* articles accessible from the Internet, 71% of listed law firms increased rates in 2008, with hourly billing rates—on average—increasing 4.3% for the year.  (See 12/8/08 *NLJ* article, a copy of which is attached to my Declaration as Exhibit "C".)

17.    Given that Mr. Khojayan and Ms. Arleo would be at the upper range of the associate scales, the $450 per hour rate charged for Luce, Forward attorneys is an excellent guide.  When that rate is adjusted upwards another 4.3% for 2008 rate increases, that comes to another $19.35, which means that the hourly rate of $450 - $465 I assign to Mr. Khojayan for his superior trial work is even conservative when

7

1067224.1

gauged by average billing inflation factors for 2008.  I am very conservative for Ms. Arleo's hourly rates, but believe the hourly rate I have assigned is consistent with all the data I examined and relied upon.

18.    The *NLJ* surveys also support my $495 - $500 hourly rate for Mr. Bragg, which is also bolstered by decisions awarding him hourly rates commensurate with his FDCPA expertise and 35 years of experience.  Conservatively speaking, I  took the San Diego Luce, Forward median partner rate of $475 set forth in 2007 *NLJ* survey. After adjusting for the 4.3% increase in 2008, that adds another $20.42 to the equation, which does justify my assigned hourly rate of $495 - $500 for Mr. Bragg.

19.    The 2008 *NLJ* survey also provides corroboration for my conclusions on hourly rates assigned to the three specific attorneys discussed above.  Mr. Bragg, with 35 years of experience, would well be in the $500 hourly range; the best check is that $500 is the hourly rate midpoint for partners at San Diego's Luce, Forward, such that my assigned value is in line with Mr. Bragg's level of experience and years in practice.   Mr. Khojayan and Ms. Arleo should be at the median range of Luce, Forward partner compensation (around $483); however, I have erred on the side of being conservative in light of other factors that I weigh heavier, namely, Coughlin Stoia hourly rates as cross-checked with other data.

### Basis No. 2:  Court Decisions Awarding Hourly Rates to Mr. Bragg/Ms. Arleo

20.    The second basis for my conclusions is derived from several published and unpublished decisions where Mr. Bragg and Ms. Arleo have been awarded hourly rates in FDCPA cases.  The cases are a good cross-check for Mr. Bragg, because many come from California district courts, while the one decision involving Ms. Arleo is deserving of some weight as it emanated out of this District.  However, her awarded hourly rate needs to be adjusted upward based on the more complex nature of this case and on general inflation in rates since that fee award.

21.    With respect to Mr. Bragg, here is a compilation of decisions that support

**DECLARATION OF WILLIAM M. HENSLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES**

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

my view that $495 - $500 is a reasonable hourly rate for his work in the 2008 period of time, applying the *NLJ* billing inflation factor mentioned previously:

- *Campos v. Western Dental Services, Inc.,* 2007 WL 2050976 (N.D.Cal. July 13, 2007): District Judge Whyte found that $465 was a reasonable rate for Mr. Bragg in a FDCPA case. This is deserving of special weight, because District Judge Whyte is conservative and has had a wide range of experience involving cases based upon federal statutes during his tenure on the federal bench.

- *Cancio v. Financial Credit Network, Inc.,* 2005 WL 1629809 (N.D.Cal. July 6, 2005): District Judge Henderson found that $435 in 2005 was a reasonable hourly rate for Mr. Bragg in a FDCPA case.

- *Defenbaugh v. JBC & Associates, Inc.,* 2004 WL 1874978 (N.D. Cal. 2004), *aff'd by unpublished mem.,* 2006 U.S.App. LEXIS 19930 (9th Cir. Aug. 3, 2006): Mr. Bragg was awarded an hourly rate of $435 in a FDCPA case dating back to 2004.

- *Irwin v. Mascott,* No. C-97-4737 JL (N.D.Cal. Sept. 11, 2002): In 2002, Mr. Bragg's prevailing market rate of $400 per hour was found to be justifiable.

- *Camacho v. Bridgeport Financial, Inc.,* 523 F.3d 973, 976-977, 979-981 (9th Cir. 2008): The Ninth Circuit Court of Appeal reversed District Judge Breyer's award of only $200 hourly rates to Mr. Bragg, where he sought $465 per hour in a FDCPA case. The *Camacho* Court did note the prior award of $435 per hour in *Defenbaugh* to Mr. Bragg when remanding the matter. On remand, Judge Breyer did award $375 per hour, a dramatic increase but, in my opinion, an aberration from California courts awarding Mr. Bragg higher rates for his expertise and experience level of 35 years.

- *Abad v. Williams, Cohen & Gray, Inc.,* 2007 WL 1839910 (N.D.Cal. Apr. 23, 2007): Magistrate Judge Spero awarded Mr. Bragg $450 hourly rates in a 2007 FDCPA case. District Judge Sandra Brown Armstrong reduced this hourly rate down to $250 per hour, but based on cases that awarded unduly low rates (especially the district court decision in *Camacho,* which was reversed and remanded by the Ninth Circuit Court of Appeal for not focusing on the correct relevant market and which ultimately resulted in a dramatic increase from $200 to $375 per hour).

**DECLARATION OF WILLIAM M. HENSLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES**

1067224.1

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

- *Carroll v United Compucred Collections, Inc.,* 2008 WL 3001595 (M.D.Tenn. July 31, 2008):  Mr. Bragg was awarded $450 per hour in a FDCPA case, given the lack of local attorneys with his level of expertise in the area.  The reasoning of this case is apt.  When one adjusts for the hourly difference in costs of living between Tennessee and San Diego County, the $50 difference that I believe to be a reasonable upward adjustment is transparently justifiable.

- *Hearn v. Barnhart,* 262 F.Supp.2d 1033, 1037 (N.D.Cal. 2003):  In a case not involving Mr. Bragg, the court awarded fees at a rate of $450 per hour for the work of an attorney with 26 years of experience in 2003.

- *Oberfelder v. City of Petaluma,* 2002 U.S. Dist. LEXIS 8635, *14 (N.D.Cal. 2002):  In another case not involving Mr. Bragg, the court awarded fees at the rate of $400 per hour for work of attorney with thirty years' experience in 2002.

These decisions, when adjusted for hourly rate increases over the years, easily support the reasonableness of awarding Mr. Bragg $495 - $500 per hour given his acknowledged expertise in FDCPA cases and his 35 years of attorney experience.

22.     With respect to Ms. Arleo, here is an instructive case in reaching the conclusion that a $385 - $400 hourly rate is justified for her work in the pending matter, subject to the adjustment I describe below:

- *Langley v. Check Game Solutions, Inc.,* 2007 U.S. Dist. LEXIS 67768 at *10-12 (S.D.Cal. Sept. 13, 2007) (Whelan, D.J.):  In a FDCPA case, District Judge Whelan found a $350 hourly rate was reasonable for Ms. Arleo, who had 8 years of experience at the time.  Importantly, District Judge Whelan discussed survey evidence and an expert declaration by Mr. Pearl, who writes the California Continuing Education treatise on Attorney's Fees, as supporting the hourly rate awarded for Ms. Arleo's services.  I have reviewed Mr. Pearl's Declaration filed in that case, which does support a top hourly rate of $380-$385 even in 2007.

However, two important factors justify an adjustment as being in order.  Judge

10

Whelan indicated *Langley* was a "simple individual" FDCPA case, which is much different from the complexity involved in *Gonzalez*.  That alone justifies a 10% increase from $350 to $385.  Alternatively, based on the fact that 2007 rates went up 7.7% and 2008 rates went up another 4.3%, another $38.50 increase to Ms. Arleo's $350 hourly rate is justified, which means that my $385 - $400 range is well justified for her almost 9 ½ years of experience and  excellent work in the case.  Put another way, based on the complexity of *Gonzalez* and for general rate inflations at play since *Langley* was decided, $385 - $400 is a reasonable hourly rate to be assigned to Ms. Arleo for her work in the pending case.

**Basis No. 3:  Hourly Rate Confirmation With Two Well-Known San Diego Firms**

23.    Marc Alexander, my co-contributor on the "calattorneysfees.com" website, spoke to two administrative/managing partners at well-known San Diego law firms to cross-check my conclusion that the hourly rates I have set for Mr. Bragg, Mr. Khojayan, and Ms. Arleo are reasonable in nature.  Specifically, Mr. Alexander spoke in early December 2008 to Mr. Dana Dunwoody, office administrative partner at Sheppard, Mullin, Richter & Hampton (San Diego branch), and Mr. Kurt Kicklighter, managing partner of Luce, Forward, Hamilton & Scripps (San Diego main office).  I learned the following as a result of Mr. Alexander's conversations with these San Diego attorneys:

- Sheppard, Mullin – 10 year attorneys are billed out at $450 per hour; 20 year attorneys are billed out at $520 per hour (with an attorney having 25 years experience being billed out at $545 per hour); and 30 year attorneys are billed out at $595 per hour.

- Luce, Forward – 10 year attorneys are billed out "in the range of" $400 per hour, 20-30 year attorneys in the $500 per hour "range," and 30 year-plus attorneys are billed out "in the range of" $550  per hour.

The ranges of hourly fees for firms specializing in sophisticated civil litigation

**DECLARATION OF WILLIAM M. HENSLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES**

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

1067224.1

are another positive "check" on the reasonable hourly rates that should be assigned to Mr. Bragg (30-plus years of experience--$550- $595); Mr. Khojayan (10 years of experience—no less than $450 based on Sheppard); and Ms. Arleo (9 ½ years of experience--$400-450, with my rate being on the low range for Ms. Arleo).

### Basis No. 4:  The Laffey Matrix

24.     The Laffey Matrix has its origin from the federal decision in  *Laffey v. Northwest Airlines,* 572 F.Supp. 354 (D.D.C. 1983), where the District Court found that hourly rates for civil attorneys practicing in the Washington, D.C. metropolitan could be categorized by years in practice and adjusted yearly for inflation.  (See http://www.laffeymatrix.com/ history.html.) Because the federal courts are sharply split on whether the Laffey Matrix should be used in determining reasonable hourly rates for attorneys, I have only used it as a "crude" check on the reasonableness of my ultimate conclusions.

25.     Attached hereto as Exhibit "D" to my Declaration is the most  current Laffey Matrix, printed from its website on December 3, 2008.  For the June 1, 2008-May 31, 2009 year, 8-10 year attorneys out of law schools (which applied to Mr. Khojayan and Ms. Arleo) were assigned a $494 hourly rate, while 20-plus year attorneys (which applied to Mr. Bragg) were assigned a $671 hourly rate.  Although I have not assigned anywhere close to these rates, the Matrix does provide a "check" that my determination of hourly rates are not unreasonable in nature.

### Basis No. 5:  Adjustment of Attorney Alan M. Mansfield's Hourly Rates

26.     As another checkpoint, I used the testimony of Mr. Alan M. Mansfield, a member of Rosner & Mansfield, LLP, located in San Diego, who in court filings revealed that his hourly rate of $430 in 2003 (based on 14 years of experience) was routinely approved in numerous fee applications in consumer protection cases.  Given a conservative 5% billing inflation adjustment factor per year, this means that a 19 year attorney like Mr. Mansfield would be billing at the hourly rate of approximately

12

$530 during 2008.  This is certainly a fair cross-check showing the reasonableness of the hourly rates I have assigned to Mr. Bragg, Mr. Khojayan, and Ms. Arleo.

### Basis No. 6:  Hourly Fees Sought by Coughlin Stoia Law Firm

27.    The final basis for my conclusions is derived from fee applicant information submitted by Coughlin Stoia Geller Rudman & Robbins  LLP, a San Diego-based law firm well known for its class action expertise in both the securities and consumer protection areas of practice.

28.    The first case that I reviewed, because it is well known and recent in vintage as far as the fee application process, is *In re Enron Corporation Sec., Derivative, & "ERISA" Litig.,* Civil Action No. H-01-3624 (S.D.Tex. 2008). Specifically, I reviewed the submitted hourly rate charts, attorney Helen Hodges' supporting fee application (Doc. No. 5818, filed 1/04/2008), and District Judge Harmon's Conclusions of Law, Findings of Fact, and Order re Award of Attorneys' Fees From Settlement Fund filed in the *Enron* case. (Doc. No. 6026, filed 9/08/2008). This information confirmed the reasonableness of hourly rates that I assigned to the three attorneys who are the subject of my opinions, broken down as follows:

A.    Mr. Bragg—He has about 35 years of experience, with the assigned $495-500 hourly rate being *below* that for these comparable Coughlin Stoia attorneys in the *Enron* case:  Anne L. Box (20 years--$600/hour); Joy A. Bull (20 years--$600/hour; Spencer A. Burkholz (19 years--$600/hour); Michael Dowd (20 years--$700/hour); Helen J. Hodges (25 years--$600/hour); Eric Isaacson (23 years--$650/hour); Keith F. Park (35 years--$675/hour); John J. Stoia (22 years--$725/hour); and Sanford Svetcov (44 years--$700/hour).

B.    Mr. Khojayan—He was admitted in 1998 and has 10 years of experience, with the assigned $450-465 hourly rate being either *spot on or below* that for these comparable Coughlin Stoia attorneys in the Enron case:  Alexandra Bernay

**DECLARATION OF WILLIAM M. HENSLEY IN SUPPORT OF PLAINTIFF'S
MOTION FOR ATTORNEYS' FEES AND EXPENSES**

1067224.1

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

(admitted December 2000--$460/hour); John Lowther (admitted May 2000--$485/hour); Matthew Siben (admitted 2002--$460/hour); and Lesley Weaver (admitted 1997--$505/hour).

      C.    Ms. Arleo—She has 9 ½ years of experience, with the assigned $385-400 hourly rate being *below* that of these comparable attorneys: Regina Ames (5 years--$385/hour); Robert Henssler (8 years--$445/hour); Christie Suriel (5 years--$420/hour); and Rajesh Mandlekar (contract attorney; 10 years--$400/hour).

Ultimately, in *Enron,* Judge Harmon—using the lodestar methodology as a cross-check on a percentage recovery—found Coughlin Stoia's rates to be reasonable, given that the blended rate of $456/hour was below that for the relevant Houston community. This is yet another good cross-check as far as confirming the reasonableness of the $450-465 rate assigned to Mr. Khojayan, with adjustments upward for Mr. Bragg and downward for Ms. Arleo based on his/her respective experience levels.

29.    The second case that I reviewed was *In re Syncor Internat. Corp. Sec. Litig.,* CV-02-8560-LB (RCx) (C.D.Cal. 2002) (Doc. No. 209, filed November 3, 2008), particularly the Declaration of Coughlin Stoia attorney Joy Ann Bull filed in support of its fee application in the case. This, again, helped confirm the reasonableness of my conclusions on the three pertinent professionals which are the subject of my Declaration:

      A.    Mr. Bragg—His assigned rate of $495-500 for 35 years of experience is *below* that of comparable attorneys: Helen J. Hodges (25 years--$675/hour) and Eric Isaacson (23 years--$675/hour).

      B.    Mr. Khojayan—His assigned rate of $450-465 for 10 years of experience is *spot on or below* that for these comparable attorneys: Catherine Kowalewski (admitted 2001—$475/hour) and Matthew Siben (6 years; admitted December 2002--$460/hour, which is the same rate he was billed out at in the *Enron*

ADORNO YOSS ALVARADO & SMITH<br>ATTORNEYS AT LAW<br>SANTA ANA

14

**DECLARATION OF WILLIAM M. HENSLEY IN SUPPORT OF PLAINTIFF'S**
**MOTION FOR ATTORNEYS' FEES AND EXPENSES**

case).

   C. Ms. Arleo—Her assigned rate of $385-400 for 9 ½ years of experience is *well below* that for these comparable Coughlin Stoia attorneys:  Ramzi Abadou (admitted December 2002—6 years--$455/hour); Joseph D. Daley (admitted December 1996—12 years; $545/hour); and Andrea N. Williams (admitted June 2004—4 ½ years/$425/hour).

  30. The third case that I reviewed was *In re Honeywell Internat., Inc. Sec. Litig.,* Lead Case No. 2:00cv03605 (D.N.J.), particularly Coughlin  Stoia attorney Keith F. Park's Declaration filed in support of a fee application in August 2004 (although the firm at the time was known as Lerach Coughlin Stoia Geller Rudman & Robbins LLP).  *See* Doc. No.  251, filed 8/09/2004.  I examined this fee application for purposes of cross-checking  my conclusion about  Mr. Khojayan's assigned $450-465 hourly rate.  It helped corroborate my conclusion in this way: Mr. Khojayan, who was an associate at Lerach Couglin Stoia in Fall 2004, was billed out at $295/hour, while  Matthew Siben (also an associate with a little less experience) was billed out at $285/hour.  In both *Enron* and *Sycor,* Mr. Siben was billed out later at $460/hour, which  matches  well  with  my  assigned  $450-465/hour  for  Mr.  Khojayan— notwithstanding that Mr. Khojayan was admitted to the California Bar in November 1998, 4 years earlier than Mr. Siben's admission in December 2002.

  I declare under penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct.

  Executed this 18th day of December  2008 at Santa Ana, California.

WILLIAM M. HENSLEY, Declarant

**DECLARATION OF WILLIAM M. HENSLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES**

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

1067224.1

## CERTIFICATE OF SERVICE

Attorney for Plaintiff certifies that the foregoing pleading is true and accurate and that a copy of the foregoing document has been served this day upon:

**Electronic Mail Notice List**

- **Elizabeth J Arleo**
  elizabeth@arleolaw.com
- **O Randolph Bragg**
  rand@horwitzlaw.com,shannon@horwitzlaw.com
- **Shaun Khojayan**
  shaun@khojayan.com,hashen@khojayan.com
- **David M Schultz**
  dschultz@hinshawlaw.com,courtfiling@hinshawlaw.com,izielinski@hinshawlaw.com
- **Craig M Shapiro**
  craig@horwitzlaw.com,shannon@horwitzlaw.com
- **Linda L. Streeter**
  lstreeter@hinshawlaw.com,scox@hinshawlaw.com,dhinds@hinshawlaw.com

**Manual Notice List**

The following is a list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

**Jennifer W. Weller**
Hinshaw and Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  March 20, 2009                          s/ Elizabeth J. Arleo
                                        _____
                                        ELIZABETH J. ARLEO

# EXHIBIT INDEX TO WILLIAM M. HENSLEY DECLARATION

Exhibit 1 – *A national sampling of law firm billing rates, The National Law Journal*, December 10, 2007;

Exhibit 2 – *A national sampling of law firm billing rates, The National Law Journal*, December 8, 2008;

Exhibit 3 – *Law Firm Fees Defy Gravity, Annual Survey Shows, LEGALTECH,* December 8, 2008; and

Exhibit 4 – Laffey Matrix.

**EXHIBIT 1**

## THE NATIONAL
# LAW JOURNAL

Select '**Print**' in your browser menu to print this document.

**©2008 National Law Journal Online**
Page printed from: http://www.nlj.com

Back to Article

---

## A nationwide sampling of law firm billing rates

December 10, 2007

The National Law Journal *asked the respondents to its 2007 survey of the nation's 250 largest law firms to provide a range of hourly billing rates for partners and associates. The firms that supplied this information — including some firms that are not in the NLJ 250 — are listed below in alphabetical order. We also asked firms to provide average and median billing rates, and several complied. The number after a firm's name indicates the total number of attorneys at the firm. The city listed below the name of a firm is the location of its principal or largest office.*

A-F     G-L     M-R     S-W

**Adams and Reese (256)**
(New Orleans)
Partners $225-$500 (average $305) (median $300)
Associates $165-$255 (average $198) (median $197)
Firmwide (average $278) (median $275)

**Andrews Kurth (396)**
(Houston)
Partners $400-$795
Associates $210-$460

**Arent Fox (329)**
(Washington)
Partners $395-$675
Associates $240-$440

**Armstrong Teasdale (279)**
(St. Louis)
Partners $295-$450
Associates $165-$295

**Baker, Donelson, Bearman, Caldwell & Berkowitz (523)**
(Memphis, Tenn.)
Partners $230-$525 (average $325) (median $320)
Associates $160-$315 (average $205) (median $200)
Firmwide (average $280) (median $270)

**Barnes & Thornburg (440)**
(Indianapolis)
Partners $265-$485 (average $350) (median $355)
Associates $180-$295 (average $225) (median $220)
Firmwide (average $302) (median $310)

**Bass, Berry & Sims (217)**
(Nashville, Tenn.)
Partners $300-$575

Associates $180-$285

**Best Best & Krieger (195)**
(Riverside, Calif.)
Partners $290-$495 (average $275) (median $390)
Associates $160-$350 (average $203) (median $235)
Firmwide (average $212) (median $265)

**Bond, Schoeneck & King (167)**
(Syracuse, N.Y.)
Partners $200-$435 (average $294) (median $295)
Associates $140-$250 (average $179) (median $175)
Firmwide (average $253) (median $300)

**Bradley Arant Rose & White (242)**
(Birmingham, Ala.)
Partners $240-$520 (average $335) (median $330)
Associates $180-$280 (average $211) (median $205)
Firmwide (average $258) (median $260)

**Briggs and Morgan (178)**
(Minneapolis)
Partners $250-$500 (average $391) (median $395)
Associates $195-$325 (average $233) (median $230)
Firmwide (average $344) (median $350)

**Brinks Hofer Gilson & Lione (158)**
(Chicago)
Partners $300-$650 (average $479) (median $485)
Associates $180-$410 (average $273) (median $250)
Firmwide (average $365) (median $350)

**Broad and Cassel (175)**
(Orlando, Fla.)
Partners $250-$450 (average $361) (median $360)
Associates $165-$310 (average $232) (median $225)
Firmwide (average $294) (median $275)

**Brownstein Hyatt Farber Schreck (177)**
(Denver)
Partners $260-$675 (average $373) (median $390)
Associates $170-$270 (average $219) (median $217.5)
Firmwide (average $308) (median $325)

**Bryan Cave (847)**
(St. Louis)
Partners $320-$695 (average $493) (median $490)
Associates $165-$495 (average $295) (median $295)
Firmwide (average $394) (median $375)

**Buchanan Ingersoll & Rooney (561)**
(Pittsburgh)
Partners $320-$750
Associates $150-$460

**Bullivant Houser Bailey (160)**
(Portland, Ore.)
Partners $225-$500 (average $285) (median $275)
Associates $150-$350 (average $240) (median $220)
Firmwide (average $260) (median $250)

**Burr & Forman (182)**
(Birmingham, Ala.)
Partners $250-$470 (average $340)

Associates $175-$305 (average $235)

**Butzel Long (232)**
(Detroit)
Partners $210-$575
Associates $155-$350

**Carlton Fields (259)**
(Tampa, Fla.)
Partners $280-$600 (average $406) (median $405)
Associates $190-$375 (average $243) (median $245)
Firmwide (average $312) (median $300)

**Cooley Godward Kronish (567)**
(Palo Alto, Calif.)
Partners $470-$875
Associates $250-$555

**Covington & Burling (608)**
(Washington)
Partners $510-$800
Associates $240-$525

**Cozen O'Connor (476)** (Philadelphia)
Partners $230-$750 (average $420) (median $425)
Associates $155-$530 (average $283) (median $280)
Firmwide (average $350) (median $340)

**Curtis, Mallet-Prevost, Colt & Mosle (221)**
(New York)
Partners $635-$735 (average $666) (median $685)
Associates $280-$560 (average $361) (median $360)
Firmwide (average $396) (median $480)

**Davis Wright Tremaine (449)**
(Seattle)
Partners $300-$695 (average $430) (median $422)
Associates $170-$390 (average $257) (median $250)
Firmwide (average $375) (median $375)

**Day Pitney (400)**
(Florham Park, N.J.)
Partners $350-$650 (average $472) (median $465)
Associates $210-$525 (average $306) (median $310)
Firmwide (average $374) (median $375)

**Dickinson Wright (234)**
(Detroit)
Partners $260-$530
Associates $170-$275

**Dickstein Shapiro (388)**
(Washington)
Partners $425-$825 (average $552) (median $550)
Associates $225-$440 (average $336) (median $360)
Firmwide (average $438) (median $425)

**Dinsmore & Shohl (316)**
(Cincinnati)
Partners $235-$475 (average $342) (median $340)
Associates $155-$285 (average $199) (median $190)
Firmwide (average $275) (median $250)

**Dorsey & Whitney (649)**

(Minneapolis)
Partners $220-$750 (average $463) (median $463)
Associates $145-$470 (average $274) (median $260)
Firmwide (average $375) (median $365)

**Duane Morris (612)**
(Philadelphia)
Partners $315-$705 (average $475) (median $470)
Associates $150-$465 (average $310) (median $305)
Firmwide (average $416) (median $415)

**Dykema Gossett (338)**
(Detroit)
Partners $245-$625 (average $403)
Associates $185-$390 (average $272)

**Edwards Angell Palmer & Dodge (564)**
(Boston)
Partners $350-$700 (average $515) (median $513)
Associates $170-$450 (average $293) (median ($280)
Firmwide (average $407) (median $400)

**Epstein Becker & Green (384)**
(New York)
Partners $280-$675 (average $471) (median $475)
Associates $155-$440 (average $290) (median $280)
Firmwide (average $380) (median $395)

**Fenwick & West (223)**
(Mountain View, Calif.)
Partners $500-$775 (average $590) (median $600)
Associates $245-$500 (average $360) (median $370)
Firmwide (average $395) (median $410)

**Foley & Lardner (1,011)**
(Milwaukee)
Partners (average $550) (median $550)
Associates (average $387) (median $375)
Firmwide $185-$855
(average $476) (median $475)

**Ford & Harrison (190)**
(Atlanta)
Partners $325-$560
Associates $210-$395

**Fowler White Boggs Banker (209)**
(Tampa, Fla.)
Partners $230-$500 (average $345) (median $340)
Associates $150-$325 (average $217) (median $210)
Firmwide (average $303) (median $300)

**Fox Rothschild (417)**
(Philadelphia)
Partners $240-$595
Associates $190-$440

**Frost Brown Todd (360)**
(Cincinnati)
Partners $225-$455 (average $303) (median $295)
Associates $145-$255 (average $180) (median $170)
Firmwide (average $256) (median $255)

G-L

**Gardere Wynne Sewell (284)**
(Dallas)
Partners $350-$715 (average $472) (median $475)
Associates $220-$425 (average $292) (median $265)
Firmwide (average $405) (median $405)

**GrayRobinson (205)**
(Orlando, Fla.)
Partners $175-$500 (average $319)
Associates $250 (average $198)
Firmwide (average $224)

**Greenberg Traurig (1,766)**
(New York)
Partners $300-$1,000 (average $490) (median $500)
Associates $175-$505 (average $311) (median $310)
Firmwide (average $407) (median $415)

**Harris Beach (184)**
(Rochester, N.Y.)
Partners $250-$475
Associates $140-$275

**Hiscock & Barclay (172)**
(Syracuse, N.Y.)
Partners $220-$375 (average $278) (median $280)
Associates $160-$250 (average $185) (median $180)
Firmwide (average $245) (median $250)

**Hodgson Russ (229)**
(Buffalo, N.Y.)
Partners $215-$645 (average $337) (median $350)
Associates $155-$395 (average $219) (median $205)
Firmwide (average $254) (median $250)

**Hogan & Hartson (1,092)**
(Washington)
Partners $300-$850 (average $600) (median $590)
Associates $150-$525 (average $385) (median $370)
Firmwide (average $490)

**Holland & Hart (347)**
(Denver)
Partners $275-$585 (average $388) (median $385)
Associates $165-$345 (average $269) (median $275)
Firmwide (average $335) (median $335)

**Holme Roberts & Owen (224)**
(Denver)
Partners $285-$635 (average $412) (median $410)
Associates $195-$420 (average $284) (median $265)
Firmwide (average $353) (median $345)

**Howard Rice Nemerovski Canady Falk & Rabkin (114)**
(San Francisco)
Partners $495-$775
Associates $275-$485

**Hughes Hubbard & Reed (343)**
(New York)
Partners $595-$825
Associates $240-$560

**Husch & Eppenberger (332)**
(St. Louis)
Partners $190-$425 (average $297) (median $295)
Associates $130-$260 (average $179) (median $175)
Firmwide (average $248) (median $245)

**Jackson Lewis (416)**
(White Plains, N.Y.)
Partners $235-$575
Associates $210-$450

**Jenner & Block (495)**
(Chicago)
Partners $450-$900 (average $562) (median $525)
Associates $275-$425 (average $327) (median $325)

**Jones, Walker, Waechter, Poitevent, Carrère & Denègre (230)**
(New Orleans)
Partners $210-$600
Associates $150-$225

**Kelley Drye & Warren (390)**
(New York)
Partners $400-$800
Associates $255-$500

**Knobbe, Martens, Olson & Bear (208)**
(Irvine, Calif.)
Partners $340-$645
Associates $215-$420

**Lane Powell (175)**
(Seattle)
Partners $300-$515 (average $370) (median $370)
Associates $205-$300 (average $255) (median $255)
Firmwide (average $345) (median $345)

**Lathrop & Gage (271)**
(Kansas City, Mo.)
Partners $225-$450 (average $300) (median $300)
Associates $140-$300 (average $185) (median $185)
Firmwide (average $215) (median $260)

**Leonard, Street and Deinard (199)**
(Minneapolis)
Partners $300-$500
Associates $185-$300

**Lewis, Rice & Fingersh (165)**
(St. Louis)
Partners $240-$425
Associates $130-$295

**Lindquist & Vennum (174)**
(Minneapolis)
Partners $260-$500
Associates $165-$260

**Locke Liddell & Sapp (421)**
(Dallas)
Partners $375-$900 (average $488) (median $490)
Associates $190-$390 (average $281) (median $280)
Firmwide (average $399) (median $425)

**Loeb & Loeb (280)**
(Los Angeles)
Partners $425-$875 (average $606) (median $600)
Associates $240-$500 (average $384) (median $400)
Firmwide (average $505) (median $500)

**Lord, Bissell & Brook (290)**
(Chicago)
Partners $335-$690 (average $473) (median $475)
Associates $200-$410 (average $299) (median $300)
Firmwide (average $410) (median $415)

**Lowenstein Sandler (271)**
(Roseland, N.J.)
Partners $380-$725
Associates $205-$395

**Luce, Forward, Hamilton & Scripps (186)**
(San Diego)
Partners $325-$725 (average $465) (median $475)
Associates $220-$450 (average $281) (median $280)
Firmwide (average $381) (median $395)

M-R

**Manatt, Phelps & Phillips (320)**
(Los Angeles)
Partners $520-$785 (average $600) (median $590)
Associates $265-$480 (average $395) (median $415)
Firmwide (average $518) (median $550)

**Marshall, Dennehey, Warner, Coleman & Goggin (379)**
(Philadelphia)
Partners $135-$400
Associates $120-$300

**McCarter & English (400)**
(Newark, N.J.)
Partners $325-$650
Associates $205-$395

**McElroy, Deutsch, Mulvaney & Carpenter (238)**
(Morristown, N.J.)
Partners $295-$450 (average $250) (median $235)
Associates $135-$225 (average $180) (median $165)
Firmwide (average $195) (median $215)

**McKee Nelson (224)**
(New York)
Partners $635-$920 (average $760) (median $755)
Associates $375-$595 (average $446) (median $455)
Firmwide (average $489) (median $475)

**Michael Best & Friedrich (224)**
(Milwaukee)
Partners $225-$550 (average $363) (median $350)
Associates $185-$300 (average $234) (median $235)
Firmwide (average $321) (median $325)

**Miles & Stockbridge (212)**
(Baltimore)
Partners $315-$535 (average $397)
Associates $205-$405 (average $260)

**Miller, Canfield, Paddock and Stone (378)**
(Detroit)
Partners $265-$595 (average $400) (median $400)
Associates $160-$340 (average $225) (median $220)
Firmwide (average $285) (median $335)

**Miller & Martin (185)**
(Chattanooga, Tenn.)
Partners $230-$580 (average $338) (median $340)
Associates $160-$295 (average $201) (median $195)
Firmwide (average $306) (median $320)

**Montgomery, McCracken, Walker & Rhoads (136)**
(Philadelphia)
Partners $320-$575 (average $419)
Associates $195-$320 (average $260)
Firmwide (average $360)

**Moore & Van Allen (284)**
(Charlotte, N.C.)
Partners $265-$765
Associates $175-$330

**Morgan, Lewis & Bockius (1,384)**
(Philadelphia)
Partners $375-$850
Associates $200-$575

**Morris, Manning & Martin (170)**
(Atlanta)
Partners $350-$625 (average $436) (median $395)
Associates $180-$400 (average $285) (median $310)
Firmwide (average $380) (median $440)

**Nexsen Pruet Adams Kleemeier (171)**
(Columbia, S.C.)
Partners $220-$420
Associates $150-$250

**Ogletree, Deakins, Nash, Smoak & Stewart (392)**
(Greenville, S.C.)
Partners $270-$575 (average $348)
Associates $200-$360 (average $256)
Firmwide (average $312)

**Patton Boggs (518)**
(Washington)
Partners $320-$920 (average $536) (median $525)
Associates $205-$520 (average $375) (median $385)
Firmwide (average $456) (median $455)

**Pepper Hamilton (500)**
(Philadelphia)
Partners $335-$750
Associates $200-$425

**Perkins Coie (619)**
(Seattle)
Partners $205-$805
Associates $145-$500

**Phelps Dunbar (280)**
(New Orleans)
Partners $170-$450 (average $243)

Associates $130-$205 (average $174) (median $175)
Firmwide (average $184)

**Phillips Lytle (173)**
(Buffalo, N.Y.)
Partners $245-$435 (average $309) (median $300)
Associates $140-$300 (average $205) (median $205)
Firmwide (average $223) (median $215)

**Polsinelli Shalton Flanigan Suelthaus (316)**
(Kansas City, Mo.)
Partners $250-$600
Associates $175-$250

**Quarles & Brady (472)**
(Milwaukee)
Partners $260-$575 (average $377) (median $375)
Associates $185-$335 (average $233) (median $235)
Firmwide (average $319) (median $325)

**Reed Smith (1,447)**
(Pittsburgh)
Partners $350-$825 (average $558) (median $525)
Associates $200-$510 (average $374) (median $350)
Firmwide (average $395) (median $385)

**Robinson & Cole (209)**
(Hartford, Conn.)
Partners $340-$575 (average $424) (median $420)
Associates $200-$325 (average $295) (median $280)
Firmwide (average $328) (median $330)

**Roetzel & Andress (221)**
(Akron, Ohio)
Partners $210-$460 (average $302) (median $300)
Associates $110-$275 (average $198) (median $200)
Firmwide (average $264) (median $260)

**Rutan & Tucker (149)**
(Costa Mesa, Calif.)
Partners $335-$600
Associates $210-$350

S-W

**Saul Ewing (247)** (Philadelphia)
Partners $315-$750 (average $426) (median $415)
Associates $180-$485 (average $273) (median $255)
Firmwide (average $357) (median $365)

**Schnader Harrison Segal & Lewis (184)**
(Philadelphia)
Partners $240-$750
Associates $175-$385

**Schulte Roth & Zabel (461)** (New York)
Partners $650-$850 (average $724) (median $745)
Associates $235-$585 (average $435) (median $440)

**Sheppard, Mullin, Richter & Hampton (428)**
(Los Angeles)
Partners $425-$795
Associates $260-$550

**Shughart Thomson & Kilroy (172)**
(Kansas City, Mo.)
Partners $235-$475
Associates $160-$225

**Shumaker, Loop & Kendrick (171)**
(Toledo, Ohio)
Partners $200-$465 (average $311) (median $305)
Associates $180-$360 (average $221) (median $220)
Firmwide (average $289) (median $300)

**Sills Cummis Epstein & Gross (178)**
(Newark, N.J.)
Partners $350-$650
Associates $195-$375

**Smith, Gambrell & Russell (185)** (Atlanta)
Partners $250-$575
Associates $175-$345

**Snell & Wilmer (438)** (Phoenix)
Partners $275-$675 (average $390)
Associates $170-$390 (average $248)

**Steptoe & Johnson PLLC (180)**
(Clarksburg, W.Va.)
Partners $200-$325
Associates $170-$250

**Stinson Morrison Hecker (352)**
(Kansas City, Mo.)
Partners $230-$600 (average $333) (median $365)
Associates $175-$250 (average $207) (median $225)
Firmwide (average $295) (median $285)

**Stoel Rives (342)** (Portland, Ore.)
Partners $275-$500 (average $379) (median $375)
Associates $160-$350 (average $231) (median $230)
Firmwide (average $324) (median $330)

**Strasburger & Price (178)** (Dallas)
Partners $225-$560 (average $367) (median $363)
Associates $200-$395 (average $234) (median $223)
Firmwide (average $326) (median $322)

**Sullivan & Worcester (170)** (Boston)
Partners $415-$700 (average $550) (median $540)
Associates $245-$420 (average $309) (median $290)
Firmwide (average $438) (median $440)

**Sutherland Asbill & Brennan (511)**
(Atlanta)
Partners $375-$715 (average $511) (median $500)
Associates $215-$415 (average $292) (median $280)
Firmwide (average $335) (median $305)

**Thacher Proffitt & Wood (310)**
(New York)
Partners $525-$785 (average $674) (median $700)
Associates $275-$495 (average $353) (median $365)
Firmwide (average $428) (median $395)

**Thompson Coburn (320)**
(St. Louis)

Partners $265-$580
Associates $170-$370

**Thompson & Knight (414)**
(Dallas)
Partners $370-$730 (average $496) (median $485)
Associates $205-$370 (average $295) (median $310)
Firmwide (average $415) (median $400)

**Ulmer & Berne (174)**
(Cleveland)
Partners $240-$470 (average $343)
Associates $165-$290 (average $212)
Firmwide (average $280)

**Vedder, Price, Kaufman & Kammholz (255)**
(Chicago)
Partners $335-$650 (average $430) (median $425)
Associates $205-$410 (average $281) (median $370)
Firmwide (average $372) (median $365)

**Wiggin and Dana (146)**
(New Haven, Conn.)
Partners $295-$590
Associates $195-$350

**Williams Mullen (314)**
(Richmond, Va.)
Partners $300-$600
Associates $205-$425

**Wilmer Cutler Pickering Hale and Dorr (1,051)**
(Washington)
Partners $475-$1,000
Associates $215-$495

**Winstead (306)**
(Dallas)
Partners $345-$620
Associates $180-$360

**Winston & Strawn (912)**
(Chicago)
Partners $400-$845 (average $608)
capital partner/$515 income partner) (median $640 capital partner/$585
income partner)
Associates $200-$590 (average $365) (median $395)
Firmwide (average $455) (median $523)

**Womble Carlyle Sandridge & Rice (510)**
(Winston-Salem, N.C.)
Partners $290-$575 (average $426) (median $425)
Associates $195-$370 (average $268) (median $265)
Firmwide (average $355) (median $360)

**EXHIBIT 2**

A nationwide sampling of law firm billing rates

• Law.com Home   • Newswire   • LawJobs   • CLE Center   • LawCatalog   • Our Sites   • Advertise

**Sign Out**

An *incisivemedia* website

# THE NATIONAL
# LAW JOURNAL

30 DAY FREE TRIAL ●

[ GO >> ]

**NEW** Search one year of NLJ

*Free Limited Access*

---

**NLJ Home > News**

2008 NLJ BILLING SURVEY

## A nationwide sampling of law firm billing rates

December 8, 2008

The National Law Journal *asked the respondents to its 2008 survey of the nation's 250 largest law firms to provide a range of hourly billing rates for partners and associates. Firms that supplied this information — including some firms that are not in the NLJ 250 — are listed below in alphabetical order. We also asked firms to provide average and median billing rates, and several complied. The number after a firm's name indicates the total number of attorneys at the firm. The city listed after the name of a firm is the location of its principal or largest office.*

*The 2008 NLJ Billing Survey is available in downloadable Excel format from ALM Research.*

**Adams and Reese (253),** New Orleans
Partners $240-$425 (average $318, median $310)
Associates $175-$300 (average $209, median $205)
Firmwide (average $257, median $265)

**Arent Fox (336),** Washington
Partners $410-$710
Associates $260-$465

**Armstrong Teasdale (252),** St. Louis
Partners $295-$450
Associates $175-$300

**Baker, Donelson, Bearman, Caldwell & Berkowitz (549),** Memphis, Tenn.
Partners $230-$525 average $339, median $330)
Associates $120-$300 (average $218, median $220)
Firmwide (average $295, median $290)

**Balch & Bingham (244),** Birmingham, Ala.
Partners $295-$600
Associates $200-$280

**Bass, Berry & Sims (211),** Nashville, Tenn.
Partners $240-$575 (average $410, median $420)
Associates $175-$365 (average $245, median $240)
Firmwide (average $307, median $300)

**Best Best & Krieger (198),** Riverside, Calif.
Partners $300-$550 (average $391, median $375)
Associates $190-$330 (average $252, median $245)
Firmwide (average $340, median $305)

**RELATED ITEMS**

Firms report their billing rates by associate class

Firms report using alternatives to billable hour

**MORE NLJ HEADLINES**

Drug testing teachers triggers legal battles
More News

Law firm fees defy gravity
More In Focus

The PRO-IP Act
More Columns

ADVERTISEMENT



**Blank Rome (503),** Philadelphia
Partners $425-$785 (average $525)
Associates $245-$485 (average $332)
Firmwide (average $400)

**Bond, Schoeneck & King (189),** Syracuse, N.Y.
Partners $210-$450 (average $308, median $310)
Associates $150-$250 (average $187, median $185)
Firmwide (average $268, median $275)

**Bradley Arant Rose & White (255),** Birmingham, Ala.
Partners $260-$550
Associates $170-$310

**Briggs and Morgan (175),** Minneapolis
Partners $300-$580 (average $420, median $425)
Associates $195-$290 (average $229, median $225)
Firmwide (average $368, median $390)

**Brinks Hofer Gilson & Lione (171),** Chicago
Partners $320-$700 (average $499, median $500)
Associates $180-$435 (average $281, median $275)
Firmwide (average $392, median $390)

**Broad and Cassel (179),** Orlando, Fla.
Partners $290-$475 (average $378, median $375)
Associates $175-$320 (average $245, median $248)
Firmwide (average $314, median $310)

**Brownstein Hyatt Farber Schreck (235),** Denver
Partners $275-$750 (average $424, median $400)
Associates $160-$285 (average $234, median $240)
Firmwide (average $340, median $325)

**Bryan Cave (852),** St. Louis
Partners $340-$750 (average $525, median $510)
Associates $170-$510 (average $314, median $310)
Firmwide (average $424, median $405)

**Buchalter Nemer (146),** Los Angeles
Partners $260-$600 (average $448, median $450)
Associates $225-$450 (average $283, median $275)
Firmwide (average $384, median $375)

**Buchanan Ingersoll & Rooney (529),** Pittsburgh
Partners $300-$1,020
Associates $100-$520

**Bullivant Houser Bailey (153),** Portland, Ore.
Partners $275-$525
Associates $190-$325

**Burr & Forman (208),** Birmingham, Ala.
Partners $210-$495 (average $352, median $350)
Associates $165-$305 (average $235, median $230)
Firmwide (average $271, median $295)

**Butzel Long (243),** Detroit
Partners $300-$650
Associates $180-$290

**Carlton Fields (281),** Tampa, Fla.
Partners $305-$650 (average $435, median $435)
Associates $195-$335 (average $267, median $265)
Firmwide (average $334, median $325)

**Cooley Godward Kronish (618),** Palo Alto, Calif.
Partners $525-$980

Associates $285-$570

**Cozen O'Connor (478),** Philadelphia
Partners $240-$840 (average $457, median $455)
Associates $205-$650 (average $342, median $325)
Firmwide (average $397, median $385)

**Curtis, Mallet-Prevost, Colt & Mosle (235),** New York
Partners $675-$785 (average $730, median $730)
Associates $290-$575 (average $434, median $435)
Firmwide (average $520, median $515)

**Davis Wright Tremaine (467),** Seattle
Partners $300-$710 (average $455, median $450)
Associates $190-$405 (average $280, median $280)
Firmwide (average $395, median $395)

**Day Pitney (405),** Florham Park, N.J.
Partners $295-$710
Associates $220-$450

**Dickinson Wright (228),** Detroit
Partners $275-$550
Associates $180-$300

**Dickstein Shapiro (403),** Washington
Partners $475-$895 (average $607, median $605)
Associates $250-$475 (average $378, median $395)
Firmwide (average $493) (median $485)

**Dinsmore & Shohl (347),** Cincinnati
Partners $220-$495 (average $347, median $338)
Associates $160-$305 (average $202, median $198)
Firmwide (average $284, median $275)

**Dorsey & Whitney (670),** Minneapolis
Partners $235-$1,180 (average $505, median $510)
Associates $170-$820 (average $301, median $335)
Firmwide (average $407, median $430)

**Duane Morris (594)** (Philadelphia)
Partners $340-$755 (average $490, median $505)
Associates $230-$510 (average $326, median $350)
Firmwide (average $449, median $450)

**Dykema Gossett (374),** Detroit
Partners $265-$650 (average $415)
Associates $170-$435 (average $277)

**Edwards Angell Palmer & Dodge (576),** Boston
Partners $325-$755
Associates $170-$480
Firmwide (median $450)

**Epstein Becker & Green (372),** New York
Partners $350-$850 (average $501, median $495)
Associates $175-$450 (average $312, median $300)
Firmwide (average $406, median $400)

**Fisher & Phillips (208),** Atlanta
Partners $330-$505
Associates $195-$380

**Foley & Lardner (1,032),** Milwaukee
Partners (average $596, median $585)
Associates (average $405, median $395)
Firmwide $185-$985 (average $508, median $520)

**Ford & Harrison (179) ,** Atlanta

Partners $325-$585
Associates $245-$405

**Fowler White Boggs Banker (201\*),** Tampa, Fla.
Partners $175-$525 (average $360, median $350)
Associates $160-$325 (average $222, median $220)
Firmwide (average $314, median $325)
(\*Total prior to subsequent firm split.)

**Fox Rothschild (440),** Philadelphia
Partners $250-$590 (average $443, median $450)
Associates $215-$395 (average $275, median $260)
Firmwide (average $378, median $375)

**Fredrikson & Byron (233),** Minneapolis
Partners $250-$590 (average $402, median $395)
Associates $150-$315 (average $237, median $225)
Firmwide (average $340, median $340)

**Frost Brown Todd (342),** Cincinnati
Partners $225-$490 (average $317, median $310)
Associates $145-$260 (average $188, median $180)
Firmwide (average $272, median $270)

**Gardere Wynne Sewell** (281), Dallas
Partners $380-$750 (average $502, median $500)
Associates $210-$450 (average $306, median $300)
Firmwide (average $374, median $390)

**Gibbons (230),** Newark, N.J.
Partners $375-$700
Associates $220-$415

**GrayRobinson (213),** Orlando, Fla.
Partners $200-$650 (average $310, median $285)
Associates $125-$275 (average $164, median ($167)
Firmwide (average $239, median $252)

**Greenberg Traurig (1,840),** New York
Partners $335-$850 (average $520, median $535)
Associates $175-$525 (average $323, median $325)
Firmwide (average $426, median $425)

**Harris Beach (179),** Rochester, N.Y.
Partners $250-$475
Associates $140-$275

**Hiscock & Barclay (187),** Syracuse, N.Y.
Partners $190-$650 (average $361, median $359)
Associates $145-$430 (average $235, median $224)
Firmwide (average $319, median $322)

**Hodgson Russ (227),** Buffalo, N.Y.
Partners $240-$665 (average $355, median $350)
Associates $165-$450 (average $230, median $235)
Firmwide (average $303, median $300)

**Hogan & Hartson (1,175),** Washington
Partners $375-$900 (average $660, median $650)
Associates $150-$550 (average $410, median $400)
Firmwide (average $525, median $525)

**Holland & Hart (406),** Denver
Partners $295-$615 (average $414, median $405)
Associates $175-$355 (average $269, median $275)
Firmwide (average $350, median $345)

**Holme Roberts & Owen (228),** Denver
Partners $285-$635 (average $415, median $410)

Associates $160-$525 (average $294, median $265)
Firmwide (average $355, median $345)

**Howard Rice Nemerovski Canady Falk & Rabkin (102),** San Francisco
Partners $515-$795
Associates $275-$510

**Hughes Hubbard & Reed (334),** New York
Partners $625-$875
Associates $270-$600

**Husch Blackwell Sanders (629),** St. Louis
Partners $205-$740 (average $352, median $340)
Associates $150-$380 (average $218, median $215)
Firmwide (average $302, median $300)

**Jackson Kelly (187),** Charleston, W.Va.
Partners $200-$435 (average $238, median $247)
Associates $135-$335 (average $155, median $151)
Firmwide (average $214, median $212)

**Jackson Lewis (517),** White Plains, N.Y.
Partners $250-$595
Associates $180-$405

**Jenner & Block (482),** Chicago
Partners $525-$1,000 (average $616, median $575)
Associates $325-$495 (average $393, median $375)

**Jones, Walker, Waechter, Poitevent, Carrère & Denègre (264),** New Orleans
Partners $225-$620 (average $332, median $325)
Associates $140-$250 (average $186, median $180)
Firmwide (average $277, median $275)

**Kilpatrick Stockton (466),** Atlanta
Partners $310-$695 (average $485, median $475)
Associates $225-$400 (average $290, median $275)
Firmwide (average $400, median $395)

**Kelley Drye & Warren (378),** New York
Partners $430-$850
Associates $255-$520

**Knobbe, Martens, Olson & Bear (249),** Irvine, Calif.
Partners $375-$660 (average $473, median $450)
Associates $245-$430 (average $287, median $275)
Firmwide (median $362)

**Lane Powell (170),** Seattle
Partners $325-$550 (average $405, median $400)
Associates $195-$325 (average $270, median $275)
Firmwide (average $327, median $350)

**Lathrop & Gage (281),** Kansas City, Mo.
Partners $255-$490
Associates $180-$265

**Leonard, Street and Deinard (189),** Minneapolis
Partners $310-$530
Associates $200-$315

**Lewis, Rice & Fingersh (164),** St. Louis
Partners $225-$440
Associates $140-$305

**Lindquist & Vennum (185),** Minneapolis
Partners $280-$450 (average $367, median $375)
Associates $180-$295 (average $218, median $210)
Firmwide (average $309, median $330)

**Locke Lord Bissell & Liddell (707),** Dallas
Partners $375-$975 (average $527, median $525)
Associates $225-$450 (average $313, median $300)
Firmwide (average $433, median $450)

**Loeb & Loeb (310),** New York
Partners $450-$925 (average $651, median $650)
Associates $260-$500 (average $422, median $425)
Firmwide (average $534, median $500)

**Lowenstein Sandler (278),** Roseland, N.J.
Partners $400-$765
Associates $220-$405

**Luce, Forward, Hamilton & Scripps (187),** San Diego
Partners $350-$650 (average $483, median $483)
Associates $235-$460 (average $293, median $280)
Firmwide (average $397, median $400)

**Manatt, Phelps & Phillips (358),** Los Angeles
Partners $495-$850 (average $626, median $620)
Associates $290-$505 (average $407, median $410)
Firmwide (average $533) (median $550)

**Marshall, Dennehey, Warner, Coleman & Goggin (408),** Philadelphia
Partners $135-$400
Associates $120-$300

**McCarter & English (399),** Newark, N.J.
Partners $325-$635 (average $435, median $440)
Associates $215-$395 (average $280, median $285)
Firmwide (average $353, median $345)

**McElroy, Deutsch, Mulvaney & Carpenter (232),** Morristown, N.J.
Partners $295-$450 (average $250, median $235)
Associates $135-$225 (average $180, median $165)
Firmwide (average $195, median $215)

**McKee Nelson (202),** New York
Partners $665-$995
Associates $395-$630

**McKenna Long & Aldridge (435),** Atlanta
Partners $370-$750 (average $454)
Associates $220-$450 (average $274)

**Michael Best & Friedrich (229),** Milwaukee
Partners $235-$620 (average $391, median $375)
Associates $190-$330 (average $252, median $245)
Firmwide (average $340, median $305)

**Miller, Canfield, Paddock and Stone (387),** Detroit
Partners $275-$620 (average $425, median $425)
Associates $165-$375 (average $240, median $240)
Firmwide (average $347, median $355)

**Miller & Martin (198),** Chattanooga, Tenn.
Partners $210-$610 (average $354, median $360)
Associates $180-$305 (average $210, median $205)
Firmwide (average $316, median $330)

**Montgomery, McCracken, Walker & Rhoads (151),** Philadelphia
Partners $360-$585 (average $440)
Associates $195-$365 (average $270)
Firmwide (average $360)

**Moore & Van Allen (300),** Charlotte, N.C.
Partners $280-$770 (average $425, median $410)

Associates $180-$365 (average $256, median $250)
Firmwide (average $283, median $273)

**Nexsen Pruet (174),** Columbia, S.C.
Partners $250-$450
Associates $170-$250

**Nixon Peabody (699),** Boston
Partners $565-$845 (average $570, median $590)
Associates $230-$350 (average $370, median $365)
Firmwide (average $468, median $430)

**Ogletree, Deakins, Nash, Smoak & Stewart (428),** Greenville, S.C.
Partners $275-$600 (average $367)
Associates $185-$380 (average $266)
Firmwide (average $325)

**Patton Boggs (529),** Washington
Partners $360-$990 (average $586, median $570)
Associates $244-$535 (average $372, median $385)
Firmwide (average $440, median $455)

**Pepper Hamilton (514),** Philadelphia
Partners $385-$795
Associates $240-$395

**Perkins Coie (632),** Seattle
Partners $260-$785 (average $498)
Associates $165-$515 (average $329)

**Phelps Dunbar (258),** New Orleans
Partners $170-$450 (average $256, median $250)
Associates $130-$260 (average $171, median $165)
Firmwide (average $213, median $205)

**Phillips Lytle (179),** Buffalo, N.Y.
Partners $250-$475 (average $334, median $330)
Associates $155-$355 (average $230, median $220)
Firmwide (average $288, median $300)

**Polsinelli Shalton Flanigan Suelthaus (304),** Kansas City, Mo.
Partners $250-$600
Associates $175-$275

**Quarles & Brady (450),** Milwaukee
Partners $280-$625 (average $419, median $420)
Associates $200-$375 (average $252, median $245)
Firmwide (average $347, median $342)

**Reed Smith (1,558*),** Pittsburgh
Partners $375-$900 (average $626, median $585)
Associates $235-$580 (average $423, median $390)
Firmwide (average $441, median $425)
(*National Association for Law Placement figure. The firm recently reported an attorney count of 1,505.)

**Robinson & Cole (215),** Hartford, Conn.
Partners $320-$650 (average $436, median $440)
Associates $210-$350 (average $276, median $275)
Firmwide (average $346, median $350)

**Roetzel & Andress (227),** Akron, Ohio
Partners $225-$500 (average $333, median $325)
Associates $170-$295 (average $219, median $215)
Firmwide (average $292, median $300)

**Rutan & Tucker (140),** Costa Mesa, Calif.
Partners $315-$635
Associates $220-$370

**Saul Ewing (231),** Philadelphia
Partners $295-$800 (average $441, median $430)
Associates $205-$535 (average $285, median $255)
Firmwide (average $372, median $380)

**Schnader Harrison Segal & Lewis (189),** Philadelphia
Partners $275-$625
Associates $160-$375

**Schulte Roth & Zabel (481),** New York
Partners $695-$895 (average $770, median $755)
Associates $255-$650 (average $495, median $510)
Firmwide (average $550, median $530)

**Sedgwick, Detert, Moran & Arnold (380),** San Francisco
Partners $295-$650 (average $398, median $380)
Associates $185-$390 (average $262, median $260)
Firmwide (average $318, median $300)

**Sheppard, Mullin, Richter & Hampton (458),** Los Angeles
Partners $475-$795
Associates $275-$455 (up to $580 in New York)

**Shughart Thomson & Kilroy (179),** Kansas City, Mo.
Partners $240-$500
Associates $185-$245

**Shumaker, Loop & Kendrick (180),** Toledo, Ohio
Partners $225-$500 (average $329, median $325)
Associates $185-$380 (average $227, median $225)
Firmwide (average $297, median $315)

**Shutts & Bowen (203),** Miami
Partners $190-$540
Associates $190-$240

**Sills Cummis & Gross (165),** Newark, N.J.
Partners $395-$725
Associates $215-$425

**Smith, Gambrell & Russell (181),** Atlanta
Partners $260-$595
Associates $155-$335

**Snell & Wilmer (440),** Phoenix
Partners $300-$725 (average $444)
Associates $170-$420 (average $271)
Firmwide (average $354)

**Steptoe & Johnson LLP (506),** Washington
Partners $350-$895 (average $591, median $580)
Associates $210-$685 (average $384, median $395)
Firmwide (average $477, median $470)

**Steptoe & Johnson PLLC (182),** Clarksburg, W.Va.
Partners $200-$325
Associates $170-$250

**Stinson Morrison Hecker (324),** Kansas City, Mo.
Partners $275-$680 (average $363, median $373)
Associates $190-$290 (average $224, median $228)
Firmwide (average $293, median $275)

**Stoel Rives (350),** Portland, Ore.
Partners $290-$550
Associates $170-$365

**Strasburger & Price (194),** Dallas
Partners $300-$580

\ nationwide sampling of law firm billing rates

Associates $185-$395
Firmwide (average $334)

**Sullivan & Worcester (182),** Boston
Partners $450-$775 (average $603, median $600)
Associates $270-$490 (average $343, median $330)
Firmwide (average $485, median $495)

**Sutherland Asbill & Brennan (429),** Atlanta
Partners $395-$750 (average $543, median $530)
Associates $240-$450 (average $316, median $300)
Firmwide (average $379, median $380)

**Taft Stettinius & Hollister (337),** Cincinnati
Partners $200-$475 (average $354, median $355)
Associates $165-$325 (average $217, median $195)
Firmwide (average $294, median $295)

**Thompson Coburn (344),** St. Louis
Partners $295-$555
Associates $170-$400

**Thompson Hine (396),** Cleveland
Partners $275-$740 (average $425, median $420)
Associates $185-$510 (average $240, median $235)
Firmwide (average $330, median $325)

**Thompson & Knight (458),** Dallas
Partners $410-$785 (average $545, median $530)
Associates $250-$500 (average $334, median $345)
Firmwide (average $453, median $450)

**Ulmer & Berne (176),** Cleveland
Partners $230-$495 (average $319)
Associates $175-$310 (average $205)
Firmwide (average $262)

**Vedder Price (265),** Chicago
Partners $310-$685 (average $455, median $445)
Associates $235-$390 (average $290, median $290)
Firmwide (average $385, median $390)

**Venable (569),** Washington
Partners $380-$950 (average $530, median $525)
Associates $250-$425 (average $329, median $320)
Firmwide (average $440, median $440)

**White & Case (2,205),** New York
Partners $550-$1,260 (average $747)
Associates $160-$920 (average $456)
Firmwide (average $513)

**Wiggin and Dana (152),** New Haven, Conn.
Partners $360-$600
Associates $215-$375

**Williams Mullen (326),** Richmond, Va.
Partners $300-$625 (average $401, median $380)
Associates $170-$355 (average $260, median $255)
Firmwide (average $344, median $350)

**Winstead (281),** Dallas
Partners $365-$655 (average $465)
Associates $215-$385 (average $282)
Firmwide (average $390)

**Winston & Strawn (1,004),** Chicago
Partners $400-$975 (average $622)
Associates $210-$625 (average $376)

Firmwide (average $448)

**Womble Carlyle Sandridge & Rice (505),** Winston-Salem, N.C.
Partners $285-$750 (average $448, median $450)
Associates $140-$370 (average $275, median $275)
Firmwide (average $248, median $200)

**Wyatt Tarrant & Combs (198),** Louisville, Ky.
Partners $225-$450 (average $340, median $345)
Associates $180-$255 (average $210, median $210)
Firmwide (average $300, median $310)

Subscribe to The National Law Journal

🖨 **Printer-friendly Version**    📑 **Email this Article**    ✐ **Comment on this Article**    📰 **Reprints & Permissions**

terms & conditions | privacy | advertise | about NLJ.com | contact us | subscribe

An **incisive**media website

About Incisive Media | About Law.com | Customer Support
Copyright 2008 ALM Properties, Inc. All rights reserved.

# EXHIBIT 3




# LAW.COM

Select '**Print**' in your browser menu to print this document.

**Copyright 2008 ALM Properties, Inc. All rights reserved.**

Page printed from: http://www.law.com

Back to Article

---

## Law Firm Fees Defy Gravity, Annual Survey Shows

Leigh Jones
12-08-2008

Despite the rancid economy of 2008, attorney billing rates continued their escalation trend, with nearly 71 percent of law firms reporting an increase in the amount that they charged clients compared with 2007. This figure represents law firms that increased their average and median billing rates firmwide.

Also this year, partner billing rates broke record highs, with one firm exceeding the $1,200 mark and another rising above $1,100 per hour.

This year's results of The National Law Journal's annual billing survey indicate that, although law firms upped their rates at a slower pace compared with last year's increases, they still exacted a higher price for their labors from clients, even amid an unraveling economy.

The survey was based on information provided by 127 law firms that responded to billing questions submitted as part of the NLJ 250, The National Law Journal's annual survey of the nation's largest law firms. Of those 127 law firms, 109 provided billing information both this year and last, from which year-over-year comparisons were derived. The survey period ran from Oct. 1, 2007, to Sept. 30, 2008.

The average of this year's average firmwide billing rates, which include partner and associate rates, climbed by 4.3 percent.

The level of increase for average firmwide billing rates was lower than the increase last year of 7.7 percent, compared with 2006. At the same time, although 70.6 percent of firms increased their average and median billing rates this year, 75.2 percent increased those rates last year, compared with 2006.

The continued uptick in legal expenses means that law firms should expect clients, especially in a worsening economy, to hire more attorneys in-house and to rely more heavily on "flexible staffing," said Pamela Woldow, general counsel




and principal of Altman Weil Inc., a law firm consultancy. In addition, clients, such as pharmaceutical companies, that in the past did not demand alternative or varied fees will be "negotiating harder" for better deals on legal services, Woldow said.

The average of the average firmwide billing rate for 2008 was $363 per hour, compared with $348 in 2007. The average of the median firmwide rate this year was $350 per hour, compared with $347 per hour last year.

## MOST EXPENSIVE HOURLY RATE: $1,260

The most expensive hourly rate came from White & Case, which reported that the high end of its partner rate was $1,260 per hour. The firm's average partner billing rate was $747 per hour. With 2,205 attorneys, White & Case is ranked No. 6 on the NLJ 250.

In a written statement, White & Case said that the high end of its billing rates was "representative of only two potential billing scenarios for clients" and "[did] not take into account a number of key factors, including blended rates and rates negotiated with specific clients."

Coming in second was Dorsey & Whitney, where the high end of the partner rate was $1,180. Dorsey's average partner rate was $505.

The top rates at Dorsey & Whitney were charged by two international tax partners practicing in London, said firm spokesman Bob Kleiber. The firm declined to identify the partners charging that rate.

The two law firms also reported the highest associate rates, with White & Case charging $920 per hour at the high end of the range and Dorsey & Whitney charging up to $820 per hour for associate work. The average associate rate at White & Case was $456 per hour. The average associate rate at Dorsey & Whitney was $301 per hour. The $820 fee charged at Dorsey & Whitney applied to one associate practicing in the firm's London office, Kleiber said.

Regarding average partner billing rates, 86.2 percent of the firms charged more this year than last year. The average of the average partner rate this year was $451 per hour, while the average of the median partner rate was $435 per hour.

Regarding associate rates, 80.7 percent of the law firms responding to the billing survey both in 2007 and 2008 raised the high end of associate rates. The average of the average associate rate for these firms was $282 per hour. The average of the median associate rate was $274.

## OTHER HIGH FLIERS

Two law firms besides Dorsey & Whitney and White & Case reported partners who charged four-figure rates. They were Pittsburgh-based Buchanan Ingersoll & Rooney, at $1,020, and Chicago-based Jenner & Block, at $1,000.

Several law firms came close to the $1,000 mark on the high end of the partner rate range. They were New York-based McKee Nelson, at $995; Washington-based Patton Boggs, at $990; Cooley Godward Kronish of Palo Alto, Calif., at $980; Locke Lord Bissell & Liddell, at $975; Chicago-based Winston & Strawn, at $975; Venable of Washington, at $950; Loeb & Loeb, at $925; Washington-based Hogan & Hartson, at $900; and Reed Smith, at $900.

Alternative and variant billing systems were popular among many law firms. Of the 127 firms that responded to billing questions, 66 reported that they received at least a portion of their revenue from alternatives and variations. "Variations" to the billable hour mean discounted fees or blended hourly rates, while "alternatives" include fixed or flat fees.

Many law firms derived most of their revenue via variations. They included Husch Blackwell Sanders, at 98 percent; Ogletree, Deakins, Nash, Smoak & Stewart, at 92 percent; and Akerman Senterfitt, at 90 percent.

Law firms relied on alternatives for a smaller portion of revenue, compared with variations. Firms with high percentages of revenue derived from alternative billing included Denver-based Holland & Hart, which reported 33 percent, and McKenna Long & Aldridge, at 30 percent.

## RELATED NLJ SURVEY INFORMATION:

Nationwide Sampling of Law Firm Billing Rates

Billing Rates by Associate Class

Alternative Billing Variants

Order the 2008 NLJ Billing Survey from ALM Research

**EXHIBIT 4**

# LAFFEY MATRIX








| Year | Adjustmt Factor** | Paralegal/ Law Clerk | Years Out of Law School * | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1-3 | 4-7 | 8-10 | 11-19 | 20 + |
| 6/01/08- 5/31/09 | 1.0399 | $152 | $279 | $342 | $494 | $557 | $671 |
| 6/01/07-5/31/08 | 1.0516 | $146 | $268 | $329 | $475 | $536 | $645 |
| 6/01/06-5/31/07 | 1.0256 | $139 | $255 | $313 | $452 | $509 | $614 |
| 6/1/05- 5/31/06 | 1.0427 | $136 | $249 | $305 | $441 | $497 | $598 |
| 6/1/04- 5/31/05 | 1.0455 | $130 | $239 | $293 | $423 | $476 | $574 |
| 6/1/03- 6/1/04 | 1.0507 | $124 | $228 | $280 | $405 | $456 | $549 |
| 6/1/02- 5/31/03 | 1.0727 | $118 | $217 | $267 | $385 | $434 | $522 |
| 6/1/01- 5/31/02 | 1.0407 | $110 | $203 | $249 | $359 | $404 | $487 |
| 6/1/00- 5/31/01 | 1.0529 | $106 | $195 | $239 | $345 | $388 | $468 |
| 6/1/99- 5/31/00 | 1.0491 | $101 | $185 | $227 | $328 | $369 | $444 |
| 6/1/98- 5/31/99 | 1.0439 | $96 | $176 | $216 | $312 | $352 | $424 |
| 6/1/97- 5/31/98 | 1.0419 | $92 | $169 | $207 | $299 | $337 | $406 |
| 6/1/96- 5/31/97 | 1.0396 | $88 | $162 | $198 | $287 | $323 | $389 |
| 6/1/95- 5/31/96 | 1.032 | $85 | $155 | $191 | $276 | $311 | $375 |
| 6/1/94- 5/31/95 | 1.0237 | $82 | $151 | $185 | $267 | $301 | $363 |

The methodology of calculation and benchmarking for this Updated Laffey Matrix has been approved in a number of cases. See, e.g., McDowell v. District of Columbia, Civ. A. No. 00-594 (RCL), LEXSEE 2001 U.S. Dist. LEXIS 8114 (D.D.C. June 4, 2001); Salazar v. Dist. of Col., 123 F.Supp.2d 8 (D.D.C. 2000).